COPY

JAN 2 7 2005

FILED ✓ / LODGED ___
RECEIVED ___ / COPY ___

FEB 2 3 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___KS___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RALPH E. KROLIK, M.D., )<br>)<br>Plaintiff, )<br>Vs. )<br>)<br>UNITED STATES MEDICAL )<br>LICENSING EXAMINATION, a )<br>Joint program of the FEDERATION )<br>OF STATE MEDICAL BOARD OF )<br>THE U.S., INC., and the )<br>NATIONAL BOARD OF MEDICAL )<br>EXAMINERS, FEDERATION )<br>OF THE STATE MEDICAL )<br>BOARD OF THE U.S., INC., )<br>NATIONAL BOARD OF MEDICAL )<br>EXAMINERS, EDUCATIONAL )<br>COMMISSION FOR FOREIGN )<br>MEDICAL GRADUATES, )<br>)<br>Defendants. )<br>_____ ) | CASE NO.<br>CV'05-0315 PHX FJM<br><br>ORDER FOR ADMISSION OF<br>ATTORNEY PRO HAC VICE |

Based upon the motion of Pete V. Domenici, Jr., Esq. for admission to practice pro hac vice in this action on behalf of Ralph E. Krolik, M.D., Plaintiff, and in accordance with LRCiv 83.1(b)(3) of the Rules of Practice of the United States District Court for the District of Arizona, IT IS HEREBY ORDERED that:

/ ✓ /   the motion of attorney for admission to practice pro hac vice is granted.

/ ___ /   the motion of attorney for admission to practice pro hac vice is denied and the admission fee ordered returned.

Dated this __18th__ day of __February__ 200__5__.

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

③