OSBORN
MALEDON
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2794

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone   602 640 9000
Facsimile    602 640 9050

FILED _____   LODGED _____
RECEIVED _____   COPY _____

MAR - 9 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____KCS_____DEPUTY

FILED _____   LODGED _____

2005 MAR -7  PM 3:55

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RALPH E. KROLIK, M.D., | CV-05-0315 PHX FJM |
| Plaintiff, | (PROPOSED) ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| v. | |
| UNITED STATES MEDICAL LICENSING EXAMINATION, A JOINT PROGRAM OF THE FEDERATION OF STATE MEDICAL BOARD OF THE U.S., INC., AND THE NATIONAL BOARD OF MEDICAL EXAMINERS, FEDERATION OF THE STATE MEDICAL BOARD OF THE U.S., INC., NATIONAL BOARD OF MEDICAL EXAMINERS, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | |
| Defendants. | |

Upon stipulation ~~and for good cause,~~

1  IT IS ORDERED granting defendant National Board of Medical Examiners an
2  extension of time through and including April 15, 2005, in which to file and serve its
3  response to plaintiff's Complaint. *No further extension shall
4  be allowed.*
   DATED: _____March 8_____, 2005.

By _____
The Honorable Frederick J. Martone
United States District Court Judge

778546                                  2