```
FILED ____ LODGED ✗
RECEIVED ____ COPY ____

2005 JUN 23  PM 12:06

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RALPH E. KROLIK, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES MEDICAL LICENSING EXAMINATION, A Joint Program of the Federation of State Medical Board of the U.S., Inc., and THE NATIONAL BOARD OF MEDICAL EXAMINERS, FEDERATION OF THE STATE MEDICAL BOARD OF THE U.S., INC., EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, <br><br> Defendant. | No. CV05-0315 PHX FJM <br><br> (PROPOSED) ORDER GRANTING EXTENSION OF TIME TO REPLY TO OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT |

Upon stipulation and for good cause,

IT IS ORDERED granting Plaintiff, Ralph E. Krolik, M.D. an extension of time through and including July 8, 2005, in which to file and serve his Reply to Defendants' Opposition to Motion for Leave to Amend Complaint.

7-5-05    By: _____
           The Honorable Frederick J. Martone
           United States District Court Judge

983166_1.DOC