IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RALPH E. KROLIK, ) | No. CV-05-0315-PHX-FJM |
| ) | |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| ) | |
| UNITED STATES MEDICAL ) | |
| LICENSING EXAMINATION, et al., ) | |
| ) | |
| Defendants. ) | |

The court has before it a stipulated briefing schedule in connection with plaintiff's motion for preliminary injunction (doc. 23). Pursuant to that stipulation, the defendants shall file their response to the motion by August 15, 2005 and plaintiff may file a reply by August 30, 2005. The parties estimate that an evidentiary hearing may take one day and that they would like to present live testimony. We will hear them but we wish to advise plaintiff that, having made a preliminary evaluation of the memorandum in support of the motion for preliminary injunction, his prospects for success are small. The court takes the unusual step of advising the parties of this to explain why we shall wait until we get the response and reply before deciding whether we shall hold an evidentiary hearing or simply oral argument. If there are disputed facts, an evidentiary hearing may be necessary. Otherwise oral argument may be adequate.

DATED this 19th day of July, 2005.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge