# EXHIBIT 4

Case 2:05-cv-00335-RJH   Document 28-4   Filed 08/15/05   Page 2 of 3



RECORD OF EXAMINATION

| Requirements | Application | $50.00 | Birth Cert. | College Transcript | Kodak Picture | Dues Current | Finger Print |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | Filed Date | To Grade | | | Board To Office | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

*Ralph Kudlik*

## RECORD OF EXAMINATION

NAME _Kudlik, Ralph G._

| Requirements | Application | $50.00 | Birth Cert. | College Transcript | Kodak Picture | Dues Current | Finger Print |
|---|---|---|---|---|---|---|---|
| *1.5 %* *Return time* *Complete* | ✓ | | ✓ | | | | |

| Subject | First Try | | Second Try | |
|---|---|---|---|---|
| | Date | Grade | Date | Grade |
| Pharmacy | 2/1/69 | 78 | | |
| Chemistry | | 83 | | |
| Pharmacognosy | " | 72 | | |
| Math | | 90 | | |
| Jurisprudence | 4/1/69 | 82 | | |
| N. N. R. | | | | |
| Practical | | 88 | | |
| Average | | 81 | | |

Registered as Pharmacist Date _2/2/70_

Certificate Number _10936_