Pete V. Domenici, Jr., Esq.
Domenici Law Firm, P.C.
6100 Seagull NE, Suite 205
Albuquerque, New Mexico 87109
(505) 883-6250
Attorney for Plaintiff Krolik, M.D.

```
                    FILED ____ LODGED
              ____  RECEIVED ____ COPY

                     AUG 2 6 2005

              CLERK U S DISTRICT COURT
                 DISTRICT OF ARIZONA
              BY_____ J DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RALPH E. KROLIK, M.D., ) | CASE NO. CV-05-0315 PHX FJM |
| ) | |
| Plaintiff, ) | |
| Vs. ) | **NOTICE OF NON-COMPLIANCE** |
| ) | **WITH MANDATORY ELECTRONIC** |
| ) | **FILING** |
| NATIONAL BOARD OF ) | |
| MEDICAL EXAMINERS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Take Notice that the accompanying document is not being filed electronically pursuant to the District of Arizona's Administrative Policies and Procedures Manual and is not an exception as outlined in that Manual. The document is not being filed electronically for the following reason(s): A PACER account has not been established in the Arizona courts for Domenici Law Firm to execute electronic filing.

The undersigned hereby certifies that copies have been served on opposing counsel by conventional means.

DATED this 23 day of August, 2005.

DOMENICI LAW FIRM, P.C.

_____
PETE V. DOMENICI, JR., Esq.
6100 Seagull NE, Suite 205
Albuquerque, New Mexico 87109
(505) 883-6250

I hereby certify that a true and correct
Copy of the foregoing was mailed to
Opposing counsel this  23  day
Of August, 2005.

_____
PETE V. DOMENICI, JR., Esq.