THIS DOCUMENT HAS NOT BEEN SUBMITTED ELECTRONICALLY AS REQUIRED BY THE DISTRICT OF ARIZONA'S ADMINISTRATIVE POLICIES AND PROCEDURES MANUAL

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: LRCW5.1

(Rule Number/Section)

FILED _____ LODGED
_____ RECEIVED _____ COPY

AUG 2 5 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ E DEPUTY

Pete V. Domenici, Jr., Esq.
Domenici Law Firm, P.C.
6100 Seagull NE, Suite 205
Albuquerque, New Mexico 87109
(505) 883-6250
Attorney for Plaintiff Krolik, M.D.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RALPH E. KROLIK, M.D., ) | CASE NO. CV-05-0315 PHX/FJM |
| Plaintiff, ) | |
| Vs. ) | **NOTICE OF FIRM ADDRESS CHANGE** |
| UNITED STATES MEDICAL ) LICENSING EXAMINATION, a ) Joint program of the FEDERATION ) OF STATE MEDICAL BOARD OF ) THE U.S., INC., and the ) NATIONAL BOARD OF MEDICAL) EXAMINERS, FEDERATON ) OF THE STATE MEDICAL BOARD) OF THE U.S., INC., NATIONAL ) BOARD OF MEDICAL ) EXAMINERS, EDUCATIONAL ) COMMISSION FOR FOREIGN ) MEDICAL GRADUATES, ) ) Defendants. ) | |

**COMES NOW** counsel for Plaintiff, Ralph Krolik, and submits its Notice of Firm Address Change.

Effective August 29, 2005, Domenici Law Firm will be relocating to 320 Gold Avenue SW, Suite 1000, Albuquerque, New Mexico, 87102. The emails, phone and fax numbers remain the same.

                                            Respectfully Submitted,

                                            DOMENICI LAW FIRM, P.C.

                                            */s/ Jeanne Cameron Washburn*

                                            JEANNE CAMERON WASHBURN, ESQ
                                            6100 Seagull N.E., Suite 205
                                            Albuquerque, New Mexico 87109
                                            (505) 883-6250

I certify that a copy of the foregoing
was sent to all counsel of record
this 23 day of August 2005.

*/s/ Jeane Cameron Washburn*
JEANE CAMERON WASHBURN, Esq.