IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RALPH E. KROLIK, | No. CV-05-315-PHX-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | |
| Defendant. | |

On the court's motion, IT IS ORDERED resetting the **time only** for the Rule 16 conference scheduled for September 16, 2005 from **3:00 p.m. to 11:00 a.m.** Counsel may appear by phone.

DATED this 30th day of August, 2005.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge