THIS DOCUMENT HAS NOT BEEN SUBMITTED ELECTRONICALLY AS REQUIRED BY THE DISTRICT OF ARIZONA'S ADMINISTRATIVE POLICIES AND PROCEDURES MANUAL

Pete V. Domenici, Jr., Esq.
Dolan & Domenici, P.C.
6100 Seagull NE, Suite 205
Albuquerque, New Mexico 87109
(505) 883-6250
Attorney for Plaintiff Krolik, M.D.

```
              FILED ____ LODGED
         ____ RECEIVED ____ COPY

              SEP 0 2 2005

         CLERK U S DISTRICT COURT
           DISTRICT OF ARIZONA
         BY_____ E DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RALPH E. KROLIK, M.D., ) | CASE NO. CV-05-0315 PHX FJM |
| Plaintiff, ) | |
| Vs. ) | STIPULATION FOR EXTENSION |
| ) | OF TIME TO REPLY TO |
| ) | MOTION FOR PRELIMINARY |
| ) | INJUNCTION |
| UNITED STATES MEDICAL ) | |
| LICENSING EXAMINATION, et al ) | |
| Defendants. ) | |

By and through their counsel, Plaintiff, Ralph E. Krolik, M.D., and Defendants the Federation of State Medical Boards of the United States, Inc., ("FSMB") and the Educational Commission for Foreign Medical Graduates ("ECFMG") stipulate and agree that Plaintiff Ralph E. Krolik, M.D. may have through and including September 9, 2005, in which to file and serve his Reply to Motion for Preliminary Injunction. Due to scheduling difficulties from a trial and a physical move of the law office, Plaintiff requests the additional time to reply. A form of Order is attached.

DATED this ___30___ day of August, 2005.

Respectfully submitted,

DOMENICI LAW FIRM, P.C.

*/s/ Jenne Cameron Washburn for/*

PETE V. DOMENICI, JR., Esq.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250

Attorney for Plaintiff Krolik, M.D.

OSBORN MALEDON, P.A.

Telephonic approval – 8/30/05
DIANE M. JOHNSEN, Esq.
2929 North Central, Suite 2100
Phoenix, Arizona 85012-2794
(602) 640-9000

Attorneys for National Board of Medical Examiners
Federation of State Medical Boards of the United States, Inc.,
Educational Commission for Foreign Medical Graduates