**OSBORN MALEDON**
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2794

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone 602.640.9000
Facsimile 602.640.9050

Diane M. Johnsen, Esq./djohnsen@omlaw.com
John L. Blanchard, Esq./jblanchard@omlaw.com
Ronda R. Fisk, Esq./rfisk@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2794
(602) 640-9000

Attorneys for National Board of Medical Examiners

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ralph E. Krolik, M.D., | ) | No. CV05-0315 PHX FJM |
| Plaintiff, | ) ) ) | **NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURE STATEMENT** |
| vs. | ) ) ) | |
| National Board of Medical Examiners, | ) ) | |
| Defendant. | ) ) | |

Notice is hereby given that on September 9, 2005, Defendant mailed its Initial Disclosure Statement upon counsel for Plaintiff.

DATED this 9th day of September, 2005.

OSBORN MALEDON, P.A.

By  /s/ Diane M. Johnsen
    Diane M. Johnsen
    John L. Blanchard
    Ronda R. Fisk
    2929 North Central, Suite 2100
    Phoenix, Arizona  85012-2794
    Attorneys for National Board of Medical Examiners

CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2005, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

1  I hereby certify that on September 9, 2005 I served the attached document by mail on the following who are not registered participants of the CM/ECF System:

Pete V. Domenici, Jr., Esq.
DOMENICI LAW FIRM, P.C.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
Attorney for Ralph E. Krolik, M.D.

 /s/  Kelly Dourlein

1066510_1.DOC

2