IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RALPH E. KROLIK, M.D., ) | CASE NO. CV-05-0315 PHX FJM |
| ) | |
| Plaintiff, ) | |
| Vs. ) | AFFIDAVIT OF PLAINTIFF |
| ) | RALPH KROLIK, M.D. |
| ) | |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

STATE OF ARIZONA       )
                       ) ss:
COUNTY OF MARICOPA     )

**COMES NOW** Affiant, Dr. Ralph Krolik, Plaintiff in the above-captioned lawsuit, being first duly sworn upon his oath, and states as follows:

1. In Phoenix, Arizona in March 2005 I met with Samuel Keith, M.D., Chairman of the University of New Mexico School of Medicine Department of Psychiatry, and we discussed my admission into the UNM School of Medicine residency program. Dr. Keith offered me a residency position with the UNM School of Medicine Department of Psychiatry as soon as all my credentials were in order. The residency program is for four years.

I have reviewed the foregoing affidavit and to the best of my knowledge and recollection, they are accurate and true.

FURTHER AFFIANT SAYETH NOT.

_____
Ralph E. Krolik, M.D.



EXHIBIT
A

SUBSCRIBED AND SWORN TO before me this 8th day of September, 2005.

_Sylvia R. Rudy_
Notary Public

My Commission Expires:

OFFICIAL SEAL
Sylvia R. Rudy
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires 5-22-08