## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA
### CIVIL MINUTES - GENERAL

Phoenix/Prescott Division

CV-05-315-PHX-FJM        DATE: 9/16/2005
Year  Case No  Initials

Title: Ralph E Krolik   vs.   National Board of Medical Examiners
      Plaintiffs              Defendants
================================================================================

HON: FREDERICK J. MARTONE        Judge # 7028

 Joella Baldwin            Linda Schroeder-Willis
    Deputy Clerk              Court Reporter

 Pete Domenici Jr., Jean Washburn (telephonically)    Diane M Johnsen
Attorney(s) for Plaintiff(s)                     Attorney(s) for Defendant(s)
================================================================================

**PROCEEDINGS:   X  Open Court     Chambers      Other**

This is the time set for Scheduling Conference. Case Management Plan is as stated on the record. Final Pretrial Conference set on 9/1/06 at 3:00 p.m.; Jury Trial set on 9/12/06 at 9:00 a.m. (3 days); court order to follow.

IT IS ORDERED setting an evidentiary hearing re: Plaintiff's Application for Preliminary Injunctive Relief on 10/28/2005 at 2:00 p.m. Counsel are to file simultaneous "trial briefs", not to exceed 5 pages, no later than 10/21/2005.

Parties agree to a referral to a Magistrate Judge for the purpose of conducting a settlement conference. Magistrate Judge Edward C. Voss has been drawn. Parties to contact the chambers of Judge Voss for a date and time and request that the hearing not take place before 11/1/2005.

Total court time: 3 min.