Pete V. Domenici, Jr., Esq.
Domenici Law Firm, P.C.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250
Attorney for Plaintiff Krolik, M.D.

THIS DOCUMENT HAS NOT BEEN SUBMITTED ELECTRONICALLY AS REQUIRED BY THE DISTRICT OF ARIZONA'S ADMINISTRATIVE POLICIES AND PROCEDURES MANUAL

FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 1 6 2005
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ E DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RALPH E. KROLIK, M.D., ) | CASE NO. CV-05-0315 PHX FJM |
| ) | |
| Plaintiff, ) | |
| Vs. ) | **NOTICE OF SERVICE OF** |
| ) | **PLAINTIFF'S INITIAL** |
| ) | **DISCLOSURE STATEMENT** |
| ) | |
| NATIONAL BOARD OF ) | |
| MEDICAL EXAMINERS, ) | |
| ) | |
| Defendants. ) | |

Notice is hereby given that on September 13, 2005, Plaintiff mailed his Initial Disclosure Statement upon counsel for Defendant.

DATED this 13 day of September, 2005.

Respectfully submitted,

DOMENICI LAW FIRM, P.C.

*[signature]*

PETE V. DOMENICI, JR., Esq.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250
Attorney for Ralph E. Krolik, M.D.

I hereby certify that a true and correct
Copy of the foregoing was mailed to
Opposing counsel this 13 day
Of September, 2005.

Diane M .Johnsen, Esq.
John L. Blanchard, Esq.
Ronda R. Fisk, Esq.
OSBORN MALEDON, P.A.
2929 North Central, Suite 2100
Phoenix, Arizona 85012-2794
Attorneys for National Board of Medical Examiners

_____
PETE V. DOMENICI, JR., Esq.