Pete V. Domenici, Jr., Esq.
Domenici Law Firm, P.C.
320 Gold Avenue, SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250
Attorney for Plaintiff Krolik, M.D.

Diane M. Johnsen, 007634 / djohnsen@omlaw.com
John L. Blanchard, 018995 / jblanchard@omlaw.com
Ronda R. Fisk, 022100 / rfisk@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2794
(602) 640-9000
Attorneys for National Board of Medical Examiners

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| RALPH E. KROLIK, M.D., | No. CV05-0315 PHX FJM |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | |
| Defendant. | |

By and through their counsel, Plaintiff Ralph E. Krolik, M.D., and Defendant National Board of Medical Examiners stipulate and agree that the hearing on the Motion for Preliminary Injunction presently scheduled for October 28, 2005 shall be moved to December 2, 2005. This change is necessary due to a scheduling conflict on the part of witness(es). The parties have confirmed with the Court's scheduling clerk the availability of the new hearing date. A form of Order is attached.

DATED this 29th day of September, 2005.

Respectfully submitted,

DOMENICI LAW FIRM, P.C.

Via Telephonic approval – 9/27/05
Pete V. Domenici, JR., Esq.
320 Gold Avenue, SW, Suite 1000
Albuquerque, New Mexico 87102
Attorney for Plaintiff Krolik, M.D.

OSBORN MALEDON, P.A.

_____
Diane M. Johnsen, Esq.
2929 North Central, Suite 2100
Phoenix, Arizona 85012-2794
Attorneys for National Board of Medical Examiners

CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2005, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

I hereby certify that on September 29, 2005 I served the attached document by mail on the following who are not registered participants of the CM/ECF System:

Pete V. Domenici, Jr., Esq.
DOMENICI LAW FIRM, P.C.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
Attorney for Ralph E. Krolik, M.D.

 /s/  Kelly Dourlein

Courtesy Copy of the foregoing hand
delivered this 29th day of September, 2005 to:

Hon. Frederick J. Martone
U.S. District Court Judge
401 W. Washington
Phoenix, AZ  85003

 /s/  Kelly Dourlein

1081060

2