IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| RALPH E. KROLIK, M.D., | ) | No. CV-05-0315-PHX-FJM |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) ) ) | |
| Defendant. | ) ) ) | |

Upon stipulation and for good cause,

IT IS ORDERED that the hearing on the Motion for Preliminary Injunction previously scheduled for October 28, 2005 is now hereby scheduled for December 2, 2005 at 2:00 p.m.

DATED this 4th day of October, 2005.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge