Pete V. Domenici, Jr., Esq.
Domenici Law Firm, P.C.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN THE MATTER OF, | ) | NC-05-006-PHX-SMM |
| PETE DOMENICI, JR., | ) | |
| UNREGISTERED ATTORNEY | ) | |
| | ) | |
| | ) | **RESPONSE TO ORDER TO SHOW** |
| | ) | **CAUSE FOR FAILURE TO COMPLY** |
| | ) | **WITH ELECTRONIC FILING** |
| | ) | **REQUIREMENTS** |
| _____ | ) | |

**COMES NOW** Pete V. Domenici, Jr., unregistered pro hac vice attorney in the United States District Court for the District of Arizona, and for his Response to Order to Show Cause for Failure to Comply with Electronic Filing Requirement, states that as required by General Order 05-17, prior to September 28, 2005, Domenici Law Firm, P.C. lacked both the hardware and software necessary to execute electronic filings.  As of September 28, 2005, Domenici Law Firm has the required hardware and software for electronic filing of documents in the U.S. District Court for the District of Arizona and is now in compliance with General Order 05-17.

Respectfully submitted,

DOMENICI LAW FIRM, P.C.

/s/ Pete V. Domenici, Jr., Esq.
PETE V. DOMENICI, JR., Esq.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250

I hereby certify that a true and correct

2

Copy of the foregoing was mailed to
Opposing counsel this _____ day
Of _____, 2005.

/s/ Pete V. Domenici, Jr., Esq.
PETE V. DOMENICI, JR., Esq.