Pete V. Domenici, Jr., Esq.
Domenici Law Firm, P.C.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250
Attorney for Plaintiff Krolik, M.D.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| RALPH E. KROLIK, M.D., | ) | CASE NO. 05-CV-0315-PHX-FJM |
| | ) | |
| Plaintiff, | ) | |
| Vs. | ) | **NOTICE OF DEPOSITION** |
| | ) | **DUCES TECUM OF** |
| | ) | **MICHAEL GORDON, Ph.D.** |
| | ) | |
| NATIONAL BOARD OF MEDICAL | ) | |
| EXAMINERS, | ) | |
| | ) | |
| Defendants. | ) | |

TO:   Michael Gordon, Ph.D.
      C/o Diane M. Johnsen, Esq.
      Osborn Maledon, P.A.
      2929 North Central Avenue
      Suite 2100
      Phoenix, Arizona 85012-2794

**PLEASE TAKE NOTICE** that pursuant to the Rules of Civil Procedure for the United States District Courts, Plaintiff, through his attorneys, DOMENICI LAW FIRM, P.C. (Pete V. Domenici, Jr., Esq), will take the deposition of Michael Gordon, Ph.D. to testify on the matters identified below on November 16, 2005 beginning at 9:00 a.m. and continuing thereafter until completed, before a Certified Court Reporter at the offices of TO BE DETERMINED.

For the purpose of this Notice of Designated Deposition Duces Tecum, the hereinafter described term(s) shall have the meaning and significance as follows:

The word "document" as used herein shall mean any tangible thing, recording or reproduction in any form, any visual or auditory data which is in your possession, control, or custody, including without limiting the generality of the foregoing, any correspondence, memoranda, transcripts, photographs, stenographic or hand-written notes, studies, evaluation, analyses, reports, reviews, working papers, books, charts, telegrams, pamphlets, pictures, visual or audio tapes, voice recordings, computer records, data compilations and/or information stored on electronic media, including computer tapes, printouts or cards, microfilm, microfiche, any paper on which words have been written, printed, typed, or otherwise affixed, and shall mean a copy where the original is not in your possession, control or custody, and shall mean every copy of every document where such copy is not an identical copy of an original.

"Factual basis" means all testimony, documents or evidence of any type.

Please produce Michael Gordon, Ph.D. who will testify on the following topics:

1. Please produce all correspondence between Michael Gordon, Ph.D. and National Board of Medical Examiners (NBME).

2. Please produce all deposition transcripts and affidavits by Michael Gordon, Ph.D. for NBME.

3. Please produce all deposition transcripts and affidavits by Michael Gordon, Ph.D. for any case where Michael Gordon was identified and testified as an expert on ADHD and/or ADD.

4.	Please produce documentation from every matter Michael Gordon, Ph.D. has been involved in on behalf of NBME.

5.	Please produce the entire file Michael Gordon, Ph.D. has on Dr. Ralph Krolik.

6.	Please produce all publications of Michael Gordon, Ph.D. that Mr. Gordon has readily available.

7.	Please produce copies of all payments received by Michael Gordon, Ph.D. from NBME.

Please direct the designated witness(es) to bring any and all documents which support, are related to or relevant to the testimony on the above matters at the time and location of the deposition scheduled above.

This deposition may be used at the trial of this matter and for all other purposes allowed by the Rules of Civil Procedure for the District Courts.

        Respectfully Submitted,

        DOMENICI LAW FIRM, P.C.

        _____
        PETE V. DOMENICI, JR., Esq.
        Attorney for Plaintiff
        320 Gold Avenue SW, Suite 1000
        Albuquerque, New Mexico 87102
        (505) 883-6250