Pete V. Domenici, Jr., Esq.
Domenici Law Firm, P.C.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250
Attorney for Plaintiff Krolik, M.D.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RALPH E. KROLIK, M.D., )<br><br>Plaintiff, )<br>Vs. )<br> )<br> )<br> )<br> )<br>NATIONAL BOARD OF )<br>MEDICAL EXAMINERS, )<br> )<br>Defendants. )<br>_____ ) | CASE NO. CV-05-0315 PHX FJM<br><br>**CERTIFICATE OF SERVICE**<br>**OF PLAINTIFF'S FIRST SET OF**<br>**INTERROGATORIES AND**<br>**REQUEST FOR PRODUCTION** |

Plaintiff Dr. Ralph Krolik, by and through his attorney of record, Domenici Law Firm,

P.C. (Pete V. Domenici, Jr.), hereby certifies that a true and correct copy of *Plaintiff's*

*First Set of Interrogatories and Request for Production of Documents* was mailed by e-

mail transmission and U.S. Mail to Defendant National Board of Medical Examiners, c/o

Diane M. Johnsen, Esq., Osborn Maledon, P.A., 2929 North Central, Suite 2100,

Phoenix, Arizona 85012-2794 on this 7th day of October, 2005.

Respectfully submitted,

DOMENICI LAW FIRM, P.C.
S/ Pete V. Domenici, Jr., Esq.
PETE V. DOMENICI, JR., Esq.
Attorney for Plaintiff
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250 office
(505) 884-3424 fax.

I hereby certify that a true and correct
Copy of the foregoing was electronically transmitted
To the Clerk's Office using the CM/ECF System for filing
On this <u>7th</u> day of  October 2005.

<u>S/ Pete V. Domenici, Jr., Esq.</u>
PETE V. DOMENICI, JR., Esq.