Pete V. Domenici, Jr., Esq.
Domenici Law Firm, P.C.
320 Gold Avenue, SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250
Attorney for Plaintiff Krolik, M.D.

Diane M. Johnsen, 007634 / djohnsen@omlaw.com
John L. Blanchard, 018995 / jblanchard@omlaw.com
Ronda R. Fisk, 022100 / rfisk@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2794
(602) 640-9000
Attorneys for National Board of Medical Examiners

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| RALPH E. KROLIK, M.D., | No. CV05-0315 PHX FJM |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS WITH PREJUDICE COUNT III OF FIRST AMENDED COMPLAINT** |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | |
| Defendant. | |

By and through their counsel, Plaintiff Ralph E. Krolik, M.D., and Defendant National Board of Medical Examiners stipulate and agree that Count III of the First Amended Complaint, which alleged a claim under the Rehabilitation Act, 29 U.S.C. 794, shall be dismissed with prejudice.

DATED this 12th day of October, 2005.

Respectfully submitted,

DOMENICI LAW FIRM, P.C.

Via Telephonic approval – 10/12/05
Pete V. Domenici, JR., Esq.
320 Gold Avenue, SW, Suite 1000
Albuquerque, New Mexico 87102
Attorney for Plaintiff Krolik, M.D.

OSBORN MALEDON, P.A.

s/Diane M. Johnsen
Diane M. Johnsen, Esq.
2929 North Central, Suite 2100
Phoenix, Arizona 85012-2794
Attorneys for National Board of Medical Examiners

CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2005, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Pete V. Domenici, Jr., Esq.
pdomenici@domenicilaw.com, jwashburn@domenicilaw.com
Attorney for Ralph E. Krolik, M.D.

s/ Kelly Dourlein

Courtesy Copy of the foregoing hand
delivered this 13th day of October, 2005 to:

Hon. Frederick J. Martone
U.S. District Court Judge
401 W. Washington
Phoenix, AZ  85003

s/ Kelly Dourlein

1087375

2