IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RALPH E. KROLIK, M.D., | No. CV-05-0315-PHX-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| UNITED STATES MEDICAL LICENSING EXAMINATION, et al., | |
| Defendant. | |

Upon stipulation and for good cause,

IT IS ORDERED dismissing with prejudice Count III of the First Amended Complaint, which alleged a claim under the Rehabilitation Act, 29 U.S.C. § 794.

DATED this 14th day of October, 2005.

Frederick J. Martone
United States District Judge