OSBORN
MALEDON
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2794

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone   602.640.9000
Facsimile   602.640.9050

Diane M. Johnsen, Esq./djohnsen@omlaw.com
John L. Blanchard, Esq./jblanchard@omlaw.com
Ronda R. Fisk, Esq./rfisk@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2794
(602) 640-9000

Attorneys for National Board of Medical Examiners

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Ralph E. Krolik, M.D., | ) No. CV05-0315 PHX FJM |
|---|---|
| Plaintiff, | ) **NOTICE OF SERVICE OF DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS, INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS** |
| vs. | |
| National Board of Medical Examiners, | |
| Defendant. | |

Notice is hereby given that on October 20, 2005, Defendant mailed its First set of Requests for Admissions, Interrogatories and Requests for Production of Documents upon counsel for Plaintiff.

DATED this 20th day of October, 2005.

OSBORN MALEDON, P.A.


By   s/ Diane M. Johnsen
     Diane M. Johnsen
     John L. Blanchard
     Ronda R. Fisk
     2929 North Central, Suite 2100
     Phoenix, Arizona 85012-2794
     Attorneys for National Board of Medical
     Examiners

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2005, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Pete V. Domenici, Jr., Esq.
pdomenici@domenicilaw.com, jwashburn@domenicilaw.com
Attorney for Ralph E. Krolik, M.D.

  s/  Kelly Dourlein

1096001_1.DOC