Pete V. Domenici, Jr., Esq.
Domenici Law Firm, P.C.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250
Attorney for Plaintiff Krolik, M.D.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| RALPH E. KROLIK, M.D., | ) | CASE NO. CV-05-0315 PHX FJM |
| | ) | |
| Plaintiff, | ) | |
| Vs. | ) | **PLAINTIFF'S SUPPLEMENTAL** |
| | ) | **INITIAL** |
| | ) | **DISCLOSURE STATEMENT** |
| | ) | **PURSUANT TO RULE 26(a)** |
| NATIONAL BOARD OF | ) | |
| MEDICAL EXAMINERS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**COMES NOW** the Plaintiff, Ralph E. Krolik, M.D., by and through his counsel of record, Domenici Law Firm, P.C. (Pete V. Domenici, Jr., Esq.) and pursuant to Fed.R.Civ.Proc 26(a), makes the following supplemental initial disclosure.

    A.    Supplemental Individual Likely to Have Discoverable Information that Plaintiff May Use to Support His Position:

    1. Roger Johnson, Certified Public Accountant, Economic Damages Witness
       12630 N. 103rd Avenue, #222
       Sun City, AZ 85351
       (623) 972-8858

Roger Johnson will give expert testimony about the economic damages to Dr. Krolik for his failure to successfully complete the USMLE examinations and be licensed as a medical doctor.

DATED this 28th day of October, 2005.

Respectfully submitted,

DOMENICI LAW FIRM, P.C.

s/ Pete V. Domenici, Jr., Esq.
PETE V. DOMENICI, JR., Esq.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250
Attorney for Ralph E. Krolik, M.D.

I hereby certify that a true and correct
Copy of the foregoing was electronically
mailed to opposing counsel this 28th day
Of October, 2005.

Diane M .Johnsen, Esq.
John L. Blanchard, Esq.
Ronda R. Fisk, Esq.
OSBORN MALEDON, P.A.
2929 North Central, Suite 2100
Phoenix, Arizona 85012-2794
Attorneys for National Board of Medical Examiners

s/ Pete V. Domenici, Jr., Esq.
PETE V. DOMENICI, JR., Esq.