**OSBORN MALEDON**

A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2794

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone 602.640.9000
Facsimile 602.640.9050

Diane M. Johnsen, 007634 / djohnsen@omlaw.com
John L. Blanchard, 018995 / jblanchard@omlaw.com
Ronda R. Fisk, 022100 / rfisk@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue
Suite 2100
Phoenix, Arizona 85012-2794
(602) 640-9000

Attorneys for National Board of Medical Examiners

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph E. Krolik, M.D., | No. CV05-0315 PHX FJM |
| Plaintiff, | |
| vs. | **NOTICE OF SERVICE OF DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** |
| National Board of Medical Examiners, | |
| Defendant. | |

Notice is hereby given that on November 9, 2005, Defendant mailed its Response to Plaintiff's First Set of Interrogatories and Request For Production of Documents upon counsel for Plaintiff.

DATED this 9th day of November, 2005.

OSBORN MALEDON, P.A.

By   s/ Ronda R. Fisk
     Diane M. Johnsen
     John L. Blanchard
     Ronda R. Fisk
     2929 North Central Ave., Suite 2100
     Phoenix, Arizona 85012-2794
     Attorneys for National Board of Medical Examiners

1  I hereby certify that on November 9, 2005, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter V. Domenici, Jr.
Domenici Law Firm, PC
320 Gold Avenue, SW, Suite 1000
Albuquerque, New Mexico 87102
Attorneys for Plaintiff Krolik, M.D.


s/ Lindsay B. Jensen

1112031