IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RALPH E. KROLIK, M.D., | No. CV-05-0315-PHX-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | |
| Defendant. | |

Due to a conflict on the court's calendar, IT IS ORDERED vacating the evidentiary hearing set for December 2, 2005 and resetting it to January 13, 2006 at 2:00 p.m.

DATED this 17th day of November, 2005.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge