**OSBORN MALEDON**

A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2794

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone   602.640.9000
Facsimile   602.640.9050

Diane M. Johnsen, 007634 / djohnsen@omlaw.com
John L. Blanchard, 018995 / jblanchard@omlaw.com
Ronda R. Fisk, 022100 / rfisk@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue
Suite 2100
Phoenix, Arizona 85012-2794
(602) 640-9000

Attorneys for National Board of Medical Examiners

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| Ralph E. Krolik, M.D., | ) No. CV05-0315 PHX FJM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **DEFENDANT'S EXPERT WITNESS DISCLOSURE** |
| National Board of Medical Examiners, | ) |
| Defendant. | ) |

Please take notice that Pursuant to the Court's Scheduling Order dated September 16, 2005, and Federal Civil Proc. Rules 702-705, Defendant National Board of Medical Examiners ("Defendant") intends to offer the testimony of Michael Gordon, Ph.D., and Joseph E. Bernier, Ph.D. Dr. Gordon and Dr. Bernier are expected to testify consistently with their report and declaration, respectively, served in connection with Defendant's Opposition to Motion for Preliminary Injunction.

Defendant reserves its right to supplement these disclosures as permitted by the Rules and in response to any disclosure by Plaintiff Ralph Krolik, M.D., of the identities of expert witnesses or their expected testimony.

DATED this 1st day of December, 2005.

                OSBORN MALEDON, P.A.

                By   s/ Diane M. Johnsen
                      Diane M. Johnsen
                      John L. Blanchard
                      Ronda R. Fisk
                      2929 North Central, Suite 2100
                      Phoenix, Arizona  85012-2794
                      Attorneys for National Board of Medical Examiners

CERTIFICATE OF SERVICE

    I hereby certify that on December 1, 2005, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Pete V. Domenici, Jr., Esq.
    pdomenici@domenicilaw.com, jwashburn@domenicilaw.com
    Attorney for Ralph E. Krolik, M.D.

s/ Kelly Dourlein

2

1126119_1.DOC