Pete V. Domenici, Jr., Esq.
Domenici Law Firm, P.C.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250
Attorney for Plaintiff Krolik, M.D.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| RALPH E. KROLIK, M.D., | ) | CASE NO. CV-05-0315 PHX FJM |
| | ) | |
| Plaintiff, | ) | |
| Vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | **OF PLAINTIFF'S CLARIFICATION** |
| | ) | **OF SUPPLEMENTAL RESPONSE TO** |
| | ) | **DEFENDANT'S FIRST SET OF** |
| | ) | **REQUESTS FOR ADMISSIONS,** |
| | ) | **INTERROGATORIES AND REQUESTS** |
| | ) | **FOR PRODUCTION OF DOCUMENTS** |
| | | |
| NATIONAL BOARD OF | ) | |
| MEDICAL EXAMINERS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff Dr. Ralph Krolik, by and through his attorney of record, Domenici Law Firm,

P.C. (Pete V. Domenici, Jr.), hereby certifies that a true and correct copy of *Plaintiff's*

*Clarification of Supplemental Response to Defendant's First Set of Requests for*

*Admissions, Interrogatories and Requests for Production of Documents* was faxed and

mailed by U.S. Mail to National Board of Medical Examiners, c/o Diane M. Johnsen,

Esq., Osborn Maledon, P.A., 2929 North Central, Suite 2100, Phoenix, Arizona 85012-

2794 on this 5th day of January, 2006.

Respectfully submitted,

DOMENICI LAW FIRM, P.C.

S/ Pete V. Domenici, Jr., Esq.
PETE V. DOMENICI, JR., Esq.
Attorney for Plaintiff
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250 office
(505) 884-3424 fax.


I hereby certify that a true and correct
Copy of the foregoing was electronically transmitted
To the Clerk's Office using the CM/ECF System for filing
On this 5th day of January 2006.

S/ Pete V. Domenici, Jr., Esq.
PETE V. DOMENICI, JR., Esq.