Diane M. Johnsen, Esq./djohnsen@omlaw.com
John L. Blanchard, Esq./jblanchard@omlaw.com
Ronda R. Fisk, Esq./rfisk@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2794
(602) 640-9000

Attorneys for National Board of Medical Examiners

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Ralph E. Krolik, M.D., | ) | No. CV05-0315 PHX FJM |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF SERVICE OF DEFENDANT'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** |
| vs. | ) | |
| National Board of Medical Examiners, | ) | |
| Defendant. | ) | |

Notice is hereby given that on January 6, 2006, Defendant mailed its Supplemental Response to Plaintiff's First Set of Interrogatories upon counsel for Plaintiff.

DATED this 6th day of January, 2006.

OSBORN MALEDON, P.A.


By     s/ Diane M. Johnsen
       Diane M. Johnsen
       John L. Blanchard
       Ronda R. Fisk
       2929 North Central, Suite 2100
       Phoenix, Arizona 85012-2794
       Attorneys for National Board of Medical Examiners

CERTIFICATE OF SERVICE

    I hereby certify that on January 6, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Pete V. Domenici, Jr., Esq.
    pdomenici@domenicilaw.com, jwashburn@domenicilaw.com
    Attorney for Ralph E. Krolik, M.D.

_s/ Kelly Dourlein_____

1150479_1.DOC