IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| RALPH E. KROLIK, M.D., | ) | No. CV-05-0315-PHX-FJM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) | |
| Defendant. | ) | |

The court has before it plaintiff's motion to compel (doc. 61) and defendant's opposition. In addition, we have the defendant's supplemental response to plaintiff's first set of interrogatories dated January 6, 2006. Based upon that supplemental response, all that remains of the dispute is defendant's identification of its rationale for authorizing or denying accommodation in those cases in which accommodation was sought. At the hearing on the application for preliminary injunctive relief, we discussed this matter and concluded that defendant should identify its rationale for authorizing or denying accommodation in a random sample of forty of the persons who applied for accommodation based on attention deficit/hyperactivity disorder. Accordingly, to this extent, plaintiff's motion to compel is GRANTED in part and DENIED in part (doc. 61).

DATED this 17th day of January, 2006.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge