Diane M. Johnsen, 007634 / djohnsen@omlaw.com
John L. Blanchard, 018995 / jblanchard@omlaw.com
Ronda R. Fisk, 022100 / rfisk@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue
Suite 2100
Phoenix, Arizona 85012-2794
(602) 640-9000

Attorneys for National Board of Medical Examiners

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph E. Krolik, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> National Board of Medical Examiners, <br><br> Defendant. | No. 05-CV-0315-PHX-FJM <br><br> **NOTICE OF SERVICE OF CORRECTED SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** |

Please take notice that Defendant National Board of Medical Examiners ("NBME") has this day served a Corrected Supplemental Response to Plaintiff's First Set of Interrogatories. The correction goes to the number of persons who have applied for and received testing accommodations on the basis of Attention Deficit/Hyperactivity Disorder and/or Attention Deficit Disorder. Because this issue was inquired about by the Court at its hearing on Plaintiff's Motion for Preliminary Injunction on January 13, 2006, NBME hereby provides a copy of the corrected response to the Court.

DATED this 18th day of January, 2006.

OSBORN MALEDON, P.A.

By   s/ Diane M. Johnsen
     Diane M. Johnsen
     John L. Blanchard
     Ronda R. Fisk
     2929 North Central
     Suite 2100
     Phoenix, Arizona 85012-2794
     Attorneys for National Board of
     Medical Examiners

CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Pete V. Domenici, Jr., Esq.
>pdomenici@domenicilaw.com, jwashburn@domenicilaw.com
>Attorney for Ralph E. Krolik, M.D.

 s/ Kelly Dourlein

Courtesy Copy of the foregoing hand delivered this 18th day of January, 2006 to:

Hon. Frederick J. Martone
U.S. District Court Judge
401 W. Washington
Phoenix, AZ  85003

 /s/ Kelly Dourlein

1157030_1.DOC

2