**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - EVIDENTIARY HEARING**

Phoenix Division

CV-05-315-PHX-FJM          DATE: 1/13/2006
Year  Case No  Initials

Title: Ralph E Krolik   vs.  National Board of Medical Examiners
        Plaintiffs             Defendants
=============================================================================

HON: FREDERICK J. MARTONE          Judge # 7028

Kerry Reynolds                    Candy Potter
    Deputy Clerk                    Court Reporter

Pete Domenici Jr.                 Diane M Johnsen and Ronda Fisk
Attorney(s) for Plaintiff(s)      Attorney(s) for Defendant(s)
=============================================================================
**PROCEEDINGS:   X  Open Court    __Chambers    ____Other**

This is the time set for Evidentiary Hearing re: Plaintiff's Application for Preliminary Injunctive Relief (doc. 23).  The Court has reviewed the Plaintiff's Brief in support of the Application for Preliminary Injunction (doc. 64) and the exhibits and the Defendant's Pre-hearing Brief in Opposition to the Application (doc. 66).

Counsel for the Plaintiff makes an opening statement.  Dr. Grant Butterbaugh is sworn and examined.

Counsel for the Defendant makes an opening statement.  Dr. Michael Gordon is sworn and examined.

Counsel present final arguments.

The Court takes its ruling on the Application for Preliminary Injunctive Relief (doc. 23) under advisement.

The Court discusses with counsel Plaintiff's Motion to Compel the Defendant to Respond to Interrogatory Number 7 (doc. 61).  The Motion (doc. 61) is granted in part and denied in part.  Defendant's counsel is directed to submit a random sample of 40 cases from 1999 to present to Plaintiff's counsel.

Time in court: 1 hr., 30 mins.