

Diane M. Johnsen, 007634 / djohnsen@omlaw.com
John L. Blanchard, 018995 / jblanchard@omlaw.com
Ronda R. Fisk, 022100 / rfisk@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000

Attorneys for National Board of Medical Examiners

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph E. Krolik, M.D.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>National Board of Medical Examiners,<br><br>　　　　　Defendant. | No. CV05-0315 PHX FJM<br><br>**DEFENDANT'S PRE-TRIAL DISCLOSURES PURSUANT TO RULE 26(a)(3)** |

Pursuant to Fed. Civ. Proc. R. 26(a)(3) and the Court's Rule 16 Scheduling Order, Defendant National Board of Medical Examiners ("Defendant" or "NBME") provides Plaintiff Dr. Ralph Krolik ("Plaintiff") and the Court with the following information regarding the evidence that it may present at trial other than solely for impeachment.  Defendant intends to supplement this disclosure as its counsel acquires additional information through ongoing investigation and the discovery process.

**A.    Witnesses**

　　**1.    Witnesses Defendant Expects to Present at Trial:**

　　　　**a**.    **Michael Gordon, Ph.D.**  Dr. Gordon has expert knowledge of Attention Deficit/Hyperactivity Disorder ("ADHD"), including its manifestations, symptoms and proper diagnosis.  Dr. Gordon has knowledge of Plaintiff's request insofar as it purported to be based on an alleged ADHD impairment, of his review of Plaintiff's request, and his report thereon to the NBME.  Dr. Gordon will testify as an expert witness, pursuant to Rule 26(a)(2).

**b.     Joseph E. Bernier, Ph.D**. Dr. Bernier has expert knowledge of Learning Disabilities associated with reading difficulties of the nature that Dr. Krolik asserted in his request for accommodations. Dr. Bernier has knowledge of Plaintiff's request insofar as it purported to be based on an alleged Learning Disability, and of his review of Plaintiff's request. Dr. Bernier will testify as an expert witness, pursuant to Rule 26(a)(2).

**c.     Elizabeth Azari.** Ms. Azari is the Assistant Vice President, Examinee Support Services, at the NBME. She has knowledge of the NBME's handling of requests for accommodations with respect to the United States Medical Licensing Examination ("USMLE"), and the process by which NBME's analyzes those requests.

**d.     Gerard F. Dillon, Ph.D.** Dr. Mr. Dillon is the Associate Vice President, USMLE. He has knowledge of the USMLE and why the examination now cannot be offered in pencil and paper format.

**e.     Joseph Abram Doane**. Mr. Doane has knowledge of Defendant's receipt and handling of Plaintiff's request for accommodations with respect to the USMLE, the process by which Defendant analyzed that request, and the outcome of Defendant's review of Plaintiff's request.

**f.     Dr. Samuel Keith.** Dr. Keith is the Chairman of the University of New Mexico Department of Psychiatry. Dr. Keith has knowledge regarding UNM School of Medicine Department of Psychiatry's participation in the national residency matching program and the fact that Dr. Krolik does not currently have a residency position with the UNM School of Medicine Department of Psychiatry and has not been promised one in the future.

**g.     Any and all witnesses listed by Plaintiff.**

**2.     Witnesses Defendant May Call if the Need Arises at Trial:**

a.     Dr. Ralph Krolik

b.     Dr. Mary Krolik

      c.     Dr. Grant Butterbaugh

      d.     Dr. Gayle Wurzlow

      e.     Dr. Pamela Hoblit

      f.     Dr. Jack Cole

      g.     Tom Reed

      h.     Economic Damages Expert (only in the event that the Court permits Plaintiff to call an economic damages expert notwithstanding Plaintiff's failure to comply with the Court's Rule 16 Scheduling Order as to disclosure of any report by such expert).

**B.**    **Witnesses Whose Testimony Is Expected to Be Presented (If at All) by Means of a Deposition**

    1.    Dr. Samuel Keith

    2.    Dr. Pamela Hoblit

    3.    Dr. Jack Cole

    4.    Tom Reed

    5.    Dr. Gayle Wurzlow

**C.**    **Documents and Exhibits**

    **1.**    **Documents or Other Exhibits That Defendant Expects to Offer**

All documents produced by Plaintiff.

All documents produced by NBME, including documents bearing production numbers NBME00001-347.

Report of Dr. Pamela Hoblit dated October 2 and November 12, 1998.

Plaintiff's responses to interrogatories and responses to requests for admissions.

Plaintiff's tax returns.

    **2.**    **Documents or Other Exhibits That Defendant May Offer if the Need Arises**

Dr. Krolik's Arizona State Board of Pharmacy records, bearing production numbers ASBP000001-114.

1170899

Judgment and Sentence dated December 24, 1991, bearing production number NBME00347.

Medical records produced or to be produced by Dr. Krolik's medical providers.

DATED this 1st day of February, 2006.

OSBORN MALEDON, P.A.

s/ Ronda R. Fisk
Diane M. Johnsen
John L. Blanchard
Ronda R. Fisk
2929 North Central, Suite 2100
Phoenix, Arizona 85012-2793
Attorneys for:
National Board of Medical Examiners

I hereby certify that on February 1, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Pete V. Domenici, Jr.
Domenici Law Firm, PC
320 Gold Avenue, SW, Suite 1000
Albuquerque, New Mexico 87102
pdomenici@domenicilaw.com
Attorneys for Plaintiff Krolik, M.D.

s/ Lindsay B. Jensen

1170899