**OSBORN MALEDON**
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2794

1  Diane M. Johnsen, 007634 / djohnsen@omlaw.com
   John L. Blanchard, 018995 / jblanchard@omlaw.com
2  Ronda R. Fisk, 022100 / rfisk@omlaw.com
   OSBORN MALEDON, P.A.
3  2929 North Central Avenue, Suite 2100
   Phoenix, Arizona 85012-2793
4  (602) 640-9000

5  Attorneys for National Board of Medical Examiners

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph E. Krolik, M.D.,<br><br>            Plaintiff,<br><br>vs.<br><br>National Board of Medical Examiners,<br><br>            Defendant. | No. CV05-0315 PHX FJM<br><br>**NOTICE OF SERVICE OF DEFENDANT'S SECOND SET OF REQUESTS FOR ADMISSIONS AND INTERROGATORY** |

    NOTICE IS HEREBY GIVEN that on February 1, 2006, attorneys for Defendant served on counsel of record, via first class mail, a copy of Defendant's Second Set of Requests For Admissions and Interrogatory.

    DATED this 1st day of February, 2006.

                                    OSBORN MALEDON, P.A.


                                    s/ Ronda R. Fisk
                                    Diane M. Johnsen
                                    John L. Blanchard
                                    Ronda R. Fisk
                                    2929 North Central, Suite 2100
                                    Phoenix, Arizona 85012-2793
                                    Attorneys for:
                                    National Board of Medical Examiners

1  I hereby certify that on February 1, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and
2  transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

3  Pete V. Domenici, Jr.
4  Domenici Law Firm, PC
   320 Gold Avenue, SW, Suite 1000
5  Albuquerque, New Mexico  87102
   pdomenici@domenicilaw.com
6  Attorneys for Plaintiff Krolik, M.D.

7

8  s/ Lindsay B. Jensen

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1177063