Pete V. Domenici, Jr., Esq.
Domenici Law Firm, P.C.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250
Attorney for Plaintiff Krolik, M.D.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| RALPH E. KROLIK, M.D., | ) | CASE NO. CV-05-0315 PHX FJM |
| | ) | |
| Plaintiff, | ) | |
| Vs. | ) | **PLAINTIFF'S PRE-TRIAL** |
| | ) | **DISCLOSURE STATEMENT** |
| | ) | **PURSUANT TO RULE 26(a)(3)** |
| NATIONAL BOARD OF | ) | |
| MEDICAL EXAMINERS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**COMES NOW** the Plaintiff, Ralph E. Krolik, M.D., by and through his counsel of record, Domenici Law Firm, P.C. (Pete V. Domenici, Jr., Esq.) and pursuant to Fed.R.Civ.Proc 26(a)(3), makes the following Pre-Trial Disclosure Statement:

    A.    <u>Individuals Likely to Have Discoverable Information that Plaintiff May Use to Support His Position:</u>

        1.    Dr. Ralph Krolik
                C/o Domenici Law Firm, P.C.
                320 Gold Avenue S.W., Suite 1000
                Albuquerque, New Mexico 87102

                Dr. Krolik, will testify on his ADHD diagnosis and impairment, his request to NBME for a reasonable accommodation to take the USMLE examinations, his pain and suffering and lost wages as a medical doctor from NBME's refusal to afford him a reasonable accommodation to take the USMLE examinations

2. Dr. Grant Butterbaugh, Ph.D.
C/o Domenici Law Firm, P.C.
320 Gold Avenue S.W., Suite 1000
Albuquerque, New Mexico 87102

Dr. Butterbuagh has expert knowledge of Attention Deficit/Hyperactivity Disorder ("ADHD") and has knowledge of Dr. Krolik's condition of ADHD and his request to NBME for a reasonable accommodation of more time and a quiet test environment to take the NBME exams. Dr. Butterbaugh will testify as an expert witness, pursuant to Rule 26(a)(2).

3. Gayle F. Wurzlow, M.D.
C/o Domenici Law Firm, P.C.
320 Gold Avenue S.W., Suite 1000
Albuquerque, New Mexico 87102

Dr. Wurzlow has expert knowledge of Attention Deficit/Hyperactivity Disorder ("ADHD") and has knowledge of Dr. Krolik's condition of ADHD and his request to NBME for a reasonable accommodation of more time and a quiet test environment to take the NBME exams. Dr. Wurzlow will testify as an expert witness, pursuant to Rule 26(a)(2).

4. Mary Lynn Krolik, M.D.
C/o Domenici Law Firm, P.C.
320 Gold Avenue S.W., Suite 1000
Albuquerque, New Mexico 87102

Dr. Mary Krolik has knowledge of her husband Dr. Krolik's ADHD condition and his request to NBME for a reasonable

       accommodation of more time and a quiet test environment to take the NBME exams.

5. Roger Johnson, CPA, Economic Damages Witness
12630 N. 103rd Avenue, #222
Sun City, AZ 85351
(623) 972-8858

Roger Johnson will give expert testimony about the economic damages to Dr. Krolik for his failure to successfully complete the USMLE examinations and be licensed as a medical doctor.

6. Frank Fine, M.D., Dr. Krolik medical school associate.
C/o Domenici Law Firm, P.C.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102

Dr. Fine may be called to give testimony on his association with Dr. Krolik in medical school, including the study habits and test taking accommodations for Dr. Krolik.

7. Jack Sona, Dr. Krolik pharmacy school associate.
C/o Domenici Law Firm, P.C.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102

Jack Sona may be called to give testimony on his association with Dr. Krolik in pharmacy school, including the study habits and test taking accommodations for Dr. Krolik.

8. Laura Lahti, M.D., Dr. Krolik medical school associate.
C/o Domenici Law Firm, P.C.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102

Dr. Lahti may be called to give testimony on her association with Dr. Krolik in medical school, including the study habits and test taking accommodations for Dr. Krolik.

9.  Michael Gordon, Ph.D.
    C/o Osborn Maledon, P.A.
    2929 North Central Avenue, Suite 2100
    Phoenix, Arizona 85012

Dr. Gordon may be called as an expert witness on ADHD and his role as reviewer of ADHD reasonable accommodation requests to NBME.

    a.  Any of the witnesses identified by Defendant.

B.  <u>Documents, Data Compilations and Tangible Things in Plaintiff's Possession that Plaintiff May Use to Support His Claims.</u>

Plaintiff has supplied Defendant with the documents, data compilations and tangible things in his possession that he will use to support his claims. Additional documentation not already supplied to Defendant will be supplemented and made available to Defendant for copying. Plaintiff may use the documents produced by Defendant from Dr. Michael Gordon's deposition. Plaintiff may use Defendant's responses to interrogatories and requests for production to support his claims.

C.  <u>Computation of Damages Claimed by Plaintiff.</u>

Plaintiff claims compensation for fees paid in connection with past attempts to pass the NBME examinations, pain and suffering, lost wages, punitive damages, costs of this action and reasonable attorney's fees.

D.  <u>A Copy of Any Pertinent Insurance Agreement</u>.

There is no insurance available for Plaintiff's claim.

DATED this <u>2nd</u> day of February, 2006.

4

        Respectfully submitted,

        DOMENICI LAW FIRM, P.C.

        s/ Pete V. Domenici, Jr., Esq.
        PETE V. DOMENICI, JR., Esq.
        320 Gold Avenue SW, Suite 1000
        Albuquerque, New Mexico 87102
        (505) 883-6250
        Attorney for Ralph E. Krolik, M.D.

I hereby certify that a true and correct
Copy of the foregoing was electronically
mailed to opposing counsel this 2nd day
Of February, 2006.

Diane M .Johnsen, Esq.
John L. Blanchard, Esq.
Ronda R. Fisk, Esq.
OSBORN MALEDON, P.A.
2929 North Central, Suite 2100
Phoenix, Arizona 85012-2794
Attorneys for National Board of Medical Examiners

s/ Pete V. Domenici, Jr., Esq.
PETE V. DOMENICI, JR., Esq.