Pete V. Domenici, Jr., Esq.
Domenici Law Firm, P.C.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250
Attorney for Plaintiff Krolik, M.D.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RALPH E. KROLIK, M.D., ) | CASE NO. CV-05-0315 PHX FJM |
| ) | |
| Plaintiff, ) | |
| Vs. ) | **UNOPPOSED MOTION TO** |
| ) | **EXTEND DISCOVERY TO** |
| ) | **MAY 15, 2006** |
| ) | |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**COMES NOW** the Parties, Plaintiff, Ralph E. Krolik, M.D., by and through his counsel of record, Domenici Law Firm, P.C. (Pete V. Domenici, Jr., Esq.) and Defendant National Board of Medical Examiners, by and through its counsel of record, Osborn Maledon, P.A. (Diane M. Johnsen, Esq.) and do not oppose the extension of time for discovery to May 15, 2006.

**WHEREFORE**, the Parties agree to extend the time for discovery to May 15, 2006.

Respectfully submitted,

DOMENICI LAW FIRM, P.C.

S/ Pete V. Domenici, Jr., Esq.
PETE V. DOMENICI, JR., Esq.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250


-   APPROVED –

Telephonic approval – Diane M. Johnsen, Esq., 2/7/06
DIANE M. JOHNSEN, Esq.
OSBORN MALEDON, P.A.
P.O. Box 36379
Phoenix, Arizona 85067

I hereby certify that a true and correct
Copy of the foregoing was mailed to
Opposing counsel this 7th day
Of February, 2006.

S/ Pete V. Domenici, Jr., Esq.
PETE V. DOMENICI, JR., Esq.