# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| RALPH E. KROLIK, M.D., | ) | CASE NO. CV-05-0315 PHX FJM |
| | ) | |
| Plaintiff, | ) | |
| Vs. | ) | **(PROPOSED) ORDER** |
| | ) | **GRANTING EXTENSION** |
| | ) | **OF TIME TO EXTEND DISCOVERY** |
| | ) | **TO MAY 15, 2006** |
| | ) | |
| NATIONAL BOARD OF | ) | |
| MEDICAL EXAMINERS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Upon unopposed motion of the Parties and for good cause,

IT IS ORDERED granting the Parties an extension of time for discovery through and including May 15, 2006.

DATED this _____ day of February, 2006.

By: _____
   The Honorable Frederick J. Martone
   United States District Court Judge