IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| RALPH E. KROLIK, M.D., | ) | No. CV-05-0315-PHX-FJM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) | |
| Defendant. | ) | |

The court has before it the parties' joint motion to extend discovery (doc. 77). The discovery cutoff date in this case is March 15, 2006, and the parties wish to extend it to May 15, 2006. We can allow this as long as it does not affect the remaining dates in the Rule 16 scheduling order, including the dispositive motion cutoff date of April 25, 2006. Accordingly, IT IS ORDERED GRANTING the unopposed motion to extend discovery to May 15, 2006 (doc. 77). This extension and the consequences that flow from it will not be offered as a reason to amend any of the other dates in the Rule 16 scheduling order.

DATED this 8th day of February, 2006.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge