Pete V. Domenici, Jr., Esq.
Domenici Law Firm, P.C.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250
Attorney for Plaintiff Krolik, M.D.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RALPH E. KROLIK, M.D., ) | CASE NO. CV-05-0315 PHX FJM |
| ) | |
| Plaintiff, ) | |
| Vs. ) | **CERTIFICATE OF SERVICE** |
| ) | **OF PLAINTIFF'S THIRD SET OF** |
| ) | **INTERROGATORIES, REQUESTS** |
| ) | **FOR PRODUCTION OF DOCUMENTS,** |
| ) | **AND REQUEST FOR ADMISSIONS** |
| ) | |
| NATIONAL BOARD OF ) | |
| MEDICAL EXAMINERS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff Dr. Ralph Krolik, by and through his attorney of record, Domenici Law Firm, P.C. (Pete V. Domenici, Jr.), hereby certifies that a true and correct copy of *Plaintiff's Third Set of Interrogatories, Requests for Production of Documents, and Request for Admissions* was faxed and mailed by U.S. Mail to National Board of Medical Examiners, c/o Diane M. Johnsen, Esq., Osborn Maledon, P.A., 2929 North Central, Suite 2100, Phoenix, Arizona 85012-2794 on this 10th day of February, 2006.

    Respectfully submitted,

    DOMENICI LAW FIRM, P.C.

    S/ Pete V. Domenici, Jr., Esq.
    PETE V. DOMENICI, JR., Esq.
    Attorney for Plaintiff
    320 Gold Avenue SW, Suite 1000
    Albuquerque, New Mexico 87102

(505) 883-6250 office
(505) 884-3424 fax.

I hereby certify that a true and correct
Copy of the foregoing was electronically transmitted
To the Clerk's Office using the CM/ECF System for filing
On this 10th day of February 2006.

<u>S/ Pete V. Domenici, Jr., Esq.</u>
PETE V. DOMENICI, JR., Esq.