Diane M. Johnsen, Esq./djohnsen@omlaw.com
John L. Blanchard, Esq./jblanchard@omlaw.com
Ronda R. Fisk, Esq./rfisk@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2794
(602) 640-9000

Attorneys for National Board of Medical Examiners

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph E. Krolik, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> National Board of Medical Examiners, <br><br> Defendant. | No. CV05-0315 PHX FJM <br><br> **NOTICE OF DEPOSITION OF RALPH E. KROLIK, M.D.** |

Pursuant to Federal Rules of Civil Procedure 26 and 30, you are hereby notified that the deposition of:

**RALPH E. KROLIK, M.D.**

c/o Domenici Law Firm
320 Gold Avenue SW, #1000
Albuquerque, NM  87102

will be taken on Wednesday, March 1, 2006 at 9:00 a.m. before an officer authorized by law to administer oaths.

The deposition will be held at:

Osborn Maledon PA
2929 N. Central Ave., Suite 2100
Phoenix, Arizona  85012

The testimony given shall be recorded by the following means:

  __X__ stenographic; _____ sound; ___ sound and visual.

1     DATED this 14th day of February, 2006.

                              OSBORN MALEDON, P.A.

                     By     s/ Diane M. Johnsen
                               Diane M. Johnsen
                               John L. Blanchard
                               Ronda R. Fisk
                               2929 North Central, Suite 2100
                               Phoenix, Arizona  85012-2794
                               Attorneys for National Board of Medical Examiners

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

                Pete V. Domenici, Jr., Esq.
                pdomenici@domenicilaw.com, jwashburn@domenicilaw.com
                Attorney for Ralph E. Krolik, M.D.

s/ Kelly Dourlein

1186956_1.DOC