**OSBORN MALEDON**
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2794

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone 602.640.9000
Facsimile 602.640.9050

Diane M. Johnsen, Esq./djohnsen@omlaw.com
John L. Blanchard, Esq./jblanchard@omlaw.com
Ronda R. Fisk, Esq./rfisk@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2794
(602) 640-9000

Attorneys for National Board of Medical Examiners

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph E. Krolik, M.D., | No. CV05-0315 PHX FJM |
| Plaintiff, | **NOTICE OF DEPOSITION OF MARY LYNN KROLIK, M.D.** |
| vs. | |
| National Board of Medical Examiners, | |
| Defendant. | |

Pursuant to Federal Rules of Civil Procedure 26 and 30, you are hereby notified that the deposition of:

**MARY LYNN KROLIK, M.D.**

c/o Domenici Law Firm
320 Gold Avenue SW, #1000
Albuquerque, NM  87102

will be taken on Tuesday, February 28, 2006 at 1:00 p.m. before an officer authorized by law to administer oaths.

The deposition will be held at:

Osborn Maledon PA
2929 N. Central Ave., Suite 2100
Phoenix, Arizona  85012

The testimony given shall be recorded by the following means:

  X   stenographic; _____ sound; ___ sound and visual.

1     DATED this 14th day of February, 2006.

2

3                                           OSBORN MALEDON, P.A.

4

5                            By    s/ Diane M. Johnsen
                                                      Diane M. Johnsen

6                                                         John L. Blanchard
                                                        Ronda R. Fisk

7                                                          2929 North Central, Suite 2100
                                                        Phoenix, Arizona  85012-2794
                                                        Attorneys for National Board of Medical

8                                                          Examiners

9

10

11

12                               CERTIFICATE OF SERVICE

13     I hereby certify that on February 14, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and

14 transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

15                     Pete V. Domenici, Jr., Esq.
                    pdomenici@domenicilaw.com, jwashburn@domenicilaw.com

16                     Attorney for Ralph E. Krolik, M.D.

17

18  s/ Kelly Dourlein____

19

20

21 1186946_1.DOC

22

23

24

25

26

27

28