| ❦AO 435<br>(Rev. 12/03)<br>*Please Read Instructions above* | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br>DUE DATE: | |
|---|---|---|---|---|
| 1. NAME<br>Ronda R. Fisk, Osborn Maledon, P.A. | | 2. PHONE NUMBER<br>(602) 640-9363 | 3. DATE<br>2/13/2006 | |
| 4. MAILING ADDRESS<br>2929 N. Central Avenue, Suite 2100 | | 5. CITY<br>Phoenix | 6. STATE<br>AZ | 7. ZIP CODE<br>85012 |
| 8. CASE NUMBER<br>CV05-0315 PHX FJM | 9. JUDGE<br>Martone | DATES OF PROCEEDINGS | | |
| | | 10. FROM 1/13/2006 | 11. | |
| 12. CASE NAME<br>Ralph E. Krolik vs. National Board of Medical Examiners | | LOCATION OF PROCEEDINGS | | |
| | | 13. Phoenix | 14. | |

15. ORDER FOR
☐ APPEAL      ☐ CRIMINAL         ☐ CRIMINAL JUSTICE ACT    ☐ BANKRUPTCY
☐ NON-APPEAL  ☒ CIVIL            ☐ IN FORMA PAUPERIS       ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | 1/13/2006 Hearing |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☒ | NO. OF COPIES<br>1 | | 287.10 |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

| | |
|---|---|
| 18. SIGNATURE<br>*Ronda R. Fisk* | ESTIMATE TOTAL<br>287.10 |
| | PROCESSED BY |
| 19. DATE<br>2/13/2006 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES  287.10 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT   287.10 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE      287.10 |

(Previous editions of this form may still be used)
DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY