Pete V. Domenici, Jr., Esq.
Domenici Law Firm, P.C.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250
Attorney for Plaintiff Krolik, M.D.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RALPH E. KROLIK, M.D., ) | CASE NO. CV-05-0315 PHX FJM |
| ) | |
| Plaintiff, ) | |
| Vs. ) | **CERTIFICATE OF SERVICE** |
| ) | **OF PLAINTIFF'S RESPONSE** |
| ) | **TO SECOND SET OF** |
| ) | **REQUESTS FOR ADMISSIONS** |
| ) | **AND INTERROGATORY** |
| NATIONAL BOARD OF ) | |
| MEDICAL EXAMINERS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff Dr. Ralph Krolik, by and through his attorney of record, Domenici Law

Firm, P.C. (Pete V. Domenici, Jr.), hereby certifies that a true and correct copy of

*Plaintiff's Response to Second Set of Requests for Admissions and Interrogatory* was

faxed and mailed by U.S. Mail to National Board of Medical Examiners, c/o Diane M.

Johnsen, Esq., Osborn Maledon, P.A., 2929 North Central, Suite 2100, Phoenix, Arizona

85012-2794 on this 27th day of February, 2006.

Respectfully submitted,

DOMENICI LAW FIRM, P.C.
S/ Pete V. Domenici, Jr., Esq.
PETE V. DOMENICI, JR., Esq.
Attorney for Plaintiff
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250 office
(505) 884-3424 fax.

I hereby certify that a true and correct
Copy of the foregoing was electronically transmitted
To the Clerk's Office using the CM/ECF System for filing
On this 27th day of February 2006.

S/ Pete V. Domenici, Jr., Esq.
PETE V. DOMENICI, JR., Esq.