```
IN THE UNITED STATES DISTRICT COURT        CLIENT FILE NO.
STATE OF ARIZONA                           13287.1
COUNTY OF MARICOPA


RALPH E. KROLIK, M.D                       CASE NO. CV05-0315 PHX FJM
vs                                         JUDGE
NATIONAL BOARD OF MEDICAL EXAMINERS        HEARING DATE: 03/17/06 @

STATE OF ARIZONA    )                      AFFIDAVIT OF SERVICE
COUNTY OF MARICOPA  )
THE AFFIANT, being sworn, states: That I am a private process server registered
in MARICOPA COUNTY and an Officer of the Court.  On  02/21/06    I received the
LETTER; SUBPOENA DUCES TECUM (DOCUMENTS ONLY); EXHIBIT A, EXHIBIT B; AFFIDAVIT
OF CUSTODIAN OF RECORDS
```

from OSBORN & MALEDON
by RONDA R. FISK                                                           and
in each instance I personally served a copy of each document listed above upon:
CUSTODIAN OF RECORDS FOR DR. VICKI A. ALBERTS

on 02/22/06 at 11:54 pm at 11361 N. 99TH AVENUE, STE.601
PEORIA, ARIZONA  85345-5400 MARICOPA COUNTY
in the manner shown below:
by leaving true copy(ies) of the above documents with
NORM SARTOR, SITE ADMINISTRATOR


STATED AUTHORIZED TO ACCEPT
TENDERED FEES IN THE AMOUNT OF $ 40.00

                                     JOSEPH E. THOMASSON / ACPS      Affiant
                            Subscribed and sworn to before me the  Feb 24, 2006

                            Debra Jean Pluff                         Notary

                            My Commission expires:  10/01/2008

                            OFFICIAL SEAL
                            DEBRA JEAN PLUFF
                            Notary Public - State of Arizona
                            MARICOPA COUNTY
                            My Comm Expires Oct 1, 2008

SERVICE OF PROCESS  $   16.00
         MILES  26  $   62.40
         FEES PAID  $   40.00    Hawkins and E-Z Messenger Legal-Support Providers, LLC
  HELP CHECK CHARGE $    4.00    10 W. Madison Street
     SERVICE CHARGE $    2.00    Phoenix, AZ 85003
       RUSH SERVICE $   35.00    (602) 258-8081 FAX: (602) 258-8864
AFFIDAVIT/NOTARY FEE $  10.00
              TOTAL $  169.40
ORIGINAL                              INV. # 973598 7384