KROUK 13287.1 DISCOVERY

# Bombet, Cashio & Associates
**800-256-5333**

**Baton Rouge, LA** - 11220 N. Harrell's Ferry Rd., Baton Rouge, LA 70816
**New Orleans, LA** - Bombet, Cashio & Vara, 5020 Trenton St., Metairie, LA 70006
**Lafayette, LA** - Bombet, Cashio & Assoc, 207 S. William Dr., Lafayette, LA 70506
**Dallas, TX** - Bombet, Cashio & Bombet, 1601 Monterrey, Garland, TX 75042

## Nationwide Investigations & Process Service

## Affidavit of Process Server

**NAME OF COURT:** United States District Court of Arizona

**PLAINTIFF/PETITIONER:** Ralph E. Krolik   **VS**   **DEFENDANT/RESPONDENT:** National Board of Medical Examiners   **CASE NUMBER:** ___

I, Jason Cary, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Kim Cador (Custodian of Records for Dr. Mark Zielinski)

with (list documents) Subpoena and Affidavit for the Custodian of Records

by leaving with _____ At _____

☐ Residence _____
☑ Business 10532 S. Glenstone Pl. Suite C   Baton Rouge, LA.

On February 23, 2006   AT 8:40 AM

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
from _____

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ___ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Canceled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) 2/23/06   8:40 AM   (2) ___ (3) ___ (4) ___ (5) ___

**Description:** Age ~30s   Sex M   Race B   Height 5'6   Weight 125   Hair B   Beard N/A   Glasses N/A

SUBSCRIBED AND SWORN to before me this 24 day of Feb, 2006.

SIGNATURE OF NOTARY PUBLIC / SIGNATURE OF PROCESS SERVER

(Notary Seal: No. 29187)