Pete V. Domenici, Jr., Esq.
Domenici Law Firm, P.C.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250
Attorney for Plaintiff Krolik, M.D.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RALPH E. KROLIK, M.D., ) | CASE NO. CV-05-0315 PHX FJM |
| ) | |
| Plaintiff, ) | |
| Vs. ) | **UNOPPOSED PLAINTIFF'S MOTION** |
| ) | **TO EXTEND DISPOSITIVE** |
| ) | **MOTION DEADLINE FOR PLAINTIFF** |
| ) | |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**COMES NOW**, Plaintiff, by and through his counsel of record, Domenici Law Firm, P.C. (Pete Domenici, Jr.) and requests the Court extend the dispositive motion deadline for the Plaintiff from April 25, 2006 to May 25, 2006. As grounds therefore, the Plaintiff states as follows:

1.  The Plaintiff anticipates filing a Motion for Partial Summary Judgment on the issue of impairment of major life activity. In order to file this Motion, the Plaintiff needs to have a response to discovery ordered by the Court in its order of January 17, 2006. As of this date, that response has not been provided.

2.  Plaintiff needs to follow up on said discovery by deposition, and possible additional written discovery.

3. Plaintiff has attempted to work with defense counsel to schedule the depositions of the witnesses needed to follow up on the court ordered discovery and address this issue. The Plaintiff has sent deposition notices for Abraham Doane and designated witnesses on this issue, and scheduled depositions for March 20, 2006. Due to the trial schedule of lead counsel for the Defendant, March 20, 2006 is an unavailable date. Due to the trial schedules of lead counsel for Plaintiff and Defendant, there are no available deposition dates until May 10 and 11 in order to perform these depositions.

4. Because these depositions are critical to Plaintiff's anticipated Partial Summary Judgment motion and they cannot be performed prior to May 10 and 11, Plaintiff requests that he have until May 25, 2006 to file a dispositive motion on this issue.

5. Defendant does not oppose this motion.

**WHEREFORE**, Plaintiff requests the Court allow the Plaintiff until May 25, 2006 to file a dispositive motion on the issue of impairment of major life activity.

Respectfully submitted:

DOMENICI LAW FIRM, P.C.

S/ Pete V. Domenici, Jr., Esq.
PETE V. DOMENICI, JR., Esq.
320 Gold Avenue SW, Suite 1000
Albuquerque, NM  87102
(505) 883-6250

I hereby certify that on March 6, 2006,

I electronically transmitted the attached document to the
Clerk's Office using the CM/ECF System for filing and
transmittal of a Notice of Electronic Filing to the following
CM/ECF registrants:

Diane M. Johnsen, Esq.
OSBORN MALEDON, P.A.
2929 North Central, Suite 2100
Phoenix, Arizona 85012-2793
Attorneys for National Board of Medical Examiners

S/ Pete V. Domenici, Jr._____
PETE V. DOMENICI, JR., Esq.