Diane M. Johnsen, Esq./djohnsen@omlaw.com
John L. Blanchard, Esq./jblanchard@omlaw.com
Ronda R. Fisk, Esq./rfisk@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2794
(602) 640-9000

Attorneys for National Board of Medical Examiners

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph E. Krolik, M.D., | No. CV05-0315 PHX FJM |
| Plaintiff, | **NOTICE OF SERVICE OF DEFENDANT'S RESPONSES TO PLAINTIFF'S THIRD SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSIONS** |
| vs. | |
| National Board of Medical Examiners, | |
| Defendant. | |

Notice is hereby given that on March 16, 2006, Defendant mailed and sent via e-mail its Responses to Plaintiff's Third Set of Interrogatories, Request for Production of Documents and Request for Admissions upon counsel for Plaintiff.

DATED this 16 day of March, 2006.

OSBORN MALEDON, P.A.


By    s/ Diane M. Johnsen
      Diane M. Johnsen
      John L. Blanchard
      Ronda R. Fisk
      2929 North Central, Suite 2100
      Phoenix, Arizona  85012-2794
      Attorneys for National Board of Medical
      Examiners

CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Pete V. Domenici, Jr., Esq.
pdomenici@domenicilaw.com, jwashburn@domenicilaw.com
Attorney for Ralph E. Krolik, M.D.

 s/  Kelly Dourlein

1210053_1.DOC