1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                         FOR THE DISTRICT OF ARIZONA

8
   RALPH E. KROLIK,                      )      No. CV-05-0315-PHX-FJM
9                                        )
              Plaintiff,                 )      **ORDER**
10  vs.                                  )
                                         )
11  NATIONAL  BOARD  OF  MEDICAL)
    EXAMINERS,                           )
12                                       )
              Defendant.                 )
13  _____)

14
         The court has before it plaintiff's motion for leave to file second amended complaint

15  (doc. 76), defendant's opposition, and plaintiff's reply.  Also before the court is plaintiff's

16  motion to extend the dispositive motion deadline (doc. 95).

17
         Plaintiff seeks to file a second amended complaint to add "reading and learning" to

18  the major life activities alleged.  Defendant argues that the deadline for amended complaints

19  expired long ago (October 1, 2005) and no good cause has been shown to upset the Rule 16

20  scheduling order in this case.  By his silence, plaintiff concedes this point but argues that the

21  question of learning as a major life activity was the subject of affidavits in connection with

22  the preliminary injunction hearing in this case and was also referred to in this court's order

23  denying plaintiff's application for preliminary injunction.  Thus plaintiff relies on Rule 15

24  (b), Fed. R. Civ. P. to simply conform his pleading to an issue that has been tried by the

25  implied consent of the parties.

26
         Defendant is certainly correct that the motion comes too late under the Rule 16

27  scheduling order.  No good cause has been shown to upset that order.

28

1    The discovery deadline in this case has already passed.  The dispositive motion
2  deadline is next month.  Expert reports have been exchanged.  We have already had an
3  amended complaint filed as a result of a motion to dismiss.  We have resolved a motion for
4  preliminary injunctive relief.  We thus think it is too late in the day to change the shape of
5  this litigation.  It cannot be a rolling target.  Accordingly, IT IS ORDERED DENYING
6  plaintiff's motion for leave to file second amended complaint because no good cause has been
7  shown under Rule 16(b), Fed. R. Civ. P. (doc. 76).

8    Plaintiff also moves to extend the dispositive motion cutoff date because of discovery
9  problems. But this court's Rule 16 scheduling order expressly advised the parties that there
10  would be no extensions to the dispositive motion cutoff date due to discovery disputes or
11  case processing problems.  Order of September 16,  2005 at 1.  No good cause having been
12  shown, IT IS ORDERED DENYING plaintiff's motion to extend the dispositive cutoff date
13  (doc. 95).

14    DATED this 17th day of March, 2006.

15

16

17                    Frederick J. Martone
                     United States District Judge

18

19

20

21

22

23

24

25

26

27

28