Pete V. Domenici, Jr., Esq.
Domenici Law Firm, P.C.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250
Attorney for Plaintiff Krolik, M.D.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| RALPH E. KROLIK, M.D., | ) | CASE NO. CV-05-0315 PHX FJM |
| | ) | |
| Plaintiff, | ) | |
| Vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | **OF PLAINTIFF'S FOURTH** |
| | ) | **REQUEST FOR PRODUCTION** |
| | ) | **OF DOCUMENTS** |
| NATIONAL BOARD OF | ) | |
| MEDICAL EXAMINERS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff Dr. Ralph Krolik, by and through his attorney of record, Domenici Law Firm, P.C. (Pete V. Domenici, Jr.), hereby certifies that a true and correct copy of *Plaintiff's Fourth Request for Production of Documents* was faxed and mailed by U.S. Mail to National Board of Medical Examiners, c/o Diane M. Johnsen, Esq., Osborn Maledon, P.A., 2929 North Central, Suite 2100, Phoenix, Arizona 85012-2794 on this 20th day of March, 2006.

                                        Respectfully submitted,

                                        DOMENICI LAW FIRM, P.C.
                                        S/ Pete V. Domenici, Jr., Esq.
                                        PETE V. DOMENICI, JR., Esq.
                                        Attorney for Plaintiff
                                        320 Gold Avenue SW, Suite 1000
                                        Albuquerque, New Mexico 87102
                                        (505) 883-6250 office
                                        (505) 884-3424 fax.

2

I hereby certify that a true and correct
Copy of the foregoing was electronically transmitted
To the Clerk's Office using the CM/ECF System for filing
On this 20th day of March 2006.

S/ Pete V. Domenici, Jr., Esq.
PETE V. DOMENICI, JR., Esq.