Pete V. Domenici, Jr., Esq.
Domenici Law Firm, P.C.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250
Attorney for Plaintiff Krolik, M.D.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RALPH E. KROLIK, M.D., ) | CASE NO. CV-05-0315 PHX FJM |
| ) | |
| Plaintiff, ) | |
| Vs. ) | **CERTIFICATE OF SERVICE** |
| ) | **OF NOTICE OF DEPOSITION** |
| ) | **DUCES TECUM OF** |
| ) | **JOSEPH ABRAM DOANE** |
| NATIONAL BOARD OF ) | |
| MEDICAL EXAMINERS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff Dr. Ralph Krolik, by and through his attorney of record, Domenici Law Firm, P.C. (Pete V. Domenici, Jr.), hereby certifies that a true and correct copy of *Notice of Deposition Duces Tecum of Joseph Abram Doane* was faxed and mailed by U.S. Mail to National Board of Medical Examiners, c/o Diane M. Johnsen, Esq., Osborn Maledon, P.A., 2929 North Central, Suite 2100, Phoenix, Arizona 85012-2794 on this 20th day of March, 2006.

        Respectfully submitted,

        DOMENICI LAW FIRM, P.C.
        S/ Pete V. Domenici, Jr., Esq.
        PETE V. DOMENICI, JR., Esq.
        Attorney for Plaintiff
        320 Gold Avenue SW, Suite 1000
        Albuquerque, New Mexico 87102
        (505) 883-6250 office
        (505) 884-3424 fax.

I hereby certify that a true and correct
Copy of the foregoing was electronically transmitted
To the Clerk's Office using the CM/ECF System for filing
On this 20th day of March 2006.

<u>S/ Pete V. Domenici, Jr., Esq.</u>
PETE V. DOMENICI, JR., Esq.