Pete V. Domenici, Jr., Esq.
Domenici Law Firm, P.C.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250
Attorney for Plaintiff Krolik, M.D.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| RALPH E. KROLIK, M.D., | ) | CASE NO. CV-05-0315 PHX FJM |
| | ) | |
| Plaintiff, | ) | |
| Vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | **OF NOTICE OF DESIGNATED** |
| | ) | **WITNESS DEPOSITION** |
| | ) | **DUCES TECUM** |
| NATIONAL BOARD OF | ) | |
| MEDICAL EXAMINERS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff Dr. Ralph Krolik, by and through his attorney of record, Domenici Law

Firm, P.C. (Pete V. Domenici, Jr.), hereby certifies that a true and correct copy of *Notice*

*of Designated Witness Deposition Duces Tecum* was faxed and mailed by U.S. Mail to

National Board of Medical Examiners, c/o Diane M. Johnsen, Esq., Osborn Maledon,

P.A., 2929 North Central, Suite 2100, Phoenix, Arizona 85012-2794 on this <u>20th</u> day of

March, 2006.

Respectfully submitted,

DOMENICI LAW FIRM, P.C.
<u>S/ Pete V. Domenici, Jr., Esq.</u>
PETE V. DOMENICI, JR., Esq.
Attorney for Plaintiff
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250 office
(505) 884-3424 fax.

I hereby certify that a true and correct
Copy of the foregoing was electronically transmitted
To the Clerk's Office using the CM/ECF System for filing
On this 20th day of March 2006.

S/ Pete V. Domenici, Jr., Esq.
PETE V. DOMENICI, JR., Esq.