OSBORN
MALEDON

A PROFESSIONAL ASSOCIATION
A T T O R N E Y S   A T   L A W

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2794

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone         602.640.9000
Facsimile         602.640.9050

1   Diane M. Johnsen, Esq./djohnsen@omlaw.com
    John L. Blanchard, Esq./jblanchard@omlaw.com
2   Ronda R. Fisk, Esq./rfisk@omlaw.com
    OSBORN MALEDON, P.A.
3   2929 North Central Avenue, Suite 2100
    Phoenix, Arizona 85012-2794
4   (602) 640-9000

5   Attorneys for National Board of Medical Examiners

6

7                 IN THE UNITED STATES DISTRICT COURT

8                    FOR THE DISTRICT OF ARIZONA

9   Ralph E. Krolik, M.D.,                    )   No. CV05-0315 PHX FJM
                                              )
10                         Plaintiff,         )   **NOTICE OF DEPOSITION OF**
                                              )   **GRANT BUTTERBAUGH, Ph.D.**
11  vs.                                       )
                                              )
12  National Board of Medical Examiners,      )
                                              )
13                         Defendant.         )
                                              )
14

15          Pursuant to Federal Rules of Civil Procedure 26 and 30, you are hereby notified that

16  the deposition of:

                            **GRANT BUTTERBAUGH, Ph.D.**
17
                              c/o Domenici Law Firm
18                            320 Gold Avenue SW, #1000
                              Albuquerque, NM  87102
19

20  will be taken on Wednesday, April 26, 2006 at 1:00 p.m. (LA-Central Daylight Savings

21  Time) before an officer authorized by law to administer oaths.

22          The deposition will be held at:

23                            ASTOR CROWNE PLAZA
                                (Royal Room – M2)
24                               739 Canal Street
                              New Orleans, Louisiana
25

26          The testimony given shall be recorded by the following means:
27
        __X__ stenographic; _____ sound; ___ sound and visual.
28

DATED this 3rd day of April, 2006.

OSBORN MALEDON, P.A.

By      s/ Diane M. Johnsen
        Diane M. Johnsen
        John L. Blanchard
        Ronda R. Fisk
        2929 North Central, Suite 2100
        Phoenix, Arizona  85012-2794
        Attorneys for National Board of Medical
        Examiners

CERTIFICATE OF SERVICE

I hereby certify that on April 3rd, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Pete V. Domenici, Jr., Esq.
pdomenici@domenicilaw.com, jwashburn@domenicilaw.com
Attorney for Ralph E. Krolik, M.D.

 s/  Kelly Dourlein_____

Copy of the foregoing faxed and mailed
this 3rd day of April, 2006, to:

Associated Reporters (Fax: 225-216-2220)
Attn:  Demetrius Lacey
2431 S. Acadian Thruway, Suite 550
Baton Rough, LA  70808

 s/  Kelly Dourlein_____

1223172_1.DOC

2