# Bombet, Cashio & Associates
800-256-5333

Baton Rouge, LA - 11220 N. Harrell's Ferry Rd., Baton Rouge, LA 70816
New Orleans, LA - Bombet, Cashio & Assoc, 9624 Charlotte Drive, River Ride, LA 70123
Lafayette, LA - Bombet, Cashio & Assoc, 207 S. William Dr., Lafayette, LA 70506
Dallas, TX - Bombet, Cashio & Bombet, 1601 Monterrey, Garland, TX 75042

## Nationwide Investigations & Process Service

## Affidavit of Process Server

United States District Court, Eastern District of Louisiana
(NAME OF COURT)

Ralph E. Krolik, M.D. vs. National Board of Medical Examiners    Case No CV05-0315 PHX FJM

I, __Henry McCoy__, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served __Custodian of Records for Dr. Pamela Hoblit__
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) __Subpoena Duces Tecum__

by leaving with __Valerie Moore, Medical Records Analyst__ At
NAME                                RELATIONSHIP

☐ Residence _____
     ADDRESS                    CITY / STATE
☐ Business __1514 Jefferson Highway, New Orleans, Lousiana__
     ADDRESS                    CITY / STATE
On __Thursday, Febraury 23, 2006__ AT __9:45 a.m.__
     DATE                        TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                    DATE
from _____
     CITY     STATE    ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐Unknown at Address   ☐Moved, Left no Forwarding   ☐Service Canceled by Litigant   ☐Unable to Serve in Timely Fashion
☐Address Does Not Exist   ☐Other_____

**Service Attempts:** Service was attempted on: (1) __02/23/06   9:45a.m.__ (2) _____
                                                    DATE       TIME              DATE      TIME
(3) _____ (4) _____ (5) _____
     DATE    TIME         DATE    TIME         DATE    TIME

**Description:** Age _35_ Sex _F_ Race _B_ Height _5'5"_ Weight _170_ Hair _Bl_ Beard _/_ Glasses _____

SUBSCRIBED AND SWORN to before me this _20th_ day of _March_, 2006.

SIGNATURE OF NOTARY PUBLIC                          SIGNATURE OF PROCESS SERVER