Pete V. Domenici, Jr., Esq.
Domenici Law Firm, P.C.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250
Attorney for Plaintiff Krolik, M.D.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| RALPH E. KROLIK, M.D., | ) | CASE NO. CV-05-0315 PHX FJM |
| | ) | |
| Plaintiff, | ) | |
| Vs. | ) | **PLAINTIFF'S AMENDED** |
| | ) | **RULE 26(a)(3) PRE-TRIAL** |
| | ) | **DISCLOSURE STATEMENT** |
| | ) | |
| NATIONAL BOARD OF | ) | |
| MEDICAL EXAMINERS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**COMES NOW** the Plaintiff, Ralph E. Krolik, M.D., by and through his counsel of record, Domenici Law Firm, P.C. (Pete V. Domenici, Jr., Esq.) and pursuant to Fed.R.Civ.Proc 26(a)(3), makes the following Amended Rule 26(a)(3) Pre-Trial Disclosure Statement.

### A. Witnesses

1. **Witnesses Plaintiff Expects to Present at Trial:**

    a. **Dr. Ralph Krolik**

    Dr. Krolik, will testify on his personal history, education, work history, and test history. He will testify on his request to NBME for a reasonable accommodation to take the USMLE examinations and NBME's refusal to afford him a reasonable accommodation to take the USMLE examinations

    b. **Dr. Grant Butterbaugh, Ph.D.**

Dr. Butterbuagh will testify as an expert on Attention Deficit/Hyperactivity Disorder ("ADHD"), the NBME process for evaluating requests for accommodations for ADHD disability, his knowledge and diagnosis of Dr. Krolik's condition of ADHD, and Dr. Krolik's request to NBME for a reasonable accommodation to take the NBME exams.  Dr. Butterbaugh will testify as an expert witness, pursuant to Rule 26(a)(2).

    c. **Dr. Mary Lynn Krolik, M.D.**

Dr. Mary Krolik will testify on her life with her husband Dr. Ralph Krolik, his test taking and study habits in medical school where they were medical students together, his ADHD condition, the impact of his ADHD condition on his life and their life together, his request to NBME for a reasonable accommodation to take the NBME exams.

    d. **Roger L. Johnson, Certified Public Accountant**

Roger L. Johnson will testify as an expert witness on the economic damages of Dr. Ralph Krolik for his failure to successfully complete the USMLE examinations and be licensed as a medical doctor. Roger Johnson will testify as an expert witness, pursuant to Rule 26(a)(2)

    e. **Gayle F. Wurzlow, M.D. – live or by trial deposition.**

Dr. Wurzlow will testify as an expert witness either live or by trial deposition on Attention Deficit/Hyperactivity Disorder ("ADHD") and her knowledge of Dr. Krolik's condition of ADHD and his request to NBME for a reasonable accommodation to take the NBME exams.  Dr. Wurzlow may be called to testify by trial deposition as an expert witness pursuant to Rule 26(a)(2).

      f.  **Jack Sona, RPh**.

Mr. Sona will testify on his knowledge of attending pharmacy school with Dr. Ralph Krolik; including study habits and test taking of Dr. Krolik.

      g.  **Frank Fine, M.D.,D.C.**

Dr. Fine will testify on his knowledge of attending medical school with Dr. Ralph Krolik; including study habits and test taking of Dr. Krolik.

      h.  **Any and all witnesses listed by Defendant.**

B. **Witnesses Whose Testimony is Expected to Be Presented (If at All) by Means of a Deposition**

    1. Dr. Gayle F. Wurzlow, M.D. – live or by trial deposition.

    2. Laura Lahti, M.D. – by trial deposition.

Dr. Lahti will testify by trial deposition on her knowledge of attending medical school with Dr. Ralph Krolik; including study habits and test taking of Dr. Krolik.

    3. Michael Gordon, Ph.D. – by deposition.

    4. J. Abram Doane, M.A., J.D. – by deposition.

C. **Documents and Exhibits**

    1. **Documents or Other Exhibits That Plaintiff Expects to Offer**

All documents produced by Defendant or witnesses identified by Defendant.

Defendant's responses to interrogatories and responses to requests for admissions.

Plaintiff's responses to interrogatories and responses to requests for admissions.

All documents produced by Dr. Grant Butterbaugh.

All school records and transcripts of Dr. Krolik; elementary school, middle school, high school, undergraduate, pharmacy school, medical school.

All documents produced by Michael Gordon, Ph.D.

3

All documents produced by Plaintiff in discovery.

**Documents or Other Exhibits That Plaintiff May Offer if that Need Arises.**

Any and all work records of Dr. Krolik.

DATED this _____ day of April, 2006.

Respectfully submitted,

DOMENICI LAW FIRM, P.C.

s/ Pete V. Domenici, Jr., Esq.
PETE V. DOMENICI, JR., Esq.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250
Attorney for Ralph E. Krolik, M.D.

I hereby certify that on April 7, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Diane M .Johnsen, Esq.
John L. Blanchard, Esq.
Ronda R. Fisk, Esq.
OSBORN MALEDON, P.A.
2929 North Central, Suite 2100
Phoenix, Arizona 85012-2794
Attorneys for National Board of Medical Examiners

s/ Pete V. Domenici, Jr., Esq.
PETE V. DOMENICI, JR., Esq.