Diane M. Johnsen, Esq./djohnsen@omlaw.com
John L. Blanchard, Esq./jblanchard@omlaw.com
Ronda R. Fisk, Esq./rfisk@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2794
(602) 640-9000

Attorneys for National Board of Medical Examiners

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph E. Krolik, M.D., | No. CV05-0315 PHX FJM |
| Plaintiff, | **NOTICE OF SERVICE OF FILING DEFENDANT'S OBJECTIONS TO "NOTICE OF DESIGNATED WITNESS DEPOSITION DUCES TECUM"** |
| vs. | |
| National Board of Medical Examiners, | |
| Defendant. | |

Notice is hereby given that on April 7, 2006, Defendant mailed and sent via e-mail its Objections to Plaintiff's "Notice of Designated Witness Deposition Duces Tecum" upon counsel for Plaintiff.

DATED this 7th day of April, 2006.

OSBORN MALEDON, P.A.


By    s/ Ronda R. Fisk
      Diane M. Johnsen
      John L. Blanchard
      Ronda R. Fisk
      2929 North Central, Suite 2100
      Phoenix, Arizona  85012-2794
      Attorneys for National Board of Medical Examiners

1 | CERTIFICATE OF SERVICE

2 | I hereby certify that on April 7, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of
3 | a Notice of Electronic Filing to the following CM/ECF registrants:

4 | Pete V. Domenici, Jr., Esq.
pdomenici@domenicilaw.com, jwashburn@domenicilaw.com
5 | Attorney for Ralph E. Krolik, M.D.

6
7 |  s/  Kelly Dourlein

8
1229903_1.DOC
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28