OSBORN
MALEDON
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2794

1  Diane M. Johnsen, 007634 / djohnsen@omlaw.com
   John L. Blanchard, 018995 / jblanchard@omlaw.com
2  Ronda R. Fisk, 022100 / rfisk@omlaw.com
   OSBORN MALEDON, P.A.
3  2929 North Central Avenue, Suite 2100
   Phoenix, Arizona 85012-2793
4  (602) 640-9000

5  Attorneys for National Board of Medical Examiners

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Ralph E. Krolik, M.D., | No. CV05-0315 PHX FJM |
|---|---|
| Plaintiff, | **NOTICE OF SERVICE OF** |
| vs. | **1) DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS AND INTERROGATORY AND** |
| National Board of Medical Examiners, | **2) DEFENDANT'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS** |
| Defendant. | |

NOTICE IS HEREBY GIVEN that on April 7, 2006, attorneys for Defendant served on counsel of record, via first class mail, a copy of the following:

1) Defendant's Response to Plaintiff's First Set of Requests for Admissions and Interrogatory; and

2) Defendant's Second Set of Interrogatories and Requests for Production of Documents.

. . .

. . .

. . .

DATED this 12th day of April, 2006.

              OSBORN MALEDON, P.A.


              s/ John L. Blanchard
              Diane M. Johnsen
              John L. Blanchard
              Ronda R. Fisk
              2929 North Central, Suite 2100
              Phoenix, Arizona  85012-2793
              Attorneys for:
              National Board of Medical Examiners

  I hereby certify that on April 12, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Pete V. Domenici, Jr.
Domenici Law Firm, PC
320 Gold Avenue, SW, Suite 1000
Albuquerque, New Mexico  87102
pdomenici@domenicilaw.com
Attorneys for Plaintiff Krolik, M.D.


s/ Lindsay B. Jensen

2

1232720