| AO 435 (Rev. 10/05) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| Read Instructions on Back: | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME<br>Jeanne Cameron Washburn, Esq. | 2. PHONE NUMBER<br>(505) 883-6250 | 3. DATE<br>4/13/2006 |
|---|---|---|
| 4. FIRM NAME<br>Domenici Law Firm, PC | | |
| 5. MAILING ADDRESS<br>320 Gold Ave SW, Suite 1000 | 6. CITY<br>Albuquerque | 7. STATE NM / 8. ZIP CODE 87102 |
| 9. CASE NUMBER<br>CV 05 0315 | 10. JUDGE<br>Frederick J. Martone | DATES OF PROCEEDINGS<br>11. 1/13/2006     12. |
| 13. CASE NAME<br>Ralph E. Krolik, MD v. NBME | LOCATION OF PROCEEDINGS<br>14. Phoenix | 15. STATE AZ |

16. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | 1/13/2006 entire hearing |
| ☐ SENTENCING | | | preliminary injunction |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | ADDITIONAL COPIES | DELIVERY INSTRUCTIONS | ESTIMATED COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☒ | NO. OF COPIES | PAPER COPY ☐ | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | ELECTRONIC COPY:<br>DISK ☐<br>E-MAIL ☒ | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | E-MAIL ADDRESS<br>pdomenici@domenicilaw.com | |

| CERTIFICATION (19. & 20.)<br>By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 19. SIGNATURE<br>*Jeanne Washburn* | PROCESSED BY | PHONE NUMBER |
| 20. DATE 4/13/2006 | | |

| TRANSCRIPT TO BE PREPARED BY | | | NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE. | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY