INDEX OF EXHIBITS TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT

EXHIBIT 1    Excerpts of Deposition of Ralph Krolik dated March 1, 2006

EXHIBIT 2    University of New Mexico Transcript re Ralph Krolik

EXHIBIT 3    Record of Intern Training (ASBP000063)

EXHIBIT 4    Quarterly Reports and Intern Training (ASBP000022-24)

EXHIBIT 5    Record of Examination of Ralph Krolik (ASBP000050)

EXHIBIT 6    FAA Registry for Ralph Krolik

EXHIBIT 7    American University of the Caribbean Transcript re Ralph Krolik

EXHIBIT 8    Report of Pamela Hoblit, Ph.D. dated October 2 and November 12, 1998

EXHIBIT 9    Excerpts of Declaration of Joseph Abram Doane  dated August 15, 2005

EXHIBIT 10   Affidavit of Ralph Krolik dated July 7, 2005

EXHIBIT 11   Excerpts of Declaration of Joseph E. Bernier, Ph.D. dated August 9, 2005

EXHIBIT 12   Excerpts of Evidentiary Hearing dated January 13, 2006

EXHIBIT 13   Report of Michael Gordon, Ph.D. dated August 8, 2005

Exhibit 1

**3/1/2006  Krolik, Ralph**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| | ) | |
| Ralph E. Krolik, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. CV05-0315 |
| vs. | ) | PHX FJM |
| | ) | |
| National Board of Medical | ) | |
| Examiners, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEPOSITION OF RALPH ELLIOTT KROLIK, M.D.

Phoenix, Arizona

March 1, 2006

Prepared by:

Meri Coash, RMR

Certified Realtime Reporter

(Copy)                    Certified Reporter #50327

1   competitors, et cetera, so you have to try and analyze

2   people and what they really want from you and what you

3   want from them, and sometimes it gets very aggravating, I

4   think.  That's probably the correct answer for me being

5   pissed off.  I wouldn't say I'm pissed off a lot.  I would

6   say I get aggravated.

7        Q.   It sounds like your description of the business

8   world is almost like a chess game, where you have to

9   figure out --

10       A.   Yes.

11       Q.   -- what people mean when they say something.

12       A.   Sometimes, you do.

13       Q.   You have to think ahead.  "If they say this and

14   if I say that, what are they going to understand from

15   that?"

16       A.   Not so much.  We were basically in sales.  We

17   were selling products.  Very competitive.

18       Q.   Dr. Hoblit writes that you denied any problem

19   controlling your temper.  Is that what you told

20   Dr. Hoblit?

21       A.   I can control my temper, yes.

22       Q.   Dr. Hoblit, on page 4 of her exam -- report

23   notes -- and I'm referring to the paragraph that begins

24   "Findings from the MCMI," she writes that her test found

25   an emphasis on self-reliance and self-determination --

1       Q.    Against?

2       A.    Against everybody.

3       Q.    They were prejudiced against Jews, among others?

4       A.    Among others.

5       Q.    You said you would have to fight or run like hell

6    every day.

7       A.    That's right.

8       Q.    You don't really mean to say that you fought

9    every day.  You just fought frequently?

10      A.    Almost every day.  If I didn't go home with a

11   couple other people, then other people would come after

12   me, because I was alone.

13      Q.    Was that same sort of thing happening on the

14   playground at school?

15      A.    Yes.

16      Q.    That other boys would come after you because of

17   your ethnicity?

18      A.    I don't think it was ethnicity.  There was a

19   clash of personalities, clash of wills, clash of people

20   trying to say they were better than you were.

21      Q.    Would the other boys come after you, telling you

22   that they were better than you, or were you the aggressor

23   in these battles?

24      A.    I was aggressive sometimes.  They were aggressive

25   sometimes.  It was the nature of how I grew up.

3/1/2006 Krolik, Ralph

1    Q.   Were --  I take it from your description of the

2    neighborhood that it was a situation where a lot of boys

3    were frequently involved in fighting?

4    A.   Not a lot.  Certain ones.  The neighborhood was

5    such where when my parents -- I recall when they were

6    younger, and they were trying to move up, everyone else

7    was too, and it was a very competitive situation amongst

8    the kids, and, you know, the parents were trying to do one

9    better than the other too.  Of course, my mother wasn't

10   that way.  She could have cared less.

11   Q.   But your father?

12   A.   My father, very easygoing, didn't care.

13   Q.   During grade school and high school, you were

14   never held back?

15   A.   No, I wasn't.

16   Q.   You passed every class you took?

17   A.   Well, I have to qualify that.  In the 12th grade,

18   I failed physics, okay, if you'll look at the 12th grade

19   transcript.  And my option at that point was to repeat it

20   or I could go on to -- I could repeat the physics and go

21   into the second year at the University of Manitoba, or I

22   could not repeat it and go into the first year at any

23   university that I wanted to attend.  The 12th grade was

24   equivalent to the first year of college.

25   Q.   In Canada, that was the situation?

3/1/2006  Krolik, Ralph

1    Q.   Were you ever removed for any sort of educational

2    assistance, any tutoring, for example?

3    A.   No.

4    Q.   You took multiple-choice exams in high school, I

5    take it?

6    A.   No.  Everything was written.

7    Q.   All right.  Are you testifying, Dr. Krolik, that

8    never once, in all of high school, did you take a

9    multiple-choice exam?

10   A.   My recollection is never once.  The Canadian

11   system was mostly written exams.

12   Q.   Well, "never once," "mostly."  My question is,

13   can you testify under oath, as you sit here today, that

14   you never in high school took a multiple-choice exam?

15   A.   To my recollection.

16   Q.   You can't remember taking one?

17   A.   I can't remember.

18   Q.   Did --  During the time that you were in high

19   school, were Canadian high school students given

20   achievement tests of any sort?

21   A.   Never.

22   Q.   Were they given any sort of standardized testing?

23   A.   Not that I can recall.

24   Q.   Did you take any college entrance exams while you

25   were in high school?

1   to pass the grade.

2       Q.   As far as what?

3       A.   To pass the grade.  I don't know how a person in

4   the sixth or seventh grade can conclude they have this or

5   that.  It's not a --  Again, no other comment.

6       Q.   What was your --  What were your strongest

7   courses in high school?

8       A.   Gosh, I don't know.  I would have to look at the

9   report card.

10      Q.   Look at Exhibit 13 --

11      A.   All right.

12      Q.   -- which is the transcript.  Looks like this.

13      A.   I'll find it.

14           Probably literature and grammar, geography.

15   It shows that composition --

16      Q.   I'm looking at a literature grade during grade X.

17   It was a 59, which is a high grade on your transcript.

18      A.   It's --  Yes.  Geography was higher.

19      Q.   In grade XII, you did even better in math and

20   chemistry, right?

21      A.   It shows that.  Yes.

22      Q.   What sort of math exams did you have in high

23   school?

24      A.   What sort of math exams?

25      Q.   Right.  Were they multiple choice or --

3/1/2006  Krolik, Ralph

1    A.    No.  You had to calculate and do things, write it

2    out.  There was no multiple choice.

3         Q.    Were your math exams in high school timed exams?

4         A.    Well, you took your exams during the periods that

5    they allotted you to have mathematics.

6         Q.    That was generally true during all of your

7    examinations in high school, wasn't it, sir?

8         A.    Yes.

9         Q.    Did you ever ask for more time to complete an

10   exam in high school than what was allotted to the other

11   students?

12        A.    No.

13        Q.    Did you ever --  Were you ever given more time to

14   complete an exam in high school than what was allotted to

15   the other students?

16        A.    Not that I recall.

17        Q.    What other activities, other than football, did

18   you engage in after school, in high school?

19        A.    Well, it snowed nine months of the year there.

20   It was basically hockey.

21        Q.    Hockey.

22              Did you work after school in high school?

23        A.    A little bit but not a lot.

24        Q.    What sort of a job did you have in high school?

25        A.    I had a job at the drugstore.  It was stacking

```
 1      bottles in the basement -- glass bottles, Coke bottles.
 2           Q.   How long did you have that job?
 3           A.   Not very long.  I can't recall the exact length
 4      of time.  I don't know.
 5           Q.   Do you remember what year it was --
 6           A.   No.
 7           Q.   -- in school?
 8           A.   No, ma'am.
 9           Q.   Was it a summer job?
10           A.   It was basically a summer job.
11           Q.   What did you do after high school?
12           A.   I went in the army.
13           Q.   You went into the U.S. Army?
14           A.   That's right.
15           Q.   What caused you to decide to enlist in the U.S.
16      Army?
17           A.   I didn't want to live in Canada.
18           Q.   Why not?
19           A.   The opportunities weren't the same.
20           Q.   Weren't?
21           A.   The same.
22           Q.   When did you enlist?
23           A.   November '65 -- '62.  I'm sorry.
24           Q.   You completed high school in August of '62 and
25      enlisted the following fall?
```

**3/1/2006  Krolik, Ralph**

1    A.    Yes.

2    Q.    What was the purpose of that test?  Do you know?

3    A.    To be an interpreter.

4    Q.    How many --  Was there just one test that was

5  given to you?

