# Exhibit 2

THE UNIVERSITY OF NEW MEXICO     ALBUQUERQUE, NEW MEXICO
OFFICE OF ADMISSIONS AND RECORDS

SCHOLASTIC
RECORD OF   KROLIK       PH ELLIOTT                    501501534
                                                        4803655

PERMANENT   3025 RIO GRND BLVD NW
ADDRESS     ALBUQUERQUE NM
DATE OF BIRTH 11/22/44                     SEX MALE
ENTRANCE DATE 9/16/65
PARENTS OR GUARDIANS NAME   ISAAC KROLIK
ADDRESS     490 CORDOVA ST
            WINNIPEG MAN CANADA
DEGREES  Bachelor of Science in Pharmacy
         August 8, 1969

PREPARATORY RECORD                    6/00/61
HIGH SCHOOL  GRANT PARK
LOCATED AT   WINNIPEG MANITOBA CANADA
ACCEPTABLE ENTRANCE UNITS

| | TOTAL |
|---|---|
| DEFICIENCIES | 1.0 |
| | 1.0 |

BASIS FOR ADMISSION:  ☒ CERTIFICATE  ☐ EXAMINATION  ☐ ADVANCED STANDING  ☐ TRANSFER

| DEPT. | COURSE NO. | COURSE TITLE | GR. | CREDIT | POINTS | | DEPT. | COURSE NO. | COURSE TITLE | GR. | CREDIT | POINTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **65 FALL         UNIV** | | 4803655 | | | | | **67 SPRING        PHAR** | | 4803655 | |
| BIOL | 101 | GENERAL BIOLOGY/LAB | C | 4 | 8 | | PHYSC | 112 | GENERAL PHYSICS | C | 3 | 6 |
| CHEM | 101 | GENERAL CHEM/LAB | C | 4 | 8 | | CHEM | 302 | ORGANIC CHEMISTRY | C | 3 | 6 |
| ENGL | 101 | WRTG W/RDGS IN EXPOS | C | 3 | 6 | | PHYSC | 114 | GENERAL PHYSICS LAB | B | 1 | 3 |
| MATH | 160 | ELEM MATH FOR PHYS S | D | 5 | 5 | | CHEM | 304 | ORGANIC CHEM LAB | B | 1 | 3 |
| P E | 126 | BEGINNING GOLF | W | (1) | | | ECON | 200 | PRINCIPLES OF ECON | C | 3 | 6 |
| | SEM | 16   27 1.6875 | | | | | M ED | 171 | PERSONAL-COMMUN HLTH | C | 3 | 6 |
| | | | | | | | ANTH | 101 | ORIG-ANTIQ OF MAN | B | 3 | 9 |
| | | | | | | | | SEM | 17   39 2.2941 | | | |
| | | **66 SPRING        UNIV** | | 4803655 | | | | | **67 SUMMER        PHAR** | | 501501534 | |
| BIOL | 102 | GENERAL BIOLOGY/LAB | C | 4 | 8 | | GEOG | 102 | GENERAL GEOGRAPHY | B | 3 | 9 |
| CHEM | 102 | GENERAL CHEM/LAB | C | 4 | 8 | | PHARM | 341 | INTRO PHARMACY/LAB | C | 5 | 15 |
| ENGL | 102 | WRTG W/RDGS IN LIT | C | 3 | 6 | | | SEM | 8   24 3.0000 | | | |
| HIST | 262 | HISTORY OF THE U S | B | 3 | 9 | | | | | | | |
| | SEM | 14   31 2.2142 CUM  30  58 1.9333 | | | | | | | **67 FALL        PHAR** | | 501501534 | |
| | | | | | | | PHARM | 231 | ORIENTATION I | C | 1 | 2 |
| | | | | | | | CHEM | 253 | QUANT ANALYSIS/LAB | C | 4 | 8 |
| | | **66 SUMMER        UNIV** | | 4803655 | | | PHM CH | 361 | INORG PHARMACEU CHEM | C | 2 | 4 |
| BIOL | 393 | GEN BACTERIOLOGY/LAB | D | 4 | 4 | | ACCT | 105 | PRINCIPLES OF ACCT | C | 3 | 6 |
| | SEM | 4    4 1.0000 CUM  34  62 1.8255 | | | | | BIOL | 429 | CELLULAR PHYSIOL/LAB | C | 4 | 8 |
| | | | | | | | | SEM | 14   28 2.0000 | | | |
| | | **66 FALL        UNIV** | | 4803655 | | | | | **68 SPRING        PHAR** | | 501501534 | |
| CHEM | 301 | ORGANIC CHEMISTRY | D | 3 | 3 | | PHARM | 232 | ORIENTATION II | A | 1 | 4 |
| CHEM | 303 | ORGANIC CHEM LAB | D | 1 | 1 | | GEOG | 101 | GENERAL GEOGRAPHY | C | 3 | 6 |
| HIST | 261 | HISTORY OF THE US | C | 3 | 12 | | PHMCOG | 372 | GEN PHARMACOGNSY/LAB | A | 4 | 16 |
| PHYSC | 111 | GENERAL PHYSICS | C | 3 | 6 | | BIOL | 430 | VERTEB PHYSIOL/LAB | A | 4 | 16 |
| PHYSC | 113 | GENERAL PHYSICS LAB | C | 1 | 2 | | CHEM | 323 | INTRO TO BIOL CHEM | C | 3 | 9 |
| SPEECH | 255 | PUBLIC SPEAKING | B | 3 | 9 | | | SEM | 15   43 2.8666 | | | |
| | SEM | 16   30 2.1428 | | | | | | | | | | |

