**OSBORN MALEDON**
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2793

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone 602.640.9000
Facsimile 602.640.9050

Diane M. Johnsen, 007634 / djohnsen@omlaw.com
John L. Blanchard, 018995 / jblanchard@omlaw.com
Ronda R. Fisk, 022100 / rfisk@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793

Attorneys for National Board of Medical Examiners

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph E. Krolik, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> National Board of Medical Examiners, <br><br> Defendant. | No. CV05-0315 PHX FJM <br><br> **NOTICE OF SERVICE OF DEFENDANT'S SECOND SUPPLEMENTAL DISCLOSURE STATEMENT PURSUANT TO RULE 26(a)** |

NOTICE IS HEREBY GIVEN that on May 15, 2006, attorneys for Defendant served on counsel of record, via Federal Express, a copy of Defendant's Second Supplemental Disclosure Statement Pursuant to Rule 26(A).

DATED this 15th day of May, 2006.

OSBORN MALEDON, P.A.

s/ Ronda R. Fisk
Diane M. Johnsen
John L. Blanchard
Ronda R. Fisk
2929 North Central, Suite 2100
Phoenix, Arizona 85012-2793
Attorneys for
National Board of Medical Examiners

1
2
    I hereby certify that on May 15, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

3
4
5
6
Pete V. Domenici, Jr.
Domenici Law Firm, PC
320 Gold Avenue, SW, Suite 1000
Albuquerque, New Mexico  87102
pdomenici@domenicilaw.com
Attorneys for Plaintiff Krolik, M.D.

7

8   s/ Lindsay B. Jensen

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

1257957