HAWKINS and E-Z MESSENGER
10 W. Madison Street
Phoenix, AZ 85003
(602) 258-8081 FAX: (602) 258-8864

IN THE UNITED STATES DISTRICT COURT                    CLIENT FILE NO.
STATE OF ARIZONA COUNTY OF MARICOPA                    13287.1

RALPH E. KROLIK, M.D                                   CASE NO. CV05-0315 PHX FJM
  vs                                                   JUDGE
NATIONAL BOARD OF MEDICAL EXAMINERS
_____
STATE OF ARIZONA    )                                  AFFIDAVIT OF SERVICE
COUNTY OF MARICOPA  )
THE AFFIANT, being sworn, states: That I am a private process server registered
in MARICOPA COUNTY and an Officer of the Court.  On 05/10/06 I received the LETTER;
SUBPOENA DUCES TECUM; EXHIBT A-B; AFFIDAVIT OF CUSTODIAN OF RECORDS

from OSBORN & MALEDON and by RONDA R.FISK in each instance I personally served a
copy of each document listed above upon:
BASHAS' PHARMACY on 05/10/06 at 2:05 pm at 6760 W. DEER VALLEY ROAD GLENDALE,
ARIZONA 85310 MARICOPA COUNTY in the manner shown below:
by leaving true copy(ies) of the above documents with TODD WERTISH, PHARMACY
MANAGER STATED AUTHORIZED TO ACCEPT.

Description: CAU, Male, Approx. 37 yrs. of age, 5' 11" tall, Weighing 185lbs.,
BROWN Eyes, BROWN Hair,

                                                _____
                                                CHARLES T. BECKER, ACPS        Affiant
                                                Sworn to before me the  May 11, 2006

                                                _____
                                                Lola J. Ferguson                Notary
                                                My Commission expires: 03/03/2010

SERVICE OF PROCESS  $   16.00
       MILES     29 $   69.60
SERVICE CHARGE      $    3.00                   INV. # 1006176 7384
RUSH SERVICE        $   35.00                   ORIGINAL
AFFIDAVIT/NOTARY FEE $  10.00
             TOTAL $   133.60

