INDEX OF EXHIBITS TO PLAINTIFF'S
RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| EXHIBIT A | Affidavit of Plaintiff Ralph Krolik, M.D. |
| EXHIBIT B | Report and records of Dr. Gayle F. Wurzlow, M.D. |
| EXHIBIT C | Report of Dr. Grant Butterbaugh, Ph.D., April 2003 |
| EXHIBIT D | Report of Dr. Grant Butterbaugh, Ph.D., December 19, 2003 |
| EXHIBIT E | Report and records of Dr. Pamela Hoblit, Ph.D. |
| EXHIBIT F | Report and records of Dr. Vicki A. Alberts, M.D., M.S. |
| EXHIBIT G | Letter from J. Abram Doane, MA, JD to Dr. Krolik, February 2, 2004 |
| EXHIBIT H | Grade School Report Cards of Dr. Krolik |
| EXHIBIT I | Affidavit of Dr. Grant Butterbaugh, July 8, 2005 |
| EXHIBIT J | Deposition of Dr. Grant Butterbaugh, Ph.D., April 26, 2006 |
| EXHIBIT K | Deposition of Dr. Mary Finnell Krolik, M.D., February 28, 2006 |
| EXHIBIT L | Supplemental Response to Defendant's First Set of Requests for Admissions, Interrogatories and Requests for Production of Documents |
| EXHIBIT M | 40 Random Sample Applicants – NBME |
| EXHIBIT N | Notice of Disapproval of Application – Flight Operations No. V |
| EXHIBIT O | Deposition of Dr. Ralph Krolik, March 1, 2006 |
| EXHIBIT P | Excerpts of Evidentiary Hearing, January 13, 2006 |