INDEX OF EXHIBITS TO PLAINTIFF'S
RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

EXHIBIT A    Affidavit of Plaintiff Ralph Krolik, M.D.

EXHIBIT B    Report and records of Dr. Gayle F. Wurzlow, M.D.

EXHIBIT C    Report of Dr. Grant Butterbaugh, Ph.D., April 2003

EXHIBIT D    Report of Dr. Grant Butterbaugh, Ph.D., December 19, 2003

EXHIBIT E    Report and records of Dr. Pamela Hoblit, Ph.D.

EXHIBIT F    Report and records of Dr. Vicki A. Alberts, M.D., M.S.

EXHIBIT G    Letter from J. Abram Doane, MA, JD to Dr. Krolik, February 2, 2004

EXHIBIT H    Grade School Report Cards of Dr. Krolik

EXHIBIT I    Affidavit of Dr. Grant Butterbaugh, July 8, 2005

EXHIBIT J    Deposition of Dr. Grant Butterbaugh, Ph.D., April 26, 2006

EXHIBIT K    Deposition of Dr. Mary Finnell Krolik, M.D., February 28, 2006

EXHIBIT L    Supplemental Response to Defendant's First Set of Requests for
             Admissions, Interrogatories and Requests for Production of Documents

EXHIBIT M    40 Random Sample Applicants – NBME

EXHIBIT N    Notice of Disapproval of Application – Flight Operations No. V

EXHIBIT O    Deposition of Dr. Ralph Krolik, March 1, 2006

EXHIBIT P    Excerpts of Evidentiary Hearing, January 13, 2006

# OCHSNER CLINIC

1514 JEFFERSON HIGHWAY
NEW ORLEANS, LA. 70121
CABLE ADDRESS: OCHSCLINIC
(504) 842-4025
FAX (504) 842-3236

DEPARTMENT OF PSYCHIATRY
CHAIRMAN
  ALVIN M. ROUCHELL, M.D.

GENERAL PSYCHIATRY
  RUDOLPH H. EHRENSING, M.D.
  GERALD C. HEINTZ, M.D.
  DEAN A. HICKMAN, M.D.
  CECILE L. MANY, M.D.
  RICHARD F. MESTAYER, III, M.D.
  MARY C. W. OLMSTED, M.D.
  JUDITH M. ROHEIM, M.D.
  ALVIN M. ROUCHELL, M.D.
  GAYLE F. WURZLOW, M.D.

CHILD PSYCHIATRY
  CECILE L. MANY, M.D.
  JUDITH M. ROHEIM, M.D.

CLINICAL PSYCHOLOGY
  R. JOHN WAKEMAN, PH.D., HEAD
  ROBERT P. BAKER, PH.D.
  PATRICIA BROCKMAN, PH.D.
  ADEN A. BURKA, PH.D.
  MORRIS E. BURKA, III, PH.D.
  EILEEN I. CORREA, PH.D.
  PAMELA R. HOBLIT, PH.D.

CLINICAL SOCIAL WORK
  LEONARD G. HUDZINSKI, PH.D., HEAD
  MARVIN W. CLIFFORD, B.C.S.W., D.S.W
  JON GLOVER, B.C.S.W.
  LEONARD GRUBSTEIN, B.C.S.W.
  SUSAN G. KROLL-SMITH, B.C.S.W.
  PHYLLIS SHNAIDER, B.C.S.W.
  HELEN STAVROS, B.C.S.W.
  EILEEN M. WYNNE, B.C.S.W.





May 17, 1999

U. S. Medical Licensing Examination
3624 Market Street
Philadelphia, PA 19104-2685

Attn:   Mary McAvinue
        3626 Marke Street
        Philadelphia, PA 19104

Re:   Ralph Elliot Krolick
      124 Coolidge Street
      Jefferson, LA 70121
      USMLE ID: 0-546-768-3

Dear Ms. McAvinue:

Enclosed are some early childhood records from Dr. Krolick's school history.  These were found subsequent to his mother's death, and are enclosed to validate the previous letter supporting the diagnosis of attention deficit disorder, hyperactive impulsive type.  In reviewing these report cards which go back to approximately 3rd grade, the teachers notes clear show difficulty with concentration, the patient rushing through work, and quite explicitly lack of attention during lessons, particularly on the 11/15/54 comment by his teacher.  In your previous letter, you requested further documentation that this difficulty was pervasive about his learning experiences.  I hope that these report cards will serve as some documentation for your request.

