# Exhibit H

TEACHER'S COMMENTS

DATE .......... Feb .......... 1954

Parent's Signature ..........

Teacher's Signature ..........

PARENT'S COMMENTS

TEACHER'S COMMENTS

DATE .......... April 30 .......... 1954

Teacher's Signature ..........

Parent's Signature ..........

PARENT'S COMMENTS

Principal's Signature ..........

June 30th, 195....



# WINNIPEG PUBLIC SCHOOL

## REPORT TO PARENTS

Grades IV to VI

Name ..........

School .......... Grade ..........

Teacher .......... Room No. ..........

TO PARENTS:

This report is sent home four times a year to inform you of the progress your child is making. You are invited to arrange to visit the school for a conference with the teacher or principal for further information about your child.

Form I-II

PRINCIPAL

Pupil's Name _____

## INTERPRETATION OF LETTERS

—means that the quality and quantity of work done have been Excellent.

—means that the quality and quantity of work done have been Above the Average.

—means that the quality and quantity of work done have been Average.

### DANGER LINE

—means that the quality and quantity of work done have been Below the Average.

—means that the quality and quantity of work done have Not Been Acceptable.

If any item is not marked, it indicates that the teacher is not ready to report.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **LANGUAGE** | | | | |
| Reading with understanding | C. | C. | B. | |
| Interest in reading | C. | C. | B. | |
| Expression of thoughts orally | C. | C. | B. | |
| Expression of thoughts in writing | C. | B. | B. | |
| Learning to spell words needed | C. | A. | B. | |
| Handwriting | D. | C. | C. | |
| **ARITHMETIC** | | | | |
| Working with accuracy and reasonable speed | D | D. | C. | |
| Ability to reason | C | E. | C. | |
| **NATURAL SCIENCE** | | | | |
| Learning to observe | | C. | C. | |
| Developing an understanding of nature | | C. | C. | |
| **SOCIAL STUDIES** | | | | |
| Developing interest in and understanding of their own and other communities | C. | B. | C. | |
| Obtaining information and materials independently | C. | B. | C. | |
| **MUSIC** (Check one) | | | | |
| Outstanding achievement | | | | |
| Satisfactory participation | | ✓ | ✓ | |
| Shows little interest | | | | |

## ART (Check one)

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | |
| 3. Shows little interest | | | | |

## PHYSICAL EDUCATION (Check one)

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | |
| 3. Shows little interest | | | | |

## HABITS AND ATTITUDES

### Interpretation of Letters
S—satisfactory.
U—unsatisfactory.
I—shows improvement.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Follows directions | S | S | S | S |
| 2. Completes work promptly | S | S | S | S |
| 3. Observes school regulations | S | S | S | S |
| 4. Respects the rights of others | S | S | S | S |
| 5. Is courteous | S | S | S | S |
| 6. Is dependable | S | S | S | S |
| 7. Makes an effort | S | S | S | S |
| 8. Shows initiative | S | S | S | S |
| 9. | | | | |

## ATTENDANCE

After having been absent, a pupil must present a dated note from a parent or guardian giving the reason for the absence.

| | Sept. | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | April | May | June |
|---|---|---|---|---|---|---|---|---|---|---|
| Days present | 11 | 19 | 17 | 20 | 20 | 23 | 16 | 19 | 20 | |
| Days absent | 2 | 1 | | | | | | | | |
| Times late | | | | | | | | | 2 | |

## TEACHER'S COMMENTS

DATE _____ 195_

Ralph can do better work if he takes more care

Teacher's signature _____

## PARENTS' COMMENTS

Parent's signature _____

DATE April 30 1953

…HER'S COMMENTS Ralph's
…ress is satisfactory –
…t in Arithmetic which
…improve. Inclined to
…through his work
…consequently his
…ing suffers. Works
…
M. Kellington

…NT'S COMMENTS

…s signature Mrs. Helen Krolik

DATE June 30 1953

…HER'S COMMENTS

…oted to Grade IV

…l's signature Dorothy E. Lane

## REPORT TO PARENTS

Name Ralph Krolik

School Brock Corydon Grade 3

Teacher S. Pearyle Room No. Library

# WINNIPEG PUBLIC SCHOOLS

GRADES I to III

Form 1-11A

15M-7-51 (50's)

## INTERPRETATION OF LETTERS

- Excellent.
- Very good.
- Normal progress for the grade.
- Below average.
- Seriously below grade standard.

### HABITS AND ATTITUDES

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Follows directions. | C | C | C | |
| Completes work promptly. | C | C | C | |
| Observes school regulations. | C | C | C | |
| Respects the rights of others. | C | C | C | |
| Courteous. | D | C | C+ | |
| Dependable. | C | C | C | |
| Makes an earnest effort. | D | C | C | |
| Shows initiative. | C | C | C | |

### Progress in LANGUAGE ARTS

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Is reading with understanding. | C | C | C+ | |
| Interest in reading. | C | C | C | |
| Expression of thoughts orally. | C | C | C | |
| Impression of thoughts in writing. | C | C | C | |
| Learning to spell words needed. | C | C | C | |
| Handwriting. | C | C | C | |

### Progress in SOCIAL STUDIES

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Developing interest in and understanding of the community. | C | C | S | |
| Contributing additional information and material. | C | C | S | |

