INTERPRETATION OF LETTERS

A—Excellent.
B—Very good.
C—Normal progress for the grade.
D—Below average.
E—Seriously below grade standard.

| HABITS AND ATTITUDES | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Follows directions | D | C | C | C |
| 2. Completes work promptly | C | C | C | C |
| 3. Observes school regulations | C | C | C | C |
| 4. Respects the rights of others | C | C | C | C |
| 5. Is courteous | C | C | C | C |
| 6. Is dependable | C | C | C | C |
| 7. Makes an earnest effort | C | C | C | C |
| 8. Shows initiative | D | C | C | C |
| **Progress In LANGUAGE ARTS** | | | | |
| 1. In reading with understanding | D | D | D | C |
| 2. In interest in reading | D | C | C | C+ |
| 3. In expression of thoughts orally | | | | |
| 4. In expression of thoughts in writing | | | | |
| 5. In learning to spell words needed | | | | |
| 6. In handwriting Printing | C | C | C | C |
| **Progress In SOCIAL STUDIES** | | | | |
| 1. In developing interest in and understanding of the community | C | C | C | C |
| 2. In contributing additional information and material | | | | |
| **Progress In ARITHMETIC** | | | | |
| 1. In skill in use of numbers | | | | |
| 2. In ability to reason | | | | |
| **Progress In NATURAL SCIENCE** | | | | |
| 1. In learning to observe | C | C | C | C |
| 2. In developing interest in and understanding of nature | C | C | C- | C |
| **HEALTH** | | | | |
| 1. Observes health rules | B | B | B | B |

Name Ralph Krolik

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **MUSIC** (*Check one*) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |
| **ART** (*Check one*) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |
| **PHYSICAL EDUCATION** (*Check one*) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |
| **OTHER ACTIVITIES** | | | | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

| ATTENDANCE | Sept Oct | Nov Dec Jan | Feb Mar | Apr May June |
|---|---|---|---|---|
| Days present | 35 | 55 | 31.5 | 59.5 |
| Days absent | 3 | 4 | 4.5 | 3.5 |
| Times late | 1 | 0 | 0 | 0 |

TO PARENTS:

This report is sent home four times a year to inform you of the progress your child is making. If special help is needed to progress with the class you will be invited to confer with the teacher.

You are welcome to arrange to visit the school for a conference with the teacher or principal for further information about your child.

V. Dotten
Principal
per [illegible]

DATE Nov 15 195

TEACHER'S COMMENTS

Ralph is putting for[th] a good effort, bu[t] Reading needs a l[ot] more concentratio[n]

PARENT'S COMMENTS

Parent's signature Mrs Helene Krol[ik]

DATE Jan 31 195

TEACHER'S COMMENTS

Ralph has show[n] a keener interest in his work.

PARENT'S COMMENTS

Parent's signature

PUPIL'S NAME Ralph Krolick

DATE Nov 15 195[illegible]

## INTERPRETATION OF LETTERS

A means that the quality and quantity of work done have been Excellent.

B means that the quality and quantity of work done have been Above the Average.

C means that the quality and quantity of work done have been Average.

— DANGER LINE —

D means that the quality and quantity of work done have been Below the Average.

E means that the quality and quantity of work done have Not Been Acceptable.

If an item is not marked, it indicates that the teacher is not ready to report.

| LANGUAGE | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Reading with understanding | C | C | C | C |
| Interest in reading | | C | C | C |
| Expression of thoughts orally | C | C | C | C |
| Expression of thoughts in writing | D | C | C | C |
| Learning to spell words needed | C | A | A | A |
| Handwriting | C | C | B | C |
| **SOCIAL STUDIES** | | | | |
| Developing interest in and understanding their own and other communities | C | C | B | C |
| Gaining information and materials independently | | C | C | B |
| **ARITHMETIC** | | | | |
| Working with accuracy and reasonable speed | B | B | B | B |
| Ability to reason | C | B | B | B |
| **NATURAL SCIENCE** | | | | |
| Learning to observe | | | | |
| Developing an understanding of nature | | | ✓ | ✓ |
| **MUSIC (Check one)** | | | | |
| Outstanding achievement | | | | |
| Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| Shows little interest | | | | |

| ART (Check one) | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |
| **PHYSICAL EDUCATION (Check one)** | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |

## HABITS AND ATTITUDES

Interpretation of Letters

S—satisfactory.
U—unsatisfactory.
I—shows improvement.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Follows directions | U | I | S | S |
| 2. Completes work promptly | S | S | S | S |
| 3. Observes school regulations | S | S | S | U |
| 4. Respects the rights of others | S | S | S | U |
| 5. Is courteous | S | S | S | S |
| 6. Is dependable | S | S | S | S |
| 7. Makes an effort | S | S | S | S |
| 8. Shows initiative | S | S | S | S |
| 9. | | | | |

## ATTENDANCE

After having been absent, a pupil must present a dated note from a parent or guardian giving the reason for the absence.

| | Sept. | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | April | May | June |
|---|---|---|---|---|---|---|---|---|---|---|
| Days present | 15 | 19 | 22 | 16½ | 21 | 18 | 23 | 14 | 21 | 22 |
| Days absent | 3 | 1 | – | ½ | – | – | – | 1 | – | – |
| Times late | – | – | – | – | – | – | – | – | – | – |

## TEACHER'S COMMENTS

Ralph's greatest weakness is in English. I am sure the source of his trouble is his lack of attention during lessons. He can do much better.

