## PARENT'S OR GUARDIAN'S REPORT

**FIRST REPORT:**

This student studies at home ............hours daily.

Remarks:

**SECOND REPORT:**

This student studies at home ............hours daily.

Remarks:

_(Signature)_

**THIRD REPORT:**

This student studies at home ............hours daily.

Remarks:

_(Signature)_

**Fold Here**

---

6M-4-60

Form 1-44

## THE WINNIPEG SCHOOL DIVISION No. 1

## GRADES X, XI AND XII

Report of ...........................................

Student in ............................. High School

For school year September, 19.5? to June 19.6.

Course........................ Grade.X. Room.2.6.

Home Room Teacher ....................................

### TO PARENT OR GUARDIAN:

The purpose of this report is to provide you with an evidence of the student's progress in school. Immediate attention to the reports is requested. Interviews and enquiries are invited.

**MEDIAN:** The median is the middle mark in the grade for our school. This middle mark makes it possible to compare the performance of a student with other students in the same grade and course.

**HOME STUDY:** Students should follow systematic study schedule under conditions favourable to quiet, concentrated, and effective effort. Home study should be divided between preparation of assignments and a review of work taken previously.

### ATTENDANCE RECORD

**NOTICE:** Irregular attendance hinders the student's progress.

When a student returns to school after having been absent, he must present a dated note from a parent or guardian stating the reason for absence.

**Fold Here**

| | Sept. | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | Apr. | May | June |
|---|---|---|---|---|---|---|---|---|---|---|
| Days Absent | 0 | 0 | ½ | 5 | 0 | 0 | 0 | 0 | 5 | 2 |
| Times Late | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 2 |

## INTERPRETATION OF LETTERS:

A—Excellent.
B—Very good.
C—Normal progress for the grade.
D—Below average.
E—Seriously below grade standard.

## HABITS AND ATTITUDES

1. Follows directions.
2. Completes work promptly.
3. Observes school regulation.
4. Respects the rights of others.
5. Is courteous.
6. Is dependable.
7. Makes an honest effort.
8. Shows initiative.

## Progress in LANGUAGE ARTS

1. Is reading with understanding.
2. Is interest in reading.
3. In expression of thought orally.
4. In expression of thought in writing.
5. In learning to spell words needed.
6. In handwriting.

## Progress in SOCIAL STUDIES

1. In developing interest in and understanding of the community.
2. In contributing additional information and material.

## Progress in ARITHMETIC

1. In skill in use of numbers
2. In ability to reason.

## Progress in NATURAL SCIENCE

1. In learning to observe.
2. In developing interest in and understanding of nature.

## HEALTH

1. Observes health rules.

Name ............................................

### MUSIC (Check one)

1. Outstanding achievement.
2. Satisfactory participation.
3. Shows little interest.

### ART (Check one)

1. Outstanding achievement.
2. Satisfactory participation.
3. Shows little interest.

### OTHER ACTIVITIES

1. ............................
2. ............................
3. ............................
4. ............................

### PHYSICAL EDUCATION (Check one)

1. Outstanding achievement.
2. Satisfactory participation.
3. Shows little interest.

### ATTENDANCE

Days present ............................
Days absent ............................
Times late ............................

### TO PARENTS:

This report is sent home four times a year to inform you of the progress your child is making. If special help is needed or progress with the class you will be invited to confer with the teacher.

You are welcome to arrange to visit the school for a conference with the teacher or principal for further information about your child.

### PARENTS' COMMENTS

Parent's signature ............................

### PARENTS' COMMENTS

Parent's signature ............................

### TEACHER'S COMMENTS

DATE ............................ 195_

### TEACHER'S COMMENTS

DATE ............................ 195_

### PARENTS' COMMENTS

Parent's signature ............................

## INTERPRETATION OF LETTERS

A—Excellent.
B—Very good.
C—Normal progress for the grade.
D—Below average.
E—Seriously below grade standard.

| HABITS AND ATTITUDES | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Follows direction. | B | C | C | |
| 2. Completes work promptly. | C | C | C | |
| 3. Observes school regulations. | C | C | C | |
| 4. Respects the rights of others. | C | C | C | |
| 5. Is courteous. | C | C | C | |
| 6. Is dependable. | D | C | C | |
| 7. Makes an earnest effort. | D | C | C | |
| 8. Shows initiative. | D | C | C | |

### Progress in LANGUAGE ARTS
| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. In reading with understanding. | C | C+ | C | |
| 2. In interest in reading. | C | C | C | |
| 3. In expression of thoughts orally. | C | C | C | |
| 4. In expression of thoughts in writing. | C | C | C | |
| 5. In learning to spell words needed. | C | C+ | C | |
| 6. In handwriting. | C | C | C | |

### Progress in SOCIAL STUDIES
| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. In developing interest in and understanding of the community. | C | C | C | |
| 2. In contributing auditions, information and material. | C | C | C | |

### Progress in ARITHMETIC
| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. In skill in use of numbers. | C | C | C | |
| 2. In ability to reason. | C | C | C | |

### Progress in NATURAL SCIENCE
| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. In learning to observe. | C | C | C | |
| 2. In developing interest in and understanding of nature. | C | C | C | |

### HEALTH
| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Observes health rules. | C | C | C | |

Name: _____

MUSIC (Check one)
| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement. | | | | |
| 2. Satisfactory participation. | ✓ | ✓ | ✓ | |
| 3. Shows little interest. | | | | |

ART (Check one)
| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement. | | | | |
| 2. Satisfactory participation. | ✓ | ✓ | ✓ | |
| 3. Shows little interest. | | | | |

PHYSICAL EDUCATION (Check one)
| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement. | | | | |
| 2. Satisfactory participation. | ✓ | ✓ | ✓ | |
| 3. Shows little interest. | | | | |

### OTHER ACTIVITIES
1. _____
2. _____
3. _____
4. _____

### ATTENDANCE
| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days present. | | | | |
| Days absent. | 0 | 1 | 0 | |
| Times late. | 0 | 3 | 4 | |

### TO PARENTS:
This report is sent home four times a year to inform you of the progress your child is making. If special help is needed to progress with the class you will be invited to confer with the teacher.

You are welcome to arrange to visit the school for a conference with the teacher or principal for further information about your child.

_____ Principal

DATE _____ 195__

### TEACHER'S COMMENTS

*(handwritten teacher's comments)*

### PARENT'S COMMENTS

Parent's signature _____

### TEACHER'S COMMENTS

*(handwritten teacher's comments)*

DATE _____ 195__

### PARENT'S COMMENTS

*(handwritten parent's comments)*

Parent's signature _____

Pupil's Name _____

**5TH FLOOR**

**INTERPRETATION OF LETTERS**

A—means that the quality and quantity of work done have been Excellent.

B—means that the quality and quantity of work done have been Above the Average.

C—means that the quality and quantity of work done have been Average.

— DANGER LINE —

D—means that the quality and quantity of work done have been Below the Average.

E—means that the quality and quantity of work done have Not Been Acceptable.

