ARIZONA STATE BOARD OF PHARMACY

Form No: 2010-A

Date: 1/9/70

# QUARTERLY REPORT OF INTERN TRAINING

Intern: RALPH KROLK [illegible]

Pharmacy: MARKGRAF PHARMACY

Address: 4546 Calle [illegible]

Phoenix, Arizona (85018)

Address: 5021 E. Indian School Rd

Scottsdale, Arizona

| Week Ending Month Day Year | Number of Hours Employed | Do not write in this column |
|---|---|---|
| 1. Nov 15 1969 | 48 | |
| 2. Nov 22 1969 | 40 | |
| 3. Nov 29 1969 | 40 | |
| 4. Dec 6 1969 | 48 | |
| 5. Dec 13 1969 | 40 | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| Total Hours | | |

Note: Maximum credit: 44 hours per wk.

I hereby certify that I have supervised the intern training of Pharmacy Intern RALPH E KROLIK, Reg. # [illegible] as listed above. This information was taken from payroll or other records and may be examined upon request by the State Board of Pharmacy or any of their inspectors.

Preceptor Signature: [signature]

State of Arizona

County of Maricopa ss

Subscribed and sworn to before me, this 12 day of January A.D. 1970

My Commission Expires: My Commission Expires April 21, 1972 [signature]

(Notary Public)

A.R.S. 32-1974. Any person who secures or attempts to secure registration for himself or another person by knowingly making a false representation, or who fraudulently represents himself to be registered within the meaning of this chapter is guilty of a misdemeanor punishable as provided by 32-1975.

INTERN SHOULD KEEP A COPY OF THIS REPORT FOR A PERSONAL RECORD.

18

ASBP000023

ARIZONA STATE BOARD OF PHARMACY

Form No: 2010-A

Date: 12/4/69

QUARTERLY REPORT OF INTERN TRAINING

Intern: RALPH E KROLIK Pharmacy: DALE DRUG CO

Address: 4596 E CALLE VENTURA Address: 4402 SOUTH CENTRAL

PHOENIX, AZ 85018 PHOENIX, AZ 85040

| | Week Ending Month | Day | Year | Number of Hours Employed | Do not write in this column |
|---|---|---|---|---|---|
| 1. | AUG | 31 | 1969 | 50 | |
| 2. | SEPT | 7 | 1969 | 50 | |
| 3. | SEPT | 14 | 1969 | 50 | |
| 4. | SEPT | 21 | 1969 | 50 | |
| 5. | SEPT | 28 | 1969 | 50 | |
| 6. | OCT | 5 | 1969 | 50 | |
| 7. | OCT | 12 | 1969 | 50 | |
| 8. | OCT | 19 | 1969 | 50 | |
| 9. | OCT | 26 | 1969 | 50 | |
| 10. | NOV | 2 | 1969 | 50 | |
| 11. | NOV | 9 | 1969 | 40 | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| | Total Hours | | | 540 | |

Note: Maximum credit: 44 hours per wk.

I hereby certify that I have supervised the intern training of Pharmacy Intern RALPH E KROLIK, Reg. # 1558 as listed above. This information was taken from payroll or other records and may be examined upon request by the State Board of Pharmacy or any of their inspectors.

Preceptor Signature: Frank E White

State of Arizona
County of Maricopa ) ss.

Subscribed and sworn to before me, this 4th day of December A.D. 1969

My Commission Expires: [signature]
My Commission Expires Nov. 14, 1970
Notary Public

A.R.S. 32-1974. Any person who secures or attempts to secure registration of himself or another person by knowingly making a false representation, or who fradulently represents himself to be registered within the meaning of this chapter is guilty of a misdemeanor punishable as provided by 32-1975.

INTERN SHOULD KEEP A COPY OF THIS REPORT FOR A PERSONAL RECORD.

(17)

Form # I.T. 67

RECORD OF INTERN TRAINING

NAME: ______________________ REGISTRY NUMBER ______________

REGISTERED AS AN INTERN IN ARIZONA ______________________

REGISTERED AS AN INTERN IN ______________________
(Name of other State)

Undergraduate Intern Training

| Report Number | Pharmacy Where Training Received | Pharmacy Certified | Dates of Training | Training Totals |
|---|---|---|---|---|
| | [illegible] | | | 22 weeks |

