Exhibit N

UNITED STATES OF AMERICA
DEPARTMENT OF TRANSPORTATION—FEDERAL AVIATION ADMINISTRATION

## NOTICE OF DISAPPROVAL OF APPLICATION

**NOTE**
PRESENT THIS FORM
UPON APPLICATION
FOR REEXAMINATION

NAME AND ADDRESS OF APPLICANT

**RALPH ELLIOTT KROLIK**
**3610 STARDUST DR. N.E.**
**ALBUQUERQUE, NEW MEXICO 87110**

CERTIFICATE OR RATING
SOUGHT

**PRIVATE PILOT**

On the date shown, you failed the examination indicated below

[X] FLIGHT          [ ] ORAL          [ ] PRACTICAL

AIRCRAFT USED   (Make and Model)

**CESSNA 152**

FLT. TIME RECORDED IN LOGBOOK

| PILOT-IN COMM OR SOLO | INSTRUMENT | DUAL |
|---|---|---|
| 18 | 3 | 57 |

UPON REAPPLICATION YOU WILL BE REEXAMINED ON THE FOLLOWING

**FLIGHT OPERATIONS NO. V.**

I have personally tested this applicant and deem his performance unsatisfactory for the issuance of the certificate or rating sought.

| DATE OF EXAMINATION | SIGNATURE OF EXAMINER OR INSPECTOR | DESIGNATION OR OFFICE NO. |
|---|---|---|
| 12-28-81 | LAKE Z. HITE  *Lake Z Hite* | SW-ABQ-2 |

FAA Form 8060-5 (4-70)          ☆U. S. GOVERNMENT PRINTING OFFICE: 1975-672-886

BEST AVAILABLE COPY

FAA000011

Exhibit O

KROLIK M.D. RALPH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Ralph E. Krolik, M.D.,                )
                                      )
        Plaintiff,                    )
                                      )
vs.                                   )   No. CV05-0315
                                      )       PHX FJM
National Board of Medical             )
Examiners,                            )
                                      )
        Defendant.                    )
                                      )

DEPOSITION OF RALPH ELLIOTT KROLIK, M.D.

Phoenix, Arizona
March 1, 2006

Prepared by:

Meri Coash, RMR
Certified Realtime Reporter
Certified Reporter #50327

                                                              2

(Copy)

1                           I N D E X

2   WITNESS                                           PAGE
                            Page 1

KROLIK M.D. RALPH

7      Q.   All right.  Are you testifying, Dr. Krolik, that

8  never once, in all of high school, did you take a

9  multiple-choice exam?

10     A.   My recollection is never once.  The Canadian

11 system was mostly written exams.

12     Q.   Well, "never once," "mostly."  My question is,

13 can you testify under oath, as you sit here today, that

14 you never in high school took a multiple-choice exam?

15     A.   To my recollection.

16     Q.   You can't remember taking one?

17     A.   I can't remember.

18     Q.   Did --  During the time that you were in high

19 school, were Canadian high school students given

20 achievement tests of any sort?

21     A.   Never.

22     Q.   Were they given any sort of standardized testing?

23     A.   Not that I can recall.

24     Q.   Did you take any college entrance exams while you

25 were in high school?

                                                    60


1      A.   No.

2      Q.   Did you ever take any college entrance exams?

3      A.   University of New Mexico.  University of New

4  Mexico.

5      Q.   Was that an entrance exam you took while you were

6  in the University of New Mexico or in order to gain

7  entrance into?

8      A.   In order to gain entrance into.

9      Q.   Do you remember any teacher in grade school ever

10 commenting about your ability to pay attention in class?

                         Page 51

KROLIK M.D. RALPH

11   A.   You're asking me questions that I was a young

12   person at that time, and it's been 40 to 50 years, and I

13   don't think that's a fair question.  Just to paraphrase,

14   okay, what your question is here --

15   Q.   Sir, I'm entitled to your memory.  I understand

16   it was a long time ago.

