# Exhibit E

## AFFIDAVIT OF CUSTODIAN OF RECORDS

STATE OF LOUISIANA )
) ss.
_Jefferson_ Parish )

_____ Custodian of Records, being first duly sworn upon his/her oath, deposes and says:

1. I am the duly authorized Custodian of Records for Pamela Hoblit, Ph.D. described in the attached subpoena and I have authority to certify the records.

2. On _____, in response to a subpoena, I produced to defendants copies of Ralph E. Krolik's hospital records, medical records, or records of professional examinations.

3. The attached copies are true copies of all the records described.

4. The records were prepared by personnel of Pamela Hoblit, Ph.D., or persons acting under his/her control, in the ordinary course of office business at or near the time of the act, condition or event described therein.

Further your affiant sayeth naught.

_Valarie Moore_
Custodian of Records of
Pamela Hoblit, Ph.D.

SUBSCRIBED AND SWORN to before me this \_\_\_\_ day of _____, 2006.

_____
Notary Public

My Commission Expires:

**JEFFREY T. REEDER**
NOTARY PUBLIC #22558
State of Louisiana
My Commission is issued for life

DRPH000001

1192215

## OCHSNER CLINIC

### NOTES AND CONSULTANT'S REPORTS

KROLIK, RALPH
RECURRING OUTPATIENT
1591339-000
11/22/44   M

DR MARCOS D. SMITH, D.D.S. - ID#744    8-10-98
DEPT: ORAL & MAXILLOFACIAL SURGERY
PHONE: 24000 BEEPER

PAMELA R. HOBLIT, PhD. - ID # 648    10/6/98  ① Initial
DEPT: PSYCHIATRY   PHONE: 23845    interview/evaluation, (45 + 15 min)

Pt came requesting evaluation to further document diagnosis of Attention Deficit Disorder made by Dr. Wilkylour? He wants a letter/report prepared for test accommodations. Notes in private file.   /PH

② Psychological testing. Parts of the testing were completed today. He is to provide further history on Conners form.
It was planned that he would return to complete testing but I learned he will see Dr. Wilkinson to complete the work up. Test findings to date were dictated; in private file.
Diagnostic impression. Referred; r/o ADHD

DRPH000002

FORM 2928 (REV. 11-89)            OVER

## OCHSNER CLINIC

**NOTES AND CONSULTANT'S REPORTS**

KROLIK, RALPH
RECURRING OUTPATIENT
1591339-000
11/22/44   M

PAMELA R. HOBLIT, PhD. - ID # 648
DEPT:   PSYCHIATRY   PHONE: 23845   10-12-98

Cx 2 yr

PAMELA R. HOBLIT, PhD. - ID # 648
DEPT:   PSYCHIATRY   PHONE: 23845   11-12-98  Psychological testing. Typed report available. Psych Dept. will review if pt. Hoblit

PAMELA R. HOBLIT, PhD. - ID # 648
DEPT:   PSYCHIATRY   PHONE: 23845   11/18/98  Review of psychological testing with Dr. Krolik. Will send him copy of report as requested.

DRPH000003

FORM 2928 (REV. 11-89)                                        OVER

## OCHSNER CLINIC

### NOTES AND CONSULTANT'S REPORTS

KROLIK, RALPH
RECURRING OUTPATIENT
1591339-000
11/22/44   M

---

DEMARCUS D. SMITH, D.D.S. - ID#744      8-10-98
DEPT: ORAL & MAXILLOFACIAL SURGERY
PHONE: 24000   BEEPER:

---

PAMELA R. HOBLIT, PhD. - ID # 648      10/6/98   ① Initial
DEPT:   PSYCHIATRY   PHONE: 23845      interview/evaluation, (45 + 15 min)

Pt came requesting evaluation to further document diagnosis of Attention Deficit Disorder made by Dr. Winslow? He wants a letter/report prepared for test accommodations.
Notes in private file.

② Psychological testing
Parts of the testing were completed today. He is to provide further history on Conners form.
It was planned that he would return to complete testing but I learned he will see Dr. W____ to complete the work-up.
Test findings to date were dictated; in private file.
Diagnostic impression: Referred; R/O ADHD

DRPH000004

OCHSNER CLINIC
1514 JEFFERSON HIGHWAY
NEW ORLEANS, LA 70121
CABLE ADDRESS: OCHSCLINIC
(504) 842-4000


CONFIDENTIAL

## PSYCHOLOGICAL EVALUATION

| | | | |
|---|---|---|---|
| **NAME:** | Ralph Krolik, M.D. | **REFERRED BY:** | Gayle Wurzlow, M.D. |
| **OC#:** | 1591339 | **EVALUATED BY:** | Pamela R. Hoblit, Ph.D. |
| **DOB:** | 11/22/44 | **EVALUATION:** | 10/2 and 11/12/98 |

Dr. Krolik, a 53 year old white male, came for further evaluation of Attention Deficit Hyperactivity Disorder; the initial diagnosis was made by Dr. Wurzlow, a psychiatrist with expertise in adult ADHD.

