# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph E. Krolik, M.D., ) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
| Plaintiff, ) | CV 05-315-PHX-FJM |
| ) | |
| v. ) | |
| ) | |
| National Board of Medical Examiners, ) | |
| ) | |
| Defendant. ) | |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.


IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed June 28, 2006, having granted Defendant's Motion for Summary Judgment, judgment is entered in favor of Defendant.

June 28, 2006

RICHARD H. WEARE
District Court
Executive/Clerk

 s/Shelly Butout
By: Shelly Butout
Deputy Clerk

cc: (all counsel)