AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

_____ DISTRICT OF ARIZONA _____

| | |
|---|---|
| Ralph E. Krolik, M.D., | **BILL OF COSTS** |
| **Plaintiff,** | |
| **V.** | **Case Number: 05-CV-0315-PHX-FJM** |
| **National Board of Medical Examiners,** | |
| **Defendant.** | |

Judgment having been entered in the above entitled action on June 28, 2006 against Plaintiff, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk..................................................................................................................... | $      0 |
| Fees for service of summons and subpoena............................................................................. | 533.80 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case............................... | 0 |
| Fees and disbursements for printing......................................................................................... | 0 |
| Fees for witnesses (itemize on reverse side)............................................................................ | 704.25 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case............. | 0 |
| Docket fees under 28 U.S.C. 1923............................................................................................ | 0 |
| Costs as shown on Mandate of Court of Appeals...................................................................... | 0 |
| Compensation of court-appointed experts................................................................................ | 0 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ....................... | 0 |
| Other costs (please itemize) ..................................................................................................... | 4202.73 |
| | **TOTAL $5440.78** |

SPECIAL NOTE:  Attach your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage prepaid to:

Pete V. Domenici, Jr., Esq., Domenici Law Firm, 320 Gold Avenue SW, #1000, Albuquerque, NM  87102, Attorney for Plaintiff.

Signature of Attorney:   _Ronda R. Fisk_ _____

Name of Attorney:   Ronda R. Fisk _____

For:   Defendant, National Board of Medical Examiners _____   Date: 7/13/06
       Name of Claiming Party

Costs are taxed in the amount of 7 and included in the judgment.

_____   By: _____   _____
       **Clerk of Court**                              **Deputy Clerk**                              **Date**

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Days | Total Cost | |
| Michael Gordon, Ph.D.<br>Upstate Medical University, Dept. of Psychiatry<br>750 E. Adams St., Syracuse, NY 13210<br>Hearing in Phoenix, AZ on 1/11/06<br>Travel on 1/10 -11/06<br>Travel Costs: $70.51 (rental car);<br>$378.80(airfare)<br>Subsistence Costs: Lodging - $127 x 1 night<br>(per diem); Meals - $59 x 2 days (per diem) | 2 | $80.00 | 2 | $245.00 | 2 | $449.31 | $704.25 |
| | | | | | TOTAL | | $704.25 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**

"Sec. 1924.  Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

"A bill of costs shall be filed in the case and upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**

Rule 54 (d)

"Except where express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on one day's notice.  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6 (e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

1306587_1.DOC

Krolik v. National Board of Medical Examiners          05-CV-0315-PHX-FJM

<u>Itemization of Costs</u>
Statements Attached

<u>Fees for Service of Summons and Subpoena</u>:

| 2/27/06 | Service of Subpoena Duces Tecum on Custodian of Records for Vicki A. Alberts | $ 169.40 |
|---|---|---|
| 4/28/06 | Service of Subpoena Duces Tecum on Custodian of Records for Dr. Mary Krolik/Value Options | $  79.80 |
| 5/26/06 | Service of Subpoena Duces Tecum on Custodian of Records for Dr. Mary Krolik/Value Options | $  20.00 |
| 5/26/06 | Service of Subpoena Duces Tecum on Dr. Mary Krolik | $  21.00 |
| 5/26/06 | Service of Subpoena Duces Tecum on Custodian of Records for Dr. Mary Krolik | $  89.00 |
| 5/26/06 | Service of Subpoena Duces Tecum on Bashas Pharmacy | $  21.00 |
| 5/26/06 | Service of Subpoena Duces Tecum on Bashas Pharmacy | $ 133.60 |

<u>Other Costs</u>:

| 11/15/05 | Capital Legal Services Deposition Transcript of Michael Gordon, Ph.D. | $ 976.21 |
|---|---|---|
| 3/17/06 | Coash and Coash Deposition Transcript of Mary Lynn Krolik, M.D. | $ 615.42 |
| 3/17/06 | Coash and Coash Deposition Transcript of Ralph E. Krolik, M.D. | $1289.62 |
| 4/25/06 | Capital Legal Services Deposition Transcripts of J. Abram Doane | $ 407.30 |
| 4/21/06 | Smart Document Solutions, LLC Ochsner Clinic Foundation documents re Ralph Krolik | $  31.18 |
| 5/22/06 | Associated Reporters, Inc. Deposition Transcript of Grant Butterbaugh, Ph.D. | $ 883.00 |

