Pete V. Domenici, Jr., Esq.
Domenici Law Firm, P.C.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250
Attorney for Plaintiff Ralph E. Krolik, M.D.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| RALPH E. KROLIK, M.D., | ) | CASE NO. CV-05-0315 PHX FJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **NOTICE OF APPEAL** |
| | ) | |
| NATIONAL BOARD OF | ) | |
| MEDICAL EXAMINERS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Notice is hereby given that Ralph E. Krolik, M.D., Plaintiff in the above named case by and through his attorney of record, Domenici Law Firm, P.C. (Pete V. Domenici, Jr., Esq.), hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Final Judgment in a Civil Case entered in this action on the 28th day of June, 2006.

Respectfully submitted,

DOMENICI LAW FIRM, P.C.

S/ Pete V. Domenici, Jr., Esq.
PETE V. DOMENICI, JR., Esq.
Attorney for Plaintiff
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250 office
(505) 884-3424 fax.

I hereby certify that a true and correct
Copy of the foregoing was electronically transmitted
To the Clerk's Office using the CM/ECF System for filing and
To opposing counsel by electronic filing and by U.S. Mail to:
Diane Johnsen, Esq.
Osborn Maledon, P.C.
2929 N. Central Avenue, Suite 2100
Phoenix, AZ 85012
(602) 640-9000 office

On this __25th___ day of July 2006.

S/ Pete V. Domenici, Jr., Esq.
PETE V. DOMENICI, JR., Esq.