Pete V. Domenici, Jr., Esq.
Domenici Law Firm, P.C.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250
Attorney for Plaintiff Ralph E. Krolik, M.D.

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

| | | |
|---|---|---|
| RALPH E. KROLIK, M.D., | ) | CASE NO. CV-05-0315 PHX FJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **ENTRY OF APPEARANCE AND** |
| | ) | **REPRESENTATION STATEMENT** |
| | ) | |
| NATIONAL BOARD OF | ) | |
| MEDICAL EXAMINERS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

In accordance with 9th Cir. R. 3-2, the undersigned attorney hereby appears as counsel for Ralph E. Krolik, M.D., Plaintiff and Appellant, in the subject case.

Further, in accordance with 9th Cir. R. 3-2, the undersigned certifies as follows:

All parties to the action with the names, addresses and telephone numbers of their respective counsel:

    Plaintiff/Appellant is Ralph E. Krolik, M.D.
        C/o Pete V. Domenici, Jr., Esq.
        Domenici Law Firm, P.C.
        320 Gold Avenue S.W. Suite 1000
        Albuquerque, New Mexico 87102
        (505) 883-6250

    Defendant/Appellee is National Board of Medical Examiners.
        C/o Diane M. Johnsen, Esq.
        Osborn Maledon, P.A.
        2929 North Central, Suite 2100
        Phoenix, Arizona 85012-2794
        (602) 640-9000

                    Respectfully submitted,

                    DOMENICI LAW FIRM, P.C.

                    S/ Pete V. Domenici, Jr., Esq.
                    PETE V. DOMENICI, JR., Esq.
                    Attorney for Plaintiff
                    320 Gold Avenue SW, Suite 1000
                    Albuquerque, New Mexico 87102
                    (505) 883-6250 office
                    (505) 884-3424 fax.

I hereby certify that a true and correct
Copy of the foregoing was electronically transmitted
To the Clerk's Office using the CM/ECF System for filing and
To opposing counsel by electronic filing and by U.S. Mail to:
Diane Johnsen, Esq.
Osborn Maledon, P.C.
2929 N. Central Avenue, Suite 2100
Phoenix, AZ 85012
(602) 640-9000 office

On this __25th____ day of  July 2006.

S/ Pete V. Domenici, Jr., Esq.
PETE V. DOMENICI, JR., Esq.