USCA DOCKET # (IF KNOWN)

**UNITED STATES COURT OF APPEALS FOR THE
NINTH CIRCUIT
CIVIL APPEALS DOCKETING STATEMENT**

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| Ralph E. Krolik, M.D., Plaintiff, v. National Board of Medical Examiners, Defendant. | DISTRICT: Arizona | JUDGE: Honorable Frederick J. Martone |
|---|---|---|
| | DISTRICT COURT NUMBER: CV-05-0315 PHX FJM | |
| | DATE NOTICE OF APPEAL FILED: 7/25/06 | IS THIS A CROSS APPEAL? ___ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): | |

<u>BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:</u>  In this action, Plaintiff, Dr. Ralph Krolik, seeks a judgment and declaratory relief that the Defendant, the National Board of Medical Examiners ("NBME"), violated Plaintiff's rights under the Americans With Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12101, et seq. for its denial to afford Plaintiff reasonable accommodation to take the United States Medical Licensing examination.

Plaintiff, graduated from American University of the Caribbean Medical School in 1996 at the age of 52.  Defendant administers the United States Medical Licensing Examination (USMLE) to all medical school graduates as a prerequisite to obtaining a medical license.  After Plaintiff unsuccessfully attempted to pass the USMLE on several different occasions, he requested testing accommodations under the Americans with Disabilities Act (ADA), 42 U.S.C. § 12189, stating that he suffers from attention deficit/hyperactivity disorder (ADHD) or a learning disability, which prevented him from passing the exam.  In particular, Plaintiff requested additional time to take the exam and to use paper and pencil rather than a computer.  Defendant denied the request for accommodations, concluding that Plaintiff failed to show that he suffers from ADHD or a learning disability and failed to demonstrate a substantial limitation of a major life activity.  Based on DSM-4 criteria, Plaintiff was diagnosed with hyperactive impulsive type disorder with a subtype of symptoms with over focus; attention deficit disorder plus cognitive inflexibility, trouble shifting attention, many negative thoughts and behavior with compulsive worrying and has childhood and adult symptoms of Attention Deficit/Hyperactivity Disorder, Reading Disorder, and chronic Motor Coordination.  As a result of the ADHD diagnosis Plaintiff petitioned the USMLE, Office of Test Accommodations, for reasonable accommodations to take Step 1 and Step 2 of the USMLE to obtain his medical license to practice medicine in accordance with the USMLE guidelines for examinees with disabilities and within the framework of the Americans with Disabilities Act.  An individual has a disability under the ADA if he

has "a physical or mental impairment that substantially limits one or more of the major life activities of such individual." In its denial opinion addressing USMLE's position on ADHD as a disability USMLE stated,

"Attention Deficit/Hyperactivity is a developmental disability with a childhood onset that typically results in a chronic and pervasive pattern of functional impairment in academic, social, or vocational functioning, and often in daily adaptive functioning. However, the documentation with your request for accommodation does not adequately support an ADHD diagnosis or the existence of a disability. While it is true, as you suggest, that the diagnostic labels of ADHD and Learning Disabilities were not in use in the 1950s, the lives of impulsive or learning impaired children nonetheless showed the impact of their deficits; They failed classes, were retained in grade, required extensive tutoring, received referrals for evaluations by psychiatrists and psychologists, and/or dropped out because of academic frustration." (Letter from J. Abram Doane, MA, JD, Manager, Disability Services, USMLE)

Plaintiff filed a Motion for Preliminary Injunction requesting the Court grant an injunction directing the Defendants to provide Plaintiff with a reasonable accommodation of more time to take the United States Medical Licensing Exams Part I and Part II. After a hearing, the U.S. District Court denied the Motion for Preliminary Injunction. Defendant filed for a Motion for Summary Judgment and the Motion was granted. Plaintiff appeals from the decision of the U.S. District Court on Summary Judgment.

---

PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL: Whether the District Court erred in denying that Plaintiff is entitled to a reasonable accommodation to take the USMLE for medical licensing under the ADA: (1) whether the plaintiff's condition constitutes a mental or physical impairment; (2) whether the impairment impacts a major life activity; and (3) whether the impairment substantially limits the major life activity.

PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDINGS THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):

DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:
__ Possibility of settlement
__ Likelihood that intervening precedent will control outcome of appeal
__ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters
   (Specify)_____
__ Any other information relevant to the inclusion of this case in the Mediation Program_____
_____
_____
_____ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

| LOWER COURT INFORMATION | Page 2 of 2 |

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| **FEDERAL** | **APPELLATE** | **TYPE OF JUDGMENT/ ORDER APPEALED** | **RELIEF** |
| __ Federal Question<br>__ Diversity<br>__ Other (Specify): | _X_ Final Decision of District Court<br>__ Interlocutory Decision Appealable As of Right<br>__ Interlocutory Order Certified by District Judge (Specify):<br>__ Other (Specify): | __ Default Judgment<br>__ Dismissal/jurisdiction<br>__ Dismissal/merits<br>_X_ Summary Judgment<br>__ Judgment/court Decision<br>__ Judgment/jury Verdict<br>__ Declaratory Judgment<br>__ Judgment as a Matter of Law<br>__ Other (Specify): | __ Damages:<br>  Sought $ _____<br>  Awarded $ _____<br>__ Injunctions:<br>  __ Preliminary<br>  __ Permanent<br>  __ Granted<br>  __ Denied<br>__ Attorney Fees:<br>  Sought $ _____<br>  Awarded $ _____<br>  __ Pending<br>  __ Costs: $ _____ |

**CERTIFICATION OF COUNSEL**

**I CERTIFY THAT:**
1. Copies of Order/Judgment Appealed Form Are Attached.
2. A Current Service List or Representation Statement With Telephone and Fax Numbers Are Attached (See 9th Cir. Rule 3-2).
3. A Copy of This Civil Appeals Docketing Statement Was Served in Compliance with FRAP 25.
4. I Understand That Failure to Comply With These Filing Requirements May Result in Sanctions, Including Dismissal of This Appeal.

_____ Signature        7/24/06   Date

**COUNSEL WHO COMPLETED THIS FORM**

NAME: Pete V. Domenici, Jr., Esq.

FIRM: Domenici Law Firm, P.C.

ADDRESS: 320 Gold Avenue S.W., Suite 1000, Albuquerque, New Mexico 87102

E-MAIL: pdomenici@domenicilaw.com

TELEPHONE: (505) 883-6250

FAX: (505) 884-3424

This Document Should Be Filed in The District Court With The Notice of Appeal
If Filed Late, it Should Be Filed Directly With the U.S. Court of Appeals