UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
**Court of Appeals No.** _____

**CASE INFORMATION:**
Short Case Title:        Krolik v. U.S. Medica, et al
District, Division & Judge        **AZ - PHX** Judge Frederick J. Martone
**District Court Case No.**   CV 05-315-PHX-**FJM**
Date Complaint filed 1/27/05
Date Appeal judgment *entered*: 6/28/06
Date NOA  *filed*: 7/25/06
Date of Indictment__     Verdict__   Sentencing__

COA Status (check one):   ☐ granted in full (attach order)        ☐ denied in full (send record)
                          ☐ granted in part (attach order)        ☐ pending
                          ☐ no COA required (2241)

☐Certificate of Record included  -

Court Reporter(s) Name & Phone Number:   Linda Schroeder-Willis 602-322-7249

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid : 7/27/06          Date Docket Fee Billed: _____
Date IFP granted                         Date IFP denied:
Is IFP pending? ☐ yes  ☐ no              Was IFP limited ☐? Revoked ☐?
US Government Appeal? ☐yes  ☐ no
Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking IFP.*

**COUNSEL INFORMATION (please include email address)**
Appellate Counsel:                       Appellee Counsel:

  ☒Retained  ☐CJA  ☐FPD ☐Pro Se  ☐ Other ----- *Please attach appointment order.*
  ☒ **See attached docket for names/addresses/phone numbers**

**DEFENDANT INFORMATION**
Prisoner ID _____              Address:
Custody ☐yes  ☐ no              Bail _____

Other docs included in this packet: CADS (Copy)

Name & Phone Number of Person Completing this Form:   s/ D. Taylor
                                                      602-322-7217
**Ninth Circuit  -  Please acknowledge receipt of this appeal on the enclosed copy**.