| AO 435 (Rev. 10/05) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| Read Instructions on Back: | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME<br>Pete V. Domenici, Jr., Esq. | 2. PHONE NUMBER<br>(505) 883-6250 | 3. DATE<br>7/27/2006 |
|---|---|---|
| 4. FIRM NAME<br>Domenici Law Firm, P.C. | | |
| 5. MAILING ADDRESS<br>320 Gold Avenue SW, Suite 1000 | 6. CITY<br>Albuquerque | 7. STATE NM — 8. ZIP CODE 87102 |
| 9. CASE NUMBER<br>CV-05-0315 — 10. JUDGE Frederick J. Martone | DATES OF PROCEEDINGS<br>11. 1/13/2006     12. | |
| 13. CASE NAME<br>Ralph E. Krolik, M.D. v. National Board of Medical Examiners | LOCATION OF PROCEEDINGS<br>14. Phoenix   15. STATE AZ | |

16. ORDER FOR
[X] APPEAL    [ ] CRIMINAL    [ ] CRIMINAL JUSTICE ACT    [ ] BANKRUPTCY
[ ] NON-APPEAL    [ ] CIVIL    [ ] IN FORMA PAUPERIS    [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | 1/13/2006 Preliminary Injunction Designated Only |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | ADDITIONAL COPIES | DELIVERY INSTRUCTIONS | ESTIMATED COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | PAPER COPY [ ] | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | ELECTRONIC COPY: | |
| DAILY | [ ] | [ ] | NO. OF COPIES | DISK [ ]  E-MAIL [ ] | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | E-MAIL ADDRESS<br>pdomenici@domenicilaw.com | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| | | |
|---|---|---|
| | ESTIMATE TOTAL | 0.00 |
| 19. SIGNATURE<br>s/Pete V. Domenici, Jr., Esq. | PROCESSED BY | PHONE NUMBER |
| 20. DATE   7/27/2006 | | |

TRANSCRIPT TO BE PREPARED BY

NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY