IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RALPH E. KROLIK, M.D., | No. CIV 05-315 PHX FJM |
| Plaintiff, | **TAXATION OF COSTS ORDER** |
| vs. | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | |
| Defendant. | |

Final judgment having been entered, Defendant filed a Bill of Costs on July 13, 2006, seeking the taxation of $5,440.78. The matter has been reviewed and costs have been awarded as follows.

1. <u>Service Fees</u> - The $533.80 claimed is allowed.
2. <u>Witness Fees</u> - The $704.25 claimed is allowed.
3. <u>Other Costs</u> - Pursuant to Local Rule LRCiv 54.1 (e)(3), of the $4,202.73 claimed, only $3,725.73 is allowed. (No Per Diem or ASCII allowed.)

It is therefore ordered that $4,963.78 be taxed by the Clerk and made a part of the judgment.

DATED this 1st day of September, 2006.

RICHARD H. WEARE, CLERK

By: *Michael O'Brien*

Michael O'Brien
Chief Deputy Clerk