Thomas L. Hudson, 014485
thudson@omlaw.com
Ronda R. Fisk, 022100
rfisk@omlaw.com
OSBORN MALEDON, P.A.
2929 N. Central Avenue, Suite 2100
Phoenix, Arizona  85012-2793

Attorneys for National Board of Medical Examiners

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph E. Krolik, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>National Board of Medical Examiners,<br><br>Defendant. | No. 05-CV-00315-PHX-FJM<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

NOTICE IS HEREBY GIVEN that Thomas L. Hudson will be substituting for Diane M. Johnsen and John L. Blanchard in this action.

Diane M. Johnson has been appointed to the Arizona Court of Appeals and will no longer be working on this matter.  John L. Blanchard will no longer be working on this matter.  It is hereby requested that notices of all proceedings and copies of all pleadings in the above-entitled proceeding be served upon counsel as follows:

| Thomas L. Hudson | Ronda R. Fisk |
|---|---|
| thudson@omlaw.com | rfisk@omlaw.com |
| (602) 640-9301 • Fax (602) 664-2047 | (602) 640-9363 • Fax (602) 640-6063 |

OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona  85012-2793

Dated this 20th day of September, 2006.

            OSBORN MALEDON, P.A.


             s/ Thomas L. Hudson
            Thomas L. Hudson
            Ronda R. Fisk
            2929 N. Central Avenue, Suite 2100
            Phoenix, AZ  85012-2793

            Attorneys for National Board of Medical Examiners

   I hereby certify that on September 20, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter V. Domenici, Esq.
Domenici Law Firm, PC
320 Gold Avenue, SW
Albuquerque, New Mexico  87102
pdomenici@domenicilaw.com
jwashburn@domenicilaw.com

Attorneys for Plaintiff Krolik, M.D.


 s/ Lindsay B. Jensen

1363563