UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM

Court of Appeals No. __06-16478__

**CASE INFORMATION:**
Short Case Title: __Krolik v. U.S. Medica, et al__
District, Division & Judge __AZ - PHX Judge Frederick J. Martone__
District Court Case No. __CV 05-315-PHX-FJM__
Date Complaint filed __1/27/05__
Date Appeal judgment *entered*: __6/28/06__
Date NOA *filed*: __7/25/06__
Date of Indictment__  Verdict__  Sentencing__

COA Status (check one):  ☐ granted in full (attach order)    ☐ denied in full (send record)
                        ☐ granted in part (attach order)    ☐ pending
                        ☐ no COA required (2241)

☐ Certificate of Record included -

Court Reporter(s) Name & Phone Number: __Linda Schroeder-Willis 602-322-7249__

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: __7/27/06__          Date Docket Fee Billed: _____
Date IFP granted                            Date IFP denied:
Is IFP pending? ☐ yes  ☐ no                Was IFP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking IFP.*

**COUNSEL INFORMATION (please include email address)**
Appellate Counsel:                          Appellee Counsel:

   ☒ Retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other ----- *Please attach appointment order.*
   ☒ See attached docket for names/addresses/phone numbers

**DEFENDANT INFORMATION**
Prisoner ID _____     Address:
Custody ☐ yes  ☐ no            Bail _____

Other docs included in this packet: CADS (Copy)

Name & Phone Number of Person Completing this Form:   __s/ D. Taylor__
                                                      602-322-7217

**Ninth Circuit - Please acknowledge receipt of this appeal on the enclosed copy.**