UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 06 2006

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| RALPH E. KROLIK, M.D., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> NATIONAL BOARD OF MEDICAL EXAMINERS, <br><br> Defendant - Appellee. | No. 06-16478 <br><br> ORDER SETTING ASSESSMENT CONFERENCE <br><br> Date: November 7, 2006 <br> Time: 2:00 p.m. Pacific <br> (San Francisco) Time <br><br> CV 05-315-PHX-FJM |

This case is under consideration for inclusion in the Mediation Program. See Fed. R. App. P. 33 and Ninth Cir. R. 33-1.

A settlement assessment conference will be held by telephone on November 7, 2006, at 2:00 p.m. **PACIFIC (San Francisco) Time**. A Circuit Mediator will initiate the telephone call and contact each participant at the telephone number listed on the attached list. Check the information for completeness and accuracy. Questions or comments about the conference date or participants should be directed to the Mediation Assistant via **fax** at (415) 556-9725. **If the appeal settles or a motion to dismiss pursuant to Fed. R. App. P. 42(b) is filed prior to the conference, please inform the Mediation Assistant via fax immediately.**

Procedures governing the assessment conference and the Mediation Program are discussed in the attached memorandum. Counsel are expected to familiarize themselves with the information in the memorandum. All participants in the assessment conference shall comply with the confidentiality provisions set forth in Paragraph I.

The briefing schedule previously set by the court is amended as follows: appellant shall file an opening brief on or before December 18, 2006; appellee shall file an answering brief on or before January 17, 2006; appellant may file an optional reply brief within fourteen (14) days from the service date of the answering brief.

> FOR THE COURT
>
> *Virna L. Sanchez*
> Virna L. Sanchez
> Deputy Clerk

S:\CASES\2006\06-16478\06-10-4-ac^bs.wpd        2

## LIST OF CONFERENCE PARTICIPANTS

06-16478                Krolik v Natl Board of Medical Examiners

RALPH E. KROLIK, M.D.                Pete V. Domenici, Jr., Esq.
    Plaintiff - Appellant          TEL: 505/883-6250
                                     FAX: 505/884-3424
                                     Ste. 1000
                                     DOMENICI LAW FIRM, PC
                                     320 Gold Ave. SW
                                     Albuquerque, NM 87102

v.

NATIONAL BOARD OF MEDICAL            Ronda R. Fisk, Esq.
EXAMINERS                            TEL: 602/640-9000
    Defendant - Appellee           FAX: 602/640-6063
                                     OSBORN MALEDON, P.A.
                                     2929 N. Central Ave.
                                     P.O. Box 36379
                                     Phoenix, AZ 85012-6379

                                     Thomas L. Hudson, Esq.
                                     TEL: 602/640-9301
                                     FAX: 602/664-2047
                                     21st Flr.
                                     OSBORN MALEDON
                                     2929 N. Central Ave.
                                     Phoenix, AZ 85012