**OSBORN MALEDON**

A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2794

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone   602.640.9000
Facsimile    602.640.9050

Thomas L. Hudson, 014485
Ronda R. Fisk, 022100
OSBORN MALEDON, P.A.
2929 N. Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RALPH E. KROLIK, M.D., | No. CIV 05-315-PHX-FJM |
| Plaintiff, | |
| vs. | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | **FULL SATISFACTION OF JUDGMENT** |
| Defendant. | |

The undersigned Judgment Creditor, National Board of Medical Examiners., hereby acknowledges receipt of compensation in full satisfaction of the Judgment against Ralph E. Krolik, M.D. entered in this matter on June 28, 2006, and on September 1, 2006, which was recorded in Maricopa County, Arizona at Docket 2006-1482384.

Dated this 27th day of December, 2006.

|   |   |
|---|---|
| 1 | OSBORN MALEDON, P.A. |
| 2 |   |
| 3 |   |
| 4 | s/ Ronda R. Fisk |
|   | Thomas L. Hudson |
| 5 | Ronda R. Fisk |
|   | 2929 N. Central Avenue, Suite 2100 |
| 6 | Phoenix, AZ  85012-2793 |
| 7 | Attorneys for National Board of Medical Examiners |

9  Copy of the foregoing mailed this
   27th day of December, 2006 to:
10
11 Pete V. Domenici Jr.
   Jeanne Washburn
12 Domenici Law Firm, P.C.
   320 Gold Avenue SW, Suite 1000
13 Albuquerque, New Mexico  87102
   Attorneys for Judgment Debtor
14
15 s/ Angelique J. LeBeau