UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JAN 05 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RALPH E. KROLIK, M.D.,<br><br>　　　Plaintiff - Appellant,<br><br>　v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>　　　Defendant - Appellee. | No. 06-16478<br><br>D.C. No. CV-05-00315-FJM<br>District of Arizona,<br>Phoenix<br><br>ORDER |

The appellee's motion for an extension of time to file the answering brief is granted. The answering brief is now due February 16, 2007. The optional reply brief is due 14 days after service of the answering brief.

　　　　　　　　　　　　For the Court:

　　　　　　　　　　　　CATHY A. CATTERSON
　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　Grace S. Santos
　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　Ninth Circuit Rule 27-7/Advisory Note to Rule 27
　　　　　　　　　　　　and Ninth Circuit 27-10

Pro 12.25