UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 22 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| RALPH E. KROLIK,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>        Defendant - Appellee. | No.   06-16478<br>D.C. No.  CV-05-00315-FJM<br>District of Arizona, Phoenix<br><br>**MANDATE** |

The judgment of this Court, entered 04/30/2008, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


By: Theresa Benitez
Deputy Clerk