| | | | |
|---|---|---|---|
|  | ca9_ecfnoticing@ca9.uscourts.gov<br>05/22/2008 02:49 PM | To<br>cc<br>bcc<br>Subject | azddb_appeals@azd.uscourts.gov<br><br><br>06-16478 Krolik v. U.S. Medical Lic, et al "Mandate Issued" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 05/22/2008 at 2:24:28 PM PDT and filed on 05/22/2008

**Case Name:**      Krolik v. U.S. Medical Lic, et al
**Case Number:**    06-16478
**Document(s):**    Document(s)

**Docket Text:**
ENTRY UPDATED. MANDATE ISSUED.(MMS, RRC and CMC). Cost awarded to APPELLEE $653.40.

The following document(s) are associated with this transaction:
**Document Description:** Mandate Letter
**Original Filename:** /opt/ACECF/live/forms/theresab_0616478_6539423_MandateForm_108.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=05/22/2008] [FileNumber=6539423-0] [1b5e522532a46663570f80f06e577774675f35c3860ba16dd79a36012e849395efcfe69e6b978469fd46c2af2ca26b6e18344c5c09cccd50d34dc9134f0d5630]]
**Recipients:**
- Domenici, Pete V., Jr., Attorney
- Fisk, Ronda R., Attorney
- Hudson, Thomas L., Attorney
- USDC, Phoenix

**Notice will be electronically mailed to:**

Fisk, Ronda R., Attorney
Hudson, Thomas L., Attorney

USDC, Phoenix

**Notice will be mailed to:**

Domenici, Pete V., Jr., Attorney
DOMENICI LAW FIRM, PC
Ste. 1000
320 Gold Ave. SW
Albuquerque, NM 87102-0000

USDC, Phoenix
District of Arizona (Phoenix)
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003-2151

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6539423
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5632899