6    A.    I don't recall, honestly.  It's not important to

7  me.

8    Q.    But you sought to become an interpreter, so you

9  took a French test?

10   A.    Yes.

11   Q.    And you were unable to pass the test?

12   A.    Yes.

13   Q.    What was the nature of the test, if you remember?

14   A.    It was a long exam.  Hours.  And it was -- it was

15  written and verbal.

16   Q.    When you say "written," what were the -- what was

17  the nature of the exam?  Multiple choice?  Short answer?

18   A.    Short answer.

19   Q.    And when you say "verbal," do you mean you had to

20  speak French orally?

21   A.    You had to listen to spoken French and interpret

22  it.

23   Q.    Do you remember how long a test it was?

24   A.    I think it was a one-day test.

25   Q.    Most of one day?

1     A.   I think so.

2     Q.   Did you just take it once?

3     A.   Huh?

4     Q.   Did you just take that test once, or did you take

5   it more than once?

6     A.   I believe I just took it once.

7     Q.   Did you study for it beforehand?

8     A.   No.

9     Q.   Any other incidents or occurrences that, in

10  retrospect, you think now reflected you having ADHD during

11  the time that you were in the army?

12    A.   Gosh.  I can't --  I honestly can't remember back

13  that far.

14    Q.   You didn't have any disciplinary issues in the

15  army?

16    A.   There was one issue.  I had back trouble with my

17  spina bifida, and they wanted to discipline me for that.

18  They thought I was faking it.  And it turned out, I never

19  should have been in, in the first place, and I got out.

20    Q.   Were you discharged because of the spina bifida?

21    A.   That's correct.

22    Q.   What was the activity that you were asked to

23  engage in but that which you said you couldn't, if I'm

24  accurately recounting --

25    A.   I don't know.  My back was hurting.

1      Q.   And ultimately, you were examined?

2      A.   Yes, ma'am.

3      Q.   And found to have spina bifida?

4      A.   Right.

5      Q.   And were discharged because of that?

6      A.   Yes.  The AR stated I never should have gotten

7   in, in the first place.

8      Q.   AR?

9      A.   Army regulation.

10     Q.   Look, please, if you will, at what the court

11  reporter has marked Exhibit 15 to your the deposition.

12            Is that a copy of your transcript from the

13  University of New Mexico?

14     A.   It is.

15            MR. LAKINS:  Just, if I may for

16  clarification, we don't have a 14 yet, do we?

17            THE WITNESS:  This is 14.

18            MR. LAKINS:  Is what you just gave him, is

19  14?

20            MS. JOHNSEN:  I'm sorry.  What does it say?

21            THE WITNESS:  It says 14.

22            MR. LAKINS:  Then this is 14.

23            MS. JOHNSEN:  I misspoke.  This is

24  Exhibit 14.

25

1    BY MS. JOHNSEN:

2        Q.   Exhibit 14 is a copy of your transcript from the

3    University of New Mexico.  Is that right?

4        A.   Yes.

5        Q.   You testified before that you took an entrance

6    exam to gain entry into the University of New Mexico?

7        A.   Yes.

8        Q.   What was that exam you took?

9        A.   I can't remember exactly what that was.  It was

10   an all-day exam, I believe.

11       Q.   Where did you take it?

12       A.   Albuquerque.

13       Q.   Did you take it --  So you took it after you left

14   the army?

15       A.   Yes.

16       Q.   Was it an exam that was sponsored by the

17   University of New Mexico, or was it a standardized college

18   admittance exam?

19       A.   I don't know.

20       Q.   You don't know one way or the other?

21       A.   No, I don't.

22       Q.   Was it --  That was a timed exam, I take it.

23       A.   I don't remember that.  I honestly don't.

24       Q.   You don't remember whether the college entrance

25   exam was a timed exam?

1    Q.   What do you remember --  I'm looking on the

2  second page of Exhibit No. 14, the column that states

3  "Advanced Standing Accepted" The University of Mississippi

4  pharmacy -- dispensing pharmacy?

5    A.   Uh-hum.

6    Q.   Do you know what that refers to?

7    A.   Yes, I do.

8    Q.   What is that?

9    A.   With my army time and if I went to school all

10  year-round, I could graduate in four years instead of

11  five, but I would have to take this course and the other

12  one at a different school, because our schools didn't

13  offer them in the summer.  So I went to two different

14  places to get that, so I could get out in four years.

15    Q.   You took summer classes at the University of

16  Mississippi, and then I see here also at the University of

17  Colorado at Boulder.

18    A.   Yes.

19    Q.   You graduated from the University of New Mexico

20  with a bachelor of science in pharmacy.  Is that right?

21    A.   Yes.

22    Q.   Did you know, starting college, that you wanted

23  to become a pharmacist?

24    A.   Yes.  When I started, that's what I wanted to do.

25    Q.   What caused you to want to become a pharmacist?

3/1/2006  Krolik, Ralph

1      A.    When I was growing up, the person I worked for in

2   the summers and one of my best friend's two brothers were

3   pharmacists.   In those days, you had your own store and

4   your own business.

5      Q.    That appealed to you?

6      A.    That appealed to me, yes.

7      Q.    And we saw in high school that you had been good

8   in math and science.

9      A.    Yes.

10      Q.    I take it those are classes that you could make

11   use of in college in the pharmacy program.

12      A.    Not really.   The pharmacy courses are specialized

13   in themselves.   I was strong in math, basically.   That was

14   one of my stronger points.

15      Q.    That was going to be helpful to you in the

16   pharmacy program?

17      A.    I think anything you're strong in will be helpful

18   to any program.   I don't know what you're getting at by

19   saying that.   I mean, math is always helpful.

20      Q.    The pharmacy -- the bachelor of science program

21   in pharmacy at New Mexico during that time, you say, was a

22   five-year program?

23      A.    Yes.

24      Q.    That you were able to complete in four years

25   because you took two summers of classes?

3/1/2006  Krolik, Ralph

1       A.    Exactly.

2       Q.    They don't like that.

3       A.    No.

4       Q.    Was there anything else about being a pharmacist

5    that you didn't particularly like?

6       A.    Well, it's not a real challenging job once you

7    know how to do it.

8       Q.    How so?

9       A.    How so?  It's very repetitive, rote.  It's very

10   tedious, the checking you have to do.  And it's a constant

11   day of taking poundings like that, that sort of wear you

12   out and exhaust you, and they're not fun --  It's not an

13   enjoyable job.  You can't sit down.  You can't take a

14   break.  Sometimes you can't eat lunch.  I mean, it's

15   just -- you're there.

16      Q.    What are the actual pharmacy tasks -- what are

17   the tasks involved in filling a prescription?

18      A.    Well, you get the prescription, you have to

19   interpret what it says, you have to then put it in your

20   computer and generate a label and -- with the right

21   information off the prescription.  Then you pull the

22   medication and fill it.  And then you hand it across the

23   counter to whoever, explain what the medication does and

24   what it is, anything to watch out for.

25      Q.    When you pull the medication and fill the

1    BY MS. JOHNSEN:

2        Q.    Doctor, the court reporter has placed in front of

3    you Exhibit No. 15, which is a copy of a document that

4    bears Bates ASBP00050 --

5        A.    Yes.

6        Q.    -- which I will tell you is a copy of a document

7    my law firm obtained from the Arizona pharmacy -- Board of

8    Pharmacy.

9        A.    Yes.

10       Q.    Is that your picture many years ago?

11       A.    That's it.

12       Q.    This reflects that you became registered as a

13   pharmacist -- and I'm looking at the bottom of the page --

14   on February 7, 1970.  Does that comport with your memory?

15       A.    Yes.

16       Q.    Did you have to take a standardized test in order

17   to become registered as a pharmacist in the state of

18   Arizona?

19       A.    Yes.

20       Q.    How long did that test last, sir?

21       A.    Two days.

22       Q.    Was it the sort of test where you took -- where

23   you were tested on one subject for a period of time,

24   completed that section, then moved on to another subject

25   matter test?

3/1/2006  Krolik, Ralph

1        A.   The way I recall it, it was in hour blocks, and

2   you took the different pharmacy subjects that are listed

3   here, each -- in whatever order.  It was just pertaining

4   to the subject at the time.  It wasn't mixed.