Basic Training, Fort Leonard Wood, Missouri;
Nov. 1962 to Feb. 1963.

| | |
|---|---|
| First Aid | 2 |
| Hygiene | 2 |
| PE | 4 |

REMARKS: 5 Deficiency removed, Semester II, 1965-66.     FACULTY ACTION:

KROLIK RALPH ELLIOTT         4803655

## ADVISEMENT COPY



Exhibit: 14
Name: R Krolik
Date: 3-1-06
Meri Coash CCR, RMR

DNA RECORDS & REG

SCHOLASTIC RECORD (Back)

IROLIT    H ELLIOTT    501501514

| DEPT. | COURSE NO. | COURSE TITLE | GR. | CREDIT | POINTS | DEPT. | NO. | COURSE TITLE | GR. | CREDIT | POINTS |
|-------|-----------|--------------|-----|--------|--------|-------|-----|--------------|-----|--------|--------|
| **68 FALL** | | PHAR | | 501501514 | | | | | | | |
| HIST | 303 | HIST WORLD COMMUNISM | A | 3 | 12 | | | | | | |
| PHARM | 421 | PHARMACY MANAGEMENT | B | 3 | 9 | | | | | | |
| PHARM | 443 | OPERATIVE PHAR I/LAB | C | 3 | 10 | | | | | | |
| PHARM | 493 | INSPECTION TRIP | CR | 0 | 0 | | | | | | |
| PHN CH | 463 | ORG PHARM CHEM I | B | 3 | 9 | | | | | | |
| PHMCOL | 477 | PHARMACOLOGY III | B | 3 | 9 | | | | | | |
| SEM | 17 | 49 2.8823 | | | | | | | | | |
| | | | | | | | | | | | |
| **SPRING 69** | | PHAR | | 501501514 | | | | | | | |
| HIST | 466 | THE CIVIL WAR | B | 3 | 9 | | | | | | |
| PHN CH | 464 | ORG PHAR CHEM II | C | 3 | 6 | | | | | | |
| PHARM | 444 | OPERATIVE PHM II/LAB | C | 5 | 10 | | | | | | |
| PHARM | 620 | PHARMACEUTICAL LAW | C | 3 | 6 | | | | | | |
| PHARM | 434 | HISTORY OF PHARMACY | A | 2 | 8 | | | | | | |
| GEOL | 102 | HISTORICAL GEOLOGY | B | 3 | 9 | | | | | | |
| SEM | 19 | 48 2.5263 | | 125 323 | | | | | | | |