Sincerely,

Gayle F. Wurzlow, M.D.

GFW:amb

DRGW000004

# OCHSNER CLINIC

1514 JEFFERSON HIGHWAY
NEW ORLEANS, LA. 70121
CABLE ADDRESS: OCHSCLINIC
(504) 842-4025
FAX (504) 842-3236

**DEPARTMENT OF PSYCHIATRY**
CHAIRMAN
  ALVIN M. ROUCHELL, M.D.
GENERAL PSYCHIATRY
  RUDOLPH H. EHRENSING, M.D.
  GERALD C. HEINTZ, M.D.
  DEAN A. HICKMAN, M.D.
  CECILE L. MANY, M.D.
  RICHARD F. MESTAYER, III, M.D.
  MARY C. W. OLMSTED, M.D.
  JUDITH M. ROHEIM, M.D.
  ALVIN M. ROUCHELL, M.D.
  GAYLE F. WURZLOW, M.D.
CHILD PSYCHIATRY
  CECILE L. MANY, M.D.
  JUDITH M. ROHEIM, M.D.
CLINICAL PSYCHOLOGY
  R. JOHN WAKEMAN, PH.D., HEAD
  ROBERT P. BAKER, PH.D.
  PATRICIA BROCKMAN, PH.D.
  ADEN A. BURKA, PH.D.
  MORRIS E. BURKA, III, PH.D.
  EILEEN I. CORREA, PH.D.
  PAMELA R. HOBLIT, PH.D.
CLINICAL SOCIAL WORK
  LEONARD G. HUDZINSKI, PH.D., HEAD
  MARVIN W. CLIFFORD, B.C.S.W., D.S.W
  JON GLOVER, B.C.S.W.
  LEONARD GRUBSTEIN, B.C.S.W.
  SUSAN G. KROLL-SMITH, B.C.S.W.
  PHYLLIS SHNAIDER, B.C.S.W.
  HELEN STAVROS, B.C.S.W.
  EILEEN M. WYNNE, B.C.S.W.

September 11, 1998

Ms. Mary McAvinue, Manager
Test Center Program
3624 Market Street
Philadelphia, PA 19104-268

Re:   Ralph Krolick, M.D.
      ID# USMLE0-546-768-3

Dear Ms. McAvinue:

Dr. Krolick has been under my care for the past several months. He has a life long history of attention deficit disorder, hyperactive impulsive type with a learning disability the dyslexic type. That is in language processing. Due to this disorder, he needs additional time in his test taking and he needs individual testing. I hope you can be of assistance to him in this regard.

Sincerely,

Gayle F. Wurzlow, M.D.

GFW:amb

DRGW000005

1591339



CLINIC FOUNDATION

DEPARTMENT OF
PSYCHIATRY

CHAIRMAN
Alvin M. Rouchell, M.D.

GENERAL PSYCHIATRY
Milton W. Anderson, M.D.
Rudolph H. Ehrensing, M.D.
Dean A. Hickman, M.D.
Michael V. Knight, M.D.
Cecile L. Many, M.D.
Richard F. Mestayer, III, M.D.
Phuong Nguyen, M.D.
Mary C. W. Olmsted, M.D.
Judith M. Rohrm, M.D.
Alvin M. Rouchell, M.D.
Gayle F. Wurzlow, M.D.

CHILD PSYCHIATRY
Milton W. Anderson, M.D., Head
Cecile Many, M.D.
Judith M. Rohrm, M.D.
Jason M. Wuttke, M.D., M.P.H.

CLINICAL PSYCHOLOGY
R. John Wakeman, Ph.D., Head
Robert P. Baker, Ph.D.
Patricia Brockman, Ph.D.
Aden A. Burka, Ph.D.
Morris E. Burka, III, Ph.D.
Eileen I. Correa, Ph.D.
Pamela R. Hoblit, Ph.D.