### Progress in ARITHMETIC

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Skill in use of numbers. | C | C | C | |
| Ability to reason. | C | C | C | |

### Progress in NATURAL SCIENCE

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| In learning to observe. | C | C | C | |
| In developing interest in and understanding of nature. | C | C | C | |

### HEALTH

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Observes health rules. | C | C | C | |

---

Name: _Ralph Tullis_

### MUSIC (Check one)

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement. | | | | |
| 2. Satisfactory participation. | | | | |
| 3. Shows little interest. | | | | |

### ART (Check one)

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement. | | | | |
| 2. Satisfactory participation. | | | | |
| 3. Shows little interest. | | | | |

### PHYSICAL EDUCATION (Check one)

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement. | | | | |
| 2. Satisfactory participation. | ✓ | ✓ | ✓ | |
| 3. Shows little interest. | | | | |

### OTHER ACTIVITIES

1.
2.
3.
4.

### ATTENDANCE

| | | | | |
|---|---|---|---|---|
| Days present. | | | | |
| Days absent. | | | | |
| Times late. | 0 | 0 | 0 | |

### TO PARENTS:

This report is sent home four times a year to inform you of the progress your child is making. If special help is needed on progress with the class you will be invited to confer with the teacher.

You are welcome to arrange to visit the school for a conference with the teacher or principal for further information about your child.

---

DATE: _____ 195_

### TEACHER'S COMMENTS

_(handwritten)_

Parent's signature _____

### PARENTS COMMENTS

_(handwritten)_

---

DATE: _____ 195_

### TEACHER'S COMMENTS

_(handwritten)_

### PARENT'S COMMENTS

_(handwritten)_

Parent's signature _____

_____
Principal

CHER'S COMMENTS

DATE. *Nov. 3, 1951*

*keep up the good effort Ralph !*

HER'S COMMENTS

DATE. *June 29, 1951*

*Promoted to Grade II*

ENT'S COMMENTS

's signature.

il'e signature.



REPORT TO PARENTS

Name.

School. _____ Grade.

Teacher. _____ Room No. 2

WINNIPEG PUBLIC SCHOOLS



Form 1-11A

GRADES I to III

15M-8-50 (50's)

**INTERPRETATION OF LETTERS:**

...ellent.
y good.
...rmal progress for the grade.
...ow average.
...iously below grade standard.

Name: _Ralph Hall_

| ...S AND ATTITUDES | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| ...ows directions. | | C | C | C |
| ...pletes school work promptly. | | C | C | C |
| ...erves school regulations. | | C | C | C |
| ...pects the rights of others. | | C | C | C |
| ...rteous. | | C | C | C |
| ...adable. | | C | C | C |
| ...es earnest effort. | | | | |
| ...initiative. | | C | C | C |

**LANGUAGE ARTS**

| ...ess | | | | |
|---|---|---|---|---|
| ...ing with understanding. | | C | C | C |
| ...interest in reading. | | D | D | C+ |
| ...ression of thoughts orally. | | | | |
| ...easing to spell words needed | | C | C | C |
| ...in writing. | | | | |
| ...ression of thoughts in writing. | | | | |

(_Reading_) D D D

**ARITHMETIC**

| ...kill in use of numbers | | C | C | C |
|---|---|---|---|---|
| ...ns to reason. | | C | C | C |

**SOCIAL STUDIES**

| ...ibuting additional information and | | C | C | C |
|---|---|---|---|---|
| ...rial. | | | | |
| ...eloping interest in and understanding | | C | C | C |
| ...e community. | | | | |

**NATURAL SCIENCE**

| ...ns to observe. | | C | C | C |
|---|---|---|---|---|
| ...eveloping interest in and understanding | | | | |
| ...nature. | | B | B | B |

...rves health rules.

**MUSIC** (Check one)

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement. | | | | |
| 2. Satisfactory participation. | | | | |
| 3. Shows little interest. | | | | |

**ART** (Check one)

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement. | | | | |
| 2. Satisfactory participation. | | | | |
| 3. Shows little interest. | | | | |

**PHYSICAL EDUCATION** (Check one)

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement. | | | | |
| 2. Satisfactory participation. | | ✓ | ✓ | ✓ |
| 3. Shows little interest. | | | | |

**OTHER ACTIVITIES**

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

**ATTENDANCE**

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days present. | | 35 | 35 | 35 |
| Days absent. | | 3 | | |
| Times late. | | 0 | 0 | |

**TO PARENTS:**

This report is sent home four times a year to inform you of the progress your child is making. If special help is needed to progress with the class you will be invited to confer with the teacher.

You are welcome to arrange to visit the school for a conference with the teacher or principal for further information about your child.

**TEACHER'S COMMENTS** DATE: _Nov. 15, 195_

_Ralph is putting forth a good effort, but reading needs a little more concentration_

Parent's signature

**PARENTS COMMENTS**

**TEACHER'S COMMENTS** DATE: _Jan. 21, 195_

_Ralph has shown a keener interest in his work_

**PARENT'S COMMENTS**

Principal

Parent's signature

# WINNIPEG PUBLIC SCHOOLS

## REPORT TO PARENTS

Grades IV to VI

Name _Ralph Krakek_

School _Birtle Consolidated_ Grade _4_

Teacher _E. A. Tyler_ Room No. _10_



**TO PARENTS:**

This report is sent home four times a year to inform you of the progress your child is making. You are invited to arrange to visit the school for a conference with the teacher or principal for further information about your child.