Teacher's signature E. Tyler

## PARENT'S COMMENTS

Parent's [illegible]

DATE Feb. 1 195 5

TEACHER'S COMMENTS

Ralph has worked hard this term and greatly improved his spelling and English. His more careful attention in class is reflected in his marks.

Teacher's Signature E. Tyles

PARENT'S COMMENTS

Parent's Signature Mrs. H. Krolik

DATE April 29 195 5

TEACHER'S COMMENTS

Good work.

Teacher's Signature E. Tyles

PARENT'S COMMENTS

Parent's Signature Mrs. H. Krolik

June 30th, 195 5

Promoted to Grade Six

Principal's Signature J. Armstrong

# WINNIPEG PUBLIC SCHOO

## REPORT TO PARENTS

Grades IV to VI

Name Ralph Krolic

School Brock-Corydon Grade

Teacher E. A. Tyles Room No.

TO PARENTS:

This report is sent home four times a yea inform you of the progress your child is mak You are invited to arrange to visit the school f conference with the teacher or principal for fur information about your child.

J. Armstron

PRINCI

Form 1-11

15M-8-5

PIL'S NAME Ralph Kralick

TERPRETATION OF LETTERS

means that the quality and quantity of work done have been Excellent.

means that the quality and quantity of work done have been Above the Average.

means that the quality and quantity of work done have been Average.

——— DANGER LINE ———

means that the quality and quantity of work done have been Below the Average.

means that the quality and quantity of work done have Not Been Acceptable.

an item is not marked, it indicates that the teacher is eady to report.

| GUAGE | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| ading with understanding | C | C | B | B |
| erest in reading | C | C | B | B |
| pression of thoughts orally | C | C | C | C |
| pression of thoughts in writing | | C | B | B |
| rning to spell words needed | C | C | C | B |
| ndwriting | D | | | C |
| AL STUDIES | | | | |
| elping interest in and understanding heir own and other communities | C | B | B | B |
| aining information and materials independently | C | B | C | B |
| IMETIC | | | | |
| king with accuracy and reasonable d | C | D | D | C |
| ty to reason | [illegible] | E | E | C |
| RAL SCIENCE | | | | |
| ing to observe | | C | C | C |
| loping an understanding of nature | – | C | C | C |
| (Check one) | | | | |
| anding achievement | | | | |
| actory participation | ✓ | ✓ | ✓ | ✓ |
| little interest | | | | |

| ART (Check one) | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |
| PHYSICAL EDUCATION (Check one) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |

## HABITS AND ATTITUDES

Interpretation of Letters

S—satisfactory.
U—unsatisfactory.
I—shows improvement.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Follows directions | S | S | S | S |
| 2. Completes work promptly | S | S | S | S |
| 3. Observes school regulations | S | S | S | S |
| 4. Respects the rights of others | S | S | S | S |
| 5. Is courteous | S | S | S | S |
| 6. Is dependable | S | S | S | S |
| 7. Makes an effort | S | S | S | S |
| 8. Shows initiative | S | S | S | S |
| 9. | | | | |

## ATTENDANCE

After having been absent, a pupil must present a dated note from a parent or guardian giving the reason for the absence.

| | Sept. | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | April | May | June |
|---|---|---|---|---|---|---|---|---|---|---|
| Days present | 11 | 19 | 21 | 17 | [illegible] | 20 | 23 | 16 | 19 | 20 |
| Days absent | 2 | 2 | – | – | – | – | – | – | – | 2 |
| Times late | – | – | – | – | – | – | – | – | – | – |

DATE [illegible] 195[illegible]

## TEACHER'S COMMENTS

Ralph can do better work if he takes more care

Teacher's signature E. [illegible]

## PARENT'S COMMENTS

DATE Feb 1954

TEACHER'S COMMENTS

Ralph is very anxious to succeed. I believe he will do well in life. His work shows considerable improvement.

[illegible] Ralph.

[illegible signature]

Teacher's Signature Mrs. Swan

PARENT'S COMMENTS

Parent's Signature Mrs. H. Krolik

DATE April 30 1954

TEACHER'S COMMENTS

His arith. is improving mainly because his writing and work generally is neater. I am looking for very good work from Ralph, this last term.

Teacher's Signature Mrs. A. Swan.

PARENT'S COMMENTS

Parent's Signature Mrs. Helene Krolik

June 30th, 195

A good year's work. Promoted to Gr. 5. Mrs. Swan.

Principal's Signature J. T. Armstrong

# WINNIPEG PUBLIC SCHO

## REPORT TO PARENTS

Grades IV to VI

Name [illegible]

School [illegible] Grade

Teacher Miss Tyler Room No.

Mrs. Swan

TO PARENTS:

This report is sent home four times a year inform you of the progress your child is maki You are invited to arrange to visit the school fo conference with the teacher or principal for furt information about your child.