If any item is not marked, it indicates that the teacher is not ready to report.

| LANGUAGE | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Reading with understanding. | C | C | B | B |
| 2. Interest in reading. | C | C | B | B |
| 3. Expression of thought orally. | C | C | C | C |
| 4. Expression of thought in writing. | C | C | B | B |
| 5. Learning to spell words needed. | C | C | B | B |
| 6. Handwriting. | D | D | C | C |

| SOCIAL STUDIES | | | | |
|---|---|---|---|---|
| 1. Developing interest in and understanding of their own and other communities. | C | C | B | B |
| 2. Obtaining information and materials independently. | C | C | B | B |

| ARITHMETIC | | | | |
|---|---|---|---|---|
| 1. Working with accuracy and reasonable speed. | C | C | D | C |
| 2. Ability to reason. | | C | E | C |

| NATURAL SCIENCE | | | | |
|---|---|---|---|---|
| 1. Learning to observe. | | C | C | C |
| 2. Developing an understanding of nature. | | C | C | C |

**MUSIC** (Check one)
1. Outstanding achievement. _____
2. Satisfactory participation. _____ ✓
3. Shows little interest. _____

**ART** (Check one)

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement. | | | | |
| 2. Satisfactory participation. | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest. | | | | |

**PHYSICAL EDUCATION** (Check one)

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement. | | | | |
| 2. Satisfactory participation. | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest. | | | | |

**HABITS AND ATTITUDES**

Interpretation of Letters
S—satisfactory.
U—unsatisfactory.
I—shows improvement.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Follows directions. | S | S | S | S |
| 2. Completes work promptly. | S | S | S | S |
| 3. Observes school regulations. | S | S | S | S |
| 4. Respects the rights of others. | S | S | S | S |
| 5. Is courteous. | S | S | S | S |
| 6. Is dependable. | S | S | S | S |
| 7. Makes an effort. | S | S | S | S |
| 8. Shows initiative. | S | S | S | S |

**ATTENDANCE**

After having been absent, a pupil must present a dated note from a parent or guardian giving the reason for the absence.

| | Sept. | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | April | May | June |
|---|---|---|---|---|---|---|---|---|---|---|
| Days present. | | | | | | | | | | |
| Days absent. | | | | | | | | | | |
| nes les. | | | | | | | | | | |

**TEACHER'S COMMENTS**

DATE _____ 195__

Ralph has done better work in his later marking periods.

Teacher's signature _____

**PARENTS COMMENTS**

Parent's signature _____



# OCHSNER CLINIC

1514 JEFFERSON HIGHWAY
NEW ORLEANS, LA. 70121
CABLE ADDRESS: OCHSCLINIC
(504) 842-4025
FAX (504) 842-3236

# RECEIVED

SEP 1 7 1998

**E C F M G**
~~TCS~~ M

DEPARTMENT OF PSYCHIATRY
CHAIRMAN
    ALVIN M. ROUCHELL, M.D.

GENERAL PSYCHIATRY
    RUDOLPH H. EHRENSING, M.D.
    GERALD C. HEINTZ, M.D.
    DEAN A. HICKMAN, M.D.
    CECILE L. MANY, M.D.
    RICHARD F. MESTAYER, III, M.D.
    MARY C. W. OLMSTED, M.D.
    JUDITH M. ROHEIM, M.D.
    ALVIN M. ROUCHELL, M.D.
    GAYLE F. WURZLOW, M.D.

CHILD PSYCHIATRY
    CECILE L. MANY, M.D.
    JUDITH M. ROHEIM, M.D.

CLINICAL PSYCHOLOGY
    R. JOHN WAKEMAN, PH.D., HEAD
    ROBERT P. BAKER, PH.D.
    PATRICIA BROCKMAN, PH.D.
    ADEN A. BURKA, PH.D.
    MORRIS E. BURKA, III, PH.D.
    EILEEN I. CORREA, PH.D.
    PAMELA R. HOBLIT, PH.D.

CLINICAL SOCIAL WORK
    LEONARD G. HUDZINSKI, PH.D., HEAD
    MARVIN W. CLIFFORD, B.C.S.W., D.S.W
    JON GLOVER, B.C.S.W.
    LEONARD GRUBSTEIN, B.C.S.W.
    SUSAN G. KROLL-SMITH, B.C.S.W.
    PHYLLIS SHNAIDER, B.C.S.W.
    HELEN STAVROS, B.C.S.W.
    EILEEN M. WYNNE, B.C.S.W.

September 11, 1998

Ms. Mary McAvinue, Manager
Test Center Program
3624 Market Street
Philadelphia, PA 19104-268

Re:   Ralph Krolick, M.D.
      ID# USMLE0-546-768-3

Dear Ms. McAvinue:

Dr. Krolick has been under my care for the past several months. He has a life long history of attention deficit disorder, hyperactive impulsive type with a learning disability the dyslexic type. That is in language processing. Due to this disorder, he needs additional time in his test taking and he needs individual testing. I hope you can be of assistance to him in this regard.

Sincerely,

Gayle F. Wurzlow, M.D.

GFW:amb



NBME00185





**CLINIC FOUNDATION**
DEPARTMENT OF
PSYCHIATRY

*CHAIRMAN*
Alina M. Randall, M D

*GENERAL PSYCHIATRY*
Milton W Anderson, M.D.
Rudolph H Ebrassma, M.D
Dean A Hickman M.D
Michael V Knight, M.D
Gayle L Mary, M.D.
Richard F Alestayer, III, M D
Phuong Nguyen M.D
Mary C W Okotel, M.D
Indah M Robem M.D
Alma M Randall, M.D
Gayle F Wurzlow M D

*CHILD PSYCHIATRY*
Milton W Anderson, M.D., Head
Gayle Mary M.D
Indah M Robem, M.D
Jason H Wuttke, M.D. M PH

*CLINICAL PSYCHOLOGY*
R John Wakeman, Ph D, Head
Robert P Baker Ph D
Patricia Brockman, Ph D
Adam A Burke Ph D
Morris E Burke, III, Ph D
Ellen I Comer Ph D
Pamela R Hobbit Ph D

*CLINICAL SOCIAL WORK*
Phyllis Shander, L C S W, Head
Sharon W Clifford, Ph D., L C S W
Scott I Dufrene, L C S W
Stephanie R Gordon, L C S W
Leonard Grabstein, L C S W
Enrique Ortiz, L C S W
Dorothy Seaman, L C S W
Helen Stavros, PhD, L C S W

September 18, 2003

RECEIVED
OCT 0 1 2003
Disability Services

Mr. Steven S. Seeling, J.D.
Vice President for Operations
Educational Commission for Foreign
Medical Graduates
3624 Market Street
Philadelphia, PA 19104-2685

RE:    Ralph Krolik
ID#:   0546768-3

Dear Mr. Seeling,

I am again writing to you regarding Dr. Ralph Krolik. He will be taking his exam again and is asking for consideration (time allotment and if possible, a quiet test environment) for his Attention Deficit Disorder, Hyperactive Type. Please see m letter of December 16, 1998 for the full report of Dr. Krolik's condition.

ADHD is a lifelong problem for most people and certainly for Dr. Krolik. I am hoping with some consideration he can focus on the exam material.

Thank you for your consideration.

Sincerely,

Gayle F. Wurzlow, M.D.