Postgraduate Intern Training

| Report Number | Pharmacy Where Training Received | Pharmacy Certified | Dates of Training | Training Totals |
|---|---|---|---|---|
| | [illegible] | 5-31-69 to | 11-8-69 | 11 |
| | [illegible] | 11-11-69 to | 12-13-69 | 5 |
| | [illegible] | 12-?-69 - | 2-7-69 | 8 |
| | | | | 24 |
| | | | | 6 |
| | | | | 50 |

Out of State Intern Training

| State | Certified By | Dates of Training | Under Graduate | Post Graduate | Training Totals |
|---|---|---|---|---|---|
| [illegible] | | | | | 26 weeks |

ASBP000063

(16)

RECORD OF EXAMINATION

NAME [illegible]

| Requirements | Application | $50.00 | Birth Cert. | College Transcript | Kodak Picture | Dues Current | Finger Print |
|---|---|---|---|---|---|---|---|
| [illegible] | ✓ | ✓ | | | | | |

| Subject | First Try Date | First Try Grade | Second Try Date | Second Try Grade |
|---|---|---|---|---|
| Pharmacy | 9/1/69 | 78 | | |
| Chemistry | ✓ | 83 | | |
| Pharmacognosy | ✓ | 72 | | |
| Math | ✓ | 90 | | |
| Jurisprudence | 1/4/69 | 82 | | |
| H. M. R. | | | | |
| Practical | | 88 | | |
| Average | | 81 | | |

Registered as Pharmacist Date 2/2/70

Certificate Number 14936

15

ASBP000050

 Province of Manitoba
Department of Education
Office of Director of Teacher Certification & Records

312 Robert Fletcher Bldg.
1181 Portage Avenue
Winnipeg, Manitoba
R3C 0V8

APRIL 25, 1972.

TO WHOM IT MAY CONCERN:

RE: RALPH ELLIOTT KROLIK

THIS WILL CERTIFY THAT THE ABOVE-NAMED SUCCESSFULLY COMPLETED GRADES SEVEN AND EIGHT AS INDICATED ON THE REPORT CARDS WHICH ARE BEING FORWARDED FOR YOUR REVIEW.

NO DIPLOMAS ARE ISSUED IN MANITOBA TO INDICATE THE SUCCESSFUL COMPLETION OF HIGH SCHOOL. OFFICIAL TRANSCRIPTS OF ACADEMIC STANDING CAN BE ISSUED UPON THE REQUEST OF STUDENTS AND UPON PAYMENT OF A $2.00 FEE.

L. S. BENNETT,
REGISTRAR.

LSB/KK



## ...UARDIAN'S REPORT

... REPORT:

This student studies at home.................hours daily.

Remarks:

Mrs. H. Krolik
(Signature)

SECOND REPORT:

This student studies at home.........................hours daily.

Remarks:

Mrs. H. Krolik
(Signature)

THIRD REPORT:

This student studies at home.........................hours daily.

Remarks:

Mrs. H. Krolik
(Signature)

Fold Here

11

5M-4-59

Form 1-14

## THE WINNIPEG SCHOOL DIVISION No. 1

## GRADES X, XI AND XII

Report of Ralph Krolik

Student in Grant Park High School

For school year September, 19 59 to June 19 60

Course General Grade X Room 26

Home Room Teacher [illegible]

Fold Here

**TO PARENT OR GUARDIAN:**

The purpose of this report is to provide you with an estimate of the student's progress in school. Immediate attention to the report is requested. Interviews and enquiries are invited.

**MEDIAN:** The median is the middle mark in the grade for our school. This middle mark makes it possible to compare the performance of a student with other students in the same grade and course.

**HOME STUDY:** Students should follow systematic study schedules under conditions favorable to quiet, concentrated, and effective effort. Home study ...uld be divided between preparation of assignments and ...ew of work taken previously.

### ATTENDANCE RECORD

**NOTICE:** Irregular attendance hinders the student's progress.

When a student returns to school after having been absent, he must present a dated note from a parent or guardian stating the reason for absence.

| | Sept. | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | Apr. | May | June |
|---|---|---|---|---|---|---|---|---|---|---|
| Days Absent | 0 | 0 | ½ | 5 | 0 | 0 | 0 | 5 | 2 | 2 |
| Times Late | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 0 |

Where rating is shown by letters:
A — 80 to 100
B — 70 to 79
C — 60 to 69
D — 50 to 59
E — Under 50
(Passing mark is 50)