17   A.   I'm reading the report card.

18   Q.   I'm not asking you to read the report cards.

19   They speak for themselves, as you have told me several

20   times.

21   A.   Yes.

22   Q.   My question is, as you sit here today, do you

23   remember any teacher ever commenting about your ability to

24   pay attention?

25   A.   I don't remember who commented on it.  I'm sure

61

1   it was mentioned.

2   Q.   Do you remember --

3   A.   No.  It's not a fair question.  It's too long

4   ago.

5        MS. JOHNSEN:  Move to strike.

6   BY MS. JOHNSEN:

7   Q.   Do you remember, sir, any teacher ever commenting

8   on your ability to focus?

9   A.   No.

10   Q.   Do you remember thinking in grade school or high

11   school that you had a short attention span?

12   A.   Yes.

13   Q.   When do you remember thinking that you had a

14   short attention span?

15   A.   I can't give you a date.  That's --  Again, I

Page 52

KROLIK M.D. RALPH

25      A.   I don't know.  My back was hurting.

1      Q.   And ultimately, you were examined?

2      A.   Yes, ma'am.

3      Q.   And found to have spina bifida?

4      A.   Right.

5      Q.   And were discharged because of that?

6      A.   Yes.  The AR stated I never should have gotten

7   in, in the first place.

8      Q.   AR?

9      A.   Army regulation.

10      Q.   Look, please, if you will, at what the court

11   reporter has marked Exhibit 15 to your the deposition.

12             Is that a copy of your transcript from the

13   University of New Mexico?

14      A.   It is.

15             MR. LAKINS:  Just, if I may for

16   clarification, we don't have a 14 yet, do we?

17             THE WITNESS:  This is 14.

18             MR. LAKINS:  Is what you just gave him, is

19   14?

20             MS. JOHNSEN:  I'm sorry.  What does it say?

21             THE WITNESS:  It says 14.

22             MR. LAKINS:  Then this is 14.

23             MS. JOHNSEN:  I misspoke.  This is

24   Exhibit 14.

25

1  BY MS. JOHNSEN:

Page 61

KROLIK M.D. RALPH

2    Q.   Exhibit 14 is a copy of your transcript from the

3  University of New Mexico.  Is that right?

4    A.   Yes.

5    Q.   You testified before that you took an entrance

6  exam to gain entry into the University of New Mexico?

7    A.   Yes.

8    Q.   What was that exam you took?

9    A.   I can't remember exactly what that was.  It was

10  an all-day exam, I believe.

11    Q.   Where did you take it?

12    A.   Albuquerque.

13    Q.   Did you take it --  So you took it after you left

14  the army?

15    A.   Yes.

16    Q.   Was it an exam that was sponsored by the

17  University of New Mexico, or was it a standardized college

18  admittance exam?

19    A.   I don't know.

20    Q.   You don't know one way or the other?

21    A.   No, I don't.

22    Q.   Was it --  That was a timed exam, I take it.

23    A.   I don't remember that.  I honestly don't.

24    Q.   You don't remember whether the college entrance

25  exam was a timed exam?

                                                    73


1    A.   No, I don't.

2    Q.   But it lasted all day?

3    A.   I believe so.

4    Q.   Where did you go to take it?

5    A.   It was at the University of New Mexico.

6    Q.   Was it in a big auditoriumlike setting?

KROLIK M.D. RALPH

16  Mississippi, and then I see here also at the University of
17  Colorado at Boulder.
18      A.   Yes.
19      Q.   You graduated from the University of New Mexico
20  with a bachelor of science in pharmacy.  Is that right?
21      A.   Yes.
22      Q.   Did you know, starting college, that you wanted
23  to become a pharmacist?
24      A.   Yes.  When I started, that's what I wanted to do.
25      Q.   What caused you to want to become a pharmacist?