Dr. Krolik graduated from the University of New Mexico with a GPA of 2.34 earning a pharmacy degree. He then attended the American University of the Caribbean School of Medicine where he never failed a course. His difficulties began when he began taking the National Board Exam; he has failed different parts repeatedly and sought the evaluation with Dr. Wurzlow to determine the cause of his difficulty.

Dr. Krolik was married for 30 years and then divorced; he has subsequently remarried.

Dr. Krolik was seen for an initial interview; in the second appointment a structured clinical interview was done using the Brown ADD Scales, a set of procedures for diagnosis of ADD; psychological testing was also done.

During his sessions with me, Dr. Krolik was alert and cooperative. During his session with the testing technician, Mrs. Morrison, he was cooperative and worked well on the test. She noted that he was attentive; his concentration was excellent and he had no obvious trouble focusing. However, she did notice that he seemed anxious and flustered on occasions when he knew he was being timed. His hands trembled and he tried to write too quickly at times.

Tests administered were Wechsler Adult Intelligence Scale-Third Edition, Bender Visual Motor Gestalt, Wide Range Achievement Test-Third Revision, Brown ADD Scales-Ready Score, Attention Deficit Scales for Adult (ADSA), Incomplete Sentences, MMPI-2, MCMI-III, and Conners' Continuous Performance Test.

DRPH000005



Psychological Evaluation
Ralph Krolik (OC# 1591339)
Page 2

Test Findings and Interpretations.   The clinical interview and the clinical history protocol explored a wide-range of functioning.

Dr. Krolik's chief complaint is that he has repeatedly failed medical board exams due to inability to complete the test in the time allotted. He indicated that he first noted the problems with ADHD type symptoms with this experience. His work in the past involved owning his own business; he ran a multimillion dollar chemical company. He indicated that he worked on business matters and phone calls during the day, and then took paperwork home at night. He felt that he did fine with the paperwork and "stayed on top of things." He did not complain about organizational skills, procrastination, or distractibility.

Early school history indicated that he was an "average B/C student, never outstanding." He was actively involved in athletics. He did not recall a history of teacher complaints in grade school of inability to concentrate, attention problems, distractibility, overactivity, impulsivity or disruptive behavior. He was never considered a behavior problem and was never suspended or expelled. He never failed a grade. He did note, "I am a slow reader and a slow processor."

Family history indicated a nephew with learning disability and a cousin with Schizophrenia. He knew of no family members diagnosed with ADHD. He reported no other family history of mood disorder or anxiety disorder. His paternal grandfather was alcoholic. Dr. Krolik reported that his health has been fine. He has a diagnosis of spinabifida, but has not experienced significant problems. He is currently taking Prozac and Ritalin prescribed by Dr. Wurzlow. He denied problems with alcohol use, stating that he rarely drinks. He denied any history of drug use.

Sleep and appetite are reportedly within normal limits.

He has had no previous psychotherapy.

When asked to describe his usual mood, he responded, "Very easy going." He then went on to describe himself as "scrutinous" which he elaborated as meaning "I wonder about people's motives; I am easily pissed off a lot." He denied any problem controlling his temper and added, "Unless I was threatened, I wouldn't hurt anyone."

ADHD Measures.   He was questioned on DSM-IV criteria for diagnosis of ADHD. He reported 0 out of 9 symptoms of inattentiveness, 4 out of 9 symptoms of hyperactivity and impulsivity. The items were answered concerning both childhood and current behaviors.

DRPH000006



Psychological Evaluation
Ralph Krolik, M.D. (OC# 1591339)
Page 3

On the Attention Deficit Scales for Adults (a self-report questionnaire), the profile was within normal limits. The ADSA total score was at the 6.7 percentile, extremely low. A percentile rank of 97.7 is considered to be a highly probable indicator of ADHD. Obviously, he scored in the opposite direction. The same finding occurred on another self-report questionnaire, the Brown ADD Scales-Ready Score, Adult Form. His total score was average with a total score of 51. He did show a borderline significant score on the attention cluster. The Threshold Interpretation Scale of total score was ADD possible but not likely. His wife also completed the Brown ADD Scales-Ready Score, Adult Form to provide collateral information. On her report of his behavior, he scored within the significant range, with a total score at T=76. Clusters within the significant range were memory (T=88) and attention (T=82). His wife clearly reported a number of features in his behavior which are often associated with ADHD and the Threshold Interpretation Scale of total score was ADHD highly probable.