# Michael Gordon, Ph.D.

**Upstate Medical University**
**Department of Psychiatry**
**750 East Adams Street**
**Syracuse, NY 13210**
**315-464-3151**

## INVOICE

**TO:** National Board of Medical Examiners
**RE:** Krolick Hearing

**Date:** February 17, 2006

| Date | Activity | Hours | Amount |
|------|----------|-------|--------|
| 1/4/06 | Phone conference re: hearing brief | .5 | |
| 1/8/06 | Review of deposition | 1.0 | |
| 1/9/06 | Phone conference re: hearing, review of materials | 1.0 | |
| 1/10/06 | Review of deposition materials, briefs, and other material in preparation for hearing | 2.0 | |
| | Total Hours | 4.5 | |
| | Total amount due at $175/hr for professional services | | $787.50 |
| 1/11/06 | One day of activities related to testimony (per contract) | | $2,000 |
| 1/10-1/11/06 | Expenses related to travel and lodging (see detail below) | | $767.90 |
| | Total Amount due | | $3,555.40 |

**Expenses (for 1/10-1/11)**

| | | |
|--|--|--|
| | Rental Car | $70.51 |
| | Hotel | $270.65 |
| | Dinner | $47.94 |
| | Airfare | $378.80 |
| | **Total** | $767.90 |
| | | |

Checks should be made out to Gordon Systems/Michael Gordon, Ph.D. The federal tax ID number is 16-1282190. Thank you.

Hawkins and E-Z Messenger Legal-Support Providers, LLC

65 E. Pennington Street      *      Tucson, AZ 85701      *  (520) 623-8436

## I N V O I C E

7384                                          Feb 27, 2006
RONDA R. FISK
OSBORN & MALEDON
2929 N. CENTRAL AVENUE  SUITE 2100
PHOENIX, AZ 85012
                                    Secretary:
HELP File#  : 973598                Received : 02/21/06
Client File#: 13287.1               Claim No.
Case number#: CV05-0315 PHX FJM     HEARING DATE: 03/17/06 @
Case Tile   : RALPH E. KROLIK, M.D
              vs NATIONAL BOARD OF MEDICAL EXAMINERS
SERVED      : 02/22/06 @ 11:54 pm
Name to Serve:
CUSTODIAN OF RECORDS FOR DR. VICKI A. ALBERTS
11361 N. 99TH AVENUE, STE.601 PEORIA, ARIZONA  85345-5400 MARICOPA COUNTY
Document(s):
LETTER; SUBPOENA DUCES TECUM (DOCUMENTS ONLY); EXHIBIT A, EXHIBIT B; AFFIDAVIT
OF CUSTODIAN OF RECORDS

|                          |     |        |
|--------------------------|-----|--------|
| SERVICE OF PROCESS       | $   | 16.00  |
| MILES        26          | $   | 62.40  |
| FEES PAID                | $   | 40.00  |
| HELP CHECK CHARGE        | $   | 4.00   |
| SERVICE CHARGE           | $   | 2.00   |
| RUSH SERVICE             | $   | 35.00  |
| AFFIDAVIT/NOTARY FEE     | $   | 10.00  |
| TOTAL                    | $   | 169.40 |