5        Q.   So it was one subject at a time?

6        A.   Yes.

7        Q.   Do you remember where you took that exam?

8        A.   Gosh.  It was somewhere on Central Avenue here.

9   It's been so long, I really don't remember where it was.

10  It's been a long time.

11       Q.   Was it in a room with other applicants?

12       A.   Uh-hum.  Yes, it was.

13       Q.   About how many other applicants?

14       A.   I don't recall.

15       Q.   More than 15?

16       A.   50?

17       Q.   15?

18       A.   Maybe 15.  I don't know.  I don't recall.

19       Q.   And that was a timed test?

20       A.   Yes.  Timed, yes.  Uh-hum.  It was timed.

21       Q.   Did you ask for more time to take the pharmacy

22  board exam than was allotted to the other applicants?

23       A.   No.  But I can qualify that.

24       Q.   Well, let me ask you my next question.  Then you

25  can qualify.

1          Were you granted more time to take the

2   pharmacy board exam than was a allotted to the other

3   applicants?

4        A.    No.

5        Q.    Explain.

6        A.    The test was pretty straightforward.   It

7   wasn't --  It was a very standard answer.   I mean, there

8   wasn't a lot of hocus-pocus in the questions, and they

9   were short questions.

10       Q.    Were there any multiple-choice questions on the

11  pharmacy board exam that you took?

12       A.    I believe --  I think some of the math was

13  multiple choice, but you had to figure out the answer

14  before you picked the multiple choice.   And I honestly

15  don't remember how the other parts were.   I'm going to try

16  and get a copy of that exam, if I can.

17       Q.    When you say "there wasn't a lot of

18  hocus-pocus" --

19       A.    Right.

20       Q.    -- what do you mean by that?

21       A.    The national medical board, the questions are

22  very long.   It's --  You have to read them extremely

23  thoroughly.   You have to try and figure out exactly what

24  they're asking, because they're designed to try and

25  confuse you.   And you only have a minute to do each

1    question, and it's very difficult to focus on the question

2    of that length, then go to another one -- for me, it is,

3    and go to another one and not lose my concentration.

4    Because it's a grueling reading assignment to go through

5    their exam.

6         Q.   Was it -- or is it the difficult reading material

7    involved in the USMLE that makes it a tough test, as far

8    as you're concerned?

9         A.   It's the length of the reading.

10        Q.   They are long reading sections?

11        A.   Yes, there are.

12        Q.   That's what you find difficult?

13        A.   Yes.

14        Q.   That's what you have a hard time getting through?

15        A.   That, and the multiple-choice matching when they

16   give you 20 answers for one question and you only have a

17   minute to do it.  It's hard to keep focusing.

18        Q.   But the pharmacy board exam, I take it, didn't

19   have long reading passages?

20        A.   Nothing like this, no.

21        Q.   They were shorter reading passages, if any?

22        A.   Exactly.

23             I'm going to try and get a copy of that

24   exam.

25        Q.   You passed the Arizona pharmacy board exam on the

1    first try, right?

2        A.   Yes, ma'am, I did.

3        Q.   Did you study for that exam beforehand?

4        A.   I can't honestly say I did.  I had so much

5    experience and expertise, because I did it for so many

6    years, it wasn't a difficult exam for me.

7        Q.   Because you had had the course work at the

8    University of New Mexico and your internships?

9        A.   The internships were the main things.

10            MS. JOHNSEN:  I'm going to ask the court

11   reporter to mark a series of exhibits that, I think, bear

12   on the internships.

13            (Deposition Exhibits 16, 17, 18, and 19 were

14             marked for identification.)

15   BY MS. JOHNSEN:

16       Q.   All right.  Let's begin with Exhibit 16.  I

17   apologize for the quality of the photocopying, but

18   apparently all they have at the pharmacy board, in large

19   respect, is microfiche.

20            Exhibit 16 is a copy of a document from the

21   pharmacy board that bears Bates ASBP000063.  Do you

22   recognize this, sir, as a "Record of Intern Training"?

23       A.   It the record of hours, yes.

24       Q.   Is this a document that you were required to

25   complete and file with the pharmacy board?

1     A.   Of course.  That's why they have it.

2     Q.   Was the routine that you needed to complete X

3  number of intern hours before you could take the pharmacy

4  board exam?

5     A.   Well, no.  I had to --  In New Mexico, I had all

6  my intern hours.  In Arizona --  They wanted more intern

7  hours in Arizona, so I took the board exam, and then I had

8  to finish doing intern hours to satisfy them here.

9     Q.   So you completed a number of intern hours in New

10  Mexico, came here, took the exam, passed the exam?

11     A.   Right.

12     Q.   But you couldn't get your license until you

13  completed more Arizona intern hours?

14     A.   That's exactly true.

15     Q.   What is reflected in Exhibit 16, if you can read

16  it, sir?

17     A.   The amount of hours that I worked, I guess.  It's

18  not real easy to read, so --  Well, they gave me 22 weeks'

19  credit from New Mexico.  They should have actually given

20  me more, but that was them, so --

21     Q.   Exhibit 16 reflects that they agreed to accept --

22     A.   22 weeks.

23     Q.   -- 22 weeks from your work as an intern in New

24  Mexico?

25     A.   Right.

1    Q.    On the bottom section of Exhibit 16, there are

2  reflected additional weeks?

3    A.    Right.  One was at Dale Drug.  I see it.  One's

4  at Margraf Pharmacy.  Then Apache Trail Pharmacy at that

5  time was in Apache Junction.

6    Q.    Look, please, if you will, at what the court

7  reporter has marked as Exhibit No. 17, which bears Bates

8  ASBP00022.

9          Is this the a record of intern hours

10 completed by you at Dale Drug Co.?

11   A.    It is.

12   Q.    And this would be the same Dale Drug as we see

13 reflected on the bottom half of Exhibit 16?

14   A.    That's correct.

15   Q.    So just so I understand Exhibit 17, this is a

16 report that you would fill out and give to your employer

17 to sign?

18   A.    Right.

19   Q.    And then you would file it with the pharmacy

20 board?

21   A.    Or he would.  I can't remember who did it.

22   Q.    But this shows the number of hours that you

23 worked for each of the relative weeks?

24   A.    Yes.

25   Q.    Were you paid for these intern hours, or were you

1    working for free?

2         A.   No.  I was paid but not at the rate that you

3    would pay someone with a license.

4         Q.   Look, if you will, please, at the next exhibit in

5    line, number 18, which bears Bates ASBP00023.

6                   Is this a record of intern hours earned by

7    yourself at Margraf Pharmacy?

8         A.   Yes, it is.

9         Q.   This is at 8021 East Indian School?

10        A.   It used to be.  I think it's gone, but I don't

11   know.

12        Q.   I think it is gone.  I live over there.

13                  Did you begin working at Margraf after you

14   left Dale?

15        A.   Yes.

16        Q.   It looks like you worked at Dale from August

17   through November -- or through November 17th, 1969.

18        A.   Uh-huh.

19        Q.   Is that right?

20        A.   Whatever it says.

21        Q.   It looks like you picked up, pretty soon

22   thereafter, in November 1969, and worked at Margraf

23   through part of December.

24        A.   Right.

25        Q.   Why did you leave Dale Drug?

1       A.    It's on that transcript.

2       Q.    Yeah.  If you look at the second page of

3    Exhibit 14 --

4       A.    Right.

5       Q.    -- you'll see that a transcript was sent to the

6    University of New Mexico College of Medicine in

7    September 1971.

8       A.    Okay.  Somewhere in that time frame.  Again --

9       Q.    For how long did you attend the Mexican medical

10   school?

11      A.    One year.

12      Q.    You left there?

13      A.    Yes.

14      Q.    Why did you leave after one year?

15      A.    It was a joke.  The school was a joke.

16      Q.    What do you mean, "a joke"?

17      A.    Their courses were very subpar.  It wasn't a

18   really what I would consider a genuine school.

19      Q.    Were the classes taught in English or Spanish?

20      A.    In Spanish.

21      Q.    Did you have a hard time with the language?

22      A.    Yes.  But they would spend half their time or

23   more calling roll, each class.  It just wasn't a good

24   school.  It wasn't something that you and me would want to

25   go to and get a learning experience, because it wasn't

1    really a learning experience.

2        Q.   In what city was it located?

3        A.   Guadalajara.

4        Q.   Did you move your family?

5        A.   Me and my wife for a time.  She came home after

6    six months, I believe.  Yes, she did, to Albuquerque, to

7    be with her folks.  My son was born.  I didn't want him

8    born down there.

9        Q.   So you left -- you left the Mexican medical

10   school and from there went back to becoming a pharmacist?

11       A.   Uh-hum.

12       Q.   Yes?

13       A.   Yes.

14       Q.   What was your first job after the Mexican medical

15   school experience?