ADVANCED STANDING ACCEPTED:
The University of Mississippi, University, Mississippi, 1969-SS.

| Pharm | U | Dispensing Pharmacy | B | 8 | 24 |
|-------|---|---------------------|---|---|----|
| | | | | | 24 |

ADVANCED STANDING ACCEPTED:
University of Colorado, Boulder, Colorado, 1968-SS.

| Phcl | U | Gen Pharmacology | B | 8 | 24 |
|------|---|------------------|---|---|----|
| Hist | U | Early Amer Frontier | B | 2 | 6 |

SCHOLARSHIP INDEX AT UNM 2.3405
RANK IN CLASS 138 in class of 195

FACULTY ACTION (CONT.)

REMARKS (CONT.)

TRANSCRIPTS ISSUED:
Loyola Univ (r)                    12/11/68 dk
Univ of Missouri                   3/1/69 &c
Washington University              2/23/70 ka
Student  (2)                       2/23/70 ka
Student                            8/31/70 rl
Colo St. Univ.                     9/23/70 cxf
Kirksville College of Ostr. &Surgery  10/9/70 rl
Kihnsmarm Medical College          10/9/70 rl
University of Arizona              10/16/70 mc
Student (4)                        1/4/71 mf
UNM college of Medicine            9/8/71mr

ADVISEMENT COPY

# Exhibit 3

Form # I.T. 67

## RECORD OF INTERN TRAINING

NAME: _____

REGISTRY NUMBER _____

REGISTERED AS AN INTERN IN ARIZONA _____

REGISTERED AS AN INTERN IN _____

(Name of other State)

### Undergraduate Intern Training

| Report Number | Pharmacy Where Training Received | Pharmacy Certified | Dates of Training | Training Totals |
|---|---|---|---|---|
| | *francisco mexico* | | | *22 weeks* |

### Postgraduate Intern Training

| Report Number | Pharmacy Where Training Received | Pharmacy Certified | Dates of Training | Training Totals |
|---|---|---|---|---|
| | *Dale Drug* | *8-31-67 to* | *11-5-69* | *11* |
| | *mayray. Whg* | *11-11-69 to* | *12-13-69* | *5* |
| | *fiquette's drug* | *11-11-69 -* | *12-7-69* | *5* |
| | | | | *24* |
| | | | | *6* |
| | | | | *50* |

### Out of State Intern Training

| State | Certified By | Dates of Training | Under Graduate | Post Graduate | Training Totals |
|---|---|---|---|---|---|
| | | | | | *76 weeks* |

ASBP000063

Exhibit: 16
Name: R. Krolik
Date: 3-1-06
Meri Coash CCR, RMR

# Exhibit 4

ARIZONA STATE BOARD OF PHARMACY

Form No: 2010-A                          Date: _R.20/65_

QUARTERLY REPORT OF INTERN TRAINING

Intern: RALPH E KROLIK     Pharmacy: DALE DRUG Co

Address: 459 E C RULE UC-NICI  Address: 4402 SOUTH CENTRAL

Phoenix AZ 85014              Phoenix AZ 85040

| Week Ending | | | Number of Hours Employed | Do not write in this column |
|---|---|---|---|---|
| Month | Day | Year | | |
| 1. AUG | 31 | 1965 | 50 | |
| 2. SEPT | 7 | 1965 | 406 | |
| 3. SEPT | 14 | 1965 | 40 | |
| 4. SEPT | 21 | 1965 | 50 | |
| 5. SEPT | 28 | 1965 | 50 | |
| 6. OCT | 5 | 1965 | 50 | |
| 7. OCT | 12 | 1965 | 50 | |
| 8. OCT | 19 | 1965 | 50 | |
| 9. OCT | 26 | 1965 | 50 | |
| 10. NOV | 2 | 1965 | 50 | |
| 11. NOV | 9 | 1965 | 40 | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| Total Hours | | | 520 | |

Note: Maximum credit: 44 hours per wk.