CLINICAL SOCIAL WORK
Phyllis Shrauder, L.C.S.W., Head
Marvin W. Clifford, Ph.D., L.C.S.W.
Scott J. Dufrene, L.C.S.W.
Stephanie R. Gordon, L.C.S.W.
Leonard Grubstein, L.C.S.W.
Enrique Ortiz, L.C.S.W.
Dorothy Seemann, L.C.S.W.
Helen Stavros, PhD., L.C.S.W.

September 18, 2003

Mr. Steven S. Seeling, J.D.
Vice President for Operations
Educational Commission for Foreign
Medical Graduates
3624 Market Street
Philadelphia, PA 19104-2685

RE:    Ralph Krolik
ID#:   0546768-3

Dear Mr. Seeling,

I am again writing to you regarding Dr. Ralph Krolik.  He will be
taking his exam again and is asking for consideration (time
allotment and if possible, a quiet test environment) for his Attention
Deficit Disorder, Hyperactive Type.  Please see m letter of
December 16, 1998 for the full report of Dr. Krolik's condition.

ADHD is a lifelong problem for most people and certainly for Dr.
Krolik.  I am hoping with some consideration he can focus on the
exam material.

Thank you for your consideration.

Sincerely,

Gayle F. Wurzlow, M.D.

GFW:lr
Enclosures

DRGW000007



**OCHSNER CLINIC**
1514 JEFFERSON HIGHWAY
NEW ORLEANS, LA 70121
CABLE ADDRESS: OCHSCLINIC
(504) 842-4000

## PSYCHOLOGICAL EVALUATION

| | | | |
|---|---|---|---|
| **NAME:** | Ralph Krolik, M.D. | **REFERRED BY:** | Gayle Wurzlow, M.D. |
| **OC#:** | 1591339 | **EVALUATED BY:** | Pamela R. Hoblit, Ph.D. |
| **DOB:** | 11/22/44 | **EVALUATION:** | 10/2 and 11/12/98 |

Dr. Krolik, a 53 year old white male, came for further evaluation of Attention Deficit Hyperactivity Disorder; the initial diagnosis was made by Dr. Wurzlow, a psychiatrist with expertise in adult ADHD.

Dr. Krolik graduated from the University of New Mexico with a GPA of 2.34 earning a pharmacy degree. He then attended the American University of the Caribbean School of Medicine where he never failed a course. His difficulties began when he began taking the National Board Exam; he has failed different parts repeatedly and sought the evaluation with Dr. Wurzlow to determine the cause of his difficulty.

Dr. Krolik was married for 30 years and then divorced; he has subsequently remarried.

Dr. Krolik was seen for an initial interview; in the second appointment a structured clinical interview was done using the Brown ADD Scales, a set of procedures for diagnosis of ADD; psychological testing was also done.

During his sessions with me, Dr. Krolik was alert and cooperative. During his session with the testing technician, Mrs. Morrison, he was cooperative and worked well on the test. She noted that he was attentive; his concentration was excellent and he had no obvious trouble focusing. However, she did notice that he seemed anxious and flustered on occasions when he knew he was being timed. His hands trembled and he tried to write too quickly at times.

Tests administered were Wechsler Adult Intelligence Scale-Third Edition, Bender Visual Motor Gestalt, Wide Range Achievement Test-Third Revision, Brown ADD Scales-Ready Score, Attention Deficit Scales for Adult (ADSA), Incomplete Sentences, MMPI-2, MCMI-III, and Conners' Continuous Performance Test.

Exhibit: 4
Name: M. Krolik
Date: 2-28-06
Meri Coash CCR, RMR

Psychological Evaluation
Ralph Krolik (OC# 1591339)
Page 2

CONFIDENTIAL

<u>Test Findings and Interpretations.</u>    The clinical interview and the clinical history
protocol explored a wide-range of functioning.

Dr. Krolik's chief complaint is that he has repeatedly failed medical board exams due to
inability to complete the test in the time allotted. He indicated that he first noted the
problems with ADHD type symptoms with this experience.  His work in the past
involved owning his own business; he ran a multimillion dollar chemical company. He
indicated that he worked on business matters and phone calls during the day, and then
took paperwork home at night. He felt that he did fine with the paperwork and "stayed on
top of things." He did not complain about organizational skills, procrastination, or
distractibility.