Principal's Signature _J. Armstrong_

PRINCIPAL

Form 1-11

---

**TEACHER'S COMMENTS**

DATE _Feb. 1_ 195_5_

Ralph has worked hard this term and has greatly improved his spelling and English. I would like careful attention to make so he does so neglected.

Teacher's Signature _E. Tyler_

**PARENT'S COMMENTS**

Parent's Signature _Mrs. Krakek_

Principal's Signature _J. Armstrong_

---

**TEACHER'S COMMENTS**

DATE _April 29_ 195_5_

Good work.

Teacher's Signature _E. Tyler_

**PARENT'S COMMENTS**

Parent's Signature _Mrs. Krakek_

Promoted to Grade _five_

June 30th, 195_5_

Pupil's Name _[signature]_

## INTERPRETATION OF LETTERS

A—means that the quality and quantity of work done have been **Excellent.**

B—means that the quality and quantity of work done have been **Above the Average.**

C—means that the quality and quantity of work done have been **Average.**

D—means that the quality and quantity of work done have been **Below the Average.**

_____ DANGER LINE _____

E—means that the quality and quantity of work done have **Not Been Acceptable.**

If any item is not marked, it indicates that the teacher is not ready to report.

### LANGUAGE

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Reading with understanding. | C | C | C | |
| 2. Interest in reading. | C | C | C | |
| 3. Expression of thoughts orally. | C | C | C | |
| 4. Expression of thoughts in writing. | C | C | C | |
| 5. Learning to spell words needed. | C | A | A | |
| 6. Handwriting. | C | A | B | |

### SOCIAL STUDIES

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Developing interest in and understanding of their own and other communities. | C | C | B | C |
| 2. Obtaining information and materials independently. | C | C | B | C |

### ARITHMETIC

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Working with accuracy and reasonable speed. | D | B | B | B |
| 2. Ability to reason. | D | B | B | B |

### NATURAL SCIENCE

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Learning to observe. | | ✓ | ✓ | |
| 2. Developing an understanding of nature. | | ✓ | ✓ | |

### MUSIC (Check one)

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement. | | | | |
| 2. Satisfactory participation. | | ✓ | ✓ | ✓ |
| 3. Shows little interest. | | | | |

### ART (Check one)

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement. | | | | |
| 2. Satisfactory participation. | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest. | | | | |

### PHYSICAL EDUCATION (Check one)

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding participation. | | | | |
| 2. Satisfactory participation. | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest. | | | | |

### HABITS AND ATTITUDES

Interpretation of Letters

S—satisfactory.
U—unsatisfactory.
I—shows improvement.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Follows directions. | S | S | S | |
| 2. Completes work promptly. | I | S | S | |
| 3. Observes school regulations. | S | S | S | |
| 4. Respects the rights of others. | S | S | S | |
| 5. Is courteous. | S | S | S | |
| 6. Is dependable. | S | S | U | |
| 7. Makes an effort. | S | S | S | |
| 8. Shows initiative. | S | S | S | |
| 9. | S | S | | |

### ATTENDANCE

After having been absent, a pupil must present a dated note from a parent or guardian giving the reason for the absence.

| | Sept. | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | April | May | June |
|---|---|---|---|---|---|---|---|---|---|---|
| Days present. | 25 | 19 | 22 | 16 | 21 | 18 | 23 | 14 | 22 | |
| Days absent. | | | | | | | | | | |
| Times late. | | | | | | | | | | |

## TEACHER'S COMMENTS

DATE _Nov. 13_ 19___

_[handwritten comments]_

Teacher's signature _[signature]_

## PARENTS COMMENTS

Parent's signature _[signature]_

TEACHER'S COMMENTS

DATE _April_ 1956

Working satisfactorily.
Is spelling well. Away 21
Has good mark in all
well done. C.J.P.

Parent's Signature _Helen Krahl_

PARENT'S COMMENTS

TEACHER'S COMMENTS

DATE _June_ 1956

Usually dependable.
A nice child
to teach.

Principal's Signature

Promoted to Gr. VII with B
standing.
C.J. Cybulski

REPORT TO PARENTS

Name _Ralph Krahl_

School _Brock-Corydon_ Grade _VI_

Teacher _____ Room No. _6_

WINNIPEG PUBLIC SCHOOLS



GRADES IV to VI

Form H1-11

15X5-7-52 (50's)

**INTERPRETATION OF LETTERS**

A—Excellent.
B—Very good.
C—Normal progress for the grade.
D—Below average.
E—Seriously below grade standard.