J. T. Armstrong

PRINCIP

Form 1.11

INTERPRETATION OF LETTERS

A—Excellent.
B—Very good.
C—Normal progress for the grade.
D—Below average.
E—Seriously below grade standard.

| HABITS AND ATTITUDES | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Follows directions | D | C | C | C |
| 2. Completes work promptly | C | C | C | C |
| 3. Observes school regulations | D | C | C | C |
| 4. Respects the rights of others | D | C | C | C |
| 5. Is courteous | C | C | C | C |
| 6. Is dependable | D | C | C | C |
| 7. Makes an earnest effort | C | C | C | C |
| 8. Shows initiative | C | C | C | C |
| **Progress In LANGUAGE ARTS** | | | | |
| 1. In reading with understanding | C | C | C | C+ |
| 2. In interest in reading | C | C | C | C+ |
| 3. In expression of thoughts orally | C | C | C | C |
| 4. In expression of thoughts in writing | C | C | C | C+ |
| 5. In learning to spell words needed | C | C | C | C |
| 6. In handwriting | C | C+ | C | C |
| **Progress In SOCIAL STUDIES** | | | | |
| 1. In developing interest in and understanding of the community | C | C | C | C |
| 2. In contributing additional information and material | C | C | C | C |
| **Progress In ARITHMETIC** | | | | |
| 1. In skill in use of numbers | C | C | C | C |
| 2. In ability to reason | C | C | C | C |
| **Progress In NATURAL SCIENCE** | | | | |
| 1. In learning to observe | C | C | C | C |
| 2. In developing interest in and understanding of nature | C | C | C | C |
| **HEALTH** | | | | |
| 1. Observes health rules | C | C | C | C |

Name Ralph Krolik

| MUSIC (*Check one*) | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |
| **ART** (*Check one*) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |
| **PHYSICAL EDUCATION** (*Check one*) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |
| **OTHER ACTIVITIES** | | | | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| **ATTENDANCE** | | | | |
| Days present | 50 | 47 | 46 | 37.5 |
| Days absent | 1 | 0 | 2 | 3.5 |
| Times late | 0 | 0 | 0 | |

TO PARENTS:

This report is sent home four times a year to inform you of the progress your child is making. If special help is needed to progress with the class you will be invited to confer with the teacher.

You are welcome to arrange to visit the school for a conference with the teacher or principal for further information about your child.

Dorothy E. Lane
Principal

DATE ........195.2

TEACHER'S COMMENTS Ralph can, and does sometimes give very good work. His behaviour must improve. If he attended to his own business, instead of his neighbours, he could be in the top section of the class.
D. Pruyk.

PARENT'S COMMENTS

Parent's signature Mrs Helen Krolik

DATE 3 February 1953

TEACHER'S COMMENTS Ralph is working very hard and doing his best.
D. Pruyk

PARENT'S COMMENTS

I am very pleased to hear that. Who are going to keep up good work.

Parent's signature Mrs Helen Krolik

DATE April 30 195 3

ACHER'S COMMENTS Ralph's ogress is satisfactory - ept in Arithmetic which ld improve. Inclined to sh through his work d consequently his iting suffers. Works ll.

M. Kellington

RENT'S COMMENTS

nt's signature Mrs Helen Krolik

DATE June 30 195 3

CHER'S COMMENTS

romoted to Grade IV

al's signature Dorothy E. Lane

# REPORT TO PARENTS

Name Ralph Krolik

School Brock Corydon Grade 3

Teacher [illegible] Room No. Library

# WINNIPEG PUBLIC SCHOOLS

GRADES I to III

Form I-11A

15M-7-51 (50's)

TERPRETATION OF LETTERS

-Excellent.
-Very good.
-Normal progress for the grade.
-Below average.
Seriously below grade standard.

| BITS AND ATTITUDES | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Follows directions | D | C | C | C |
| Completes work promptly | C | C | C | C |
| Observes school regulations | C | C | C | C |
| Respects the rights of others | C | C | C | C |
| Is courteous | C | C | C | C |
| Is dependable | C | C | C | C |
| Makes an earnest effort | C | C | C | C |
| Shows initiative | D | C | C | C |
| **ress in LANGUAGE ARTS** | | | | |
| n reading with understanding | D | D | D | C |
| n interest in reading | D | C | C | C+ |
| n expression of thoughts orally | | | | |
| n expression of thoughts in writing | | | | |
| n learning to spell words needed | | | | |
| n handwriting — Printing | C | C | C | C |
| **ess in SOCIAL STUDIES** | | | | |
| developing interest in and understanding of the community | C | C | C | C |
| contributing additional information and material | | | | |
| **ess in ARITHMETIC** | | | | |
| skill in use of numbers | | | | |
| ability to reason | | | | |
| **ss in NATURAL SCIENCE** | | | | |
| earning to observe | C | C | C | C |
| developing interest in and understanding of nature | C | C | C | C |
| **H** | | | | |
| erves health rules | B | B | B | B |

Name Ralph Krolik

| MUSIC (Check one) | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |
| **ART (Check one)** | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |
| **PHYSICAL EDUCATION (Check one)** | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |
| **OTHER ACTIVITIES** | | | | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

| ATTENDANCE | Sept Oct | Nov Dec Jan | Feb Mar | Apr May June |
|---|---|---|---|---|
| Days present | 35 | 55 | 31.5 | 59.5 |
| Days absent | 3 | 4 | 4.5 | 3.5 |
| Times late | 1 | 0 | 0 | 0 |

TO PARENTS:

This report is sent home four times a year to inform you of the progress your child is making. If special help is needed to progress with the class you will be invited to confer with the teacher.

You are welcome to arrange to visit the school for a conference with the teacher or principal for further information about your child.