GFW:lr
Enclosures



NBME00071

PAGE 88/88 * RCVD AT 11/23/2005 8:03:49 PM [US Mountain Standard Time] * SVR:R3 * DNIS:6052 * CSID: * DURATION (mm-ss):30-02

3-01-2001  11:15AM   FROM

| Student Number | Student Name | | | Citizenship | | Sex |
|---|---|---|---|---|---|---|
| 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 | KROLIK, Ralph Elliott | | | USA | | Male |
| Address | | | | Date of Birth | Place of Birth | |
| 1101 El Alhambra Circle, NW, Albuquerque, New Mexico 87107 | | | | November 22, 1944 | Winnipeg, Manitoba, Canada | |
| Entrance Date | Graduation Date | | | Degree Conferred | | |
| September 1992 | OCTOBER 26, 1996 | | | DOCTOR OF MEDICINE | | |

| Course # | Title | Sem.Hrs | Grade |
|---|---|---|---|
| | **September 1992 Semester** | | |
| 100 – | Anatomy | 10 | P |
| 107 – | Histology | 6 | P |
| 109 – | Embryology | 3 | P |
| 120 – | Biostatistics | 1 | P |
| | **September 1993 Semester** | | |
| 210 – | Medical Terminology | 2 | H |
| 212 – | Biochemistry | 6 | P |
| 221 – | Physiology I | 5 | P |
| 252 – | Medical Microbiology I | 3 | P |
| 360 – | Medical Psychology | 5 | P |
| | **January 1994 Semester** | | |
| 321 | Physiology II | 5 | P |
| 329 | Neuroscience I | 6 | P |
| 354 | Medical Microbiology II | 6 | P |
| 471 | Preventive Medicine | 1 | H |
| | **May 1994 Semester** | | |
| 415 | Pharmacology | 4 | P |
| 419 | Genetics | 4 | P |
| 464 | Pathology | 8 | P |
| 447 | Neuroscience II | 2 | P |
| | **September 1994 Semester** | | |
| 534 | Introduction to Clinical Medicine | 8 | P |
| 546 | Clinical Pathology | 7 | H |
| 591 | Biological Basis of Clinical Medicine | 5 | P |

| Course # | Title | Sem.Hrs | Grade |
|---|---|---|---|
| | **January 1995 Semester** | | |
| | Introduction to Medicine | 2 weeks | P |
| | **May 1995 Semester** | | |
| | Medicine | 9 weeks | P |
| | Psychiatry | 6 weeks | P |
| | Surgery | 12 weeks | P |
| | Medicine | 3 weeks | P |
| | **September 1995 Semester** | | |
| | Obstetrics/Gynecology | 4 weeks | P |
| | Pediatrics | 6 weeks | P |
| | Obstetrics/Gynecology | 2 weeks | P |
| | Medicine (Endocrinology) | 4 weeks | H |
| | **January 1996 Semester** | | |
| | Medicine (Dermatology) | 5 weeks | H |
| | (Cardiology) | 8 weeks | H |
| | (Hematology/Oncology) | 8 weeks | P |
| | (Pulmonary) | 1 week | P |
| | **May 1996 Semester** | | |
| | Medicine (Pulmonary) | 3 weeks | P |
| | Medicine (Renal) | 3 weeks | P |

NOV. 23, 2005  8:04PM   DOMENICI-LAW-FIRM            NO. 8439   P. 77/77

FROM :                                    PHONE NO. :                                    Mar. 30 2001 07:32AM P3

THE UNIVERSITY OF NEW MEXICO     ALBUQUERQUE, NEW MEXICO
OFFICE OF ADMISSIONS AND RECORDS

SCHOLASTIC
RECORD OF    KROLIK RALPH ELLIOTT
             (FIRST NAME FIRST)        501501514
                                       4803655
                                       STUDENT NO.          PREPARATORY RECORD

PERMANENT     3025 RIO GRND BLVD NW       HIGH SCHOOL: GRANT PARK                6/00/61
ADDRESS       ALBUQUERQUE NM              LOCATED AT: WINNIPEG MANITOBA CANADA   GRADUATED

DATE OF BIRTH 11/22/44        SEX MALE    ACCEPTABLE ENTRANCE UNITS
ENTRANCE DATE 9/16/65
PARENTS OR GUARDIAN'S NAME   ISAAC KROLIK
ADDRESS      490 CORDOVA ST
             WINNIPEG MAN CANADA

DEGREES   Bachelor of Science in Pharmacy
          August 8, 1969

BASIS FOR ADMISSION:   [X] CERTIFICATE   [ ] EXAMINATION   [ ] EARLY ADMISSION   [ ] TRANSFER

| DEPT. | COURSE NO. | COURSE TITLE | GR. | CREDIT | HOURS | DEPT. | COURSE NO. | COURSE TITLE | GR. | CREDIT | HOURS |
|-------|------------|--------------|-----|--------|-------|-------|------------|--------------|-----|--------|-------|
| | | | | | | | | 67 SPRING       PHAR | | 4803655 | |
| | | | | | | PHYSCS | 112 | GENERAL PHYSICS | C | 3 | 6 |
| | | 65 FALL        UNIV | | 4803655 | | CHEM | 302 | ORGANIC CHEMISTRY | C | 3 | 6 |
| BIOL | 101 | GENERAL BIOLOGY/LAB | C | 4 | 8 | PHYSCS | 114 | GENERAL PHYSICS LAB | B | 1 | 3 |
| CHEM | 101 | GENERAL CHEM/LAB | C | 4 | 8 | CHEM | 304 | ORGANIC CHEM LAB | B | 1 | 3 |
| ENGL | 101 | WRTG W/RDGS IN EXPOS | C | 3 | 6 | ECON | 200 | PRINCIPLES OF ECON | C | 3 | 6 |
| MATH | 160 | ELEM MATH FOR PHYS S | D | 5 | 11 | H ED | 171 | PERSONAL-COMMUN MLTH | C | 3 | 6 |
| P E | 126 | BEGINNING GOLF | A | | | ANTH | 101 | ORIG~ANTIQ OF MAN | C | 3 | 9 |
| | SEM | 16    27 1.6875 | | | | | SEM | 17    39 2.2941 | | | |
| | | | | | | | | 67 SUMMER       PHAR | | 501501514 | |
| | | 66 SPRING       UNIV | | 4803655 | | GEOG | 102 | GENERAL GEOGRAPHY | B | 3 | 9 |
| BIOL | 102 | GENERAL BIOLOGY/LAB | C | 4 | 8 | PHARM | 341 | INTRO PHARMACY/LAB | B | 5 | 15 |
| CHEM | 102 | GENERAL CHEM/LAB | C | 4 | 8 | | SEM | 8    24 3.0000 | | | |
| ENGL | 102 | WRTG W/RDGS IN LIT | C | 3 | 6 | | | | | | |
| HIST | 262 | HISTORY OF THE U S | B | 3 | 9 | | | 67 FALL        PHAR | | 501501514 | |
| | SEM | 14    31 2.2142 CUM 30 | | | | PHARM | 231 | ORIENTATION I | C | 1 | 2 |
| | | | | | | CHEM | 253 | QUANT ANALYSIS/LAB | C | 4 | 8 |
| | | | | | | PHM CH | 361 | INORG PHARMACEU CHEM | C | 2 | 4 |
| | | 66 SUMMER       UNIV | | 4803655 | | ACCT | 105 | PRINCIPLES OF ACCT | C | 3 | 6 |
| BIOL | 393 | GEN BACTERIOLOGY/LAB | C | 4 | 8 | BIOL | 429 | CELLULAR PHYSIOL/LAB | C | 4 | 8 |
| | SEM | 4    4 1.0000 CUM 34 | | | | | SEM | 14    28 2.0000 | | | |
| | | | | | | | | | | | |
| | | | | | | | | 68 SPRING       PHAR | | 501501514 | |
| | | 66 FALL        UNIV | | 4803655 | | PHARM | 232 | ORIENTATION II | A | 1 | 4 |
| CHEM | 301 | ORGANIC CHEMISTRY | D | 3 | 9 | GEOG | 101 | GENERAL GEOGRAPHY | C | 3 | 6 |
| CHEM | 303 | ORGANIC CHEM LAB | D | 1 | 3 | PHMCOG | 372 | GEN PHARMACOGNSY/LAB | C | 4 | 8 |
| HIST | 261 | HISTORY OF THE US | A | 3 | 12 | BIOL | 430 | VERTEB PHYSIOL/LAB | C | 4 | 8 |
| PHYSCS | 111 | GENERAL PHYSICS | D | 3 | 6 | CHEM | 323 | INTRO TO BIOL CHEM | B | 3 | 9 |
| PHYSCS | 113 | GENERAL PHYSICS LAB | C | 1 | 3 | | SEM | 15    43 2.8666 | | | |
| SPEECH | 255 | PUBLIC SPEAKING | C | 3 | 9 | | | | | | |
| | SEM | 14    30 2.1428 | | | | Basic Training, Fort Leonard Wood, Missouri; | | | | | |
| | | | | | | Nov-1962 to Feb-1963. | | | | | |
| | | | | | | | | First Aid | | 2 | |
| | | | | | | | | Hygiene | | 2 | |
| | | | | | | | | PE | | 4 | |