Attitude and Effort: Ex-Excellent, VG-Very Good, G-Good, F-Fair, P-Poor

| SUBJECT | | FIRST REPORT Pupil's Marks | FIRST REPORT School Medians | FIRST REPORT Attitude and Effort | SECOND REPORT Pupil's Marks | SECOND REPORT School Medians | SECOND REPORT Attitude and Effort | THIRD REPORT Pupil's Marks | THIRD REPORT School Medians | THIRD REPORT Attitude and Effort | FINAL REPORT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ENGLISH | Literature | 46 | | G | 45 | 60 | | 66 | 62 | | 59 |
| | Composition | 60 | | G | 72 | 64 | | 60 | 59 | | 64 |
| SOCIAL STUDIES | History | | | | | | | | | | |
| | Geography | 45 | | F | 51 | 58 | | 61 | 66 | | 66 |
| MATHEMATICS | Mathematics alg. | 60 | | G | 50 | 61 | | 39 | 64 | | 50 |
| | Arithmetic Geom. | | | | 50 | 54 | | 58 | 67 | } | |
| SCIENCE | General Science | 71 | | G | 54 | 68 | | 64 | 75 | | 56 |
| | Chemistry | | | | | | | | | | |
| | Physics | | | | | | | | | | |
| | Biology | | | | | | | | | | |
| LANGUAGES | French | 74 | | G | 60 | 59 | | 58 | 63 | | 60 |
| | Latin | | | | | | | | | | |
| | German | | | | | | | | | | |
| ART | | | | | | | | | | | |
| MUSIC | | | | | | | | | | | |
| HOME ECONOMICS | | | | | | | | | | | |
| INDUSTRIAL ARTS | | | | | | | | | | | |
| COMMERCIAL | Record Keeping | | | | | | | | | | |
| | Business Arithmetic | | | | | | | | | | |
| | Business Practice | | | | | | | | | | |
| | Bookkeeping | | | | | | | | | | |
| | Typewriting-Exam | 39 | | P | 45 | 51 | | 28 | 52 | | 58 |
| | Typewriting-W.P.M. | | | | | | | | | | 24 |
| | Shorthand-Exam | | | | | | | | | | |
| | Shorthand-W.P.M. | | | | | | | | | | |
| | Related English | | | | | | | | | | |
| | Retail Merchandising | | | | | | | | | | |
| HEALTH | | | | | | | P | | | P | |
| PHYSICAL EDUCATION | | abs | | | 80 | 65 | 65 Uns. | | | P | |

## TEACHER'S COMMENTS

FIRST REPORT:
Ralph is working well. We are looking for better progress

SECOND REPORT:
Ralph may be a little over confident in his ability to do grade X work. Too many of his marks are borderline. More concentrated effort on his studies should better his standing.

THIRD REPORT:
Ralph's mark indicate the possibility of supplementals in Algebra, and Typing, depending upon the result of the June examinations.

FINAL REPORT:

JUNE 1960 [signature]
Teacher or Principal



DATE Apr. 3 1951

TEACHER'S COMMENTS

Keep up the good effort Ralph!

PARENT'S COMMENTS

Parent's signature Mrs. H. Krolik

DATE June 29 1951

TEACHER'S COMMENTS

Promoted to Grade II.

Principal's signature V. Dotten per [illegible]

REPORT TO PARENTS

Name Ralph Krolik

School [illegible] Heights Grade I

Teacher [illegible] Room No. 2

WINNIPEG PUBLIC SCHOO[L]

SCHOOL

GRADES I to III

Form 1-11A

15M-8-50 (50's)

5

INTERPRETATION OF LETTERS

A—Excellent.
B—Very good.
C—Normal progress for the grade.
D—Below average.
E—Seriously below grade standard.

Name Ralph Krolik

| HABITS AND ATTITUDES | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Follows directions | D | C | C | C |
| 2. Completes work promptly | C | C | C | C |
| 3. Observes school regulations | C | C | C | C |
| 4. Respects the rights of others | C | C | C | C |
| 5. Is courteous | C | C | C | C |
| 6. Is dependable | C | C | C | C |
| 7. Makes an earnest effort | C | C | C | C |
| 8. Shows initiative | D | C | C | C |

| Progress In LANGUAGE ARTS | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. In reading with understanding | D | D | D | C |
| 2. In interest in reading | D | C | C | C+ |
| 3. In expression of thoughts orally | | | | |
| 4. In expression of thoughts in writing | | | | |
| 5. In learning to spell words needed | | | | |
| 6. In handwriting — Printing | C | C | C | C |

| Progress In SOCIAL STUDIES | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. In developing interest in and understanding of the community | C | C | C | C |
| 2. In contributing additional information and material | | | | |

| Progress In ARITHMETIC | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. In skill in use of numbers | | | | |
| 2. In ability to reason | | | | |

| Progress In NATURAL SCIENCE | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. In learning to observe | C | C | C | C |
| 2. In developing interest in and understanding of nature | C | C | C- | C |

| HEALTH | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Observes health rules | B | B | B | B |

| MUSIC (Check one) | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |

| ART (Check one) | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |

| PHYSICAL EDUCATION (Check one) | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |

OTHER ACTIVITIES

1. 
2. 
3. 
4. 

| ATTENDANCE | Sept Oct | Nov Dec Jan | Feb Mar | Apr May June |
|---|---|---|---|---|
| Days present | 35 | 55 | 31.5 | 59.5 |
| Days absent | 3 | 4 | 4.5 | 3.5 |
| Times late | 1 | 0 | 0 | 0 |

TO PARENTS:

This report is sent home four times a year to inform you of the progress your child is making. If special help is needed to progress with the class you will be invited to confer with the teacher.

You are welcome to arrange to visit the school for a conference with the teacher or principal for further information about your child.

[illegible] Principal
per [illegible]

DATE Nov. 15 1950

TEACHER'S COMMENTS

Ralph is putting forth a good effort, but Reading needs a little more concentration.

PARENT'S COMMENTS

Parent's signature Mrs. Helena Krolik

DATE Jan. 31 1951

TEACHER'S COMMENTS

Ralph has shown a keener interest in his work.

PARENT'S COMMENTS

Parent's signature

DATE April 30 1953

TEACHER'S COMMENTS Ralph's progress is satisfactory – except in Arithmetic which could improve. Inclined to rush through his work and consequently his writing suffers. Works hard.

M. Kellington

PARENT'S COMMENTS

Parent's signature Mrs. Helen Krolik

DATE June 30 1953

TEACHER'S COMMENTS

Promoted to Grade IV.

Principal's signature Dorothy E. Lane

(6)

REPORT TO PARENTS

Name Ralph Krolik

School Brock-Corydon Grade 3

Teacher [illegible] Room No. Library

WINNIPEG PUBLIC SCHOOLS

SCHOOL

GRADES I to III

Form 1-11A

15M-7-51 (50's)

## INTERPRETATION OF LETTERS

A—Excellent.
B—Very good.
C—Normal progress for the grade.
D—Below average.
E—Seriously below grade standard.

| HABITS AND ATTITUDES | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Follows directions | D | C | C | C |
| 2. Completes work promptly | C | C | C | C |
| 3. Observes school regulations | D | C | C | C |
| 4. Respects the rights of others | D | C | C | C |
| 5. Is courteous | C | C | C | C |
| 6. Is dependable | D | C | C | C |
| 7. Makes an earnest effort | C | C | C | C |
| 8. Shows initiative | C | C | C | C |
| **Progress In LANGUAGE ARTS** | | | | |
| 1. In reading with understanding | C | C | C | C+ |
| 2. In interest in reading | C | C | C | C+ |
| 3. In expression of thoughts orally | C | C | C | C |
| 4. In expression of thoughts in writing | C | C | C | C+ |
| 5. In learning to spell words needed | C | C | C | C |
| 6. In handwriting | C | C+ | C | C |
| **Progress In SOCIAL STUDIES** | | | | |
| 1. In developing interest in and understanding of the community | C | C | C | C |
| 2. In contributing additional information and material | C | C | C | C |
| **Progress In ARITHMETIC** | | | | |
| 1. In skill in use of numbers | C | C | C | C |
| 2. In ability to reason | C | C | C | C |
| **Progress In NATURAL SCIENCE** | | | | |
| 1. In learning to observe | C | C | C | C |
| 2. In developing interest in and understanding of nature | C | C | C | C |
| **HEALTH** | | | | |
| 1. Observes health rules | C | C | C | C |

Name: Ralph Krolik

| MUSIC (*Check one*) | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |
| **ART** (*Check one*) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |
| **PHYSICAL EDUCATION** (*Check one*) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |
| **OTHER ACTIVITIES** | | | | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| **ATTENDANCE** | | | | |
| Days present | 56 | 47 | 46 | 37.5 [?] |
| Days absent | 1 | 0 | 2 | 3.5 |
| Times late | 0 | 0 | 0 | |

TO PARENTS:

This report is sent home four times a year to inform you of the progress your child is making. If special help is needed to progress with the class you will be invited to confer with the teacher.

You are welcome to arrange to visit the school for a conference with the teacher or principal for further information about your child.