                                                          76

1       A.   When I was growing up, the person I worked for in
2  the summers and one of my best friend's two brothers were
3  pharmacists.  In those days, you had your own store and
4  your own business.
5       Q.   That appealed to you?
6       A.   That appealed to me, yes.
7       Q.   And we saw in high school that you had been good
8  in math and science.
9       A.   Yes.
10      Q.   I take it those are classes that you could make
11  use of in college in the pharmacy program.
12      A.   Not really.  The pharmacy courses are specialized
13  in themselves.  I was strong in math, basically.  That was
14  one of my stronger points.
15      Q.   That was going to be helpful to you in the
16  pharmacy program?
17      A.   I think anything you're strong in will be helpful
18  to any program.  I don't know what you're getting at by
19  saying that.  I mean, math is always helpful.

                        Page 65

KROLIK M.D. RALPH

20    Q.    The pharmacy -- the bachelor of science program

21  in pharmacy at New Mexico during that time, you say, was a

22  five-year program?

23    A.    Yes.

24    Q.    That you were able to complete in four years

25  because you took two summers of classes?

77

1     A.    I actually took three summers.  One course was

2  actually offered the first year, at the University of New

3  Mexico, in the summer.

4     Q.    I see.

5     A.    But nothing else after that.

6     Q.    Okay.  Did you work out of --  Did you work

7  during college?

8     A.    Yes.

9     Q.    What jobs did you have during college?

10    A.    Pharmacy intern.

11    Q.    When were you a pharmacy intern during college?

12    A.    Probably from '66 -- '67 on.

13    Q.    That would have been about your junior year on?

14    A.    I think my sophomore year on.

15    Q.    Was the program there that the school would place

16  you in an internship?

17    A.    No.  I got the job myself.  I had an opportunity

18  to go to a store that would let -- let you do a lot of the

19  things you would be applying when you graduated, and let

20  you fill prescriptions, so that's the reason I took the

21  job.

22    Q.    I'm looking and I see here on the first page of

23  Exhibit No. 14, right here on the page, there's a -- under

24  the "Remarks" section, it says, "Deficiency removed,

Page 66

KROLIK M.D. RALPH

25  Semester II, 1965-66."  Do you know what that refers to?

78

1      A.   I don't.  I don't.

2      Q.   The transcript is set up, is it not, so that -- I

3  see the number of the class, using the first --

4      A.   Right.

5      Q.   -- column, I see, fall of 1965, biology 101?

6      A.   Yes.

7      Q.   Then the name of the class is generally biology

8  lab?

9      A.   General biology with lab.

10      Q.   The next column, does that reflect -- "C," does

11  that reflect the grade you received in that class?

12      A.   Yes.

13      Q.   It looks like you struggled in organic chemistry?

14      A.   Some.

15      Q.   I know people that have taken that three times.

16            But I see you took it again in the spring of

17  '67 and got a C in organic chemistry.

18      A.   '67, let's see.

19            Looks like it.

20      Q.   Okay.

21      A.   There were two semesters, I believe, of that.

22      Q.   It wasn't the same class over; it was a

23  two-semester class?

24      A.   Two-semester class.

25      Q.   You passed all the classes you took in college,

79

1  correct?

Page 67

KROLIK M.D. RALPH

25  can qualify.

92

1              Were you granted more time to take the

2  pharmacy board exam than was a allotted to the other

3  applicants?

4      A.   No.

5      Q.   Explain.

6      A.   The test was pretty straightforward.  It

7  wasn't -- It was a very standard answer.  I mean, there

8  wasn't a lot of hocus-pocus in the questions, and they

9  were short questions.

10     Q.   Were there any multiple-choice questions on the

11  pharmacy board exam that you took?

12     A.   I believe --  I think some of the math was

13  multiple choice, but you had to figure out the answer

14  before you picked the multiple choice.  And I honestly

15  don't remember how the other parts were.  I'm going to try

16  and get a copy of that exam, if I can.