For further objective information, the Conners' Continuous Performance Test was administered. He had no difficulty with this task and the computer printout noted overall Ralph Krolik performed well on the Conners' CPT. The results of this test do not suggest attention difficulty. Overall, Index = 0.00.

<u>Other Assessment Measures.</u> Administration of the WAIS-III indicated a Verbal IQ of 116 (high average), a Performance IQ of 109 (average), and a Full Scale IQ of 113 (high average).

Index Score Summary indicated a Verbal Comprehension Index Score of 103, a Perceptual Organization Index Score of 105, and a Working Memory Index Score of 150.

Individual age standard scores were as follows where 10 is average:

| **VERBAL TESTS** | | **PERFORMANCE TEST** | |
|---|---|---|---|
| VOCABULARY | 12 | PICTURE COMPLETION | 10 |
| SIMILARITIES | 9 | DIGIT SYMBOL-CODING | 11 |
| ARITHMETIC | 14 | BLOCK DESIGN | 10 |
| DIGIT SPAN | 19 | MATRIX REASONING | 13 |
| INFORMATION | 11 | PICTURE ARRANGEMENT | 13 |
| COMPREHENSION | 11 | | |
| LETTER NUMBER SEQUENCING | 19 | | |

DRPH000007

Case 2:05-cv-00315-FJM   Document 142   Filed 05/30/06   Page 9 of 10

Psychological Evaluation
Ralph Krolik, M.D. (OC# 1591339)
Page 4



There was a statistically significant (.05) level indicating a weakness in Similarities and Information and a strength in Digit Span and Letter Number Sequencing.

Findings from the academic screening measure, WRAT-III, indicated Reading (Word Recognition) standard score 107, Spelling standard score 111, and Arithmetic standard score 110.

Findings from cognitive assessment are noteworthy in several respects. A rather dramatic finding is his exceptionally high score on the Working Memory Index where he had a percentile rank of greater than 99; it is typically (but not always) found that people with ADHD have a relatively low score on this Index; his score was not only in the opposite direction, but exceptionally strong.

There were no obvious indicators of a learning disability, but he may have some learning dysfunction as suggested by a definite pattern of strengths and weakness. Finally, the Verbal Comprehension Index of 103 may be significantly lower than is typical for people taking the medical boards; he may have some difficulty with processing information, particularly as he noted that he is also slow in processing such material.

<u>Personality and Emotional Factors.</u> Findings from objective self-report personality questionnaires did not indicate the presence of a mood disorder or anxiety disorder; this finding was consistent with information reported during the clinical interview. The MMPI findings were within normal limits with some indication of reluctance to admit to problems. Responses suggested that he is likely to be somewhat reclusive and cynical. His interests seem to involve primarily stereotypic male oriented activities and he seemed to lack the cultural interest that are characteristic of individuals with his educational level.

Findings from the MCMI noted his emphasis on self-reliance and self-determination; he may focus on his competitive values and autonomy. His style involves a high degree of self-confidence combined with mistrust of others. He is likely to emphasize his hard-boiled strength.

<u>Recommendations and Conclusions.</u> Dr. Krolik told of many life accomplishments and successes. He played professional football in a Canadian league and also hockey. He has a pilot's license and in the past used to enjoy flying airplanes; he also had a collection of cars including Porsche's and Mercedes He was in the military and earned a purple heart. He enjoyed owning and running his multimillion dollar business.

He has encountered a high degree of frustration associated with this unaccustomed experience of failure as he has attempted to pass his Boards. He indicated that he has been feeling a great deal of stress and anger about the situation.

DRPH000008

Psychological Evaluation
Ralph Krolik, M.D. (OC# 1591339)
Page 5

Given his life experiences of success and accomplishment and his personality style of maintaining a confident, self-determined and decisive approach, he may have had a reluctance (possibly unconscious) to admit to the types of deficits associated with Attention Deficit Hyperactivity Disorder. Therefore, it seems appropriate for him to pursue further evaluation. He indicated that he has an appointment to see Dr. Mark Zielinski, a psychiatrist with expertise in Adult Attention Deficit Hyperactivity Disorder. Even though the standard procedures for diagnosis of ADHD used in the current evaluation did not indicate a high probability of the presence of ADHD, there is no definitive test for Attention Deficit Hyperactivity Disorder. As there is the possibility that he has ADHD, further evaluation and another opinion may be helpful.

*Pamela R. Hoblit*
Pamela R. Hoblit, Ph.D.
Clinical Psychologist

jk

DRPH000009