THIS INVOICE IS FOR YOUR RECORDS.  IF YOU PAY AT THIS TIME

PLEASE SHOW YOUR CLIENT ACCOUNT NUMBER ON YOUR CHECK.
P 973598                                        P 973598

Hawkins and E-Z Messenger Legal-Support Providers, LLC

65 E. Pennington Street      *      Tucson, AZ 85701       * (520) 623-8436

## I N V O I C E

7384                                              Apr 28, 2006
RONDA R. FISK
OSBORN & MALEDON
2929 N. CENTRAL AVENUE  SUITE 2100
PHOENIX, AZ 85012
                              Secretary:
HELP File#  : 999894          Received : 04/25/06
Client File#: 13287.0001      Claim No.
Case number#: CV 05-0315 PHX FJM   HEARING DATE: 05/05/06 @
Case Tile   : RALPH E. KROLIK, M.D.
              vs NATIONAL BOARD OF MEDICAL EXAMINERS
SERVED      : 04/25/06 @ 5:00 pm
Name to Serve:
CUSTODIAN OF RECORDS FOR DR. MARY KROLIK/VALUE OPTIONS
444 N. 44TH STREET SUITE 400 PHOENIX, ARIZONA 85008 MARICOPA COUNTY
Document(s):
LETTER DATED 4/25/06; SUBPOENA DUCES TECUM; EXHIBIT A & B; AFFIDAVIT OF
CUSTODIAN OF RECORDS

```
            SERVICE OF PROCESS $    16.00
            MILES       7    $    16.80
         SERVICE CHARGE        $     2.00
         RUSH SERVICE          $    35.00
         AFFIDAVIT/NOTARY FEE $    10.00
                    TOTAL $    79.80
```

THIS INVOICE IS FOR YOUR RECORDS.  IF YOU PAY AT THIS TIME
       PLEASE SHOW YOUR CLIENT ACCOUNT NUMBER ON YOUR CHECK.

IN THE UNITED STATES DISTRICT COURT                    CLIENT FILE NO.
STATE OF ARIZONA                                          13287.0001
COUNTY OF MARICOPA

RALPH E. KROLIK, M.D.                              CASE NO. CV 05-0315 PHX FJM
   vs                                                      JUDGE
NATIONAL BOARD OF MEDICAL EXAMINERS            HEARING DATE: 05/05/06 @

STATE OF ARIZONA     )                              AFFIDAVIT OF SERVICE
COUNTY OF MARICOPA   )
THE AFFIANT, being sworn, states: That I am a private process server registered
in MARICOPA COUNTY and an Officer of the Court.  On 04/25/06    I received the
LETTER DATED 4/25/06; SUBPOENA DUCES TECUM; EXHIBIT A & B; AFFIDAVIT OF
CUSTODIAN OF RECORDS

from OSBORN & MALEDON
by RONDA R. FISK                                                       and
in each instance I personally served a copy of each document listed above upon:
CUSTODIAN OF RECORDS FOR DR. MARY KROLIK/VALUE OPTIONS

on 04/25/06 at  5:00 pm at 444 N. 44TH STREET SUITE 400
PHOENIX, ARIZONA 85008 MARICOPA COUNTY
in the manner shown below:
by leaving true copy(ies) of the above documents with
DIANE RAMIREZ, RECORDS CUSTODIAN

STATED AUTHORIZED TO ACCEPT

**Description:** HISP, Female, Approx. 45 yrs. of age, 5' 6" tall, Weighing 200lbs.,
BROWN Eyes, BROWN Hair,

                              /s/MICHAEL B. BULLOCH
                                                                 Affiant
                    Subscribed and sworn to before me the   Apr 27, 2006

                         /s/Lola J. Ferguson
                                                            Notary

                    My Commission expires:  03/03/2010


       SERVICE OF PROCESS $   16.00    Hawkins and E-Z Messenger Legal-Support Providers, LLC
       MILES       7    $   16.80    10 W. Madison Street
   SERVICE CHARGE        $    2.00    Phoenix, AZ 85003
   RUSH SERVICE          $   35.00    (602) 258-8081 FAX: (602) 258-8864
   AFFIDAVIT/NOTARY FEE $   10.00
              TOTAL $   79.80
CLIENT COPY                             INV. # 999894 7384

Hawkins and E-Z Messenger Legal-Support Providers, LLC

65 E. Pennington Street    *      Tucson, AZ 85701        *  (520) 623-8436

# I N V O I C E

7384                                          May 26, 2006
OSBORN & MALEDON
2929 N. CENTRAL AVENUE  SUITE 2100
PHOENIX, AZ 85012
                              Secretary: LINDSEY
HELP File#  : 999813          Received : 04/25/06
Client File#: 13287.1         Claim No.
Case number#:
Case Tile   :
            vs
DELIVERED   : 04/25/06 @ 5:00 pm
Name to Serve:
PICK-UP FROM 2929 N. CENTRAL AVENUE  SUITE 2100 DOCUMENTS FOR SERVICE: SERVE AT
C/R FOR DR. KROLIK VALUE OPTIONS 444 N. 44TH STREET SUITE 400 PHOENIX, AZ
Document(s):