16       A.   I think I bought my store in Gallup after that.

17       Q.   Was that the pharmacy called Savon Drug?

18       A.   Yes.

19       Q.   For how long did you operate that pharmacy?

20       A.   Almost two years.

21       Q.   How many employees did you have?

22       A.   Five or six.

23       Q.   Was it a full-service pharmacy?

24       A.   It was a full-service pharmacy.

25       Q.   By that, I mean, was it a variety store as well

1    as a pharmacy?

2         A.    It was mostly a variety store.  The pharmacy did

3    very little.

4         Q.    You sold that drugstore?

5         A.    I sold it for cash.

6         Q.    Did you enjoy running the pharmacy?

7         A.    I enjoyed being my own boss, yes.

8         Q.    What did you like about that?

9         A.    I could make my own decisions.  I could come and

10   go as I please.  No one was telling me to do this or do

11   that.

12        Q.    Why did you sell?

13        A.    The -- Gallup had a very good Christmas that

14   year, but everything literally died after Christmas that

15   year, and it was extremely slow in that area, and they had

16   been building a new shopping center on the west side of

17   town, and all the major businesses that were around me

18   were going to be moving there, and that was going to cut

19   down on the traffic considerably, and it was really time

20   to sell at that point.

21        Q.    You got a good offer?

22        A.    I got a reasonable offer.  It was sold as a

23   variety store, basically, not as a pharmacy.

24        Q.    What did you do after that?

25        A.    I went back to Albuquerque, and I started my

1    business -- my chemical company.

2         Q.   Did you sell life insurance in the meantime?

3         A.   I'm sorry.  I worked for New York Life for a few

4    months, because I had a couple uncles in Albuquerque who

5    were agents.  I didn't like it.

6         Q.   You didn't like selling life insurance?

7         A.   No.

8              MS. JOHNSEN:  I think this is a good time

9    for a break.  Should we take our lunch?

10             (A recess ensued.)

11             (Deposition Exhibits 20 and 21 were marked

12             for identification.)

13   BY MS. JOHNSEN:

14        Q.   Dr. Krolik, the court reporter has placed in

15   front of you two exhibits.

16             Exhibit No. 20 is a printout from a Westlaw

17   database involving a company called REK Industries

18   Corporation.

19        A.   Yes.

20        Q.   And Exhibit No. 21 is a printout from the same

21   database with respect to a company called Centre Lab

22   Corporation.

23        A.   Yes.

24        Q.   What, sir, is or was REK Industries Corporation?

25        A.   We manufactured cleaning products and distributed

1      Q.    In the Albuquerque area?

2      A.    Some.

3      Q.    Where else?

4      A.    San Diego, Los Angeles.

5      Q.    So you would sell in various parts of the West,

6    then?

7      A.    Sometimes.

8      Q.    Okay.  What caused you to incorporate REK

9    Industries in 1979?

10      A.    I was getting into other products, and, you know,

11    it was just the natural thing for me to do rather than be

12    a sole proprietor.

13      Q.    Okay.  What other products were you getting into

14    at about the time you incorporated REK Industries?

15      A.    All-purpose cleaners, car wash, dishwash soap,

16    things like that.

17      Q.    Were you distributing these products or

18    manufacturing?

19      A.    Initially, I distributed the products, and then

20    down the road, I started making them.

21      Q.    When did you start to manufacture cleaning

22    products?

23      A.    I don't remember the exact date.

24      Q.    Do you remember about after how many years of

25    distributing you started manufacturing?

1      A.    Maybe three or four.

2      Q.    Did you open a new facility to begin the

3   manufacturing?

4      A.    I bought a facility in not a really good part of

5   town, a small warehouse.  I started running my business,

6   at that point, out of there.

7      Q.    What was the business you ran out of the new

8   facility?

9      A.    REK Chemical.

10      Q.    So it was the same operation.  You were both

11   distributing the cleaning products, and you at that point

12   began to manufacture other cleaning products?

13      A.    One or two.

14      Q.    What were the one or two cleaning products that

15   you began to manufacture?

16      A.    An all-purpose cleaner, like 409, and I think

17   that was the first one I started with.  I don't remember

18   what the second actual one was.

19      Q.    And how many cleaning products did REK Industries

20   ultimately manufacture?

21      A.    Well, we were capable of manufacturing quite a

22   few.  I don't recall the exact number, but it was

23   extensive.

24      Q.    More than 10 different products?

25      A.    Of course.

1      Q.    More than 50?

2      A.    Yes.

3      Q.    Did the company, at any one time, manufacture

4   more than 50 products?

5      A.    Well, we manufactured a lot of products, but some

6   was in very small quantity, and others were in very large

7   quantity, so just our capability to do what we needed to

8   do was growing and being available.

9      Q.    What was the sales mechanism that REK Industries

10  used for the cleaning products that it manufactured?

11     A.    I had to go out to the customers, and I started

12  with the hand cleaner, and they would sample them.  Then I

13  would call them back and see if they were interested in

14  purchasing them.

15     Q.    So you would --  You yourself would make sales

16  calls?

17     A.    Me myself.

18     Q.    Did you have any other --  Did REK at any time

19  have other salesmen, in addition to yourself?

20     A.    Further down the line, we did.

21     Q.    How many salespeople did REK eventually employ at

22  any one time?

23     A.    At one time, I believe there were seven.

24     Q.    Seven?

25     A.    I think so.

1    that you could sell to the customers to whom the company

2    had formerly been selling the Texas company's product?

3         A.   That's correct.

4         Q.   Describe the manufacturing operations involved at

5    REK Industries for the cleaning products.

6         A.   My manufacturing operations were proprietary.  I

7    really decline to discuss it.

8         Q.   Well, I'm certainly not going to ask you for the

9    proportions, but I'm asking --

10        A.   They were basically mixing operations.  That's

11   it.

12        Q.   Did you have vats?

13        A.   We had vats and blenders and mixers.

14        Q.   You would buy raw materials?

15        A.   Yes.

16        Q.   And you would cause them to be mixed in some

17   proportion?

18        A.   Exactly.

19        Q.   And dispensed?

20        A.   Uh-hum.

21        Q.   Yes?

22        A.   Yes.

23        Q.   Would they have to be cooked?

24        A.   No.

25        Q.   So it was --

1      Q.    You figured out where to store the product in the

2    meantime?

3      A.    Yes.

4      Q.    Then you would supervise the manufacturing

5    operations -- operators to actually make the product?

6      A.    Yes.

7      Q.    Who at REK Industries decided how the

8    chemicals -- or how the products would be packaged?

9      A.    I did.

10     Q.    So you selected the packaging?

11     A.    That's correct.

12     Q.    And the size of it?

13     A.    Yes.

14     Q.    Then who at REK decided who the customers would

15    be?

16     A.    Well, the customers would be people that wanted

17    to purchase our products.

18     Q.    And you would lead the sales force?

19     A.    Well, I didn't, quote, "lead the sales force."

20    The sales force was supposed to develop their own

21    customers.

22     Q.    You were the company's first salesman, though?

23     A.    Yes.

24     Q.    Did you train the other salesmen that you brought

25    onboard?

1      A.   I tried to hire people from other companies that

2  knew what they were doing.  It's too expensive and hard to

3  train people, motivate them.

4      Q.   You said at one time REK had as many as 30

5  employees?

6      A.   Somewhere in there.

7      Q.   Did you have a human relations department?

8      A.   No.  I was human relations.

9      Q.   So you did the hiring?

10     A.   That's right.

11     Q.   You did the management of the employees?

12     A.   Yes.

13     Q.   Who did the company's payroll?

14     A.   I did.

15     Q.   Did you personally keep the company's books?

16     A.   Yes.  Well, I had an accountant that did that,

17  but I was in charge of everything.

18     Q.   In terms of somebody at the company, that was

19  you?

20     A.   That was me.

21     Q.   How did you finance the company, REK?

22     A.   I financed it through profits, and I had bank

23  loans.  I had a banker that I found that would work with

24  me.

25     Q.   Did you take any courses to learn how to run a

1    business like this?

2         A.    No.

3         Q.    How did you figure out how to do it by yourself?

4         A.    Running a business is easy.  Buy for X and sell

5    for Y.  That's the basic principle.  If you make money,

6    you survive.  If you don't, you don't survive.

7         Q.    At what point did you form the second company

8    here called Centre Lab Corporation?

9         A.    It was just a corporation that we didn't use

10   much, but I think when we started developing our own hand

11   cleaner, we put that under Centre Lab.  I really don't

12   know the reason.  It looked like a different subsidy (sic)

13   of my own company, make it look impressive.