"I hereby certify that I have supervised the intern training of Pharmacy Intern _RALPH E KROLIK_ , Regs #_____ as listed above. This information was taken from payroll or other records and may be examined upon request by the State Board of Pharmacy or any of their inspectors.

Preceptor Signature: _Fred E Dale_

State of Arizona
County of _Maricopa_

Subscribed and sworn to before me this _____ day of _____, 1965

                                    Notary Public

My Commission Expires:
_____ My Commission Expires Oct. 14, 1966

A.R.S. 32-1974 Any person who makes or attempts to secure registration for himself or another person by knowingly making a false representation, or who fraudulently represents himself to be registered within the meaning of this chapter is guilty of a misdemeanor punishable as provided by 32-1972.

INTERN SHOULD KEEP A COPY OF THIS REPORT FOR A PERSONAL RECORD.

Exhibit: 17
Name: R. Krolik
Date: 3-1-06
Meri Coash CCR, RMR

ASBP000022

ARIZONA STATE BOARD OF PHARMACY

Form No: 2010-A                          Date: 1/7/70

## QUARTERLY REPORT OF INTERN TRAINING

Intern: _RALPH KROLL_        Pharmacy: _HACKGRAF PHARMACY_

Address: _4536 Calle ___ Drive_  Address: _5031 E. Indian School(?)_

_Phoenix, Arizona (85____)_     _Scottsdale, Arizona_

| Week Ending (Date) | Number of Hours (*) Day (**) Night | Items Explained | Do not write in this column |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| | Total Hours | | |

Note: Maximum credit: 44 hours per wk.

I hereby certify that I have supervised the intern training of Pharmacy
Intern _Ralph E. Krolik_ for the hours listed above. This information
was taken from payroll or other records and may be examined upon request by the
State Board of Pharmacy or any of their inspectors.

Preceptor Signature: _____

State of Arizona
County of _Maricopa_   ss.

Subscribed and sworn to before me, this ____ day of _January_ A.D. 19 70.

My Commission Expires _____         _____
                                                Notary Public

A.R.S.32-1932:1934. Any person who fraudulently secures registration of
himself or another person by falsely aiding a false representation, or who
fraudulently represents himself to be registered within the meaning of this
chapter is guilty of a misdemeanor punishable as provided by 32-1935.

INTERN SHOULD KEEP A COPY OF THIS REPORT FOR A PERSONAL RECORD

Exhibit: 18
Name: R. Krolik
Date: 3-1-010
Meri Coash CCR, RMR

ASBP000023

ARIZONA STATE BOARD OF PHARMACY

Form No. 2010-A     Date: 1/18/70

## QUARTERLY REPORT OF INTERN TRAINING

Intern: RALPH KROLIK    Pharmacy: APACHE JCT. PHARMACY

Address: 1136 E. Cactus   Address: RURAL 88 APACHE TRAIL

Phoenix Ariz 85021    Apache Junction, Arizona

| Week Ending Month Day Year | Number of Hours Employed | Do not write in this column |
|---|---|---|
| 1. DEC 30 1969 | 40 | |
| 2. DEC 29 1966 | 44 | |
| 3. JANUARY 3 1970 | 44 | |
| 4. JANUARY 10 1970 | 44 | |
| 5. JANUARY 17 1970 | 44 | |
| 6. JANUARY 24 1970 | 44 | |
| 7. JANUARY 31 1970 | 44 | |
| 8. FEBRUARY 7 1970 | 40 | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| Total Hours | | |

Note: Maximum credit: 44 hours per wk.