Early school history indicated that he was an "average B/C student, never outstanding."
He was actively involved in athletics. He did not recall a history of teacher complaints in
grade school of inability to concentrate, attention problems, distractibility, overactivity,
impulsivity or disruptive behavior. He was never considered a behavior problem and was
never suspended or expelled. He never failed a grade. He did note, "I am a slow reader
and a slow processor."

Family history indicated a nephew with learning disability and a cousin with
Schizophrenia. He knew of no family members diagnosed with ADHD. He reported no
other family history of mood disorder or anxiety disorder. His paternal grandfather was
alcoholic. Dr. Krolik reported that his health has been fine. He has a diagnosis of
spinabifida, but has not experienced significant problems. He is currently taking Prozac
and Ritalin prescribed by Dr. Wurzlow. He denied problems with alcohol use, stating
that he rarely drinks. He denied any history of drug use.

Sleep and appetite are reportedly within normal limits.

He has had no previous psychotherapy.

When asked to describe his usual mood, he responded, "Very easy going." He then went
on to describe himself as "scrutinous" which he elaborated as meaning "I wonder about
people's motives; I <u>am easily pissed</u> off a lot." He denied any problem controlling his
temper and added, "Unless I was threatened, I wouldn't hurt anyone."

<u>ADHD Measures.</u>    He was questioned on DSM-IV criteria for diagnosis of ADHD.
He reported 0 out of 9 symptoms of inattentiveness, 4 out of 9 symptoms of hyperactivity
and impulsivity.    The items were answered concerning both childhood and current
behaviors.

Psychological Evaluation
Ralph Krolik, M.D. (OC# 1591339)
Page 3

CONFIDENTIAL

On the Attention Deficit Scales for Adults (a self-report questionnaire), the profile was within normal limits. The ADSA total score was at the 6.7 percentile, extremely low. A percentile rank of 97.7 is considered to be a highly probable indicator of ADHD. Obviously, he scored in the opposite direction. The same finding occured on another self-report questionnaire, the Brown ADD Scales-Ready Score, Adult Form. His total score was average with a total score of 51. He did show a borderline significant score on the attention cluster. The Threshold Interpretation Scale of total score was ADD possible but not likely. His wife also completed the Brown ADD Scales-Ready Score, Adult Form to provide collateral information. On her report of his behavior, he scored within the significant range, with a total score at T=76. Clusters within the significant range were memory (T=68) and attention (T=82). His wife clearly reported a number of features in his behavior which are often associated with ADHD and the Threshold Interpretation Scale of total score was ADHD highly probable.

For further objective information, the Conners' Continuous Performance Test was administered. He had no difficulty with this task and the computer printout noted overall Ralph Krolik performed well on the Conners' CPT. The results of this test do not suggest attention difficulty. Overall, Index = 0.00.

Other Assessment Measures.   Administration of the WAIS-III indicated a Verbal IQ of 116 (high average), a Performance IQ of 109 (average), and a Full Scale IQ of 113 (high average).

Index Score Summary indicated a Verbal Comprehension Index Score of 103, a Perceptual Organization Index Score of 105, and a Working Memory Index Score of 150.

Individual age standard scores were as follows where 10 is average:

| VERBAL TESTS | | PERFORMANCE TEST | |
|---|---|---|---|
| VOCABULARY | 12 | PICTURE COMPLETION | 10 |
| SIMILARITIES | 9 | DIGIT SYMBOL-CODING | 11 |
| ARITHMETIC | 14 | BLOCK DESIGN | 10 |
| DIGIT SPAN | 19 | MATRIX REASONING | 13 |
| INFORMATION | 11 | PICTURE ARRANGEMENT | 13 |
| COMPREHENSION | 11 | | |
| LETTER NUMBER SEQUENCING | 19 | | |



Psychological Evaluation
Ralph Krolik, M.D.  (OC# 1591339)
Page 4

There was a statistically significant (.05) level indicating a weakness in Similarities and
Information and a strength in Digit Span and Letter Number Sequencing.

Findings from the academic screening measure, WRAT-III, indicated Reading (Word
Recognition) standard score 107, Spelling standard score 111, and Arithmetic standard
score 110.

Findings from cognitive assessment are noteworthy in several respects. A rather dramatic
finding is his exceptionally high score on the Working Memory Index where he had a
percentile rank of greater than 99; it is typically (but not always) found that people with
ADHD have a relatively low score on this Index; his score was not only in the opposite
direction, but exceptionally strong.