Name. *Ralph Brolst*

| HABITS AND ATTITUDES | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Follows directions. | C | C | C | |
| 2. Completes work promptly. | B | A | C | |
| 3. Observes school regulations. | A | A | C | |
| 4. Respects the rights of others. | B | C | C | |
| 5. Is courteous. | C | D | C | |
| 6. Is dependable. | C | C | B | |
| 7. Makes an earnest effort. | C | C | C | |
| 8. Show initiative. | B | C | C | |

**Progress in LANGUAGE ARTS**

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. In reading with understanding. | B | B | B | |
| 2. In interest in reading. | C | B | B | |
| 3. In expression of thoughts orally. | C | B | B | |
| 4. In expression of thoughts in writing. | B | B | B | |
| 5. In learning to spell words needed. | B | B | C+ | |
| 6. In handwriting. | B+ | A | B | |

**Progress in SOCIAL STUDIES**

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. In developing interest in and understanding of own and other communities. | C | C | C | |
| 2. In obtaining information and materials independently. | C | C | C | |

**Progress in ARITHMETIC**

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. In working with accuracy and reasonable speed. | A | A | B- | |
| 2. In ability to reason. *Brilliant* | B | A | B | |

**Progress in NATURAL SCIENCE**

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. In ability to observe closely and to form conclusions. *fair* | C | C | B | |
| 2. In developing interest in and understanding of natural science. | C | B | C | |

**HEALTH**

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Is developing an understanding of healthful living. | D | D | C+ | D |

**MUSIC** (Check one)

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement. | | | | |
| 2. Satisfactory participation. | | | | |
| 3. Shows little interest. | ✓ | ✓ | ✓ | |

**ART** (Check one)

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement. | | | | |
| 2. Satisfactory participation. | ✓ | ✓ | ✓ | |
| 3. Shows little interest. | | | | |

**PHYSICAL EDUCATION** (Check one)

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement. | | | | |
| 2. Satisfactory participation. | ✓ | ✓ | ✓ | |
| 3. Shows little interest. | | | | |

**OTHER ACTIVITIES**

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

**ATTENDANCE**

| | Sept. | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | Apr. | May | June |
|---|---|---|---|---|---|---|---|---|---|---|
| Days present. | 18 | 20 | 17 | 18 | 19 | 15 | 18 | 21 | | |
| Days absent. | 0 | 0 | 1 | 0 | 3 | 4 | 0 | 0 | | |
| Times late. | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | | |

**TO PARENTS:**

This report is sent home four times a year to inform you of the progress your child is making. If special help is needed to conform progress with the class you will be invited to confer with the teacher.

You are welcome to arrange to visit the school for a conference with the teacher or principal for further information about your child.

*[Principal signature]*
Principal

**TEACHER'S COMMENTS**

DATE. *Nov.* 1

*Ralph is eager to learn, but usually wants more than his share of attention reading and spelling is poor.*

**PARENT'S COMMENTS**

Parent's Signature. *Helen Brolst*

DATE. *Feb.* 19

**TEACHER'S COMMENTS**

*Reading is satisfactory. Reading improved. Working outstanding.*

**PARENT'S COMMENTS**

*Has ability to learn more than ...*

Parent's Signature. *H. Brolst*

## PARENT'S OR GUARDIAN'S REPORT

T REPORT:

...ks:

student studies at home.............................hours daily.

*(Signature)*

N REPORT:

...ks:

...nt studies at home.............................hours daily.

*(Signature)*

REPORT:

...s

...udent studies at home.............................hours daily.

*(Signature)*

**Fold Here**

---

**Fold Here**

5M-4-59

Form 1-14

## THE WINNIPEG SCHOOL DIVISION No. 1

## GRADES X, XI AND XII

Report of..................................................

Student in..........................................High School

For school year, September, 19.5.9. to June 19.6.0.

Course.................... Grade.X. Room.2.6.

Home Room Teacher............................................

### TO PARENT OR GUARDIAN:

The purpose of this report is to provide you with an estimate of the student's progress in school. Immediate attention to the report is requested. Interviews and enquiries are invited.

**MEDIAN:** The median is the middle mark in the grade for our school. This middle mark makes it possible to compare the performance of a student with other students in the same grade and course.

**HOME STUDY:** Students should follow systematic study schedules under conditions favourable to quiet, concentrated, and effective effort. Home study should be divided between preparation of assignments and a review of work taken previously.

### ATTENDANCE RECORD

**NOTICE:** Irregular attendance hinders the student's progress. When a student returns to school after having been absent, he must present a dated note from a parent or guardian stating the reason for absence.

| | Sept. | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | Apr. | May | June |
|---|---|---|---|---|---|---|---|---|---|---|
| Days Absent | 0 | 0 | ½ | 5 | 0 | 0 | 0 | 5 | 2 | 2 |
| Times Late | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | | |

Ralph Mendez

Where rating is shown by letters:
A — 80 to 100
B — 70 to 79
C — 60 to 69
D — 50 to 59
E — Under 50
(Passing mark is 50)