J. Dotten
Principal
per [illegible]

DATE Nov 15 1950

TEACHER'S COMMENTS

Ralph is putting forth a good effort, but Reading needs a little more concentration

PARENT'S COMMENTS

Parent's signature Mrs. Helene Krolik

DATE Jan 31 1951

TEACHER'S COMMENTS

Ralph has shown a keener interest in his work.

PARENT'S COMMENTS

Parent's signature



DATE Apr. 3 1951

ACHER'S COMMENTS

Keep up the Good effort Ralph!

RENT'S COMMENTS

nt's signature Mrs. H. Krolick

DATE June 29 1951

ACHER'S COMMENTS

Promoted to Grade II

pal's signature V. Dotten per VE

# REPORT TO PARENTS

Name Ralph Krolick

School Luxton Heights Grade I

Teacher [illegible] Room No. 2

## WINNIPEG PUBLIC SCHOOLS

GRADES I to III

Form 1-11A

15M-8-50 (50's)

## REPORT

...RST REPORT:

...s student studies at home..........................hours daily.

...narks:

Mrs. H. Krolik
(Signature)

...ND REPORT:

...student studies at home..........................hours daily.

...rks:

Mrs. H. Krolik
(Signature)

...D REPORT:

...tudent studies at home..........................hours daily.

...s:

Mrs. H. Krolik
(Signature)

Fold Here

Fold Here

5M-4-59

Form 1-14

### THE WINNIPEG SCHOOL DIVISION No. 1

## GRADES X, XI AND XII

Report of Ralph Krolik

Student in Grant Park High School

For school year September, 19 59 to June 19 60

Course General Grade X Room 26

Home Room Teacher G. C. Guilbault

### TO PARENT OR GUARDIAN:

The purpose of this report is to provide you with an estimate of the student's progress in school. Immediate attention to the report is requested. Interviews and enquiries are invited.

**MEDIAN:** The median is the middle mark in the grade for our school. This middle mark makes it possible to compare the performance of a student with other students in the same grade and course.

**HOME STUDY:** Students should follow systematic study schedules under conditions favorable to quiet, concentrated, and effective effort. Home study should be divided between preparation of assignments and a review of work taken previously.

### ATTENDANCE RECORD

**NOTICE:** Irregular attendance hinders the student's progress.

When a student returns to school after having been absent, he must present a dated note from a parent or guardian stating the reason for absence.

| | Sept. | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | Apr. | May | June |
|---|---|---|---|---|---|---|---|---|---|---|
| Days Absent | 0 | 0 | ½ | 5 | 0 | 0 | 0 | 5 | 2 | 2 |
| Times Late | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 0 |

Ralph Krolik

Where rating is shown by letters:
A — 80 to 100
B — 70 to 79
C — 60 to 69
D — 50 to 59
E — Under 50
(Passing mark is 50)

| SUBJECT | | FIRST REPORT Pupil's Marks | FIRST REPORT Attitude and Effort (Ex-Excellent, VG-Very Good, G-Good, F-Fair, P-Poor) | SECOND REPORT Pupil's Marks | SECOND REPORT School Medians | THIRD REPORT Pupil's Marks | THIRD REPORT School Medians | FINAL REPORT |
|---|---|---|---|---|---|---|---|---|
| ENGLISH | Literature | 46 | G | 45 | 60 | 66 | 62 | 59 |
| | Composition | 60 | G | 72 | 64 | 60 | 59 | 64 |
| SOCIAL STUDIES | History | | | | | | | |
| | Geography | 45 | F | 51 | 58 | 61 | 66 | 66 |
| MATHEMATICS | Mathematics alg. | 60 | G | 50 | 61 | 39 | 64 | 50 |
| | Arithmetic Geom. | | | 50 | 54 | 58 | 67 | |
| SCIENCE | General Science | 71 | G | 54 | 68 | 64 | 75 | 56 |
| | Chemistry | | | | | | | |
| | Physics | | | | | | | |
| | Biology | | | | | | | |
| LANGUAGES | French | 74 | G | 60 | 59 | 58 | 63 | 60 |
| | Latin | | | | | | | |
| | German | | | | | | | |
| ART | | | | | | | | |
| MUSIC | | | | | | | | |
| HOME ECONOMICS | | | | | | | | |
| INDUSTRIAL ARTS | | | | | | | | |
| COMMERCIAL | Record Keeping | | | | | | | |
| | Business Arithmetic | | | | | | | |
| | Business Practice | | | | | | | |
| | Bookkeeping | | | | | | | |
| | Typewriting-Exam | 39 | P | 45 | 51 | 28 | 52 | 58 |
| | Typewriting-W.P.M. | | | | | | | 24 |
| | Shorthand-Exam | | | | | | | |
| | Shorthand-W.P.M. | | | | | | | |
| | Related English | | | | | | | |
| | Retail Merchandising | | | | | | | |
| HEALTH | | | | | | P | | P |
| PHYSICAL EDUCATION | | abs | | 80 | 55 | 65 Uns. | | P |

TEACHER'S COMMENTS

FIRST REPORT:

Ralph is working well. W are looking for better progr

SECOND REPORT:

Ralph may be a little over fident in his ability to do Grade X work. Too many of h marks are borderline. More concentrated effort on his st should better his standing.