REMARKS: % Deficiency removed, Semester II, 1965-66.            FACULTY ACTION:

KROLIK RALPH ELLIOTT    4803655
(LAST NAME FIRST)        STUDENT NO.

ADVISEMENT COPY

FROM : 03/21/01 13:31 FAX 303 277 0809   PHONE NO.   UNM RECORDS & REG   Mar. 30 2001 07:33HM P4   @003/003

SCHOLASTIC RECORD (BACK)

KROLIK RALPH ELLIOTT   (LACY NAME FIRST)   501501514   STUDENT NO.

| DEPT. | COURSE NO. | COURSE TITLE | GR. | CREDIT | POINTS | DEPT. | COURSE NO. | COURSE TITLE | GR. | CREDIT | POINTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PHAR | | 501501514 | | | | | | | |
| 68 FALL | | | | | | | | | | | |
| HIST | 303 | HIST WORLD COMMUNISM | A | 3 | 12 | | | | | | |
| PHARM | 421 | PHARMACY MANAGEMENT | B | 3 | 9 | | | | | | |
| PHARM | 443 | OPERATIVE PHAR I/LAB | C | 5 | 10 | | | | | | |
| PHARM | 493 | INSPECTION TRIP | CR | 0 | 0 | | | | | | |
| PHM CH | 463 | ORG PHARM CHEM I | B | 3 | 9 | | | | | | |
| PHMCOL | 477 | PHARMACOLOGY III | B | 3 | 9 | | | | | | |
| SEM | 17 | 49 2.8823 | | | | | | | | | |
| | | | | | | | | | | | |
| SPRING 69 | | PHAR | | 501501514 | | | | | | | |
| HIST | 466 | THE CIVIL WAR | B | 3 | 9 | | | | | | |
| PHM CH | 464 | ORG PHAR CHEM II | C | 3 | 6 | | | | | | |
| PHARM | 444 | OPERATIVE PHM II/LAB | C | 5 | 10 | | | | | | |
| PHARM | 420 | PHARMACEUTICAL LAW | B | 3 | 6 | | | | | | |
| PHARM | 434 | HISTORY OF PHARMACY | A | 2 | 8 | | | | | | |
| GEOL | 102 | HISTORICAL GEOLOGY | B | 3 | 9 | | | | | | |
| SEM | 19 | 48 2.5363 | | 138 | 343 | | | | | | |

ADVANCED STANDING ACCEPTED:
The University of Mississippi, University, Missi-
ssippi; 1969-SS.

| Pharm | U | Dispensing Pharmacy | B | 8 | 24 |
|---|---|---|---|---|---|

ADVANCED STANDING ACCEPTED:
University of Colorado, Boulder, Colorado; 1968-SS.

| Phcl | U | Gen Pharmacology | B | 8 | 24 |
|---|---|---|---|---|---|
| Hist | U | Early Amer Frontier | B | 2 | 6 |

SCHOLARSHIP INDEX AT UNM   2.3405
RANK IN CLASS:   138 in class of 195

FACULTY ACTION (CONT.)

TRANSCRIPTS ISSUED:
Loyola Univ (f)            12/11/68 dk
Univ of Missouri           3/7/69 dk
Washington University      2/23/70 km
Student (2)                2/23/70 km

Student                    8/31/70 rl
Colo St. Univ.             9/23/70 caf
Kirksville College of Oste. &Surgery   10/9/70 rl
Hahnemann Medical College   10/9/70 rl
University of Arizona      10/16/70 mt
Student (4)                1/6/71 mt
UNM college of Medicine    9/8/71mt

ADVISEMENT COPY

FROM :                    PHONE NO.  :                    Mar. 13 2001 09:07PM P1

| Student Number | 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 | Student Name | KROLIK, Ralph Elliott | | Sex | Male |
|---|---|---|---|---|---|---|
| Address | 1101 El Alhambra Circle, NM, Albuquerque, New Mexico 87107 | | | Citizenship | USA | |
| | | | | Place of Birth | Winnipeg, Manitoba, Canada | |
| Entrance Date | September 1992 | Graduation Date | OCTOBER 26, 1996 | Date of Birth | November 22, 1944 | |
| | | | | Degree Conferred | DOCTOR OF MEDICINE | |

| Course # | Title | Sem. Hrs | Grade |
|---|---|---|---|
| | **September 1992 Semester** | | |
| 100 | Anatomy | 10 | P |
| 107 | Histology | 6 | P |
| 109 | Embryology | 3 | P |
| 120 | Biostatistics | 1 | P |
| | **September 1993 Semester** | | |
| 210 | Medical Terminology | 2 | H |
| 212 | Biochemistry | 6 | P |
| 221 | Physiology I | 5 | P |
| 252 | Medical Microbiology I | 3 | P |
| 360 | Medical Psychology | 5 | P |
| | **January 1994 Semester** | | |
| 321 | Physiology II | 5 | P |
| 329 | Neuroscience I | 6 | P |
| 354 | Medical Microbiology II | 6 | H |
| 471 | Preventive Medicine | 1 | H |
| | **May 1994 Semester** | | |
| 415 | Pharmacology | 4 | P |
| 419 | Genetics | 4 | P |
| 444 | Pathology | 8 | P |
| 447 | Neuroscience II | 2 | P |
| | **September 1994 Semester** | | |
| 534 | Introduction to Clinical Medicine | 8 | H |
| 546 | Clinical Pathology | 7 | P |
| 591 | Biological Basis of Clinical Medicine | 5 | P |

| Course # | Title | Sem. Hrs | Grade |
|---|---|---|---|
| | **January 1995 Semester** | | |
| | Introduction to Medicine | 2 weeks | P |
| | Surgery | 12 weeks | P |
| | Medicine | 3 weeks | P |
| | **May 1995 Semester** | | |
| | Medicine | 9 weeks | P |
| | Psychiatry | 6 weeks | P |
| | Obstetrics/Gynecology | 2 weeks | P |
| | **September 1995 Semester** | | |
| | Obstetrics/Gynecology | 4 weeks | P |
| | Pediatrics | 6 weeks | P |
| | Medicine (Endocrinology) | 4 weeks | H |
| | **January 1996 Semester** | | |
| | Medicine (Dermatology) | 5 weeks | H |
| | (Cardiology) | 8 weeks | P |
| | (Hematology/Oncology) | 4 weeks | H |
| | (Pulmonary) | 1 week | P |
| | **May 1996 Semester** | | |
| | Medicine (Pulmonary) | 3 weeks | P |
| | (Renal) | 3 weeks | P |

 Province of Manitoba
**Department of Education**
Office of Director of Teacher Certification & Records

312 Robert Fletcher Bldg.
1181 Portage Avenue
Winnipeg, Manitoba
R3C 0V8

APRIL 25, 1972.