Dorothy E. Lane
Principal

DATE [illegible] 195 2

TEACHER'S COMMENTS Ralph can, and does sometimes give very good work. His behaviour must improve. If he attended to his own business, instead of his neighbours, he could be in the top section of the class. – S. Pruyk.

PARENT'S COMMENTS

Parent's signature Mrs. Helen Krolik

DATE February 195 3

TEACHER'S COMMENTS Ralph is working very hard and doing his best.
S. Pruyk

PARENT'S COMMENTS I am very pleased to hear that [illegible] to keep up good work.

Parent's signature Mrs. Helen Krolik

21

DATE Feb 1954

TEACHER'S COMMENTS

Ralph is very anxious to succeed. I believe he will do well in life. His work shows considerable improvement.

[illegible] Ralph. J.A. Armstrong

Teacher's Signature Mrs Swan

PARENT'S COMMENTS

7

Parent's Signature Mrs H Krolik

DATE April 30 1954

TEACHER'S COMMENTS

His arith. is improving mainly because his writing and work generally is neater. I am looking for very good work from Ralph, this last term.

Teacher's Signature Mrs. A Swan.

PARENT'S COMMENTS

Parent's Signature Mrs Helene Krolik

June 30th, 195

A good year's work. Promoted to Grs: Mrs. Swan.

Principal's Signature J.A. Armstrong

# WINNIPEG PUBLIC SCHOOLS

## REPORT TO PARENTS

Grades IV to VI

Name [illegible]

School [illegible] Grade [illegible]

Teacher Miss Tyler / Mrs Swan Room No. 7

TO PARENTS:

This report is sent home four times a year to inform you of the progress your child is making. You are invited to arrange to visit the school for a conference with the teacher or principal for further information about your child.

J.A. Armstrong
PRINCIPAL

Form 1-11

15M-6-53 (50)

PIL'S NAME Ralph Kralick

TERPRETATION OF LETTERS

-means that the quality and quantity of work done have been **Excellent.**

-means that the quality and quantity of work done have been **Above the Average.**

-means that the quality and quantity of work done have been **Average.**

DANGER LINE

-means that the quality and quantity of work done have been **Below the Average.**

-means that the quality and quantity of work done have **Not Been Acceptable.**

If any is not marked, it indicates that the teacher is ready to report.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **NGUAGE** | | | | |
| Reading with understanding | C | C | B | B |
| Interest in reading | C | C | B | B |
| Expression of thoughts orally | C | C | C | C |
| Expression of thoughts in writing | | C | B | B |
| Learning to spell words needed | C | C | C | B |
| Handwriting | D | D | C | C |
| **CIAL STUDIES** | | | | |
| Developing interest in and understanding of their own and other communities | C | B | B | B |
| Obtaining information and materials independ | C | B | C | B |
| **ITHMETIC** | | | | |
| Working with accuracy and reasonable speed | C | D | D | C |
| Ability to reason | D | E | E | C |
| **TURAL SCIENCE** | | | | |
| Learning to observe | | C | C | C |
| Developing an understanding of nature | – | C | C | C |
| **SIC** (Check one) | | | | |
| Outstanding achievement | | | | |
| Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| Shows little interest | | | | |

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **ART** (Check one) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |
| **PHYSICAL EDUCATION** (Check one) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |

**HABITS AND ATTITUDES**

**Interpretation of Letters**

S—satisfactory.
U—unsatisfactory.
I—shows improvement.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Follows directions | S | S | S | S |
| 2. Completes work promptly | S | S | S | S |
| 3. Observes school regulations | S | S | S | S |
| 4. Respects the rights of others | S | S | S | S |
| 5. Is courteous | S | S | S | S |
| 6. Is dependable | S | S | S | S |
| 7. Makes an effort | S | S | S | S |
| 8. Shows initiative | S | S | S | S |
| 9. | | | | |

**ATTENDANCE**

After having been absent, a pupil must present a dated note from a parent or guardian giving the reason for the absence.

| | Sept. | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | April | May | June |
|---|---|---|---|---|---|---|---|---|---|---|
| Days present | 11 | 19 | 21 | 17 | 20 | 20 | 23 | 16 | 19 | 20 |
| Days absent | 2 | 2 | – | – | – | – | – | – | – | 2 |
| Times late | – | – | – | – | – | – | – | – | – | – |

DATE 7 ... 195 3

**TEACHER'S COMMENTS**

Ralph can do better work if he takes more care.