17     Q.   When you say "there wasn't a lot of

18  hocus-pocus" --

19     A.   Right.

20     Q.   -- what do you mean by that?

21     A.   The national medical board, the questions are

22  very long.  It's --  You have to read them extremely

23  thoroughly.  You have to try and figure out exactly what

24  they're asking, because they're designed to try and

25  confuse you.  And you only have a minute to do each

93

1  question, and it's very difficult to focus on the question

Page 79

KROLIK M.D. RALPH

25      A.   I did.

155

1      Q.   When you say you pushed it in microbiology, you
2    did complete it within the allotted period of time?
3      A.   No.  I pushed it, and I was still doing it, and I
4    said, "I need a few more minutes," and they let me do it.
5      Q.   So you needed a few more minutes in biochem?
6      A.   I can't give you specifics.  Okay?  I can just
7    tell you that we had ample time to take her exams.
8      Q.   Do you remember requiring more than other
9    students -- longer than other students to complete final
10   exams in medical school?
11     A.   I do remember that a lot of other students
12   finished a lot faster than I did.
13     Q.   Okay.  Were you --  Do you remember that there
14   were -- that you always took longer than anybody else?
15     A.   Yes.
16     Q.   So now I want to make clear your testimony.  You
17   were always the last to finish a final exam?
18     A.   In most -- in most cases, yes.
19     Q.   Were you the only student who needed more time?
20     A.   I don't recall who else needed more time.
21     Q.   Other students may have?
22     A.   They may.
23     Q.   If they had asked, they would have received it,
24   just like you did?
25     A.   Yes.

156

1      Q.   Do you believe that you were affected by ADHD

Page 133

KROLIK M.D. RALPH

16    Q.    -- and the answer "No" is circled, meaning no

17   accommodations were received in college.

18    A.    That's right.  Just what it says here.

19    Q.    And then the form goes on to say -- or the

20   handwriting goes on to say, "Again, tests did no require

21   reading long passages and were not timed."

22    A.    That's correct.

23    Q.    Well, you certainly took timed tests in college,

24   didn't you?

25    A.    I took tests in college.  Okay?  I don't know

237

1   whether this was medical school reference or -- okay?

2   This is probably in reference to the medical school, not

3   just general college.

4    Q.    You did take timed tests in college, didn't you?

5    A.    This is in reference to the medical school.  I

6   did take timed tests in college, yes.

7    Q.    You did take time tests in college.

8    A.    That's correct.  Uh-huh.

9    Q.    Yes?

10    A.    Yes.

11    Q.    I'm looking at 15D, secondary or elementary

12   school.  What's written there says, "ADHD was not

13   diagnosed then."

14    A.    That's correct:

15    Q.    "Please note letter from Dr. Butterbaugh and

16   report cards, especially third grade that" --

17    A.    -- "received a" -- something.

18    Q.    -- "received a transfer of classroom" --

19    A.    Right.

Page 203

KROLIK M.D. RALPH

20      -- "because I couldn't sit still."

21     Q.    -- "because I couldn't sit still."

22     A.    Right.

23     Q.    Then, open paren, "report cards previously sent,"

24   close paren.

25     A.    That's what it says.

238

1     Q.    Did you tell your wife what to write there? Did

2   you dictate that to her, or did she come up with that

3   herself?

4     A.    I dictated that to her.

5     Q.    Did you sit down and say, "Write this"?

6     A.    That's exactly what I did.

7     Q.    But you didn't have the energy to write it

8   yourself?

9     A.    That's correct.

10     Q.    Exhibit 38, which, I think, you have in front of

11   you too, is a copy of a letter, dated September 18, 2003,

12   from -- again from Dr. Wurzlow to Mr. Seeling.

13     A.    I've got to find it. I don't see it here.

14     Q.    This letter is written in 2003, after you were

15   already back in Phoenix --

16     A.    Okay.

17     Q.    -- right?

18     I'm just trying to orient you timewise.

19     A.    So?

20     Q.    Had you seen Dr. Wurzlow at any time about -- in

21   the neighborhood of 2003?

22     A.    No.

23     Q.    Had you contacted her and said, "Please write

24   another letter"?

Page 204