                    SPECIAL HANDLING $    15.00
          3 MILES + SC              $     5.00
                          TOTAL $    20.00

THIS INVOICE IS FOR YOUR RECORDS.  IF YOU PAY AT THIS TIME

       PLEASE SHOW YOUR CLIENT ACCOUNT NUMBER ON YOUR CHECK.
P 999813                                                    P 999813

5

Hawkins and E-Z Mess   Legal-Support Providers, LLC

10 W. Madison Street      *      Phoenix, AZ 85003      *      (602) 258-8081

P 999813                    S P E C I A L                    P 999813

```
DATE:     04/25/06
CLIENT:  7384   OSBORN & MALEDON              (FOR OFFICE USE ONLY)
Address:        2929 N. CENTRAL AVENUE  SUITE 2100
City/Zip:       PHOENIX, AZ 85012             XX    DO TODAY
PHONE NO:       (602) 640-9000
ATT/SEC:        LINDSEY                              RUSH
CASE NO:
COURT:                                              ROUTINE
PLAINTIFF:

DEFENDANT:                                    Updated by : scamacho

ATTY FILE #:   13287.1          CLAIM NO. :

Pickup Date : 04/25/06          Pickup Time :  2:17  pm
```

INSTRUCTIONS:
PICK-UP FROM 2929 N. CENTRAL AVENUE  SUITE 2100 DOCUMENTS FOR SERVICE: SERVE AT
C/R FOR DR  KROLIK VALUE OPTIONS 444 N. 44TH STREET SUITE 400 PHOENIX, AZ

| ACTIVITY | CHARGES | |
|---|---|---|
| SPECIAL HANDLING | $ | |
| MILES | $ | |
| MILES | $ | |
| MILES | $ | |
| P/U DELIVERY | $ | 15.00 |
| FEES PAID | $ | |
| ADVANCE FEE (    ) | $ | |
| LOCATE | $ | |
| 3 MILES + SC | $ | 5.00 |
| | $ | |
| | $ | |
| NOTARY FEE | $ | |
| T O T A L   D U E | $ | 20.00 |

```
                    | REC'D BY : BILL
                    |
                    | TITLE    :
                    |
                    | DATE:   04/25/06   TIME:   5:00   pm
                    |
                    | MESSENGER:
                    |
```

P 999813                                      7384

Hawkins and E-Z Messenger Legal-Support Providers, LLC

65 E. Pennington Street      *      Tucson, AZ 85701      * (520) 623-8436

## I N V O I C E

7384                                      May 26, 2006
OSBORN & MALEDON
2929 N. CENTRAL AVENUE  SUITE 2100
PHOENIX, AZ 85012
                            Secretary: LINSEY
HELP File#  : 1001151       Received : 04/27/06
Client File#: 13287.1       Claim No.
Case number#:
Case Tile   :
            vs
DELIVERED   : 04/27/06 @ 5:00
Name to Serve:
SPECIAL PICK UP AND SERVICE. SERVE DR. MARY KROLIK, 9421 W. SATTLE HORN RD.,
PEORIA, ARIZONA. RE: KROLIK, DR
Document(s):


                SPECIAL HANDLING $    15.00
        3 MILES + SC            $     6.00
                      TOTAL $        21.00   ✓

THIS INVOICE IS FOR YOUR RECORDS.  IF YOU PAY AT THIS TIME

        PLEASE SHOW YOUR CLIENT ACCOUNT NUMBER ON YOUR CHECK.
P 1001151                                          P 1001151

Hawkins and E-Z Messenger Legal-Support Providers, LLC

65 E. Pennington Street      *      Tucson, AZ 85701      *  (520) 623-8436

## I N V O I C E

7384                                          May 26, 2006
RONDA R. FISK
OSBORN & MALEDON
2929 N. CENTRAL AVENUE  SUITE 2100
PHOENIX, AZ 85012