14        Q.    Was Centre Lab a subsidiary of REK Industries?

15        A.    It was related.

16        Q.    Well, how was it related?

17        A.    It was just there.

18        Q.    Was it capitalized?

19        A.    No.  It was actually part of REK.

20        Q.    Did Centre Lab have any assets of its own,

21   independent of REK?

22        A.    No.

23        Q.    At its peak, what were the total sales of REK

24   Industries?

25        A.    Close to 2 mil.

3/1/2006  Krolik, Ralph

1     Q.   2 million a year?

2     A.   2 million.

3     Q.   Were there family members, other than yourself?

4     A.   Not really.

5     Q.   Let me ask this a different way.

6          Did you have any family members working at

7     the company?

8     A.   My son sometimes.  During the summers, my

9     daughter.

10    Q.   Did your wife work there at the time?

11    A.   Very seldom.  She would work there in the summers

12    when the secretaries wanted to go on vacation, but she

13    didn't really work.  She was a teacher.

14    Q.   You said before, I believe, you were the only

15    owner.

16    A.   She was on the books as an owner, but I was

17    the -- it was my company.

18    Q.   You didn't have any outside shareholders?

19    A.   No.

20    Q.   When you incorporated the company, did you hire a

21    lawyer to do that?

22    A.   Yes.

23    Q.   What was the most in any one year that you and

24    your wife took out in terms of income from REK?

25    A.   That's hard to say.  Probably 300,000 -- 2- to

**3/1/2006  Krolik, Ralph**

1      300,000 somewhere.  I don't know.

2          Q.   Was income in that range a pretty regular

3      occurrence during the latter six or eight years of the

4      life of the company?

5          A.   I don't know if -- probably a little bit less,

6      but it stayed pretty regular.

7          Q.   So it was a good living for you?

8          A.   It was a good living, yes.

9          Q.   What brought REK Industries down?

10         A.   The environmental people started going around our

11     area, and we had a leaky water pipe, basically, and they

12     accused us of discharge.  That led to a lot of aggravation

13     and hassle.  We weren't really doing anything, and that's

14     what came out of it in the final analysis.

15         Q.   There were allegations of discharge of chemical

16     wastes?

17         A.   Yes.

18         Q.   Was the company prosecuted for that allegation?

19         A.   Yes.

20         Q.   Were you yourself prosecuted?

21         A.   Yes.

22         Q.   Was there a trial?

23         A.   Four weeks.

24         Q.   And was the company convicted?

25         A.   The company was convicted of having an illegal

1      A.   Not that I'm aware of.

2      Q.   Did you cease the operations of REK Industries as

3  a result of the environmental prosecution?

4      A.   No.   I actually sold it in '91.   The person that

5  bought it really couldn't handle it, and I had to take it

6  back.   And then it was dissolved completely, and the

7  building was leased, basically.

8      Q.   Did you continue to own the building for a while

9  thereafter?

10     A.   Yes.   I still own the building.

11     Q.   But did you sell the business in '91 as a result

12  of the environmental issues?

13     A.   Well, yeah, we had been damaged pretty heavily.

14  They couldn't hurt it until they put us on TV.   That

15  started a spiral of downhill events, which they couldn't

16  do anything to us.   They had nothing on us, but they had

17  to cause us that aggravation, because they thought, quote,

18  they had the environmental case of the century at that

19  time, which there was nothing really to it.

20     Q.   Did you lose customers as a result of that

21  incident?

22     A.   I lost my business, basically.

23     Q.   How so?   I think I know, but I need you to set it

24  out on the record.

25     A.   People quit dealing with me because of the

```
1       A.   Not especially.

2       Q.   Why did you buy the planes?

3       A.   The planes were useful in the business.  You

4   know, it was just --  I guess it was more of a macho thing

5   that, "Hey, I can fly."  But it wasn't anything that

6   thrilled the heck out of me to do.

7       Q.   Make sales calls in the planes?

8       A.   Sometimes.

9       Q.   I see.

10           That's how you would fly across the West?

11      A.   Yes.  Sometimes.

12      Q.   So not all of the time --  I mean, sometimes you

13  would fly commercial --

14      A.   Yes.

15      Q.   -- or get there some other way?

16      A.   Yes.

17           (Deposition Exhibit 22 was marked for

18           identification.)

19  BY MS. JOHNSEN:

20      Q.   The court reporter has marked as Exhibit No. 22

21  to your deposition a copy of a printout from a website,

22  from an FAA registry.

23      A.   Right.

24      Q.   That indicates -- if I'm reading it right -- that

25  you received a private pilot's license --
```

1       A.    That's correct.

2       Q.    -- September 29, 1981.  Is that about right?

3       A.    Whatever it says.

4       Q.    Is that license still in effect?

5       A.    It's not active.  I still have it.

6       Q.    What caused it to become inactive?

7       A.    Lack of flying.

8       Q.    You have to fly a certain number of hours?

9       A.    Well, I haven't flown in years.  I would have to

10   check out, fly a certain amount of hours.

11      Q.    How long would the typical flight that you would

12   take last when you were on these sales calls for REK

13   Industries?

14      A.    Well, maybe an hour.

15      Q.    Where would you fly to?

16      A.    Different places in New Mexico.

17      Q.    Did you ever fly outside of New Mexico for REK

18   Industries?

19      A.    With someone else but not by myself.

20      Q.    So when you were by yourself piloting, you would

21   stay within New Mexico?

22      A.    Yes.

23      Q.    Did you ever pilot your own plane beyond New

24   Mexico?

25      A.    No.

```
 1        Q.   Did you ever notice any ADHD-type symptoms

 2   affecting your ability to fly a plane?

 3        A.   Yes.  I had to have --  I would always have the

 4   control tower on radio with me, make sure I was alert.  If

 5   they saw traffic in the area, let me know, things like

 6   that.

 7        Q.   So you would fly within the range of a control

 8   tower?

 9        A.   You bet.

10        Q.   You would never be outside the range of a control

11   tower?

12        A.   No.  I would always have a control tower center

13   on.

14        Q.   What does that mean, "center on"?

15        A.   Albuquerque has a center.  Phoenix has a center.

16   You would tap into their radio frequency and ask them to

17   watch your flying.

18        Q.   What was the process you had to go through to

19   obtain a private pilot's license?

20        A.   I went through school for it.

21        Q.   A school?

22        A.   Yes.

23        Q.   You took classes?

24        A.   Ground school.

25        Q.   Did you have to take a standardized exam?
```

3/1/2006  Krolik, Ralph

1    hard time concentrating?

2        A.    Yes.

3        Q.    But you didn't tell the medical examiner that?

4        A.    No.

5        Q.    And you didn't tell the medical examiner that you

6    had a hard time focusing?

7        A.    Never a question.

8        Q.    You're saying he never asked you that?

9        A.    He never asked me.

10       Q.    And you didn't volunteer it?

11       A.    There was no need to.

12       Q.    You didn't think it was relevant to getting a

13   pilot license?

14       A.    No.

15       Q.    Look, please, at an exhibit from yesterday.

16             Okay.  Dr. Krolik, is Exhibit No. 1 to your

17   deposition a copy of your transcript from the -- from your

18   medical school?

19       A.    Yes, it is.

20       Q.    It shows that you entered in September 1992 --

21       A.    Okay.

22       Q.    -- is that right?

23       A.    That's correct.

24       Q.    And you completed your studies in medical school

25   in May of '96.  Is that correct?

1      A.    That's correct.

2      Q.    Did you graduate from medical school?

3      A.    I graduated in October of '96.  We got our

4   diplomas.

5      Q.    So you completed your studies in October of '96?

6      A.    Well, we completed our studies, I guess, in May,

7   but we didn't get our diplomas until October.

8      Q.    It looks to me --  I see a gap in the spring of

9   '92.  Was there a gap in your studies during that time?

10     A.    There was.  I had to go back --  The person that

11  bought the business couldn't handle it and wanted out, so

12  I had to take it back.

13     Q.    This is the REK Industries?

14     A.    Uh-hum.

15     Q.    Yes?

16     A.    Yes.

17     Q.    So you went back to New Mexico in early 1993?

18     A.    Yes.

19     Q.    Did you maintain a pharmacy license during the

20  entire time that you were at REK?

21     A.    Yes.

22     Q.    Why did you do that?

23     A.    In case I ever had to fall back on it.

24     Q.    Did you maintain your license here in the state

25  of Arizona?

1      Q.   Which classes were those?

2      A.   I recall biochem.  I recall anatomy was one.  And

3   embryology was another one.  I believe histology also.

4      Q.   So in those four classes?

5      A.   Well, there might have been more, you know.  Time

6   was never a factor in our school when I was there.

7      Q.   How so?

8      A.   Because we had ample time to do the exams.  The

9   exams were not typical questions that the NBME would

10  answer -- ask, because they weren't long and entailed.