I hereby certify that I have supervised the intern training of Pharmacy Intern RALPH E. KROLIK , Reg. #3356 as listed above. This information was taken from payroll or other records and may be examined upon request by the State Board of Pharmacy or any of their inspectors.

Preceptor Signature: _____

State of Arizona

County of Maricopa

Subscribed and sworn to before me this 18 day of ___ A.D. 19__

My Commission Expires ___    Notary Public.

A.R.S. 32-1974. Any person who secures or attempts to secure registration of himself or another person by knowingly making a false representation, or who fraudulently represents himself to be registered within the meaning of this chapter is guilty of a misdemeanor punishable as provided by 32-1975.

INTERN SHOULD KEEP A COPY OF THIS REPORT FOR A PERSONAL RECORD.

ASBP000024

Exhibit: 19
Name: R Krolik
Date: 3-1-06
Meri Coash CCR, RMR

Exhibit 5

RECORD OF EXAMINATION

NAME _Kolik, Ralph C_

| Requirements | Application | $50.00 | Birth Cert. | College Transcript | Kodak Picture | Dues Current | Finger Print |
|---|---|---|---|---|---|---|---|
| 2-3-70 | | | | | | | |
| Return term Complete | ✓ | ✓ | | | | | |

| Subject | First Try | | | | Second Try | |
| | Date | | Grade | | Date | Grade |
|---|---|---|---|---|---|---|
| Pharmacy | 2/1/69 | | 79 | | | |
| Chemistry | ✓ | | 83 | | | |
| Pharmacognosy | ✓ | | 72 | | | |
| Math | ✓ | | 90 | | | |
| Jurisprudence | 2/1/69 | | 82 | | | |
| N. N. R. | | | | | | |
| Practical | | | 88 | | | |
| Average | | | 81 | | | |

Registered as Pharmacist Date _ _ _ 2/2/70 _ _ _

Certificate Number _ _ _ _ _ _ 10936 _ _ _ _ _

Exhibit: 15
Name: R. Kolik
Date: 3-1-06
Meri Coash CCR, RMR

ASBP000050

Exhibit 6

Case 2:05-cv-00315-FJM   Document 116-2   Filed 04/25/06   Page 13 of 21

# FAA Registry
### Name Inquiry Results

## RALPH ELLIOTT KROLIK

### Address

Address is not available

---

### Medical

**Medical Class :**　　　Third　　　　　**Medical Date:**　　　08/1981

---

### Certificates

### 1 of  1

**DOI :**　　　　　　　　　　12/29/1981
**Certificate:**　　　　　　　PRIVATE PILOT
**Rating(s):**

PRIVATE PILOT
　　　AIRPLANE SINGLE ENGINE LAND

---



Exhibit: 22
Name: R. Krolik
Date: 3-1-06
Meri Coash CCR, RMR

# Exhibit 7

| Student Number | Student Name |
|---|---|
| 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 | KROLIK, Ralph Elliott |

| Address |
|---|
| 1101 El Alhambra Circle, NW, Albuquerque, New Mexico 87107 |

| Entrance Date | Graduation Date |
|---|---|
| September 1992 | OCTOBER 26, 1996 |

| Date of Birth | Citizenship | Place of Birth | Sex |
|---|---|---|---|
| November 22, 1944 | USA | Winnipeg, Manitoba, Canada | Male |