There were no obvious indicators of a learning disability, but he may have some learning
dysfunction as suggested by a definite pattern of strengths and weakness. Finally, the
Verbal Comprehension Index of 103 may be significantly lower than is typical for people
taking the medical boards; he may have some difficulty with processing information,
particularly as he noted that he is also slow in processing such material.

Personality and Emotional Factors. Findings from objective self-report personality
questionnaires did not indicate the presence of a mood disorder or anxiety disorder; this
finding was consistent with information reported during the clinical interview. The
MMPI findings were within normal limits with some indication of reluctance to admit to
problems. Responses suggested that he is likely to be somewhat reclusive and cynical.
His interests seem to involve primarily stereotypic male oriented activities and he seemed
to lack the cultural interest that are characteristic of individuals with his educational level.

Findings from the MCMI noted his emphasis on self-reliance and self-determination; he
may focus on his competitive values and autonomy. His style involves a high degree of
self-confidence combined with mistrust of others. He is likely to emphasize his hard-
boiled strength.

Recommendations and Conclusions. Dr. Krolik told of many life accomplishments and
successes. He played professional football in a Canadian league and also hockey. He has
a pilot's license and in the past used to enjoy flying airplanes; he also had a collection of
cars including Porsche's and Mercedes. He was in the military and earned a purple heart.
He enjoyed owning and running his multimillion dollar business.

He has encountered a high degree of frustration associated with this unaccustomed
experience of failure as he has attempted to pass his Boards. He indicated that he has
been feeling a great deal of stress and anger about the situation.

CONFIDENTIAL

Psychological Evaluation
Ralph Krolik, M.D. (OC# 1591339)
Page 5

Given his life experiences of success and accomplishment and his personality style of
maintaining a confident, self-determined and decisive approach, he may have had a
reluctance (possibly unconscious) to admit to the types of deficits associated with
Attention Deficit Hyperactivity Disorder. Therefore, it seems appropriate for him to
pursue further evaluation. He indicated that he has an appointment to see Dr. Mark
Zielinski, a psychiatrist with expertise in Adult Attention Deficit Hyperactivity Disorder.
Even though the standard procedures for diagnosis of ADHD used in the current
evaluation did not indicate a high probability of the presence of ADHD, there is no
definitive test for Attention Deficit Hyperactivity Disorder. As there is the possibility
that he has ADHD, further evaluation and another opinion may be helpful.

Pamela R. Hoblit
Pamela R. Hoblit, Ph.D.
Clinical Psychologist

jk

# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

RALPH E. KROLIK, M.D.,     )     CASE NO. CV-05-0315 PHX FJM
                        )
        Plaintiff,     )
Vs.                       )     AFFIDAVIT OF PLAINTIFF
                        )     RALPH KROLIK, M.D.
                        )
UNITED STATES MEDICAL     )
LICENSING EXAMINATION, a     )
Joint program of the FEDERATION )
OF STATE MEDICAL BOARD OF )
THE U.S., INC., and the         )
NATIONAL BOARD OF MEDICAL)
EXAMINERS, FEDERATION     )
OF THE STATE MEDICAL      )
BOARD OF THE U.S., INC.,      )
NATIONAL BOARD OF MEDICAL)
EXAMINERS, EDUCATIONAL   )
COMMISSION FOR FOREIGN   )
MEDICAL GRADUATES,       )
                        )
        Defendants.     )
———————————————— )

STATE OF ARIZONA         )
                        ) ss:
COUNTY OF MARICOPA    )

     **COMES NOW** Affiant, Dr. Ralph Krolik, Plaintiff in the above-captioned lawsuit, being first duly sworn upon his oath, and states as follows:

1.     My name is Dr. Ralph Krolik and I am the Plaintiff in the above-captioned matter. I was born November 22, 1944 and am currently 60 years old.

2.     I graduated from American University of the Caribbean Medical School in 1996 at the age of 52.



EXHIBIT

A

3.    To receive my license to practice medicine I am required to take and pass the United States Medical Licensing Exams given in three separate sections; Step 1, Step 2, and Step 3. Step 1 is basic science. Step 2 is clinical assessment. Step 3 tests clinical skills.