| SUBJECT | FIRST REPORT Pupil's Marks | FIRST REPORT School Medians / Attitude and Effort (Ex-Excellent, VG-Very Good, G-Good, F-Fair, P-Poor) | SECOND REPORT Pupil's Marks | SECOND REPORT School Medians / Attitude and Effort | THIRD REPORT Pupil's Marks | THIRD REPORT School Medians / Attitude and Effort | FINAL REPORT |
|---|---|---|---|---|---|---|---|
| **ENGLISH** | | | | | | | |
| Literature | 46 | | | | | | |
| Composition | 60 | G | 60 | 64 | 66 | 69 | 59 |
| **SOCIAL STUDIES** | | | | | | | |
| History | | G | 72 | 60 | 60 | 59 | 64 |
| Geography | geog. | | | | | | |
| **MATHEMATICS** | | | | | | | |
| Mathematics | 45 | F | 51 | 58 | 61 | 66 | 66 |
| Arithmetic | 60 | C | 50 | 54 | 59 | 67 | 50 |
| **SCIENCE** | | | | | | | |
| General Science | 71 | C | 54 | 66 | 64 | 75 | 56 |
| Chemistry | | | | | | | |
| Physics | | | | | | | |
| Biology | | | | | | | |
| **LANGUAGES** | | | | | | | |
| French | 74 | G | 60 | 59 | 58  63 | | 60 |
| Latin | | | | | | | |
| German | | | | | | | |
| **ART** | | | | | | | |
| **MUSIC** | | | | | | | |
| **HOME ECONOMICS** | | | | | | | |
| **INDUSTRIAL ARTS** | | | | | | | |
| **COMMERCIAL** | | | | | | | |
| Record Keeping | | | | | | | |
| Business Arithmetic | | | | | | | |
| Business Practice | | | | | | | |
| Bookkeeping | | | | | | | |
| Typewriting-Exam | 39 | P | 45 | 51 | 38  53 | | 58  24 |
| Typewriting-W.P.M. | | | | | | | |
| Shorthand-Exam | | | | | | | |
| Shorthand-W.P.M. | | | | | | | |
| Related English | | | | | | | |
| Retail Merchandising | | | | | | | |
| **HEALTH** | | | 80 | 85 | 65  abs. | | P |
| **PHYSICAL EDUCATION** | abs | | | | | | P |

**TEACHER'S COMMENTS**

FIRST REPORT: Ralph is working well. We are looking for better progress.

SECOND REPORT: Ralph may be a little over confident in his ability to do grade X work. Too many of his marks are borderline. More concentrated effort on his part should better his standing.

THIRD REPORT: Ralph's mark indicate the possibility of supplementals in Algebra and Typing, depend upon the result of the June examinations.

FINAL REPORT:

JUNE 1962

Teacher or Principal

## SCHOLARSHIP

Student _____ Ralph Kulik

Subject achievement rating aims at giving an estimate of how well the useful knowledge and skills of that subject have been mastered. A comparison of the percentage mark for each subject as given below with the median or middle mark will indicate how this student compares with other students in the same grade. It will also help teacher, student, and parent or guardian to judge where best work is done and where greatest difficulty is found. Knowledge of this nature is especially important in giving later assistance to the student in choosing courses best suited to him.

| Subject | FIRST REPORT Pupil's Rating | FIRST REPORT Median | SECOND REPORT Pupil's Rating | SECOND REPORT Median | THIRD REPORT Pupil's Rating | THIRD REPORT Median | FINAL REPORT Pupil's Rating | FINAL REPORT Median |
|---|---|---|---|---|---|---|---|---|
| Spelling | 1.00 | | 92 | 86 | 89 | 88 | 88 | |
| Writing | | | | | | | | |
| Language | 69 | | 54 | 69 | 66 | 69 | | |
| Literature | 72 | | 72 | 68 | 59 | 69 | | |
| Mathematics | 5.51 | | 61 | 62 | 75 | 67 | | |
| Science | 5.51 | | 67 | 69 | 56 | | | |
| Social Studies | 54 | | 57 | 58 | 70 | 0 | | |
| Latin | 65 | | 63 | 74 | 61 | 71 | | |
| French | 70 | | 66 | 70 | 62 | 8 | | |
| Art | | | | 71 | 50 | 73 | 46 | |
| Music | | | B- | C | 71 | 67 | 67 | |
| Physical Education | | | 71 | C+ | 2-C+ | C | C+ | |
| Industrial Arts | 501 | | | | C | C+ | C+ | |
| Home Economics | | | | | C | C | 60 | |
| Library | | | | | C | C | C | |

## CHARACTER DEVELOPMENT

The behaviour traits listed here are considered important in the development of good character and are therefore of concern to the pupil, parent and teacher.

No mark opposite any trait means that the standard is satisfactory or that the teacher is not ready to comment.

A mark like this (✓) means that improvement is desirable.

A mark like this (O) means that improvement has been made.

The initials are those of the teacher making the evaluation.

| | TRAIT | FIRST REPORT | SECOND REPORT | THIRD REPORT |
|---|---|---|---|---|
| PERSONAL AND SOCIAL HABITS | Is courteous. | | | |
| | Is careful of public and private property. | | | |
| | Works and plays well with others. | | | |
| STUDY AND WORK HABITS | Is industrious. | ✓ | | |
| | Brings necessary supplies to class. | | | |
| | Attends to instructions | | | |
| | Concentrates during study. | ✓ | | |
| | Respects rules and regulations of the school. | | | |
| | Is dependable. | | | |
| | Does neat written work. | | | |

### SPECIAL NOTES TO PARENTS

FIRST REPORT: Too many 50's for a successful beginning R.P.

SECOND REPORT:

THIRD REPORT: There is an improvement R.P.

15M-3-57.

SCHOOL DISTRICT OF WINNIPEG No. 1

# REPORT CARD

### Grades VII, VIII, and IX

Form 1-13

REPORT OF ...... _Ralph Krolik_ ......