THIRD REPORT:

Ralph's mark indicate the possibility of supplementals. Algebra, and Typing, depend upon the result of the Jan examinations.

FINAL REPORT:

JUNE 1960 [signature]
Teacher or Principal

## TO PUPILS AND PARENTS

This report from the school is for the information of both pupil and parents. Both should study it with care. Both are invited to discuss any part of it with the teacher concerned or with the principal. Appointments for this purpose are made gladly. Comments from parents are invited below.

The return of the report within a week is requested.

### COMMENTS

FIRST REPORT:

Signature of parent or guardian Helene Krolik

SECOND REPORT:

Signature of parent or guardian Helene Krolik

THIRD REPORT:

Signature of parent or guardian Helene Krolik

### FINAL REPORT

DECISION REGARDING PROMOTION
TO BE ANNOUNCED BY THE INSPECTOR

June 195........

R. Pybus
Teacher or Principal.

15M–3-57.

Form 1-13

SCHOOL DISTRICT OF WINNIPEG No. 1

# REPORT CARD

## Grades VII, VIII, and IX

REPORT OF Ralph Krolik

STUDENT IN River Heights JUNIOR HIGH SCHOOL

GRADE 9 SCHOOL YEAR 1958 TO 1959 ROOM NO. 11

Ruth A. Pybus HOME ROOM TEACHER

### TO PARENT OR GUARDIAN:

The object of this report is to give you an estimate of your child's achievement in school studies and of his development as a citizen.

Education in school provides an opportunity to acquire knowledge, habits and skills, and to develop traits, attitudes and ideals that should enable the pupil to live usefully and happily. Close co-operation between the home and the school will aid in achieving these ends.

To be successful in Junior High School a student will find it necessary to do some homework. The amount will not be the same for all students and will vary from day to day. Sometimes it will be assigned by the teacher; at other times it may be done by the student because he sees the value of independent work. If a pupil is weak in a subject the day's work should be supplemented by homework. If a parent feels that the amount of homework is excessive, he should consult the school; if the pupil never has any, it would be wise to investigate.

It is asked that parents encourage reading of good books and make conditions in the home favorable for quiet concentrated effort.

### ATTENDANCE RECORD

NOTICE: Absence or irregular attendance hinders the student's progress.

When a student returns to school after having been absent he must present a dated note from a parent or guardian giving the reason for the absence.

| | Sept. | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | Apr. | May | June |
|---|---|---|---|---|---|---|---|---|---|---|
| Half Days Absent | 6 | 0 | 2 | 3 | 0 | 0 | 2 | 7 | 0 | 1 |
| Times Late | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |

## SCHOLARSHIP

Student Ralph Krolik

Subject achievement rating aims at giving an estimate of how well the useful knowledge and skills of that subject have been mastered. A comparison of the percentage mark for each subject as given below with the median or middle mark will indicate how this student compares with other students in the same grade. It will also help teacher, student, and parent or guardian to judge where best work is done and where greatest difficulty is found. Knowledge of this nature is especially important in giving later assistance to the student in choosing courses best suited to him.

| | FIRST REPORT | | SECOND REPORT | | THIRD REPORT | | FINAL REPORT | |
|---|---|---|---|---|---|---|---|---|
| | Pupil's Rating | Median | Pupil's Rating | Median | Pupil's Rating | Median | Pupil's Rating | Median |
| Spelling | 100 | | 92 | 80 | 86 | 75 | 88 | |
| Writing | | | | | | | | |
| Language | 69 | | 54 | 69 | 66 | 69 | | |
| Literature | 72 | | 72 | 68 | 59 | 75 | 67 | |
| Mathematics | 55 | | 61 | 62 | 51 | 56 | | |
| Science | 55 | | 67 | 69 | 70 | 71 | | |
| Social Studies | 54 | | 57 | 58 | 61 | 62 | | |
| Latin | 65 | | (45) | 74 | 50 | 73 | 46 | |
| French | 70 | | 66 | 70 | 71 | 67 | 67 | |
| Art | | | D- | C+ | C | C | C+ | |
| Music | | | | | | | | |
| Physical Education | | | B- | C | C+ | C | C+ | |
| Industrial Arts | 50 | | 71 | | | | 60 | |
| Home Economics | | | | | | | | |
| Library | | | (E) | C | C- | C | C | |

## CHARACTER DEVELOPMENT

The behaviour traits listed here are considered important in the development of good character and are therefore of concern to the pupil, parent and teacher.

No mark opposite any trait means that the standard is satisfactory or that the teacher is not ready to comment.

A mark like this (V) means that improvement is desirable.

A mark like this (O) means that improvement has been made.

The initials are those of the teacher making the evaluation.

| | TRAIT | FIRST REPORT | SECOND REPORT | THIRD REPORT |
|---|---|---|---|---|
| PERSONAL AND SOCIAL HABITS | Is courteous | | | |
| | Is dependable | | | |
| | Respects rules and regulations of the school | | | |
| | Works and plays well with others | | | |
| | Is careful of public and private property | | | |
| STUDY AND WORK HABITS | Is industrious | ✓ | | |
| | Brings necessary supplies to class | | | |
| | Attends to instructions | | | |
| | Concentrates during study | ✓ | | |
| | Does neat written work | | | |

### SPECIAL NOTES TO PARENTS

FIRST REPORT: Too many 50's for a successful beginning R.P.