TO WHOM IT MAY CONCERN:

RE:  RALPH ELLIOTT KROLIK

THIS WILL CERTIFY THAT THE ABOVE-NAMED SUCCESSFULLY COMPLETED GRADES
SEVEN AND EIGHT AS INDICATED ON THE REPORT CARDS WHICH ARE BEING
FORWARDED FOR YOUR REVIEW.

NO DIPLOMAS ARE ISSUED IN MANITOBA TO INDICATE THE SUCCESSFUL
COMPLETION OF HIGH SCHOOL.  OFFICIAL TRANSCRIPTS OF ACADEMIC
STANDING CAN BE ISSUED UPON THE REQUEST OF STUDENTS AND UPON
PAYMENT OF A $2.00 FEE.

L. S. BENNETT,
REGISTRAR.

LSB/KK

River Heights School.
June. 16, 1950.

Dear Mrs. Krolik;

Ralph is to report to the Kindergarten
Sept. 5, 1950. at 9. a.m and will be notified then
which Grade I class he is to attend.

Ralph has done very good work. He
co-operates very much better.

Yours sincerely;

M. MacIntyre.



PROVINCE OF MANITOBA

## DEPARTMENT OF EDUCATION
50 LEGISLATIVE BUILDING  ·  WINNIPEG 1, MAN.

L. S. BENNETT
REGISTRAR

January 5, 1965.

TO WHOM IT MAY CONCERN

Re:  Ralph Elliott Krolik

The following is a transcript of the academic record of the above-named
with this Department:

GRADE X UNIVERSITY ENTRANCE COURSE, SCHOOL EXAMINATIONS, JUNE, 1960

| Subject | Maximum Mark | Mark Obtained | Minimum To Pass |
|---|---|---|---|
| Literature | 100 | 59 | 50 |
| Composition and Grammar | 100 | 64 | 50 |
| Geography | 100 | 66 | 50 |
| Mathematics | 100 | 50 | 50 |
| Science | 100 | 56 | 50 |
| French | 100 | 60 | 50 |
| Typewriting 1 Speed 24 WPM | 100 | 58 | 50 |
| Health and Physical Education | | Pass | |

GRADE XI HIGH SCHOOL EXAMINATION BOARD EXAMINATIONS, JUNE, 1961

| | | | |
|---|---|---|---|
| Literature | 100 | 52 | 50 |
| Composition | 100 | 63 | 50 |
| History | 100 | 65 | 50 |
| Mathematics (Algebra and Geometry) | 100 | 56 | 50 |
| Chemistry | 100 | 65 | 50 |
| Physics | 100 | 69 | 50 |
| French | 100 | 58 | 50 |

GRADE XII HIGH SCHOOL EXAMINATION BOARD EXAMINATIONS, JUNE & AUG., 1962

| | | | |
|---|---|---|---|
| English | 100 | 54 | 50 |
| Mathematics (Alg., Geom. & Trig.) | 100 | 67 | 50 |
| Chemistry Theory | 100 | 65 | 50 |
| Chemistry Practical | | Pass | |
| Physics Theory | 100 | 29 | 50 |
| Physics Practical | | Pass | |
| French | 100 | 53 | 50 |

STANDING AWARDED:  GRADE X UNIVERSITY ENTRANCE COURSE
GRADE XI UNIVERSITY ENTRANCE COURSE.

In order to meet the requirements for complete Grade XII Senior Matriculation
standing, it will be necessary for the above-named to pass an examination in
one approved Grade XII optional subject.

L. B. Bennett,
Registrar.

IMM



E-m-166

PROVINCE OF MANITOBA

# DEPARTMENT OF EDUCATION

STATEMENT OF STANDING, JUNE 1960
GRADE X. GENERAL COURSE

ROOM 140
LEGISLATIVE BUILDING
Winnipeg 1, Manitoba

NAME: Ralph Krolik

ADDRESS: 490 Cordova, Wpg., Man.

SCHOOL NAME: Grant Park High

COURSES AND MARKS

| Subject | Mark |
|---|---|
| LITERATURE | 59 |
| COMP. AND GRAMMAR | 64 |
| GEOGRAPHY | 66 |
| MATHEMATICS (GEOM., ALG.) | 50 |
| SCIENCE | 56 |
| FRENCH | 60 |
| LATIN | XX |
| GERMAN | XX |
| FRENCH OP. | XX |
| ART | XX |
| MUSIC | XX |
| BRITISH HIST. | XX |
| HOME EC. | XX |
| GENERAL SHOP | XX |
| RECORD KEEPING | XX |
| BUS. PRAC. | XX |
| TYPEWRITING (MARK) | 58 |
| TYPEWRITING (W. PER M.) (MIN. 20 W.P.M.) | 24 |
| HEALTH EDUC. | PASS |
| PHYSICAL ED. | PASS |

MAXIMUM MARK
100
MINIMUM TO PASS
50

• This Statement Should be Preserved for Future Use •

APPEALS ARE NOT ACCEPTED IN CONNECTION WITH EXAMINATION RESULTS REPORTED ON THIS STATEMENT.

*The University of New Mexico*
*Records and Registration Office, Room 250*
*Student Services Center*
*Albuquerque, New Mexico*
*Phone: 277-4831 – Fax: 277-6809*

DATE: 3-21-01

*DELIVER TO:*

Name: Ralph Krolik

Organization: _____

Phone Number: _____

Fax Number: 504-866-9893

*SENDER:*

Name: Kathy Pacheco

Organization/
Department: UNM Records & Registration

Phone Number: (505) 277-7594

Fax Number: (505) 277-6809

*COMMENTS:* _____

_____

This transaction including this cover sheet consists of __3__ page(s).  If you do not receive all the pages, please call.

---

*PLEASE NOTE IMPORTANT INFORMATION*
*Some of the material in this fax may be of a*
*confidential nature.  Please take necessary*
*precautions to protect confidentiality.*

03/27/01   15:30 FAX 505 277 0808

THE UNIVERSITY OF NEW MEXICO   ALBUQUERQUE, NEW MEXICO
OFFICE OF ADMISSIONS AND RECORDS

SCHOLASTIC
RECORD OF   KROLIK RALPH ELLIOTT
(LAST NAME FIRST)                    501501514
                                     4803655
                                     STUDENT NO.