Teacher's signature E. Sypes

**PARENT'S COMMENTS**

Parent's signature Mrs. Helene Kralik

DATE Feb. 1 195 5

TEACHER'S COMMENTS

Ralph has worked hard this term and greatly improved his Spelling and English. His more careful attention in class is reflected in his marks.

Teacher's Signature E. Tyles

PARENT'S COMMENTS

8

Parent's Signature Mrs. H. Krolik

DATE April 29 195 5

TEACHER'S COMMENTS

Good work.

Teacher's Signature E. Tyles

PARENT'S COMMENTS

Parent's Signature Mrs. H. Krolik

June 30th, 195 5

Promoted to Grade Six

Principal's Signature J. Armstrong

# WINNIPEG PUBLIC SCHOOLS

## REPORT TO PARENTS

Grades IV to VI

Name Ralph Krolick

School Brock-Corydon Grade V

Teacher E. A. Tyles Room No. 10

TO PARENTS:
This report is sent home four times a year to inform you of the progress your child is making. You are invited to arrange to visit the school for a conference with the teacher or principal for further information about your child.

J. Armstrong
PRINCIPAL

Form 1-11

15M-8-53 (50's)

PUPIL'S NAME *Ralph Krolick*

DATE *Nov 15* 195*4*

### INTERPRETATION OF LETTERS

A—means that the quality and quantity of work done have been **Excellent.**

B—means that the quality and quantity of work done have been **Above the Average.**

C—means that the quality and quantity of work done have been **Average.**

—— DANGER LINE ——

D—means that the quality and quantity of work done have been **Below the Average.**

E—means that the quality and quantity of work done have **Not Been Acceptable.**

If [illegible]em is not marked, it indicates that the teacher is not rea[illegible] to report.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **LANGUAGE** | | | | |
| 1. Reading with understanding | C | C | C | C |
| 2. Interest in reading | | C | C | C |
| 3. Expression of thoughts orally | C | C | C | C |
| 4. Expression of thoughts in writing | D | C | C | C |
| 5. Learning to spell words needed | C | A | A | A |
| 6. Handwriting | C | C | B | C |
| **SOCIAL STUDIES** | | | | |
| 1. Developing interest in and understanding of their own and other communities | C | C | B | C |
| 2. Obtaining information and materials independently | | C | C | B |
| **ARITHMETIC** | | | | |
| 1. Working with accuracy and reasonable speed | B | B | B | B |
| 2. Ability to reason | C | B | B | B |
| **NATURAL SCIENCE** | | | | |
| 1. Learning to observe | | | | |
| 2. Developing an understanding of nature | | | ✓ | ✓ |
| **MUSIC** (Check one) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **ART** (Check one) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |
| **PHYSICAL EDUCATION** (Check one) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |

### HABITS AND ATTITUDES

**Interpretation of Letters**

S—satisfactory.
U—unsatisfactory.
I—shows improvement.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Follows directions | U | I | S | S |
| 2. Completes work promptly | S | S | S | S |
| 3. Observes school regulations | S | S | S | U |
| 4. Respects the rights of others | S | S | S | U |
| 5. Is courteous | S | S | S | S |
| 6. Is dependable | S | S | S | S |
| 7. Makes an effort | S | S | S | S |
| 8. Shows initiative | S | S | S | S |
| 9. | | | | |

### ATTENDANCE

After having been absent, a pupil must present a dated note from a parent or guardian giving the reason for the absence.

| | Sept. | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | April | May | June |
|---|---|---|---|---|---|---|---|---|---|---|
| Days present | 15 | 9 | 22 | 16½ | 21 | 18 | 23 | 14 | 21 | 22 |
| Days absent | 3 | 1 | – | 1½ | – | – | – | 1 | – | – |
| Times late | – | – | – | – | – | – | – | – | – | – |

### TEACHER'S COMMENTS

*Ralph's greatest weakness is in English. I am sure the source of his trouble is his lack of attention during lessons. He can do much better.*

Teacher's signature *E. Tyler*

### PARENT'S COMMENTS

Parent's signature *Mrs H Krolick*

DATE April 1956

TEACHER'S COMMENTS

Working fairly satisfactorily
Sorry spelling went down E.T.
very bad mark in S.S.
Well done. A.J.P.

PARENT'S COMMENTS

Parent's Signature Helene Krolik

DATE June 1956

TEACHER'S COMMENTS

Usually dependable.
A nice child.
E. Tennant.

Promoted to Gr. VII with B standing.

Principal's Signature A.J. Pybus

9

REPORT TO PARENTS

Name Ralph Krolik

School Brock-Corydon Grade VI

Teacher ______ Room No. 6.