                                    Secretary:
HELP File#  : 1001245               Received : 04/27/06
Client File#: 13287.1               Claim No.
Case number#: CV 05-0315 PHX FJM
Case Tile   : RALPH E. KROLIK M.D.
              vs NATIOINAL BOARD OF MEDICAL EXAMINERS
RETURNED    : 05/02/06 @ 6:30 pm
Name to Serve:
DR. MARY KROLIK
9421 W. SADDLEHORN ROAD PEORIA, ARIZONA 85383 MARICOPA COUNTY
Document(s):
LETTER; SUBPOENA DUCES TECUM; EXHIBIT A-B; AFFIDAVIT OF CUSTODIAN OF RECORDS;

ATTEMPTED SERVICE AT THE ADDRESS ABOVE ON: 4/27/06 AT 7:20PM AND 5/2/06 AT
6:30PM.  BELIEVE THE OCCUPANT IS AVOIDING SERVICE.  ON 5/2/06 THE OCCUPANT
CLOSED THE DOOR AS I APPROACHED THE FRONT DOOR AND WOULD NOT ANSWER AFTER I WAS
RINGING THE DOOR BELL AND KNOCKING ON THE DOOR FOR AN EXTENDED TIME.   RETURNING
THE DOCUMENTS.

|  | | |
|---|---|---|
| SERVICE OF PROCESS $ | | 16.00 |
| MILES      25      $ | | 60.00 |
| SERVICE CHARGE     $ | | 3.00 |
| AFFIDAVIT/NOTARY FEE $ | | 10.00 |
| TOTAL $ | | 89.00 |

THIS INVOICE IS FOR YOUR RECORDS.  IF YOU PAY AT THIS TIME

PLEASE SHOW YOUR CLIENT ACCOUNT NUMBER ON YOUR CHECK.

Hawkins and E-Z Messenger Legal-Support Providers, LLC

65 E. Pennington Street        *        Tucson, AZ 85701        * (520) 623-8436

# INVOICE

7384                                              May 26, 2006
OSBORN & MALEDON
2929 N. CENTRAL AVENUE  SUITE 2100
PHOENIX, AZ 85012

                              Secretary: LINDSAY
HELP File#  : 1006092         Received : 05/10/06
Client File#: 13287.1         Claim No.
Case number#: 05-0315
Case Tile   : KROLIK
              vs NATIONAL BOARD OF MEDICAL EXAMINERS
DELIVERED   : 05/10/06 @ 5:00 pm
Name to Serve :              .
PICK-UP FROM 2929 N. CENTRAL AVENUE  SUITE 2100 SERVE AT SUBPOENA, BASHAS
PHARMACY 6760 W. DEER VALLEY RD. GLENDALE, AZ 85310 DELIVERY TO AFFIDAVIT BACK
TO LINDSAY! IF CANNOT BE SERVED TODAY BY END OF BUSINESS DAY TOMORROW.
Document(s):


            SPECIAL HANDLING $    15.00
     3 MILES + SC            $     6.00
              TOTAL $    21.00

THIS INVOICE IS FOR YOUR RECORDS.  IF YOU PAY AT THIS TIME

      PLEASE SHOW YOUR CLIENT ACCOUNT NUMBER ON YOUR CHECK.

Hawkins and E-Z Messenger Legal-Support Providers, LLC

10 W. Madison Street     *     Phoenix, AZ 85003     *     (602) 258-8081

P 1006092                    S P E C I A L                    P 1006092

```
DATE:      05/10/06
CLIENT:  7384   OSBORN & MALEDON          (FOR OFFICE USE ONLY)
Address:      2929 N. CENTRAL AVENUE   SUITE 2100
City/Zip:     PHOENIX, AZ 85012         XX    DO TODAY
PHONE NO:     (602) 640-9000
ATT/SEC:      LINDSAY                          RUSH
CASE NO:      05-0315
COURT:        UNITED STATES DISTRICT COURT     ROUTINE
PLAINTIFF:    KROLIK

DEFENDANT:    NATIONAL BOARD OF
              MEDICAL EXAMINERS            Updated by : nadean1
ATTY FILE #:  13287.1        CLAIM NO. :
```