11  They were straightforward, answer-type questions that we

12  were answering.

13     Q.   Would you say they were easier tests than the

14  USMLE --

15     A.   They were different tests.

16     Q.   Shorter?

17     A.   Well, you didn't have to sort through a bunch of

18  BS to get -- to try to figure out what they were asking

19  you.  You knew what they were asking you, the questions.

20  You didn't have to read for half an hour to get through

21  the question.

22     Q.   That's been your experience on the USMLE?

23     A.   That's correct.

24     Q.   In what classes --  Well, let me go back.

25          Do you remember going beyond the assigned

153

1    time to complete an exam in anatomy, histology,

2    biochemistry, and embryology?

3        A.   Embryology.  I can remember biochem.  Anatomy, we

4    were given more than ample time.  We had hours.  And his

5    comment was, "I don't ever want to say you never had

6    enough time to do these exams."  He gave us whatever we

7    needed, basically.

8        Q.   Do you remember --  What about histology?  Did

9    you take more than the allotted amount of time to complete

10   the histology exam?

11       A.   I believe on the written part, I did.  But on the

12   identification part, maybe an extra minute here and there,

13   but she was pretty liberal on that, when we had to

14   identify things under the microscope.

15       Q.   Other than the four classes you just named, can

16   you remember taking longer than the allotted amount of

17   time to complete any final exam in medical school?

18       A.   I remember having to push it in the microbiology.

19   And in some of the neurology parts and the pathologies,

20   they were difficult.

21       Q.   Difficult to finish in the allotted period of

22   time?

23       A.   Difficult.

24       Q.   But you did?

25       A.   I did.

1        Q.    When you say you pushed it in microbiology, you

2    did complete it within the allotted period of time?

3        A.    No.  I pushed it, and I was still doing it, and I

4    said, "I need a few more minutes," and they let me do it.

5        Q.    So you needed a few more minutes in biochem?

6        A.    I can't give you specifics.  Okay?  I can just

7    tell you that we had ample time to take her exams.

8        Q.    Do you remember requiring more than other

9    students -- longer than other students to complete final

10   exams in medical school?

11       A.    I do remember that a lot of other students

12   finished a lot faster than I did.

13       Q.    Okay.  Were you --  Do you remember that there

14   were -- that you always took longer than anybody else?

15       A.    Yes.

16       Q.    So now I want to make clear your testimony.  You

17   were always the last to finish a final exam?

18       A.    In most -- in most cases, yes.

19       Q.    Were you the only student who needed more time?

20       A.    I don't recall who else needed more time.

21       Q.    Other students may have?

22       A.    They may.

23       Q.    If they had asked, they would have received it,

24   just like you did?

25       A.    Yes.

1     Q.   Do you believe that you were affected by ADHD

2   symptoms while you were in medical school?

3     A.   I believe I had to study a lot harder and a lot

4   more concentrated and a lot quieter environment.  My wife

5   could sit there, and she could study with the TV going.  I

6   couldn't do it.  You know, I just had to have certain

7   things --  I had to try and be very structured, because I

8   had a hard time concentrating.

9     Q.   You needed to have a quiet environment to study?

10     A.   That's correct.

11     Q.   Meaning you couldn't have the TV or radio going?

12     A.   Exactly.

13     Q.   Did you go to the library to study?

14     A.   No.  I did it at home, in the next room.  The

15   library was a distraction.  There were too many people

16   sitting there.

17     Q.   What else did you --  What else do you remember

18   having to do to focus your study habits while in medical

19   school?

20     A.   I studied with Frank Fine a lot.  And Frank used

21   to feed me the information verbally until I could repeat

22   it rotely to him and hopefully understood what we were

23   talking about.

24     Q.   How many times a week would you study with

25   Mr. Fine?

1          MS. JOHNSEN:  Good time for a break?

2          (A recess ensued.)

3    BY MS. JOHNSEN:

4     Q.    So Dr. Krolik, you graduated from medical school

5    in the fall of 1996.

6     A.    Uh-hum.

7     Q.    Yes?

8     A.    Yes.

9     Q.    You first took the USMLE -- Step 1 of the USMLE

10   the year before, in September of 1995?

11    A.    Whatever it says.  I don't remember when I took

12   them.

13    Q.    My records say you took it September of 1995,

14   October of '96, and June and October of '97.

15    A.    Okay.

16    Q.    Do you remember where you took the USMLE for the

17   first time?

18    A.    I believe it was in England, if it's '95.

19    Q.    Where did you take it the next time?

20    A.    '96, right, was the next time?

21    Q.    That's right.

22    A.    October?

23    Q.    That's right.

24    A.    It would probably have been in Tustin,

25   California.

1      Q.    Then in '97, June and October?

2      A.    I think that was --  Maybe the '97 was in Tustin.

3  And the '96, I don't recall.  It should tell you on the

4  exams.

5      Q.    What was the first job you took out of --  When

6  you completed medical school --  After you completed

7  medical school, what was the first employment you took?

8      A.    A pharmacy job.

9      Q.    I've got on your interrogatories a pharmacy by

10  the name of C's Pharmacy?

11      A.    No, no.  C's pharmacy was a job I had, when I was

12  in New Orleans, for a while.

13      Q.    That was post- --

14      A.    Pre.  I'm sorry.  I'm sorry.  That was postgrad.

15      Q.    I'm asking about post medical school.

16      A.    Yeah.  I worked for C's in New Orleans.  I don't

17  think it was the first job I had there.

18      Q.    What was the first job you remember taking after

19  medical school?

20      A.    I stayed out a year to study, and my wife needed

21  a lot of help with her first-year residency -- I mean,

22  internship.  She was --  It was very grueling on her.  And

23  one of us had to help with something.  I took a job with

24  Rite Aid.

25      Q.    Where was that job?

1      A.    In New Orleans.

2      Q.    Were you an employee at a Rite Aid pharmacy?

3      A.    Yes, I was.

4      Q.    Do you remember how long you worked at Rite Aid

5    in New Orleans?

6      A.    Not long either.  They had terrible staffing

7    problems and no help.  It was very stressful and very

8    dangerous.  They were filling a lot of prescriptions with

9    no help.  It wasn't a good situation to be in.

10     Q.    It was dangerous because why?

11     A.    Because you could make error.

12     Q.    Did you make any mistakes at the Rite Aid?

13     A.    I don't know.

14     Q.    Why did you leave Rite Aid?

15     A.    Because they sent me to an area of town I didn't

16    want to go to.  I told them I wouldn't go there.

17     Q.    Was it a dangerous part of town?

18     A.    Yes.

19     Q.    And were you let go because you didn't want to go

20    to that dangerous part of time?

21     A.    He never called me and told me why he let me go.

22    He just never called me back.  I assume I was let go.

23     Q.    Did the Rite Aid --  Did your Rite Aid supervisor

24    ever tell you that you were being let go because of

25    problems with your work?

**3/1/2006 Krolik, Ralph**

1       A.      Never.

2       Q.      Do you remember what your next job after Rite Aid

3    was?  I've got --  In your interrogatory answers, we have

4    C's Pharmacy -- Castellon?

5       A.      Castellon.

6       Q.      Castellon?

7       A.      C's was probably the next job.  It was an

8    independent -- sort of out toward Metairie, Louisiana,

9    which is going east --  It's an eastern suburb of

10   New Orleans, basically, and he was an independent

11   pharmacy.

12      Q.      Do you remember how long you worked at C's

13   Pharmacy?

14      A.      I think about six months.  But I'm not sure.

15      Q.      Why did you leave C's Pharmacy?

16      A.      I took off to study for the board again -- or to

17   take the board.  Okay?  When I came back, they didn't want

18   me.  There was an interesting story behind that.

19      Q.      What's that story?

20      A.      They hated Jews, big time.  They were Italian.

21   And his father used to walk in there, and he had a

22   swastika on his arm.  They didn't have any black

23   customers.  They didn't do any welfare prescriptions.

24   They were extremely independent with a good, high, white

25   clientele.  I mean, they just literally hated Jews.  When

1    told them I had been raised Jewish --  I told his cousin,

2    and she was a pharmacist there, I said, "Well, hell, I was

3    raised Jewish."  When it came back to going back, they

4    just said that they couldn't use me anymore, so I sort of

5    put two and two together, I guess.  I don't really care;

6    just I wasn't going back there.

7         Q.    So you were let go from C's Pharmacy?

8         A.    Yeah.

9         Q.    But you were never told you were let go because

10   of any problems with your work as a pharmacist?

11        A.    No.

12        Q.    What was your next job?  Was that Castellon?

13        A.    That was Castellon.

14        Q.    What's Castellon Pharmacy?

15        A.    It was an independent pharmacy there too.

16        Q.    How long did you work there?

17        A.    Gosh, almost a year, I think.  I can't recall

18   exactly.