**Degree Conferred: DOCTOR OF MEDICINE**

| Course # | Title | Sem.hrs | Grade |
|---|---|---|---|
| **September 1992 Semester** | | | |
| 100 | Anatomy | 10 | P |
| 107 | Histology | 6 | P |
| 109 | Embryology | 3 | P |
| 120 | Biostatistics | 1 | P |
| **September 1993 Semester** | | | |
| 210 | Medical Terminology | 2 | H |
| 212 | Biochemistry | 6 | P |
| 221 | Physiology I | 5 | P |
| 252 | Medical Microbiology I | 3 | P |
| 260 | Medical Psychology | 5 | P |
| **January 1994 Semester** | | | |
| 321 | Physiology II | 5 | P |
| 329 | Neuroscience I | 6 | P |
| 354 | Medical Microbiology II | 6 | P |
| 471 | Preventive Medicine | 1 | H |
| **May 1994 Semester** | | | |
| 415 | Pharmacology | 4 | P |
| 419 | Genetics | 4 | P |
| 464 | Pathology | 3 | P |
| 447 | Neuroscience II | 2 | P |
| **September 1994 Semester** | | | |
| 534 | Introduction to Clinical Medicine | 8 | H |
| 546 | Clinical Pathology | 7 | P |
| 591 | Biological Basis of Clinical Medicine | 5 | P |

**DOCTOR OF MEDICINE**

| Course | Title | Sem.hrs | Grade |
|---|---|---|---|
| **January 1995 Semester** | | | |
| | Introduction to Medicine | 2 weeks | P |
| | Surgery | 12 weeks | P |
| | Medicine | 3 weeks | P |
| **May 1995 Semester** | | | |
| | Medicine | 9 weeks | P |
| | Psychiatry | 6 weeks | P |
| | Obstetrics/Gynecology | 2 weeks | P |
| **September 1995 Semester** | | | |
| | Obstetrics/Gynecology | 4 weeks | P |
| | Pediatrics | 6 weeks | P |
| | Medicine (Endocrinology) | 4 weeks | H |
| **January 1996 Semester** | | | |
| | Medicine (Dermatology) | 5 weeks | H |
| | (Cardiology) | 8 weeks | P |
| | (Hematology/Oncology) | 4 weeks | H |
| | (Pulmonary) | 1 week | P |
| **May 1996 Semester** | | | |
| | Medicine (Pulmonary) | 3 weeks | P |
| | (Renal) | 3 weeks | P |



Exhibit:
Name: M. Krolik
Date: 2-28-06
Meri Coash CCR, RMR

Exhibit 8

OCHSNER CLINIC
1514 JEFFERSON HIGHWAY
NEW ORLEANS, LA 70121
CABLE ADDRESS: OCHSCLINIC
(504) 842-4000



## PSYCHOLOGICAL EVALUATION

| | | | |
|---|---|---|---|
| **NAME:** | Ralph Krolik, M.D. | **REFERRED BY:** | Gayle Wurzlow, M.D. |
| **OC#:** | 1591339 | **EVALUATED BY:** | Pamela R. Hoblit, Ph.D. |
| **DOB:** | 11/22/44 | **EVALUATION:** | 10/2 and 11/12/98 |

Dr. Krolik, a 53 year old white male, came for further evaluation of Attention Deficit Hyperactivity Disorder; the initial diagnosis was made by Dr. Wurzlow, a psychiatrist with expertise in adult ADHD.

Dr. Krolik graduated from the University of New Mexico with a GPA of 2.34 earning a pharmacy degree. He then attended the American University of the Caribbean School of Medicine where he never failed a course. His difficulties began when he began taking the National Board Exam; he has failed different parts repeatedly and sought the evaluation with Dr. Wurzlow to determine the cause of his difficulty.

Dr. Krolik was married for 30 years and then divorced; he has subsequently remarried.

Dr. Krolik was seen for an initial interview; in the second appointment a structured clinical interview was done using the Brown ADD Scales, a set of procedures for diagnosis of ADD; psychological testing was also done.

During his sessions with me, Dr. Krolik was alert and cooperative. During his session with the testing technician, Mrs. Morrison, he was cooperative and worked well on the test. She noted that he was attentive; his concentration was excellent and he had no obvious trouble focusing. However, she did notice that he seemed anxious and flustered on occasions when he knew he was being timed. His hands trembled and he tried to write too quickly at times.