4.    From 1995 through 2000, I have attempted the USMLE Step 1 exam six (6) times and the USMLE Step 2 exam eight (8) times without success.

5.    Each time I have taken the USMLE Step 1 and Step 2 exams, in the timeframe given, I complete about 66% of the questions, leaving 34% unanswered.

6.    In December 1998, based on DSM-4 criteria, Dr. Gayle F. Wurzlow, M.D. gave me the medical diagnosis of hyperactive impulsive type disorder with a subtype of symptoms with over focus; attention deficit disorder plus cognitive inflexibility, trouble shifting attention, many negative thoughts and behavior with compulsive worrying.

7.    In 2003 Dr. Grant Butterbaugh conducted testing and determined that I have adult symptoms of ADHD, Reading Disorder, chronic Motor Coordination, and a Learning Disability.

8.    Based on my diagnosis of an ADHD disability, I requested that USMLE provide me with a reasonable accommodation of double time and a paper and pencil exam to take Step 1, Step 2, and Step 3 of the USMLE.

9.    Although I was not diagnosed with ADHD as a child in the 1950s, I was asked for evidence of it and I provided conclusive proof of ADHD as a

child through my grade school report cards and NBME chose to ignore the

proof I supplied of an ADHD disability.

I have reviewed the foregoing affidavit and to the best of my knowledge and

recollection, they are accurate and true.

FURTHER AFFIANT SAYETH NOT.

Ralph Krolik, M.D.

SUBSCRIBED AND SWORN TO before me this 7 th day of July, 2005.

Notary Public

My Commission Expires:

OFFICIAL SEAL
Sylvia R. Rudy
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires 3-22-08

3

# Exhibit B

## AFFIDAVIT OF CUSTODIAN OF RECORDS

STATE OF LOUISIANA     )
                          )    ss.
_Jefferson_ Parish )

_____Custodian of Records, being first duly sworn upon his/her oath,

deposes and says:

1.     I am the duly authorized Custodian of Records for Gayle F. Wurzlow, M.D.

described in the attached subpoena and I have authority to certify the records.

2.     On _____, in response to a subpoena, I produced to defendants copies

of Ralph E. Krolik's hospital records, medical records, or records of professional examinations.

3.     The attached copies are true copies of all the records described.

4.     The records were prepared by personnel of Gayle F. Wurzlow, M.D., or persons

acting under his/her control, in the ordinary course of office business at or near the time of the

act, condition or event described therein.

Further your affiant sayeth naught.

_____
Custodian of Records of
Gayle F. Wurzlow, M.D.

SUBSCRIBED AND SWORN to before me this _21_ day of ___April___, 2006.

_____
Notary Public

**JEFFREY T. REEDER**
**NOTARY PUBLIC #22558**
**State of Louisiana**
**My Commission is issued for life**

My Commission Expires: .

_____

DRGW000001

1192086

## OCHSNER CLINIC

### NOTES AND CONSULTANT'S REPORTS

KROLIK, RALPH ELLIOTT
RECURRING OUTPATIENT
1591339 000
11/22/44   M

PSYCHIATRY
DIAGNOSIS FOR CODING
YES ____ NO ____

5/18/98  Wurzlow
53 yr. old m w M.
Can't pass Board Exam.
Fried x 3. some anxiety but
can't focus + attend
+ profile for attention deficit
disorder. Notes on file.

ADHD, hyperactive, impulsive.

Ritalin 10 tid.
Relaxation techns

5/25/98.
Ritalin 10 ↑ focus ↑ conc —
no side effects.
Discussed behavior model for
test taking in class

DRGW000002

FORM 2928 (REV. 11-89)          OVER

# OCHSNER CLINIC

## NOTES AND CONSULTANT'S REPORTS

KROLIK, RALPH ELLIOTT
RECURRING OUTPATIENT
1591339 000
11/22/44   M

PSYCHIATRY
DIAGNOSIS FOR CODING
YES _____ NO _____

9/18/98   Wurzlow

PSYCHIATRY
DIAGNOSIS FOR CODING
YES _____ NO _____

12/15/98   Wurzlow

↑ prozac to 40 day
+ ritalin

ADHD & OCD features

Letter to Board of Hygiene

DRGW000003

FORM 2928 (REV. 11-89)                    OVER