STUDENT IN ...... _River Heights_ ...... JUNIOR HIGH SCHOOL

GRADE...... _9_ ...... SCHOOL YEAR 195..._8_... TO 195...._9_... ROOM NO. ..._11_....

...... _Ruth A. Foley_ ...... HOME ROOM TEACHER

## TO PARENT OR GUARDIAN:

The object of this report is to give you an estimate of your child's achievement in school studies and of his development as a citizen.

Education in school provides an opportunity to acquire knowledge, habits and skills, and to develop traits, attitudes and ideals that should enable the pupil to live usefully and happily. Close co-operation between the home and the school will aid in achieving these ends.

To be successful in Junior High School a student will find it necessary to do some homework. The amount will not be the same for all students and will vary from day to day. Sometimes it will be assigned by the teacher; at other times it may be done by the student who sees the value of independent work. If a pupil is weak in a subject the day's work should be supplemented by homework. If a parent feels that the amount of homework is excessive, he should consult the school; if the pupil never has any, it would be wise to investigate.

It is asked that parents encourage reading of good books and make conditions in the home favorable for quiet concentrated effort.

## ATTENDANCE RECORD

NOTICE: Absence or irregular attendance hinders the student's progress.
When a student returns to school after having been absent he must present a dated note from a parent or guardian giving the reason for the absence.

| | Sep. | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | Apr. | May | June |
|---|---|---|---|---|---|---|---|---|---|---|
| Half Days Absent | 6 | 6 | 0 | 3 | 0 | 0 | 0 | 7 | 0 | 0 |
| Times Late | 0 | 0 | 0 | 0 | 0 | 6 | 6 | 1 | 1 | 0 |

---

## TO PUPILS AND PARENTS

This report from the school is for the information of both pupil and parents. Both should study it with care. Both are invited to discuss any parts of it with the teacher concerned or with the principal. Appointments for this purpose are made gladly. Comments from parents are invited below.

The return of the report within a week is requested.

FIRST REPORT:

### COMMENTS

Signature of parent or guardian...... _Helen Brell_ ......

SECOND REPORT:

Signature of parent or guardian...... _Helen Brell_ ......

THIRD REPORT:

Signature of parent or guardian...... _Helen Brell_ ......

## FINAL REPORT

DECISION REGARDING PROMOTION
TO BE ANNOUNCED BY THE INSPECTOR

...... _[signature]_ ......
Teacher or Principal.

June 195......

Where rating is shown by letters:

A — 80 to 100
B — 70 to 79
C — 60 to 69
D — 50 to 59
E — Under 50
(Passing mark is 50)

| SUBJECT | FIRST REPORT Pupil's Marks | FIRST REPORT School Medians / Attitude and Effort | SECOND REPORT Pupil's Marks | SECOND REPORT School Medians / Attitude and Effort | THIRD REPORT Pupil's Marks | THIRD REPORT School Medians / Attitude and Effort | FINAL REPORT |
|---|---|---|---|---|---|---|---|
| **ENGLISH** Literature | 46 | G | 60 | 64 | 66 | 63 | 59 |
| Composition | 60 | G | 64 | 64 | 60 | 59 | 64 |
| **SOCIAL STUDIES** History | | | | | | | |
| Geography | | | | | | | |
| **MATHEMATICS** Mathematics | 45 | F | 50 | 58 | 61 | 66 | 56 |
| Arithmetic | 60 | G | 54 | 54 | 39 | 64 | 50 |
| geom. 999 | | G | 54 | 54 | 58 | 67 | 66 |
| **SCIENCE** General Science | 71 | G | | | 64 | 75 | |
| Chemistry | | | | | | | |
| Physics | | | | | | | |
| Biology | | | | | | | |
| **LANGUAGES** French | 74 | G | | | 58 | | |
| Latin | | | | | | | |
| German | | | 60 | 59 | 63 | | 60 |
| **MUSIC** | | | | | | | |
| **HOME ECONOMICS** | | | | | | | |
| **INDUSTRIAL ARTS** | | | | | | | |
| **COMMERCIAL** Record Keeping | | | | | | | |
| Business Arithmetic | | | | | | | |
| Business Practice | | | | | | | |
| Bookkeeping | | | | | | | |
| Typewriting-Exam | 39 | P | 45 | 51 | 28 | 53 | 24 |
| Typewriting-W.P.M. | | | | | | | |
| Shorthand-Exam | | | | | | | |
| Shorthand-W.P.M. | | | | | | | |
| Related English | | | | | | | |
| Retail Merchandising | | | | | | | |
| **PHYSICAL EDUCATION** | edu | | 80 55 | | 65 edea. P | | P P |

## TEACHER'S COMMENTS

**FIRST REPORT:** Ralph is working well. We are looking for better progress.

**SECOND REPORT:** Ralph may be a little over confident in his ability to do Grade X work. Too many of his marks are borderline. More concentrated effort on his studies should better their standing.

**THIRD REPORT:** Ralph to much indicate the possibility of supplementals in Algebra and Typing, depending upon the result of the June examinations.

**FINAL REPORT:**

## REPORT

**FIRST REPORT:**

This student studies at home.................. hours daily.

Remarks:

**SECOND REPORT:**

This student studies at home.................. hours daily.

Remarks:

.................................... (Signature)

**THIRD REPORT:**

This student studies at home.................. hours daily.