SECOND REPORT:

THIRD REPORT: This is an improvement R.P.

DATE April 1956

TEACHER'S COMMENTS

Working fairly satisfactorily
Sorry spelling went down E.T.
Very bad mark in SS.
Well done. A.J.P.

PARENT'S COMMENTS

Parent's Signature Helene Krolik

DATE June 1956

TEACHER'S COMMENTS

Usually dependable.
A nice child.
E Tennant.

Promoted to Gr. VII with B standing.

Principal's Signature A.J. Pybus

REPORT TO PARENTS

Name Ralph Krolik

School Brock-Corydon Grade VI

Teacher ________ Room No. 6.

# WINNIPEG PUBLIC SCHOOLS

GRADES IV to VI

Form H1-11

15M-7-52 (50's)

**INTERPRETATION OF LETTERS**

A—Excellent.
B—Very good.
C—Normal progress for the grade.
D—Below average.
E—Seriously below grade standard.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **HABITS AND ATTITUDES** | | | | |
| 1. Follows directions | C | C | C | C |
| 2. Completes work promptly | B | B | B | B |
| 3. Observes school regulations | C | D | C | C |
| 4. Respects the rights of others | C | D | C | C |
| 5. Is courteous | C | C | B | B |
| 6. Is dependable | C | C | B | B |
| 7. Makes an earnest effort | C | C | B | B |
| 8. Show initiative | B | C | B | B |
| **Progress in LANGUAGE ARTS** | | | | |
| 1. In reading with understanding | C | B | B | B |
| 2. In interest in reading | B | C | B | B |
| 3. In expression of thoughts orally | | | | |
| 4. In expression of thoughts in writing | B | B | B- | D+ |
| 5. In learning to spell words needed | C | B | C | C+ |
| 6. In handwriting | B | B+ | A | B |
| **Progress in SOCIAL STUDIES** | | | | |
| 1. In developing interest in and understanding of own and other communities | C | C | B | B |
| 2. In obtaining information and materials independently | C | C | C | B |
| Exam | | | E | |
| **Progress in ARITHMETIC** | | | | |
| 1. In working with accuracy and reasonable speed | A | A | A | B- |
| 2. In ability to reason Problems | B | A | B | B- |
| **Progress in NATURAL SCIENCE** | | | | |
| 1. In ability to observe closely and to form conclusions tests | C | C | B | C |
| 2. In developing interest in and understanding of natural science | C | — | | |
| **HEALTH** | | | | |
| 1. Is developing an understanding of healthful living | D | D+ | C+ | D |

Name *Ralph Krolik*

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **MUSIC** (Check one) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | | | | ✓ |
| 3. Shows little interest | ✓ | ✓ | ✓ | |
| **ART** (Check one) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |
| **PHYSICAL EDUCATION** (Check one) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | C- | ✓ | ✓ |
| 3. Shows little interest | | | | |
| **OTHER ACTIVITIES** | | | | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

| ATTENDANCE | Sept. | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | Apr. | May | June |
|---|---|---|---|---|---|---|---|---|---|---|
| Days present | 18 | 20 | 22 | 17 | 18 | 19 | 19 | 15½ | 18 | 21 |
| Days absent | 1 | 0 | 0 | 0 | 3 | 0 | 2 | ½ | 4 | 0 |
| Times late | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

TO PARENTS:

This report is sent home four times a year to inform you of the progress your child is making. If special help is needed to progress with the class you will be invited to confer with the teacher.

You are welcome to arrange to visit the school for a conference with the teacher or principal for further information about your child.

*A J Pybus*
Principal

DATE *Nov.* 19

**TEACHER'S COMMENTS**

*Ralph is eager to learn, but usually wants more than his share of attention.*
*Reading unsatisfactory [illegible]*

**PARENT'S COMMENTS**

Parent's Signature *Helene Krolik*

DATE *Feb* 195

**TEACHER'S COMMENTS**

*[illegible] Satisfactory*
*Reading improved*
*Working satisfactorily*
*E Dennault*
*Has ability to earn more than [illegible]*

**PARENT'S COMMENTS**

Parent's Signature *H Krolik*

DATE Feb. 1 195 5

TEACHER'S COMMENTS

Ralph has worked hard this term and greatly improved his spelling and English. His more careful attention in class is reflected in his marks.

Teacher's Signature E. Tyles

PARENT'S COMMENTS

Parent's Signature Mrs. H Krolik

DATE April 29 195 5

TEACHER'S COMMENTS

Good work.

Teacher's Signature E. Tyles

PARENT'S COMMENTS

Parent's Signature Mrs. H Krolik

June 30th, 195 5

Promoted to Grade Six

Principal's Signature J. H. Armstrong

# WINNIPEG PUBLIC SCHOOLS

## REPORT TO PARENTS

Grades IV to VI

Name Ralph Krolick

School Brock-Corydon Grade V

Teacher E. A. Tyles Room No. 10

TO PARENTS:

This report is sent home four times a year to inform you of the progress your child is making. You are invited to arrange to visit the school for a conference with the teacher or principal for further information about your child.

J. H. Armstrong
PRINCIPAL

Form 1-11

15M-6-53 (50's)

PUPIL'S NAME Ralph Krolick

INTERPRETATION OF LETTERS

A—means that the quality and quantity of work done have been Excellent.