PERMANENT   3025 RIO GRND BLVD NW
ADDRESS     ALBUQUERQUE NM
DATE OF BIRTH   11/22/44
ENTRANCE DATE   9/16/65   Sex MALE
PARENTS OR GUARDIAN'S NAME   ISAAC KROLIK
ADDRESS   490 CORDOVA ST
          WINNIPEG MAN CANADA

DEGREES   Bachelor of Science in Pharmacy
          August 8, 1969

PREPARATORY RECORD                    6/00/61
                                      GRADUATES

HIGH SCHOOL:   GRANT PARK
LOCATED AT:   WINNIPEG MANITOBA CANADA
ACCEPTABLE ENTRANCE UNITS

| | ENGL. | ALG. | GEOM. | TRIG. | U.S. HIST. | OTHER SOC. STU. | LAB SCIENCE | OTHER SCIENCE | RESTR ELECT | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | | | X | X | X | | X | | |
| DEFICIENCIES: | ENGL | | MATH | | U.S. HIST. 1.0 | OTHER SOC. STU. | LAB SCIENCE | OTHER SCIENCE | RESTR. ELECT. | TOTAL 1·0 | |

BASIS FOR ADMISSION:   [X] CERTIFICATE   [ ] EXAMINATION   [ ] EARLY ADMISSION   [ ] TRANSFER

| DEPT. | COURSE | COURSE TITLE | GR. | CREDIT | POINTS | DEPT. | COURSE | COURSE TITLE | GR. | CREDIT | POINTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 4803655 | | 67 SPRING | | PHAR | | 4803655 | |
| | | UNIV | | | | PHYSCS | 112 | GENERAL PHYSICS | B | 3 | 6 |
| 65 FALL | | | | | | CHEM | 302 | ORGANIC CHEMISTRY | C | 3 | 3 |
| BIOL | 101 | GENERAL BIOLOGY/LAB | C | 4 | 8 | PHYSCS | 114 | GENERAL PHYSICS LAB | B | 1 | 2 |
| CHEM | 101 | GENERAL CHEM/LAB | C | 4 | 8 | CHEM | 304 | ORGANIC CHEM LAB | C | 3 | 6 |
| ENGL | 101 | WRTG W/RDGS IN EXPOS | C | 3 | 6 | ECON | 200 | PRINCIPLES OF ECON | B | 3 | 9 |
| MATH | 160 | ELEM MATH FOR PHYS S | D | 5 | 5 | H ED | 171 | PERSONAL-COMMUN HLTH | C | 3 | 3 |
| P E | 126 | BEGINNING GOLF | W | (1) | | ANTH | 101 | ORIG-ANTIQ OF MAN | C | 3 | 9 |
| ° | SEM | 16 | 27 | 1.6875 | | ° | SEM | 17 | 39 | 2.2941 | |
| | | | | | | | | | | | |
| | | | | 4803655 | | 67 SUMMER | | PHAR | | 501501514 | |
| 66 SPRING | | UNIV | | | | GEOG | 102 | GENERAL GEOGRAPHY | B | 3 | 15 |
| BIOL | 102 | GENERAL BIOLOGY/LAB | C | 4 | 8 | PHARM | 341 | INTRO PHARMACY/LAB | A | 5 | 15 |
| CHEM | 102 | GENERAL CHEM/LAB | C | 3 | 6 | ° | SEM | 8 | 24 | 3.0000 | |
| ENGL | 102 | WRTG W/RDGS IN LIT | C | 3 | 6 | | | | | | |
| HIST | 262 | HISTORY OF THE U S | B | 3% | 9 | 67 FALL | | PHAR | | 501501514 | |
| ° | SEM | 14 | 31 | 2.2142 CUM 30 | 58 | 1.9333 | | | | | |
| | | | | | | PHARM | 231 | ORIENTATION I | C | 1 | 2 |
| | | | | 4803655 | | CHEM | 253 | QUANT ANALYSIS/LAB | C | 4 | 8 |
| 66 SUMMER | | UNIV | | | | PHM CH | 361 | INORG PHARMACEU CHEM | C | 3 | 6 |
| BIOL | 393 | GEN BACTERIOLOGY/LAB | D | 4 | 4 | ACCT | 105 | PRINCIPLES OF ACCT | C | 3 | 6 |
| ° | SEM | 4 | 4 | 1.0000 CUM 34 | 62 | 1.8235 | BIOL | 429 | CELLULAR PHYSIOL/LAB | A | 4 | 8 |
| | | | | | | ° | SEM | 14 | 28 | 2.0000 | |
| | | | | 4803655 | | | | | | | |
| 66 FALL | | UNIV | | | | 68 SPRING | | PHAR | | 501501514 | |
| CHEM | 301 | ORGANIC CHEMISTRY | D | 3 | 3 | PHARM | 232 | ORIENTATION II | A | 1 | 4 |
| CHEM | 303 | ORGANIC CHEM LAB | D | 1 | 1 | GEOG | 101 | GENERAL GEOGRAPHY | C | 3 | 6 |
| HIST | 261 | HISTORY OF THE U S | A | 3 | 12 | PHMCOG | 372 | GEN PHARMACOGNSY/LAB | B | 4 | 16 |
| PHYSCS | 111 | GENERAL PHYSICS | B | 3 | 9 | BIOL | 430 | VERTEB PHYSIOL/LAB | C | 4 | 8 |
| PHYSCS | 113 | GENERAL PHYSICS LAB | C | 1 | 2 | CHEM | 323 | INTRO TO BIOL CHEM | C | 3 | 9 |
| SPEECH | 255 | PUBLIC SPEAKING | B | 3 | 6 | ° | SEM | 15 | 43 | 2.8666 | |
| ° | SEM | 14 | 30 | 2.1428 | | | | | | | |
| | | | | | | Basic Training, Fort Leonard Wood, Missouri; | | | | | |
| | | | | | | Nov 1962 to Feb 1963. | | | 2 | 2 | |
| | | | | | | First Aid | | | | 2 | 2 |
| | | | | | | Hygiene | | | | 2 | 4 |
| | | | | | | PE | | | | | |

REMARKS: % Deficiency removed, Semester II, 1965-66.    FACULTY ACTION:

KROLIK RALPH ELLIOTT   4803655
(LAST NAME FIRST)       STUDENT NO.



ADVISEMENT COPY

SCHOLASTIC RECORD (BACK)

KROLIK RALPH ELLIOTT          501501514
(LAST NAME FIRST)              STUDENT NO.

| DEPT. | COURSE NO. | COURSE TITLE | CR. | CREDIT | POINTS |
|-------|-----------|--------------|-----|--------|--------|
| 68 FALL | | PHAR | 501501514 | | |
| HIST | 303 | HIST WORLD COMMUNISM | A | 3 | 12 |
| PHARM | 421 | PHARMACY MANAGEMENT | B | 3 | 9 |
| PHARM | 443 | OPERATIVE PHAR I/LAB | C | 5 | 10 |
| PHARM | 493 | INSPECTION TRIP | CR | 0 | 0 |
| PHM CH | 463 | ORG PHARM CHEM I | B | 3 | 9 |
| PHMCOL | 477 | PHARMACOLOGY III | B | 3 | 9 |
| SEM | 17 | 49 2.8823 | | | |
| | | | | | |
| SPRING 69 | | PHAR | 501501514 | | |
| HIST | 466 | THE CIVIL WAR | B | 3 | 9 |
| PHM CH | 464 | ORG PHAR CHEM II | C | 3 | 6 |
| PHARM | 444 | OPERATIVE PHM II/LAB | C | 5 | 10 |
| PHARM | 420 | PHARMACEUTICAL LAW | C | 3 | 6 |
| PHARM | 434 | HISTORY OF PHARMACY | A | 2 | 8 |
| GEOL | 102 | HISTORICAL GEOLOGY | B | 3 | 9 |
| SEM | 19 | 48 2.5263 | | 138 | 323 |

ADVANCED STANDING ACCEPTED:
The University of Mississippi, University, Missississippi; 1969-SS.

| DEPT. | COURSE NO. | COURSE TITLE | CR. | CREDIT | POINTS |
|-------|-----------|--------------|-----|--------|--------|
| Pharm | U | Dispensing Pharmacy | B | 8 | 24 |

ADVANCED STANDING ACCEPTED:
University of Colorado, Boulder, Colorado; 1968-SS.

| DEPT. | COURSE NO. | COURSE TITLE | CR. | CREDIT | POINTS |
|-------|-----------|--------------|-----|--------|--------|
| Phcl | U | Gen Pharmacology | B | 8 | 24 |
| Hist | U | Early Amer Frontier | B | 2 | 6 |

SCHOLARSHIP INDEX AT UNM   2.3405
RANK IN CLASS              138 in class of 195

FACULTY ACTION (CONT.)