WINNIPEG PUBLIC SCHOOLS

GRADES IV to VI

Form H1-11

15M-7-52 (50's)

**INTERPRETATION OF LETTERS**

A—Excellent.
B—Very good.
C—Normal progress for the grade.
D—Below average.
E—Seriously below grade standard.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **HABITS AND ATTITUDES** | | | | |
| 1. Follows directions | C | C | C | C |
| 2. Completes work promptly | B | B | B | B |
| 3. Observes school regulations | C | D | C | C |
| 4. Respects the rights of others | C | D | C | C |
| 5. Is courteous | C | C | B | B |
| 6. Is dependable | C | C | B | B |
| 7. M[illegible] an earnest effort | C | C | B | B |
| 8. Sh[illegible] initiative | B | C | B | B |
| **Progress in LANGUAGE ARTS** | | | | |
| 1. In reading with understanding | L | B | B | B |
| 2. In interest in reading | D | C | B | B |
| 3. In expression of thoughts orally | | | | |
| 4. In expression of thoughts in writing | B | B | B- | D+ |
| 5. In learning to spell words needed | C | B | C | C+ |
| 6. In handwriting | B | B+ | A | B |
| **Progress in SOCIAL STUDIES** | | | | |
| 1. In developing interest in and understanding of own and other communities | C | C | B | B |
| 2. In obtaining information and materials independently (E exam) | C | C | C E | B |
| **Progress in ARITHMETIC** | | | | |
| 1. In working with accuracy and reasonable speed | A | A | A | B- |
| 2. In ability to reason (Problems) | B | A | B | B- |
| **Progress in NATURAL SCIENCE** | | | | |
| 1. In ability to observe closely and to form conclusions (tests) | C | C | B | C |
| 2. In developing interest in and understanding of natural science | C | — | | |
| **HEALTH** | | | | |
| 1. Is developing an understanding of healthful living | D | D+ | C+ | D |

Name: *Ralph Krolik*

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **MUSIC** (Check one) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | | | | ✓ |
| 3. Shows little interest | ✓ | ✓ | ✓ | |
| **ART** (Check one) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | ✓ | ✓ | ✓ |
| 3. Shows little interest | | | | |
| **PHYSICAL EDUCATION** (Check one) | | | | |
| 1. Outstanding achievement | | | | |
| 2. Satisfactory participation | ✓ | C- | ✓ | ✓ |
| 3. Shows little interest | | | | |

**OTHER ACTIVITIES**

1.
2.
3.
4.

| ATTENDANCE | Sept. | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | Apr. | May | June |
|---|---|---|---|---|---|---|---|---|---|---|
| Days present | 18 | 20 | 22 | 17 | 18 | 19 | 19 | 15½ | 18 | 21 |
| Days absent | 1 | 0 | 0 | 0 | 3 | 0 | 2 | ½ | 4 | 0 |
| Times late | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

TO PARENTS:

This report is sent home four times a year to inform you of the progress your child is making. If special help is needed to progress with the class you will be invited to confer with the teacher.

You are welcome to arrange to visit the school for a conference with the teacher or principal for further information about your child.

*A. J. Pybus*
Principal

DATE *Nov* 1955

**TEACHER'S COMMENTS**

*Ralph is eager to learn, but usually wants more than his share of attention.*
*Reading unsatisfactory [illegible]*

**PARENT'S COMMENTS**

Parent's Signature *Helene Krolik*

DATE *Feb* 1956

**TEACHER'S COMMENTS**

*~~E from Satisfactory~~*
*Reading improved*
*Working satisfactorily*
*E Dennault*
*Has ability to earn more than [illegible]*

**PARENT'S COMMENTS**

Parent's Signature *H Krolik*

## TO PUPILS AND PARENTS

This report from the school is for the information of both pupil and parents. Both should study it with care. Both are invited to discuss any part of it with the teacher concerned or with the principal. Appointments for this purpose are made gladly. Comments from parents are invited below.

The return of the report within a week is requested.

COMMENTS

FIRST REPORT:

Signature of parent or guardian Helene Krolik

SECOND REPORT:

Signature of parent or guardian Helene Krolik

THIRD REPORT:

Signature of parent or guardian Helene Krolik

FINAL REPORT

DECISION REGARDING PROMOTION TO BE ANNOUNCED BY THE INSPECTOR

June 195........

Teacher or Principal.

15M—3-57.