Pickup Date : 05/10/06        Pickup Time : 11:25  am

INSTRUCTIONS:
PICK-UP FROM 2929 N. CENTRAL AVENUE  SUITE 2100 SERVE AT SUBPOENA. BASHAS
PHARMACY 6760 W. DEER VALLEY RD. GLENDALE, AZ 85310 DELIVERY TO AFFIDAVIT BACK
TO LINDSAY! IF CANNOT BE SERVED TODAY BY END OF BUSINESS DAY TOMORROW.

| ACTIVITY | CHARGES |
|---|---|
| SPECIAL HANDLING | $ |
| MILES | $ |
| MILES | $ |
| MILES | $ |
| P/U DELIVERY | $  15.00 |
| FEES PAID | $ |
| ADVANCE FEE ( ) | $ |
| LOCATE | $ |
| 3 MILES + SC | $  6.00 |
| | $ |
| | $ |
| NOTARY FEE | $ |
| T O T A L   D U E | $  21.00 |

REC'D BY : BILL
TITLE    :
DATE:   05/10/06   TIME:   5:00   pm
MESSENGER:

P 1006092                                    7384

Hawkins and E-Z Messenger Legal-Support Providers, LLC

65 E. Pennington Street     *     Tucson, AZ 85701     * (520) 623-8436

## I N V O I C E

7384                                               May 26, 2006
RONDA R.FISK
OSBORN & MALEDON
2929 N. CENTRAL AVENUE  SUITE 2100
PHOENIX, AZ 85012
                                    Secretary:
HELP File#  : 1006176               Received : 05/10/06
Client File#: 13287.1               Claim No.
Case number#: CV05-0315 PHX FJM
Case Tile   : RALPH E. KROLIK, M.D
              vs NATIONAL BOARD OF MEDICAL EXAMINERS
SERVED      : 05/10/06 @ 2:05 pm
Name to Serve:
BASHAS' PHARMACY
6760 W. DEER VALLEY ROAD GLENDALE, ARIZONA 85310 MARICOPA COUNTY
Document(s):
LETTER; SUBPOENA DUCES TECUM; EXHIBT A-B; AFFIDAVIT OF CUSTODIAN OF RECORDS


              SERVICE OF PROCESS $    16.00
                    MILES    29   $    69.60
            SERVICE CHARGE          $     3.00
            RUSH SERVICE            $    35.00
            AFFIDAVIT/NOTARY FEE $    10.00
                    TOTAL $   133.60

   THIS INVOICE IS FOR YOUR RECORDS.  IF YOU PAY AT THIS TIME

        PLEASE SHOW YOUR CLIENT ACCOUNT NUMBER ON YOUR CHECK.
P 1006176                                            P 1006176

HAWKINS and E-Z MESSENGER
10 W. Madison Street
Phoenix, AZ 85003
(602) 258-8081 FAX: (602) 258-8864

IN THE UNITED STATES DISTRICT COURT          CLIENT FILE NO.
STATE OF ARIZONA COUNTY OF MARICOPA                13287.1

RALPH E. KROLIK, M.D                          CASE NO. CV05-0315 PHX FJM
    vs                                        JUDGE        .
NATIONAL BOARD OF MEDICAL EXAMINERS

STATE OF ARIZONA      )                       AFFIDAVIT OF SERVICE
COUNTY OF MARICOPA    )
THE AFFIANT, being sworn, states: That I am a private process server registered
in MARICOPA COUNTY and an Officer of the Court.  On 05/10/06 I received the LETTER;
SUBPOENA DUCES TECUM; EXHIBT A-B; AFFIDAVIT OF CUSTODIAN OF RECORDS

from OSBORN & MALEDON and by RONDA R.FISK in each instance I personally served a
copy of each document listed above upon:
BASHAS' PHARMACY on 05/10/06 at 2:05 pm at 6760 W. DEER VALLEY ROAD GLENDALE,
ARIZONA 85310 MARICOPA COUNTY in the manner shown below:
by leaving true copy(ies) of the above documents with TODD WERTISH, PHARMACY
MANAGER STATED AUTHORIZED TO ACCEPT.