19        Q.    You worked as a pharmacist?

20        A.    Yes.

21        Q.    Why did you leave Castellon?

22        A.    I came in one day, and he called me upstairs, and

23   he says, "I'm going to let you go."  I said, "Why?"  He

24   says, "I don't want to talk about it."  I said, "Okay.

25   It's your loss.  See you.  Good-bye."

1      Q.   Did he ever give you an indication why he was

2    letting you go?

3      A.   Never.  Didn't care.

4      Q.   In your interrogatory answers, the reason left

5    says, "Would not sell names to dealers and was fired."

6      A.   Well, narcs.  They had some black guys coming in

7    with narcotic prescriptions.  My judgment was they were

8    genuine prescriptions, but this guy wouldn't sell Soma in

9    his store, but he would sell them narc prescriptions.  And

10   they were real close together, you know, between refills.

11   And I just didn't want to mess with it.

12     Q.   So were there prescriptions that you declined to

13   fill?

14     A.   Yeah.  Because, one, I didn't want to get

15   involved in that.  And, two, I did decline to fill this

16   one guy's prescriptions.  I didn't feel good about it.

17     Q.   Do you feel that that led to the decision of the

18   management at Castellon to let you go?

19     A.   It could.  I don't know.  He never would tell me,

20   and I didn't really care.  And a lot of these jobs, you're

21   asked to do things you wouldn't want to do.  I just won't

22   do it.

23     Q.   What was your next pharmacy job after that?

24     A.   Wal-Mart, I believe.

25     Q.   Winn-Dixie or Wal-Mart?

1       A.    Winn-Dixie.  I'm sorry.

2       Q.    Winn-Dixie was -- where was that?

3       A.    That was in New Orleans also.

4       Q.    You were working in New Orleans because your wife

5    was a resident there?

6       A.    Exactly.

7       Q.    And how long did her residency last?

8       A.    Four years.

9       Q.    How long did you work at Winn-Dixie?

10      A.    About a year, I think.

11      Q.    Why did you leave there?

12      A.    That district manager, he found out my first wife

13   was Jewish.  Believe me, it was --  He was very

14   judgmental.

15             I also got into it --  He had run a certain

16   store that I was working at occasionally.  I was floating

17   stores.  And this one gal that worked with him for many

18   years thought she was running the place, and we got into

19   sort of a little disagreement.  His comment was, "You're

20   both wrong."  I said, "No, I'm not wrong.  She's wrong."

21   I said, "I'm the pharmacist."  So we parted ways.

22             These are all very bizarre things, to me.

23   Some of it very unbelievable, but --

24      Q.    Did he ever tell you --  Did your supervisor at

25   Winn-Dixie ever tell you that he took issue with your

1    capabilities as a pharmacist to actually perform the work

2    of a pharmacist?

3        A.    No.

4        Q.    Was it then that you went to Wal-Mart?

5        A.    Wal-Mart, yes.

6        Q.    You worked for Wal-Mart in Hammond?

7        A.    Right.

8        Q.    And then you moved to another Wal-Mart?

9        A.    I transferred --  We came home at that point, and

10   the Wal-Mart in Hammond job was a very hectic job.  The

11   district manager there was very good.  The store manager

12   and the people there were excellent.  They were doing,

13   like, 600 prescriptions a day in the store there.  It

14   was -- it was a very reasonable situation, because

15   everyone worked together, and there was no strife or

16   anything like that.

17       Q.    Of all the -- of all the years that you have

18   worked as a pharmacist, how many prescriptions would you

19   say you've filled?

20       A.    I couldn't answer that.  I don't know.

21       Q.    Well, how many of them on an average day?

22       A.    I don't know.

23       Q.    Between what and what, say?  Between 50 and 200 a

24   day?

25       A.    I don't know.  Depending on your help and

1   depending on the situation, depending on the store's

2   volume, the staffing --  It's hard to say.

3        Q.   Say there at that Wal-Mart, how many would you

4   fill in a particular day, on the average, just a range?

5        A.   I don't think it was a matter of filling at

6   stores that busy.  It was a matter of checking.

7        Q.   What do you mean, "checking"?

8        A.   You had to check after everything was filled and

9   packaged to make sure that everything was verified and

10  that it was correct.

11       Q.   You had to verify the name and the prescription?

12       A.   Uh-hum.  The directions, things like that.

13       Q.   The dosage?

14       A.   Yes.

15       Q.   Had to make sure you had given the right thing to

16  the right person?

17       A.   Exactly.

18       Q.   You had to do that for as many customers as who

19  came in?

20       A.   Time after time.

21       Q.   It says here on your interrogatory answers that

22  you moved from Hammond to New Mexico.

23       A.   No.  We moved from Hammond back here to Phoenix.

24  I don't know who put that in.

25       Q.   You took a job at the Wal-Mart here, in

1    Phoenix -- at a Wal-Mart here in Phoenix?

2        A.    I took a job with Wal-Mart here in Phoenix.

3        Q.    Were you a floater?

4        A.    Yes.

5        Q.    For how long did you work as a floater for

6    Wal-Mart as a pharmacist here in Phoenix?

7        A.    Not very long.  Their situation here was bad.

8    They didn't have enough help.  The store managers tried to

9    interfere in a couple locations.

10       Q.    How so?

11       A.    How?

12       Q.    Yeah.

13       A.    One woman came in drunk one day, and she demanded

14   her prescription be filled.  And we told her that we would

15   fill it, but she would have to wait her turn.  The

16   photography manager came back into the pharmacy.  She was

17   a pretty good-looking gal.  I think he thought he could

18   make some points with her.  But he started asking

19   questions.  I said, "Who are you?"

20             He said, "I'm the photography manager."

21             I said, "You get your ass out of here now."

22   I said, "You have no business in here."

23             Then the store manager came and questioned

24   what was going on.  And there happened to be a woman in

25   line that said, "I'm going to talk to him.  I saw

1     Q.   Was that the only error, in terms of filling a

2     prescription, that anyone's ever called your attention to?

3     A.   I think there were other errors, but they were

4     caught before they left the store.

5     Q.   Do you think you made more errors than the

6     average pharmacist?

7     A.   No.  I don't think so.  I could have.  I mean, I

8     don't know what other people do.

9     Q.   Looking at your work history, I don't hear you

10    saying that you were -- that your supervisors ever

11    criticized your ability to perform the tasks of a

12    pharmacist.

13    A.   With the situation the way it is now in pharmacy,

14    the jobs are -- they can't fill the jobs that they have,

15    and if you can breathe and you have a license, they would

16    prefer to hold on to you.  But you have to put up with a

17    lot of things that you might not want to put up with.

18    Q.   Well, other than the issue there at the Wal-Mart

19    here in Phoenix, has any supervisor ever criticized you

20    for -- saying you're incompetent to perform the abilities

21    of a pharmacist?

22    A.   I'm not incompetent.

23    Q.   You're a competent pharmacist?

24    A.   Of course.

25    Q.   You're a very competent pharmacist?

172

1  A. I'm a competent pharmacist.

2  Q. From Wal-Mart, then you took a job at Albertsons?

3  A. Yes.

4  Q. Was that as a floater also?

5  A. It was.  And my deal with them was I would work

6 with them for six months full-time.  And then I could get

7 two or three days, 12-hour days, so I could study, and

8 they reneged on that part of it after the six months.

9  Q. So did you leave because of that?

10  A. I left because of that.

11  Q. Do you work now at Bashas'?

12  A. I used to.

13  Q. When did you --  Do you remember how long you

14 worked at Bashas'?

15  A. I worked at Bashas' probably six months, and it

16 was a Food City, actually.  They owned --

17  Q. Which Food City was it?

18  A. It was on Indian School and the 101, on the west

19 side, by the Banner hospital.

20  Q. Do you remember why you left there?

21  A. Yes.  The district manager wanted me to go down

22 to Central and Dunlap and take over a real problem store

23 that was Spanish-speaking, and I spoke the language, but,

24 you know, I didn't want that kind of store.  It would have

25 entailed a lot of extra hours and hassle, you know.  I'm

1    company."

2              And I had a feeling that it was only a

3    matter of a short time where they would figure out some

4    way to get rid of me, which is fine.

5         Q.   Why do you say that you were glad he called on a

6    day your wife was there?

7         A.   Because my wife was there to listen to some of

8    the stuff I have to encounter, so she understands.  It's

9    hard to explain, sometimes, what goes on.

10        Q.   Hard to explain to someone who doesn't work in a

11   pharmacy what goes on there?