Tests administered were Wechsler Adult Intelligence Scale-Third Edition, Bender Visual Motor Gestalt, Wide Range Achievement Test-Third Revision, Brown ADD Scales-Ready Score, Attention Deficit Scales for Adult (ADSA), Incomplete Sentences, MMPI-2, MCMI-III, and Conners' Continuous Performance Test.

Exhibit: 4
Name M. Krolik
Date: 2-28-06
Meri Coash CCR, RMR

Psychological Evaluation
Ralph Krolik (OC# 1591339)
Page 2

CONFIDENTIAL

Test Findings and Interpretations.    The clinical interview and the clinical history
protocol explored a wide-range of functioning.

Dr. Krolik's chief complaint is that he has repeatedly failed medical board exams due to
inability to complete the test in the time allotted. He indicated that he first noted the
problems with ADHD type symptoms with this experience.   His work in the past
involved owning his own business; he ran a multimillion dollar chemical company. He
indicated that he worked on business matters and phone calls during the day, and then
took paperwork home at night. He felt that he did fine with the paperwork and "stayed on
top of things." He did not complain about organizational skills, procrastination, or
distractibility.

Early school history indicated that he was an "average B/C student, never outstanding."
He was actively involved in athletics. He did not recall a history of teacher complaints in
grade school of inability to concentrate, attention problems, distractibility, overactivity,
impulsivity or disruptive behavior. He was never considered a behavior problem and was
never suspended or expelled. He never failed a grade. He did note, "I am a slow reader
and a slow processor."

Family history indicated a nephew with learning disability and a cousin with
Schizophrenia. He knew of no family members diagnosed with ADHD. He reported no
other family history of mood disorder or anxiety disorder. His paternal grandfather was
alcoholic. Dr. Krolik reported that his health has been fine. He has a diagnosis of
spinabifida, but has not experienced significant problems. He is currently taking Prozac
and Ritalin prescribed by Dr. Wurzlow. He denied problems with alcohol use, stating
that he rarely drinks. He denied any history of drug use.

Sleep and appetite are reportedly within normal limits.

He has had no previous psychotherapy.

When asked to describe his usual mood, he responded, "Very easy going." He then went
on to describe himself as "scrutinous" which he elaborated as meaning "I wonder about
people's motives; I am easily pissed off a lot." He denied any problem controlling his
temper and added, "Unless I was threatened, I wouldn't hurt anyone."

ADHD Measures.   He was questioned on DSM-IV criteria for diagnosis of ADHD.
He reported 0 out of 9 symptoms of Inattentiveness, 4 out of 9 symptoms of hyperactivity
and impulsivity.   The items were answered concerning both childhood and current
behaviors.

☒004



Psychological Evaluation
Ralph Krolik, M.D.  (OC# 1591339)
Page 3

On the Attention Deficit Scales for Adults (a self-report questionnaire), the profile was within normal limits.  The ADSA total score was at the 6.7 percentile, extremely low.  A percentile rank of 97.7 is considered to be a highly probable indicator of ADHD. Obviously, he scored in the opposite direction.  The same finding occurred on another self-report questionnaire, the Brown ADD Scales-Ready Score, Adult Form.  His total score was average with a total score of 51. He did show a borderline significant score on the attention cluster. The Threshold Interpretation Scale of total score was ADD possible but not likely. His wife also completed the Brown ADD Scales-Ready Score, Adult Form to provide collateral information.  On her report of his behavior, he scored within the significant range, with a total score at T=76.    Clusters within the significant range were memory (T=88) and attention (T=82). His wife clearly reported a number of features in his behavior which are often associated with ADHD and the Threshold Interpretation Scale of total score was ADHD highly probable.

For further objective information, the Conners' Continuous Performance Test was administered. He had no difficulty with this task and the computer printout noted overall Ralph Krolik performed well on the Conners' CPT. The results of this test do not suggest attention difficulty.  Overall, Index = 0.00.

<u>Other Assessment Measures.</u>   Administration of the WAIS-III indicated a Verbal IQ of 116 (high average), a Performance IQ of 109 (average), and a Full Scale IQ of 113 (high average).