Remarks:

.................................... (Signature)

Fold Here

---

5M-4-50

## THE WINNIPEG SCHOOL DIVISION No. 1

### GRADES X, XI AND XII

Report of .............................................

Student in ........................................ High S

For school year September, 19.5.. to June 19..

Course........................ Grade.X.. Room

Home Room Teacher...............................

**TO PARENT OR GUARDIAN:**

The purpose of this report is to provide you wi...
estimate of the student's progress in school. Imme...
attention to the report is requested. Interviews and enqu...
are invited.

**MEDIAN:** The median is the middle mark in the gra...
our school. This middle mark unless t pos...
to compare the performance of a student with other studi...
in the same grade and course.

**HOME STUDY:** Students should follow systematic st...
schedules under conditions favorabl...
quiet, concentrated, and effective effort. Home study sho...
be divided between preparation of assignments and a rev...
of work taken previously.

**NOTICE:** Irregular attendance hinders the student's progr...
When a student returns to school after having be...
absent, he must present a dated note from a parent...
guardian stating the reason for absence.

### ATTENDANCE RECORD

| | Sept. | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | Apr. | May | Ju... |
|---|---|---|---|---|---|---|---|---|---|---|
| Days Absent | 0 | 0 | ½ | 5 | 0 | 0 | 0 | 5 | 2 | |
| Times Late | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 2 | 2 | |

Fold Here

## SCHOLARSHIP

Student: *Ralph Reolik*

The subject achievement rating aims at giving an estimate of how well the useful knowledge and skills of that subject have been mastered. A comparison of the attainment mark for each subject as given below with the median of middle mark will indicate how this student compares with other students in the same grade. It will also help teacher, student, and parent or guardian to judge where best work is done and where greatest difficulty is found. Knowledge of this nature is especially important in giving later assistance to the student in choosing courses best suited to him.

| Subject | FIRST REPORT Pupil's Rating | FIRST REPORT Median | SECOND REPORT Pupil's Rating | SECOND REPORT Median | THIRD REPORT Pupil's Rating | THIRD REPORT Median | FINAL REPORT Pupil's Rating | FINAL REPORT Median |
|---|---|---|---|---|---|---|---|---|
| Spelling | 1.00 | | 91 | 80 | 95 | 87 | 87 | |
| Writing | | | | | | | | |
| Language | 69 | | 54 | 69 | 61 | | | |
| Literature | 73 | | 72 | 68 | 59 | 75 | | |
| Mathematics | 5-51 | | 61 | 63 | 51 | 56 | 67 | |
| Science | 5-51 | | 67 | 69 | 37 | 0 | | |
| Social Studies | 5-54 | | 57 | 70 | 61 | 71 | 0 | |
| Latin | 6.5 | | 45 | 74 | 50 | 73 | 46 | 0 |
| French | 2.0 | | 66 | 70 | 91 | 67 | 67 | |
| Art | | | 2- | 84 | C | C+ | 6.7 | |
| Music | | | C+ | | C | C+ | | |
| Physical Education | | | | | | | | |
| Industrial Arts | 50/ | | 21 | | B- | C | C+ | 60 |
| Home Economics | | | | | | | | |
| Library | | | E | C | C- | C | | |

## CHARACTER DEVELOPMENT

The behaviour traits listed here are considered important in the development of good character and are therefore of concern to the pupil, parent and teacher.

No mark opposite any trait means that the standard is satisfactory or that the teacher is not ready to comment.

A mark like this (∨) means that improvement is desirable.

A mark like this (O) means that improvement has been made.

The initials are those of the teacher making the evaluation.

| TRAIT | FIRST REPORT | SECOND REPORT | THIRD REPORT |
|---|---|---|---|
| **PERSONAL AND SOCIAL HABITS** | | | |
| Is courteous. | | | |
| Is careful of public and private property. | ∨ | | |
| Works and plays well with others. | | | |
| Respects rules and regulations of the school. | ∨ | | |
| Is dependable. | ∨ | | |
| **STUDY AND WORK HABITS** | | | |
| Is industrious. | ∨ | | |
| Brings necessary supplies to class. | | | |
| Attends to instructions. | | | |
| Concentrates during study. | ∨ | | |
| Does neat written work. | | | |

### SPECIAL NOTES TO PARENTS

FIRST REPORT: Too many 50's for a successful

SECOND REPORT:

THIRD REPORT: ...is an improvement. R.R.

## TO PUPILS AND PARENTS

This report from the school is for the information of both pupil and parents. Both should study it with care. Both are invited to discuss any part of it with the teacher concerned or with the Principal. Appointments for this purpose are made gladly. Comments from parents are invited below.

The return of the report within a week is requested.

FIRST REPORT:

Signature of parent or guardian:

COMMENTS

SECOND REPORT:

Signature of parent or guardian:

*Helen Brett*

THIRD REPORT:

Signature of parent or guardian: *Helen Brett*

FINAL REPORT:

DECISION REGARDING PROMOTION
TO BE ANNOUNCED BY THE INSPECTOR

*Signature*
Teacher or Principal.

June 195.....

---

15M—3-57.