B—means that the quality and quantity of work done have been Above the Average.

C—means that the quality and quantity of work done have been Average.

——— DANGER LINE ———

D—means that the quality and quantity of work done have been Below the Average.

E—means that the quality and quantity of work done have Not Been Acceptable.

If any item is not marked, it indicates that the teacher is not ready to report.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **LANGUAGE** | | | | |
| 1. Reading with understanding | C | C | C | C |
| 2. Interest in reading | | C | C | C |
| 3. Expression of thoughts orally | C | C | C | C |
| 4. Expression of thoughts in writing | D | C | C | C |
| 5. Learning to spell words needed | C | A | A | A |
| 6. Handwriting | C | C | B | C |
| **SOCIAL STUDIES** | | | | |
| 1. Developing interest in and understanding of their own and other communities | C | C | B | C |
| 2. Obtaining information and materials independently | | C | C | B |
| **ARITHMETIC** | | | | |
| 1. Working with accuracy and reasonable speed | B | B | B | B |
| 2. Ability to reason | C | B | B | B |
| **NATURAL SCIENCE** | | | | |
| 1. Learning to observe | | | | |
| 2. Developing an understanding of nature | | | ✓ | ✓ |
| **MUSIC** (Check one) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **ART** (Check one) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |
| **PHYSICAL EDUCATION** (Check one) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |

HABITS AND ATTITUDES

Interpretation of Letters

S—satisfactory.
U—unsatisfactory.
I—shows improvement.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Follows directions | U | I | S | S |
| 2. Completes work promptly | S | S | S | S |
| 3. Observes school regulations | S | S | S | U |
| 4. Respects the rights of others | S | S | S | U |
| 5. Is courteous | S | S | S | S |
| 6. Is dependable | S | S | S | S |
| 7. Makes an effort | S | S | S | S |
| 8. Shows initiative | S | S | S | S |
| 9. | | | | |

ATTENDANCE

After having been absent, a pupil must present a dated note from a parent or guardian giving the reason for the absence.

| | Sept. | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | April | May | June |
|---|---|---|---|---|---|---|---|---|---|---|
| Days present | 15 | 19 | 22 | 16½ | 21 | 18 | 23 | 14 | 21 | 22 |
| Days absent | 3 | 1 | – | ½ | – | – | – | 1 | – | – |
| Times late | – | – | – | – | – | – | – | – | – | – |

DATE Nov 15 195

TEACHER'S COMMENTS

Ralph's greatest weakness is in English. I am sure the source of his trouble is his lack of attention during lessons. He can do much better.

Teacher's signature E. Tyler

PARENT'S COMMENTS

Parent's signature Mrs. H Krolick

DATE Feb 1954

TEACHER'S COMMENTS

Ralph is very anxious to succeed. [I] believe he will do well in life. His work shows considerable improvement.

[illegible] Ralph. J.R. Armstrong

Teacher's Signature Mrs. Swan

PARENT'S COMMENTS

Parent's Signature Mrs. H. Krolik

DATE April 30 1954

TEACHER'S COMMENTS

His arith. is improving mainly because his writing and work generally is neater. I am looking for very good work from Ralph, this last term.

Teacher's Signature Mrs. A. Swan

PARENT'S COMMENTS

Parent's Signature Mrs. Helene Krolik

June 30th, 195......

A good year's work. Promoted to Gr. 5. Mrs. Swan.

Principal's Signature J.R. Armstrong

# WINNIPEG PUBLIC SCHOOLS

## REPORT TO PARENTS

Grades IV to VI

Name [illegible]

School [illegible] Grade [illegible]

Teacher Miss Fyles Mrs. Swan Room No. 7

TO PARENTS:

This report is sent home four times a year to inform you of the progress your child is making. You are invited to arrange to visit the school for a conference with the teacher or principal for further information about your child.

J.R. Armstrong

PRINCIPAL

PUPIL'S NAME Ralph Krolick

## INTERPRETATION OF LETTERS

A—means that the quality and quantity of work done have been Excellent.

B—means that the quality and quantity of work done have been Above the Average.

C—means that the quality and quantity of work done have been Average.

——— DANGER LINE ———

D—means that the quality and quantity of work done have been Below the Average.

E—means that the quality and quantity of work done have Not Been Acceptable.

If any item is not marked, it indicates that the teacher is not ready to report.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **LANGUAGE** | | | | |
| 1. Reading with understanding | C | C | B | B |
| 2. Interest in reading | C | C | B | B |
| 3. Expression of thoughts orally | C | C | C | C |
| 4. Expression of thoughts in writing | | C | B | B |
| 5. Learning to spell words needed | C | C | C | B |
| 6. Handwriting | D | D | C | C |
| **SOCIAL STUDIES** | | | | |
| 1. Developing interest in and understanding of their own and other communities | C | B | B | B |
| 2. Obtaining information and materials independently | C | B | C | B |
| **ARITHMETIC** | | | | |
| 1. Working with accuracy and reasonable speed | C | D | D | C |
| 2. Ability to reason | D | E | E | C |
| **NATURAL SCIENCE** | | | | |
| 1. Learning to observe | | C | C | C |
| 2. Developing an understanding of nature | – | C | C | C |
| **MUSIC** (Check one) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **ART** (Check one) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |
| **PHYSICAL EDUCATION** (Check one) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |

## HABITS AND ATTITUDES

**Interpretation of Letters**

S—satisfactory.
U—unsatisfactory.
I—shows improvement.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Follows directions | S | S | S | S |
| 2. Completes work promptly | S | S | S | S |
| 3. Observes school regulations | S | S | S | S |
| 4. Respects the rights of others | S | S | S | S |
| 5. Is courteous | S | S | S | S |
| 6. Is dependable | S | S | S | S |
| 7. Makes an effort | S | S | S | S |
| 8. Shows initiative | S | S | S | S |
| 9. | | | | |

## ATTENDANCE

After having been absent, a pupil must present a dated note from a parent or guardian giving the reason for the absence.

| | Sept. | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | April | May | June |
|---|---|---|---|---|---|---|---|---|---|---|
| Days present | 11 | 19 | 21 | 17 | 20 | 20 | 23 | 16 | 19 | 20 |
| Days absent | 2 | 2 | – | – | – | – | – | – | – | 2 |
| Times late | – | – | – | – | – | – | – | – | – | – |

DATE [illegible] 195

## TEACHER'S COMMENTS

Ralph can do better work if he takes more care

Teacher's signature [illegible]

## PARENT'S COMMENTS

Parent's signature Mrs. Helene Krolick



DATE April 30 1953

ACHER'S COMMENTS Ralph's ogress is satisfactory - cept in Arithmetic which ld improve. Inclined to sh through his work d consequently his iting suffers. Works id

M. Kellington

RENT'S COMMENTS

nt's signature Mrs. Helen Krolik

DATE June 30 1953

ACHER'S COMMENTS

omoted to Grade IV

ipal's signature Dorothy E. Lane

# REPORT TO PARENTS

Name Ralph Krolik

School Brock Corydon Grade 3

Teacher L. Rungle Room No. Library

# WINNIPEG PUBLIC SCHOOLS

GRADES I to III

Form 1-11A

15M-7-51 (50's)

NTERPRETATION OF LETTERS

—Excellent.
—Very good.
—Normal progress for the grade.
—Below average.
—Seriously below grade standard.

| ABITS AND ATTITUDES | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Follows directions | D | C | C | C |
| 2. Completes work promptly | C | C | C | C |
| 3. Observes school regulations | D | C | C | C |
| 4. Respects the rights of others | D | C | C | C |
| 5. Is courteous | C | C | C | C |
| 6. Is dependable | D | C | C | C |
| 7. Makes an earnest effort | C | C | C | C |
| 8. Shows initiative | C | C | C | C |
| **rogress In LANGUAGE ARTS** | | | | |
| 1. In reading with understanding | C | C | C | C+ |
| 2. In interest in reading | C | C | C | C+ |
| 3. In expression of thoughts orally | C | C | C | C |
| 4. In expression of thoughts in writing | C | C | C | C+ |
| 5. In learning to spell words needed | C | C | C | C |
| 6. In handwriting | C | C | C | C |
| **rogress In SOCIAL STUDIES** | | | | |
| . In developing interest in and understanding of the community | C | C | C | C |
| . In contributing additional information and material | C | C | C | C |
| **rogress In ARITHMETIC** | | | | |
| . In skill in use of numbers | C | C | C | C |
| . In ability to reason | C | C | C | C |
| **rogress In NATURAL SCIENCE** | | | | |
| . In learning to observe | C | C | C | C |
| . In developing interest in and understanding of nature | C | C | C | C |
| **EALTH** | | | | |
| Observes health rules | C | C | C | C |

Name Ralph Krolik

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **MUSIC** (*Check one*) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |
| **ART** (*Check one*) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |
| **PHYSICAL EDUCATION** (*Check one*) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |
| **OTHER ACTIVITIES** | | | | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| **ATTENDANCE** | | | | |
| Days present | [illegible] | 57 | 46 | 37.5 |
| Days absent | 1 | 0 | 2 | 3.5 |
| Times late | 0 | 0 | 0 | |

TO PARENTS:

This report is sent home four times a year to inform you of the progress your child is making. If special help is needed to progress with the class you will be invited to confer with the teacher.

You are welcome to arrange to visit the school for a conference with the teacher or principal for further information about your child.

Dorothy E. Lane
Principal

DATE [illegible] 195[illegible]

TEACHER'S COMMENTS Ralph can, and does sometimes give very good work. His behaviour must improve. If he attended to his own business, instead of his neighbours, he could be in the top section of the class. D. S. Bruyk.

PARENT'S COMMENTS

Parent's signature Mrs Helen Krolik

DATE February 1953

TEACHER'S COMMENTS

Ralph is working very hard and doing his best.

[illegible] Truyk

PARENT'S COMMENTS

I am very pleased to hear that, he is going to keep up good work

Parent's signature Mrs Helen Krolik

DATE Apr. 3 1951

TEACHER'S COMMENTS

Keep up the good effort Ralph!

PARENT'S COMMENTS

Parent's signature Mrs. H. Krolick

DATE June 29 1951

TEACHER'S COMMENTS

Promoted to Grade II

Principal's signature V. Dotten per VE

# REPORT TO PARENTS

Name Ralph Krolick

School Inkster Heights Grade 1

Teacher M. Clegg Room No. 2

## WINNIPEG PUBLIC SCHOOL

GRADES I to II

Form 1-11A

15M-8-50