REMARKS (CONT.)

TRANSCRIPTS ISSUED:
| | |
|---|---|
| Loyola Univ (f) | 12/11/68 dk |
| Univ of Missouri | 3/7/69 dk |
| Washington University | 2/23/70 km |
| Student (2) | 2/23/70 km |
| | |
| Student | 8/31/70 rl |
| Colo St. Univ. | 9/23/70 caf |
| Kirksville College of Oste. &Surgery | 10/9/70 rl |
| Hihnemarm Medical College | 10/9/70 rl |
| University of Arizona | 10/16/70 mt |
| Student (4) | 1/4/71 mt |
| UNM college of Medicine | 9/8/71mt |



ADVISEMENT COPY



FROM :                          PHONE NO. :

Mar. 30 2001 07:32AM P3

THE UNIVERSITY OF NEW MEXICO    ALBUQUERQUE. NEW MEXICO
OFFICE OF ADMISSIONS AND RECORDS

SCHOLASTIC
RECORD OF    KROLIK    PH ELLIOTT     501501514
                                      STUDENT NO.

PERMANENT    3025 RIO GRND BLVD NW
ADDRESS      ALBUQUERQUE NM
DATE OF BIRTH  11/22/44
ENTRANCE DATE  9/16/65    SEX MALE
PARENTS OR GUARDIANS NAME   ISAAC KROLIK
ADDRESS      490 CORDOVA ST
             WINNIPEG MAN CANADA
DEGREES   Bachelor of Science in Pharmacy
          August 8, 1969

PREPARATORY RECORD
HIGH SCHOOL: GRANT PARK           6/00/61
LOCATED AT: WINNIPEG MANITOBA CANADA    GRADUATED
ACCEPTABLE ENTRANCE UNITS

DEFICIENCES:   1.0

BASIS FOR ADMISSION:   [X] CERTIFICATE   [ ] EXAMINATION   [ ] ADMISSION   [ ] TRANSFER

| DEPT. | COURSE NO. | COURSE TITLE | GR. | CREDIT | POINTS | DEPT. | COURSE NO. | COURSE TITLE | GR. | CREDIT | POINTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 63 FALL    UNIV | | 4803655 | | | | 67 SPRING    PHAR | | 4803655 | |
| BIOL | 101 | GENERAL BIOLOGY/LAB | C | 4 | 8 | PHYSCS | 112 | GENERAL PHYSICS | C | 3 | 6 |
| CHEM | 101 | GENERAL CHEM/LAB | C | 4 | 8 | CHEM | 302 | ORGANIC CHEMISTRY | B | 3 | 6 |
| ENGL | 101 | WRTG W/RDGS IN EXPOS | C | 3 | 6 | PHYSCS | 114 | GENERAL PHYSICS LAB | C | 1 | 3 |
| MATH | 260 | ELEM MATH FOR PHYS S | D | 5 | 5 | CHEM | 304 | ORGANIC CHEM LAB | C | 1 | 3 |
| P E | 126 | BEGINNING GOLF | W | (1) | | ECON | 200 | PRINCIPLES OF ECON | C | 3 | 6 |
| | | SEM  16 | | 27 1.6875 | | M ED | 171 | PERSONAL-COMMUN HLTH | B | 3 | 9 |
| | | | | | | ANTH | 101 | ORIG-ANTIQ OF MAN | B | 3 | 9 |
| | | | | | | | | SEM  17 | | 39 2.2941 | |
| | | 66 SPRING   UNIV | | 4803655 | | | | 67 SUMMER    PHAR | | 501501514 | |
| BIOL | 102 | GENERAL BIOLOGY/LAB | C | 4 | 8 | GEOG | 102 | GENERAL GEOGRAPHY | B | 5 | 15 |
| CHEM | 102 | GENERAL CHEM/LAB | C | 4 | 8 | PHARM | 341 | INTRO PHARMACY/LAB | A | 5 | 15 |
| ENGL | 102 | WRTG W/RDGS IN LIT | C | 3 | 6 | | | SEM  8 | | 24 3.0000 | |
| HIST | 262 | HISTORY OF THE U S | B | 3 | 9 | | | | | | |
| | | SEM  14 | | 31 2.2142 CUM 30 | 58 1.9333 | | | 67 FALL    PHAR | | 501501514 | |
| | | | | | | PHARM | 231 | ORIENTATION I | C | 1 | 2 |
| | | | | | | CHEM | 253 | QUANT ANALYSIS/LAB | C | 4 | 8 |
| | | 66 SUMMER   UNIV | | 4803655 | | PHM CH | 361 | INORG PHARMACEU CHEM | C | 2 | 4 |
| BIOL | 393 | GEN BACTERIOLOGY/LAB | D | 4 | 4 | ACCT | 105 | PRINCIPLES OF ACCT | C | 3 | 6 |
| | | SEM  4 | | 4 1.0000 CUM 34 | 62 1.8235 | BIOL | 429 | CELLULAR PHYSIOL/LAB | C | 4 | 8 |
| | | | | | | | | SEM  14 | | 28 2.0000 | |
| | | 66 FALL    UNIV | | 4803655 | | | | 68 SPRING    PHAR | | 501501514 | |
| CHEM | 301 | ORGANIC CHEMISTRY | D | 3 | 3 | PHARM | 232 | ORIENTATION II | C | 1 | 2 |
| CHEM | 303 | ORGANIC CHEM LAB | D | 1 | 1 | GEOG | 101 | GENERAL GEOGRAPHY | C | 3 | 6 |
| HIST | 261 | HISTORY OF THE US | A | 3 | 12 | PHMCOG | 372 | GEN PHARMACOGNSY/LAB | A | 4 | 16 |
| PHYSCS | 111 | GENERAL PHYSICS | D | 3 | 3 | BIOL | 430 | VERTEB PHYSIOL/LAB | C | 4 | 8 |
| PHYSCS | 113 | GENERAL PHYSICS LAB | C | 1 | 3 | CHEM | 323 | INTRO TO BIOL CHEM | B | 3 | 9 |
| SPEECH | 255 | PUBLIC SPEAKING | C | 3 | 9 | | | SEM  15 | | 43 2.8666 | |
| | | SEM  14 | | 30 2.1428 | | | | | | | |

Basic Training, Fort Leonard Wood, Missouri;
Nov-1962 to Feb-1963.