Form 1-13

SCHOOL DISTRICT OF WINNIPEG No. 1

# REPORT CARD

## Grades VII, VIII, and IX

REPORT OF Ralph Krolik

STUDENT IN River Heights JUNIOR HIGH SCHOOL

GRADE 9 SCHOOL YEAR 1958 TO 1959 ROOM NO. 11

Ruth A Pybus HOME ROOM TEACHER

### TO PARENT OR GUARDIAN:

The object of this report is to give you an estimate of your child's achievement in school studies and of his development as a citizen.

Education in school provides an opportunity to acquire knowledge, habits and skills, and to develop traits, attitudes and ideals that should enable the pupil to live usefully and happily. Close co-operation between the home and the school will aid in achieving these ends.

To be successful in Junior High School a student will find it necessary to do some homework. The amount will not be the same for all students and will vary from day to day. Sometimes it will be assigned by the teacher; at other times it may be done by the student because he sees the value of independent work. If a pupil is weak in a subject the day's work should be supplemented by homework. If a parent feels that the amount of homework is excessive, he should consult the school; if the pupil never has any, it would be wise to investigate.

It is asked that parents encourage reading of good books and make conditions in the home favorable for quiet concentrated effort.

### ATTENDANCE RECORD

NOTICE: Absence or irregular attendance hinders the student's progress.

When a student returns to school after having been absent he must present a dated note from a parent or guardian giving the reason for the absence.

| | Sept. | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | Apr. | May | June |
|---|---|---|---|---|---|---|---|---|---|---|
| Half Days Absent | 6 | 0 | 2 | 3 | 0 | 0 | 2 | 7 | 0 | 1 |
| Times Late | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |



## SCHOLARSHIP

Student Ralph Krolik

Subject achievement rating aims at giving an estimate of how well the useful knowledge and skills of that subject have been mastered. A comparison of the percentage mark for each subject as given below with the median or middle mark will indicate how this student compares with other students in the same grade. It will also help teacher, student, and parent or guardian to judge where best work is done and where greatest difficulty is found. Knowledge of this nature is especially important in giving later assistance to the student in choosing courses best suited to him.

| | FIRST REPORT | | SECOND REPORT | | THIRD REPORT | | FINAL REPORT | |
|---|---|---|---|---|---|---|---|---|
| | Pupil's Rating | Median | Pupil's Rating | Median | Pupil's Rating | Median | Pupil's Rating | Median |
| Spelling | 1.00 | | 92 | 80 | 86 | 75 | 88 | |
| Writing | | | | | | | | |
| Language | 69 | | 54 | 69 | 66 | 69 | · | |
| Literature | 72 | | 72 | 68 | 59 | 75 | 67 | |
| Mathematics | 55√ | | 61 | 62 | 51 | 56 | o | |
| Science | 55√ | | 67 | 69 | 70 | 71 | o | |
| Social Studies | 54√ | | 57 | 58 | 61 | 62 | o | |
| Latin | 65 | | (45) | 74 | 50 | 73 | 46 | |
| French | 70 | | 66 | 70 | 71 | 67 | 67 | |
| Art | | | D- | C+ | C | C | C+ | |
| Music | | | | | | | | |
| Physical Education | | | B- | C | C+ | C | C+ | |
| Industrial Arts | 50√ | | 71 | | | | 60 | |
| Home Economics | | | | | | | | |
| Library | | | (E) | C | C- | C | C | |
| | | | | | | | | |

## CHARACTER DEVELOPMENT

The behaviour traits listed here are considered important in the development of good character and are therefore of concern to the pupil, parent and teacher.

No mark opposite any trait means that the standard is satisfactory or that the teacher is not ready to comment.

A mark like this (V) means that improvement is desirable.

A mark like this (O) means that improvement has been made.

The initials are those of the teacher making the evaluation.

| | TRAIT | FIRST REPORT | SECOND REPORT | THIRD REPORT |
|---|---|---|---|---|
| PERSONAL AND SOCIAL HABITS | Is courteous | | | |
| | Is dependable | | | |
| | Respects rules and regulations of the school | | | |
| | Works and plays well with others | | | |
| | Is careful of public and private property | | | |
| STUDY AND WORK HABITS | Is industrious | ✓ | | |
| | Brings necessary supplies to class | | | |
| | Attends to instructions | | | |
| | Concentrates during study | ✓ | | |
| | Does neat written work | | | |

### SPECIAL NOTES TO PARENTS

FIRST REPORT: Too many 50's for a successful beginning R.P.

SECOND REPORT:

THIRD REPORT: This is an improvement R.P.