Description: CAU, Male, Approx. 37 yrs. of age, 5' 11" tall, Weighing 185lbs.,
BROWN Eyes, BROWN Hair,

                                        /s/CHARLES T. BECKER, ACPS
                                        _____
                                                            Affiant
                                        Sworn to before me the  May 11, 2006

                                        /s/Lola J. Ferguson
                                        _____
                                                            Notary
                                        My Commission expires:  03/03/2010

SERVICE OF PROCESS $    16.00
    MILES     29   $    69.60
SERVICE CHARGE     $     3.00           INV. # 1006176 7384
RUSH SERVICE       $    35.00           CLIENT COPY
AFFIDAVIT/NOTARY FEE $  10.00
          TOTAL $     133.60

# CAPITAL LEGAL SERVICES

*1431 Lombard Street*
*Philadelphia, PA 19146*
*(800) 760-2626 toll free*
*(215) 732-4888 fax*

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 11/15/2005 | 111505DJ193 |

**Bill To :**

Diane M. Johnsen, Esquire
Osborn Maledon, PC
The Phoenix Plaza, 21st Floor
2929 North Central Avenue
Phoenix, AZ 85012

*fax : 602-640-6052*

**Case Caption :**

Ralph Krolik, M.D. vs. National Board

| Date Taken | Terms | Payment Due |
|------------|-------|-------------|
| 11/15/05 | Due on receipt | 11/15/2005 |

| Item | Description | Number of Pages |
|------|-------------|-----------------|
| Copy | Expedited/Medical/Deponent(s):  Michael Gordon, Ph.D. | 193 |
| Exhibits | Exhibits Photocopied and Annexed | 320 |
| Condensed | Condensed and Word Index | 1 |
| E-Transcript | E-Mailed Transcript by E-Transcript - No Fee | 1 |
| ASCII Disc | ASCII Disc - NO CHARGE | 1 |
| S & H | Shipping and Handling | 1 |
| Credit Cards | Visa#_____<br>MasterCard#_____<br>American Express#_____<br>Expiration Date:_____<br>Card Holders Name _____<br>Signature:_____<br><br>Billing Address for Card Holder:<br>_____<br>_____ | |

Federal Tax ID No:  72-1519320 - THANK YOU!!!!!
1.5% Finance charge on all balances over 30 day.

**Total** | $976.21

Coash & Coash, Inc.
1802 N. 7th Street
Phoenix, AZ 85006
(602) 258-1440   Fax (602) 258-2062

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 71280 | 03/17/2006 | 01-1001241 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/28/2006 | COASME | CV05-0315 PH |

| CASE CAPTION *132871* |
|---|
| Krolik vs. National Board of Medical Examiners |
| **TERMS** |
| Due upon receipt |

Diane M. Johnsen
Law Offices of Osborn Maledon
2929 North Central Avenue
Suite #2100
Phoenix, AZ 85012-2794

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Mary Lynn Krolik, M.D.          112 Pages           381.92
        EXHIBITS                      8 Pages             2.00
        PER DIEM                                        120.00
        EZ Delivery                                      14.50
        Rough ASCII                                      97.00
                                                      ----------
                        TOTAL    DUE    >>>>            615.42
```

*OK*

*D✗*

REC'D OSBORN MALEDON P.A.

**MAR 2 0 2006**

REC'D OSBORN MALEDON P

**MAR 2 3 2006**

TAX ID NO.:  860409007                                    (602) 640-9000      *191174*

*Please detach bottom portion and return with payment.*

Coash & Coash, Inc.
1802 N. 7th Street
Phoenix, AZ 85006
(602) 258-1440   Fax (602) 258-2062

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 71278 | 03/17/2006 | 01-1001242 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 03/01/2006 | COASME | CV05-0315 PH |

| CASE CAPTION *13287.1* |
|---|
| Krolik vs. National Board of Medical Examiners |

| TERMS |
|---|
| Due upon receipt |

Diane M. Johnsen
Law Offices of Osborn Maledon
2929 North Central Avenue
Suite #2100
Phoenix, AZ 85012-2794

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Ralph Elliott Krolik, M.D.            288 Pages              982.08
      EXHIBITS                            59 Pages               33.04
      PER DIEM                                                  260.00
      EZ Delivery                                                14.50
                                                             _____
                            TOTAL   DUE   >>>>             1,289.62
```

REC'D OSBORN MALEDON P.A.

MAR 2 0 2006

REC'D OSBORN MALEDON P.A.