12        A.   Exactly.

13        Q.   You've also worked at a company called Dependable

14   Staffing?

15        A.   Yes, I used to.

16        Q.   What's that?

17        A.   It's a temp agency.

18        Q.   What kind of employees does it place?

19        A.   It places pharmacists, it places technicians, it

20   places, I believe, nurses and nurses' aides, and things

21   like that.

22        Q.   How would you be placed with them?  Would it

23   change from day to day?

24        A.   It would change from day to day.  They would give

25   you different assignments, some good, some bad.

```
 1        Q.    But you would be paid by the staffing company?

 2        A.    You would be paid by the staffing company, yes.

 3        Q.    I see.

 4        A.    They, in turn, pay the staffing company.

 5        Q.    Yeah.  Do you still work for Dependable Staffing?

 6        A.    No, I don't.  I quit.

 7        Q.    It says in your interrogatory answers, "Bad

 8   assignments.  Quit."

 9        A.    Bad assignments.  Bad assignments.

10        Q.    What would be a bad assignment?

11        A.    The last assignment I was at was -- I was at a

12   Safeway on Dysart and Indian School.

13        Q.    Okay.

14        A.    And the district manager was there when I walked

15   in, and I don't particularly care for this woman anyway,

16   and she didn't care for me.  But she was working with

17   their new pharmacy manager, who was a black girl, and

18   she --  This guy came up to the counter and started

19   complaining that he called in his prescription and that he

20   couldn't find it --  You know, I just walked in.  So she

21   didn't do anything, the district manager.  Her job should

22   have entailed going right to that window and dealing with

23   the guy.

24              I was just going to tell him, "Hey, you

25   know, if you'll wait a second, we'll see what we can find
```

1          I said, "Look, do you want to take care of

2    it, or do you want me to take care of it?"

3          And then she had left some narcotic bottles,

4    glass tubes, for reorder, on the counter.  I didn't touch

5    it.  I guess someone did, and she couldn't find some of

6    them.  She came back and she said, "Did you take my

7    narcotic bottles?  I'm going to write you up."

8          And I said, "Okay."  I said, "Here's the

9    deal."  I said, "You can leave now and I'll catch the

10   place up, or," I said, "I'll leave and you catch the place

11   up.  But I'm not going to put up with this."

12         And she said, "I would prefer you leave."

13         I said, "No problem."

14         I mean, just crazy stuff.  I just don't want

15   to get into that.  There's just --  Life's too short

16   anymore.  I know.

17   Q.    What's the company called Talent Tree?

18   A.    Talent Tree?  I worked there for a while too.

19   It's another temp agency.

20   Q.    A temp agency?

21   A.    Yeah.

22   Q.    It looks like, from your tax return, you worked

23   there for a while in '04?

24   A.    Yes.

25   Q.    Did you work there past '04?

1       A.   No.

2       Q.   Was that --  Were you placed in pharmacy jobs

3   there?

4       A.   Uh-huh.

5       Q.   Yes?

6       A.   Yes.

7       Q.   Since the end of 2004, have you worked as a

8   pharmacist?

9       A.   I just recently started working.

10      Q.   In '06?

11      A.   Yes, the last two or three weeks.

12      Q.   Where have you started working?

13      A.   I'm working for another temp agency called

14   Concentra.

15      Q.   Concentra?

16      A.   Uh-hum.

17      Q.   Is that based here in Phoenix?

18      A.   Yes.

19      Q.   Do you have a full-time placement?

20      A.   I can have.  I've worked for a Target, so far,

21   and the Arizona State Hospital, which I won't go back to.

22   Another very interesting situation.  The woman that runs

23   it is a pharmacist, but her husband is a tech, and he's

24   actually running the place.  And no one's working except

25   myself and another girl that was there.  So I know.  It's

1     whether this was medical school reference or -- okay?

2     This is probably in reference to the medical school, not

3     just general college.

4          Q.   You did take timed tests in college, didn't you?

5          A.   This is in reference to the medical school.  I

6     did take timed tests in college, yes.

7          Q.   You did take time tests in college.

8          A.   That's correct.  Uh-huh.

9          Q.   Yes?

10         A.   Yes.

11         Q.   I'm looking at 15D, secondary or elementary

12    school.  What's written there says, "ADHD was not

13    diagnosed then."

14         A.   That's correct:

15         Q.   "Please note letter from Dr. Butterbaugh and

16    report cards, especially third grade that" --

17         A.   -- "received a" -- something.

18         Q.   -- "received a transfer of classroom" --

19         A.   Right.

20                   -- "because I couldn't sit still."

21         Q.   -- "because I couldn't sit still."

22         A.   Right.

23         Q.   Then, open paren, "report cards previously sent,"

24    close paren.

25         A.   That's what it says.

**3/1/2006  Krolik, Ralph**

1      Q.   What other facts, other than those which you have

2   testified to, do you believe support a contention that

3   ADHD has substantially limited you in the major life

4   activity of working?

5      A.   Dr. Butterbaugh, I think, sums it up in his

6   reports.

7      Q.   Is there anything else that you can testify to

8   this afternoon about that?

9      A.   I can't remember.

10      Q.   Do you ever remember telling anyone that you had

11   won a Purple Heart?

12      A.   I don't think I told anybody that.  I think I

13   told Dr. Hoblit that I was eligible.

14      Q.   For a Purple Heart?

15      A.   Yes.

16      Q.   We talked a lot about -- earlier today about the

17   succession of jobs that you've had as a pharmacist --

18      A.   Correct.

19      Q.   -- both before you went into business for

20   yourself and after.

21      A.   Uh-hum.

22      Q.   You never were told that you lost any of those

23   jobs because you couldn't handle work as a pharmacist,

24   were you?

25            Were you?

1     A.   I don't think that's a correct question.  I don't

2   think that is a fair question, but the answer is no.

3     Q.   Why don't you think it's a fair question?

4     A.   I think you're fishing for anything you can fish

5   for.  I don't think it's fair.

6     Q.   My point is, no employer ever let you go, telling

7   you that you were not a competent pharmacist?

8     A.   No.

9     Q.   That never happened to you?

10    A.   As far as I recall.

11    Q.   One minute.

12          You testified before that you've always had

13   problems on multiple-choice exams.

14    A.   Correct.

15    Q.   What other multiple-choice exams, other than the

16   USMLE, have you had problems with?

17    A.   I just don't do well on multiple-choice exams.

18    Q.   Why not?

19    A.   I think we went over that earlier.

20    Q.   I don't think we did.

21    A.   Yes, I do.  It's part of the ADHD, because I

22   can't focus for any length of time on a long,

23   multiple-choice exam.

24    Q.   So it's not multiple choice per se.  It's the

25   long -- the long questions you have difficulty with?

```
 1  contention that you suffer from ADHD.

 2      A.   I've given you facts, and Dr. Butterbaugh will

 3  give you facts.

 4      Q.   I'm asking you, sir.

 5      A.   Ma'am, I've given you the facts.

 6      Q.   Other that interrupting, can you give me anything

 7  that you've done in the last month that's a symptom --

 8  anything you've done or felt that would be a symptom of

 9  your ADHD?

10      A.   Oh, I get hyperactivity -- active.  With my wife,

11  sometime I joke a lot.  I can't keep my mouth shut.

12      Q.   Anything else you can remember that would be a

13  symptom of your ADHD?

14      A.   No.

15            MS. JOHNSEN:  That's all I have.  Thank you.

16            MR. LAKINS:  Then we're done.  I have no

17  questions.

18            (The deposition was concluded at 4:37 p.m.)

19

20            _____

21            RALPH ELLIOTT KROLIK, M.D.

22

23

24

25
```

16:36:39 — line 5
16:36:51 — line 10
16:37:17 — line 15

1  STATE OF ARIZONA    )

2  COUNTY OF MARICOPA  )

3          BE IT KNOWN the foregoing deposition was

4  taken by me pursuant to stipulation of counsel; that I was

5  then and there a Certified Reporter of the State of

6  Arizona, and by virtue thereof authorized to administer an

7  oath; that the witness before testifying was duly sworn by

8  me to testify to the whole truth; pursuant to request,

9  notification was provided that the deposition is available

10  for review and signature; that the questions propounded by

11  counsel and the answers of the witness thereto were taken

12  down by me in shorthand and thereafter transcribed into

13  typewriting under my direction; that the foregoing pages

14  are a full, true, and accurate transcript of all

15  proceedings and testimony had and adduced upon the taking

16  of said deposition, all to the best of my skill and

17  ability.

18          I FURTHER CERTIFY that I am in no way

19  related to nor employed by any parties hereto nor am I in

20  any way interested in the outcome hereof.

21          DATED at Phoenix, Arizona, this _14m_ day of

22  _March_____, 2006.

23                    _Meri Coash_____

24                    Meri Coash

25                    Certified Reporter #50327

Coash & Coash, Inc.   602-258-1440