Index Score Summary indicated a Verbal Comprehension Index Score of 103, a Perceptual Organization Index Score of 105, and a Working Memory Index Score of 150.

Individual age standard scores were as follows where 10 is average:

| VERBAL TESTS | | PERFORMANCE TEST | |
|---|---|---|---|
| VOCABULARY | 12 | PICTURE COMPLETION | 10 |
| SIMILARITIES | 9 | DIGIT SYMBOL-CODING | 11 |
| ARITHMETIC | 14 | BLOCK DESIGN | 10 |
| DIGIT SPAN | 19 | MATRIX REASONING | 13 |
| INFORMATION | 11 | PICTURE ARRANGEMENT | 13 |
| COMPREHENSION | 11 | | |
| LETTER NUMBER SEQUENCING | 19 | | |



Psychological Evaluation
Ralph Krolik, M.D. (OC# 1591339)
Page 4

There was a statistically significant (.05) level indicating a weakness in Similarities and Information and a strength in Digit Span and Letter Number Sequencing.

Findings from the academic screening measure, WRAT-III, indicated Reading (Word Recognition) standard score 107, Spelling standard score 111, and Arithmetic standard score 110.

Findings from cognitive assessment are noteworthy in several respects. A rather dramatic finding is his exceptionally high score on the Working Memory Index where he had a percentile rank of greater than 99; it is typically (but not always) found that people with ADHD have a relatively low score on this Index; his score was not only in the opposite direction, but exceptionally strong.

There were no obvious indicators of a learning disability, but he may have some learning dysfunction as suggested by a definite pattern of strengths and weakness. Finally, the Verbal Comprehension Index of 103 may be significantly lower than is typical for people taking the medical boards; he may have some difficulty with processing information, particularly as he noted that he is also slow in processing such material.

Personality and Emotional Factors. Findings from objective self-report personality questionnaires did not indicate the presence of a mood disorder or anxiety disorder; this finding was consistent with information reported during the clinical interview. The MMPI findings were within normal limits with some indication of reluctance to admit to problems. Responses suggested that he is likely to be somewhat reclusive and cynical. His interests seem to involve primarily stereotypic male oriented activities and he seemed to lack the cultural interest that are characteristic of individuals with his educational level.

Findings from the MCMI noted his emphasis on self-reliance and self-determination; he may focus on his competitive values and autonomy. His style involves a high degree of self-confidence combined with mistrust of others. He is likely to emphasize his hard-boiled strength.

Recommendations and Conclusions. Dr. Krolik told of many life accomplishments and successes. He played professional football in a Canadian league and also hockey. He has a pilot's license and in the past used to enjoy flying airplanes; he also had a collection of cars including Porsche's and Mercedes. He was in the military and earned a purple heart. He enjoyed owning and running his multimillion dollar business.

He has encountered a high degree of frustration associated with this unaccustomed experience of failure as he has attempted to pass his Boards. He indicated that he has been feeling a great deal of stress and anger about the situation.



Psychological Evaluation
Ralph Krolik, M.D.  (OC# 1591339)
Page 5

Given his life experiences of success and accomplishment and his personality style of maintaining a confident, self-determined and decisive approach, he may have had a reluctance (possibly unconscious) to admit to the types of deficits associated with Attention Deficit Hyperactivity Disorder.  Therefore, it seems appropriate for him to pursue further evaluation.  He indicated that he has an appointment to see Dr. Mark Zielinski, a psychiatrist with expertise in Adult Attention Deficit Hyperactivity Disorder. Even though the standard procedures for diagnosis of ADHD used in the current evaluation did not indicate a high probability of the presence of ADHD, there is no definitive test for Attention Deficit Hyperactivity Disorder.  As there is the possibility that he has ADHD, further evaluation and another opinion may be helpful.


Pamela R. Hoblit, Ph.D.
Clinical Psychologist

jk