Form F-13

## SCHOOL DISTRICT OF WINNIPEG No. 1

# REPORT CARD

### Grades VII, VIII, and IX

REPORT OF .... R. a l p h  K r a l i k

STUDENT IN .... R i v e r  H e i g h t s ...... JUNIOR HIGH SCHOOL

GRADE .... 9 ..... SCHOOL YEAR 195.8 .... TO 195.9 .... ROOM No. .. 11

R u t h  A  R a b u s ...... HOME ROOM TEACHER

## TO PARENT OR GUARDIAN:

The object of this report is to give you an estimate of your child's achievement in school studies and of his development as a citizen.

Education in school provides an opportunity to acquire knowledge, habits and skills, and to develop traits, attitudes and ideals that should enable the pupil to live usefully and happily. Close co-operation between the home and the school will aid in achieving these ends.

To be successful in Junior High School, a student will find it necessary to do some homework. The amount will not be the same for all students and will vary from day to day. Sometimes it will be assigned by the teacher; at other times it may be done by the student because he sees the value of independent work. If a pupil is weak in a subject the day's work should be supplemented by homework. If a parent feels that the amount of homework is excessive, he should consult the school; if the pupil never has any, it would be wise to investigate.

It is asked that parents encourage reading of good books and make conditions in the home favorable for quiet concentrated effort.

## ATTENDANCE RECORD

NOTICE: Absence or irregular attendance hinders the student's progress. When a student returns to school after having been absent he must present a dated note from a parent or guardian giving the reason for the absence.

| | Sep. | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | Apr. | May | June |
|---|---|---|---|---|---|---|---|---|---|---|
| Half Days Absent | 6 | 0 | 0 | 3 | 0 | 0 | 2 | 7 | 0 | 0 |
| Times Late | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |

INTERPRETATION OF LETTERS
- Excellent.
- Very good.
- Normal progress for the grade.
- Below average.
- Seriously below grade standard.

Name. *Ralph Kralik*

| HABITS AND ATTITUDES | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Follows directions. | C | C | C | |
| Completes work promptly. | B | B | B | |
| Observes school regulations. | C | B | B | |
| Respects the rights of others. | C | B | B | |
| Is courteous. | C | C | C | |
| Is dependable. | C | C | C | |
| Works an earnest effort. | C | C | C | |
| Shows initiative. | B | C | C | |

| Progress in LANGUAGE ARTS | | | | |
|---|---|---|---|---|
| Reading with understanding. | A | A | A | |
| Interest in reading. | B | B | B | |
| Expression of thoughts orally. | B | A | A | |
| Expression of thoughts in writing. | B | B | B+ | |
| Learning to spell words needed. | B | B | B+ | |
| Handwriting. | B+ | A | A | |

| Progress in SOCIAL STUDIES | | | | |
|---|---|---|---|---|
| Developing interest in and understanding of own and other communities. | A | A | A | |

Progress in ARITHMETIC *Eudora*

Progress in NATURAL SCIENCE

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| MUSIC (Check one) | | | | |
| 1. Outstanding achievement. | | | | |
| 2. Satisfactory participation. | | | | |
| 3. Shows little interest. | | | | |

| ART (Check one) | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement. | | | | |
| 2. Satisfactory participation. | ✓ | ✓ | | |
| 3. Shows little interest. | | | | |

| PHYSICAL EDUCATION (Check one) | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement. | | | | |
| 2. Satisfactory participation. | | ✓ | ✓ | |
| 3. Shows little interest. | | | | |

OTHER ACTIVITIES
1.
2.
3.
4.

| ATTENDANCE | Sept. | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | Apr. | May | June |
|---|---|---|---|---|---|---|---|---|---|---|
| Days present. | 18 | 20 | 17 | 18 | 19 | 19 | | | | |
| Days absent. | 0 | 0 | 0 | 0 | 0 | 0 | | | | |
| Times late. | 0 | 0 | 0 | 0 | 0 | 0 | | | | |

TO PARENTS:
This report is sent home four times a year to inform you of the progress your child is making. If special help is needed to make progress with the class you will be invited to confer with the teacher.

You are welcome to arrange to visit the school for a conference with the teacher or principal for further information about your child.

TEACHER'S COMMENTS                DATE. *Nov.* 195*5*

*Ralph is eager to learn, but usually wants more than his share of attention.*

*You do unnecessarily...*

Parent's Signature. *Nelson Kralik*

PARENTS COMMENTS

TEACHER'S COMMENTS                DATE. *Feb.* 195*6*

*Ralph has improved... reading, working arithmetic, elementary*

*has ability to earn more than...*

PARENTS COMMENTS

Parent's Signature. *Kralik*

*C. J. Byler*
Principal

TEACHER'S COMMENTS

*Working intelligently, doing splendid work during R.7. very fond of work in all. Well done. A.P.*

DATE ........ *April* ........ 1956.

Parent's Signature *Helen Keate*

PARENT'S COMMENTS

TEACHER'S COMMENTS

*Usually dependable. A nice child. R. Gerrard.*

DATE ........ *June* ........ 1956.

Promoted to Gr. VII with B

Principal's Signature...... *R.J. Oglina*

Form H1-11

REPORT TO PARENTS

Name ........ *Ralph Stoddert*

School *Brock-Corydon* Grade........

Teacher ........................ Room No.......

WINNIPEG PUBLIC SCHOOL

GRADES IV to V

15M-7-52(5