First Aid        2
Hygiene          2
PS               4

REMARKS: 1 Deficiency removed, Semester II, 1965-66.    FACULTY ACTION:

KROLIK RALPH ELLIOTT    4803655

ADVISEMENT COPY



FROM :                          PHONE NO. :                          Mar. 30 2001 07:33AM P4

SCHOLASTIC RECORD (Back)

KROLIK    PH ELLIOTT    501501514

| DEPT. | COURSE NO. | COURSE TITLE | GR. | CREDIT | POINTS | DEPT. | | COURSE TITLE | GR. | CREDIT | POINTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 FALL | | PHAR | | 501501514 | | | | | | | |
| HIST | 303 | HIST WORLD COMMUNISM | A | 3 | 12 | | | | | | |
| PHARM | 421 | PHARMACY MANAGEMENT | B | 3 | 9 | | | | | | |
| PHARM | 443 | OPERATIVE PHAR I/LAB | C | 5 | 10 | | | | | | |
| PHARM | 493 | INSPECTION TRIP | CR | 0 | 0 | | | | | | |
| PHM CH | 463 | ORG PHARM CHEM I | B | 3 | 9 | | | | | | |
| PHMCOL | 477 | PHARMACOLOGY III | B | 3 | 9 | | | | | | |
| SEM | 17 | 49 2.8823 | | | | | | | | | |
| SPRING 69 | | PHAR | | 501501514 | | | | | | | |
| HIST | 466 | THE CIVIL WAR | B | 3 | 9 | | | | | | |
| PHM CH | 464 | ORG PHAR CHEM II | C | 3 | 6 | | | | | | |
| PHARM | 444 | OPERATIVE PHM II/LAB | C | 5 | 10 | | | | | | |
| PHARM | 420 | PHARMACEUTICAL LAW | C | 2 | 8 | | | | | | |
| PHARM | 434 | HISTORY OF PHARMACY | A | 2 | 8 | | | | | | |
| GEOL | 102 | HISTORICAL GEOLOGY | B | 3 | 9 | | | | | | |
| SEM | 19 | 48 2.5363 | | | 138 323 | | | | | | |

ADVANCED STANDING ACCEPTED:
The University of Mississippi, University, Mississippi, 1969-SS.

| | | | GR. | CREDIT | POINTS |
|---|---|---|---|---|---|
| Pharm | U | Dispensing Pharmacy | B | 8 | 24 |
| | | | | | 24 |

ADVANCED STANDING ACCEPTED:
University of Colorado, Boulder, Colorado, 1968-SS.

| | | | GR. | CREDIT | POINTS |
|---|---|---|---|---|---|
| Phcl | U | Gen Pharmacology | B | 8 | 24 |
| Hist | U | Early Amer Frontier | B | 2 | 6 |

SCHOLARSHIP INDEX AT UNM    2.3405
RANK IN CLASS              138 in class of 195

FACULTY ACTION (Cont.)

REMARKS (Cont.)

TRANSCRIPTS ISSUED:
Loyola Univ (r)                        12/11/68 dk
Univ of Missouri                       3/7/69 dk
Washington University                  2/23/70 km
Student (2)                            2/23/70 km

Student                                8/31/70 rl
Colo St. Univ.                         9/23/70 caf
Kirksville College of Oste. &Surgery   10/9/70 rl
Mihnmarm Medical College               10/9/70 rl
University of Arizona                   10/16/70 mt
Student (4)                            1/4/71 mt
UNM college of Medicine                9/8/71mt

ADVISEMENT COPY



PROVINCE OF MANITOBA

## DEPARTMENT OF EDUCATION
50 LEGISLATIVE BUILDING   ·   WINNIPEG 1, MAN.

L. S. BENNETT
REGISTRAR

January 5, 1965.

TO WHOM IT MAY CONCERN

Re:  Ralph Elliott Krolik

The following is a transcript of the academic record of the above-named
with this Department:

### GRADE X UNIVERSITY ENTRANCE COURSE, SCHOOL EXAMINATIONS, JUNE, 1960

| Subject | Maximum Mark | Mark Obtained | Minimum To Pass |
|---|---|---|---|
| Literature | 100 | 59 | 50 |
| Composition and Grammar | 100 | 64 | 50 |
| Geography | 100 | 66 | 50 |
| Mathematics | 100 | 50 | 50 |
| Science | 100 | 56 | 50 |
| French | 100 | 60 | 50 |
| Typewriting 1 Speed 24 WPM | 100 | 58 | 50 |
| Health and Physical Education | | Pass | |

### GRADE XI HIGH SCHOOL EXAMINATION BOARD EXAMINATIONS, JUNE, 1961

| | | | |
|---|---|---|---|
| Literature | 100 | 52 | 50 |
| Composition | 100 | 63 | 50 |
| History | 100 | 65 | 50 |
| Mathematics (Algebra and Geometry) | 100 | 56 | 50 |
| Chemistry | 100 | 65 | 50 |
| Physics | 100 | 69 | 50 |
| French | 100 | 58 | 50 |

### GRADE XII HIGH SCHOOL EXAMINATION BOARD EXAMINATIONS, JUNE & AUG., 1962

| | | | |
|---|---|---|---|
| English | 100 | 54 | 50 |
| Mathematics (Alg., Geom. & Trig.) | 100 | 67 | 50 |
| Chemistry Theory | 100 | 65 | 50 |
| Chemistry Practical | | Pass | |
| Physics Theory | 100 | 29 | 50 |
| Physics Practical | | Pass | |
| French | 100 | 53 | 50 |

STANDING AWARDED:   GRADE X UNIVERSITY ENTRANCE COURSE
                    GRADE XI UNIVERSITY ENTRANCE COURSE.

In order to meet the requirements for complete Grade XII Senior Matriculation
standing, it will be necessary for the above-named to pass an examination in
one approved Grade XII optional subject.

L. S. Bennett,
Registrar.

(13)

IMM

ARIZONA STATE BOARD OF PHARMACY

Form No: 2010-A                           Date: 11/9/70

## QUARTERLY REPORT OF INTERN TRAINING

Intern: _Ralph Kovick_     Pharmacy: _Apache Trail Pharmacy_

Address: _5526 E Grove Street_ Address: _Rural and Apache Trail_

_Phoenix Ariz 85018_           _Apache Junction, Arizona_

| Week Ending Month Day Year | Number of Hours Employed | Do not write in this column |
|---|---|---|
| 1. Dec 20  1969 | 160 | |
| 2. Dec 27  1969 | 44 | |
| 3. January 3 1970 | 48 | |
| 4. January 10 1970 | 48 | |
| 5. January 17 1970 | 48 | |
| 6. January 24 1970 | 48 | |
| 7. January 31 1970 | 48 | |
| 8. February 7 1970 | 40 | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| Total Hours | | |

Note: Maximum credit: 44 hours per wk.

I hereby certify that I have supervised the intern training of Pharmacy Intern _Ralph C Kovick_ , Reg. # _3379_ as listed above. This information was taken from payroll or other records and may be examined upon request by the State Board of Pharmacy or any of their inspectors.

Preceptor Signature: _____

State of Arizona

County of _Maricopa_

Subscribed and sworn to before me this ___ day of _____, 19__

My Commission Expires: _____  _____
                                        Notary Public

A.R.S: 32-1974. Any person who secures or attempts to secure registration of himself or another person by knowingly making a false representation, or who fraudulently represents himself to be registered within the meaning of this chapter is guilty of a misdemeanor punishable as provided by 32-1975.

INTERN SHOULD KEEP A COPY OF THIS REPORT FOR A PERSONAL RECORD.

(19)

ASBP000024