MAR 2 3 2006

TAX ID NO. :  860409007                              (602) 640-9000   *191175*

*Please detach bottom portion and return with payment.*

# CAPITAL LEGAL SERVICES

*1431 Lombard Street*
*Philadelphia, PA 19146*
*(800) 760-2626 toll free*
*(215) 732-4888 fax*

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 4/25/2006 | 042506DJ132 |

Diane M. Johnsen, Esquire
Osborn Maledon, PC
The Phoenix Plaza, 21st Floor
2929 North Central Avenue
Phoenix, AZ 85012

**Case Information**

Ralph Krolik, M.D. vs. National Board

| Date Taken | Terms | Payment Due |
|------------|-------|-------------|
| 04/25/06 | Due on receipt | 4/25/2006 |

| Item | Description | QUANTITY |
|------|-------------|----------|
| Copy | Deponent(s): J. Abram Doane | 132 |
| Condensed | Condensed and Word Index | 1 |
| ASCII Disc | ASCII Disc | 1 |
| E-Transcript | E-Mailed Transcript by E-Transcript- No additional Charge | 1 |
| Exhibits | Exhibits Photocopied and Annexed | 25 |
| S & H | Shipping and Handling | 1 |
| Credit Cards | Visa# _____<br>MasterCard# _____<br>American Express# _____<br>Expiration Date: _____<br>Card Holders Name _____<br>Signature: _____<br><br>Billing Address for Card Holder:<br><br>_____ | |

Federal Tax ID No: 72-1519320 - THANK YOU
1.5% Finance charge on all balances over 30 day.

**Total** $407.30

2004896

# INVOICE

Smart Document Solutions, LLC
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

**Invoice #: 0033026335**
**Date:        04/21/2006**

| Ship to: |
|---|

RONDA R FISK
OSBORN MALEDON
2929 NORTH CENTRAL AVE
STE 2100
PHOENIX, AZ 85012

| Bill to: |
|---|

RONDA R FISK
OSBORN MALEDON
2929 NORTH CENTRAL AVE
STE 2100
PHOENIX, AZ 85012

| Records from: |
|---|

OCHSNER CLINIC FOUNDATION
1514 JEFFERSON HIGHWAY
NEW ORLEANS, LA 70121

# RECEIVED

APR 27 2006

**Requested By:** OSBORN MALEDON
**Patient Name:**  KROLIK RALPH

**SSN:**        501501514
**DOB:**        112244

Ok to pay R Fisk  04/22/06 **OSBORN MALEDON PA**

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 10.00 |
| Retrieval Fee | | | 5.00 |
| Per Page Copy (Paper) 1 | 13 | 1.00 | 13.00 |
| Shipping/Handling | | | 1.11 |
| Subtotal | | | 29.11 |
| Sales Tax | | | 2.07 |
| Invoice Total | | | 31.18 |
| Balance Due | | | 31.18 |

**Approved For Payment**

REC'D OSBORN MALEDON P.A.

MAY 0 1 2006

Client No. _13287.1_

**Pay your invoice online at www.SDSPayOnline.com**

Terms: Net 30 days          **Please remit this amount : $ 31.18**

191696

Associated Reporters, Inc.
Bank One Center
201 St. Charles Avenue, Suite 3811
New Orleans, LA 70170
(504) 529-3355   Fax (504) 522-3113

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 57746 | 05/22/2006 | 01-10711 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/26/2006 | MASOGA | 05-0315 |

| CASE CAPTION |
|---|
| Ralph E. Krolik, M.D., vs National Board Of Medical Exa |

| TERMS | *13287.1* |
|---|---|
| Net 45 | |

Diane Johnsen
Osborn, Maledon
2929 N. Central Avenue, Ste 2100
Phoenix, AZ 85012-2794

For the deposition of
   Grant Butterbaugh, Ph. D.                                            883.00

                                    TOTAL  DUE  >>>>          883.00
                          AFTER 07/06/2006 PAY               971.30

                                        REC'D OSBORN MALEDON P.A

                                        MAY 2 6 2006

                    REC'D OSBORN MALEDON P.A

                    MAY 3 0 2006

        (*Sent  Form W-9 w/check*)                    *D Jo*

TAX ID NO.:  72-0819307                          (602-) 640-9000        *192190*

*Please detach bottom portion and return with payment.*